USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 2, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
FIRST CHURCH OF CHRIST, SCIENTIST,
OF NEW YORK CITY

               Plaintiff,

    -against-

CITY OF NEW YORK, and PATRICIA LANCASTER,
in her official capacity as Commissioner

              Defendants.
------------------------------------------X

07 Civ. 10962 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of correspondence from the Parties dated December 21, 2007. It is clear that the dates set at the hearing on December 3, 2007 addressed only papers regarding response and reply to the Motion for a Preliminary Injunction. The subject of date to Answer the Complaint was not raised with the Court and was not set by the Court. The Court will address that now. Defendants request that there be an extension until February 8, 2008 to "serve and file responsive papers." The Plaintiffs do not oppose the February 8, 2008 date suggested by Defendants for their "responsive papers" "so long as the Answer is required to be filed together with the opposing motion papers." Accordingly, the January 31, 2008, date for filing the opposing motion papers shall be extended to February 8, 2008, which is the date Defendants sought to serve and file their

1

"responsive papers." Thus, both responsive papers or Answer to the Complaint are due as well on February 8, 2008.

SO ORDERED.

Dated:    New York, New York
          *January 2, 2008*

*Deborah A. Batts*
Deborah A. Batts
United States District Judge