# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

JOHN R. CUTI
DIRECT (212) 603-6486
johncuti@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

January 4, 2008

**By Mail**

Hon. Deborah A. Batts
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007



MEMO ENDORSED

RECEIVED
JAN 8 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

Re:   *Third Church of Christ, Scientist v. City of New York, et al.*;
      07 CV 10962 (DAB)

Dear Judge Batts:

This firm represents plaintiff Third Church of Christ, Scientist in this matter. I write with respect to Your Honor's order of January 2, 2008, granting (with our consent) defendants' request for an extension of time (i) from December 24, 2007 until February 8, 2008, to file the Answer to the Complaint, and (ii) from January 31, 2008 until February 8, 2008 to file papers in opposition to plaintiff's motion for a preliminary injunction.

Under the schedule originally fixed by Your Honor, plaintiff's reply papers were to be served and filed two weeks after defendants' opposition papers *i.e.*, on February 14, 2008. Defendants' papers are now due on February 8, 2008. Given the importance of the matter, plaintiff believes it should have two weeks to respond to defendants' opposition papers. Accordingly, I write to request that the time to file reply papers on the motion for a preliminary injunction be extended to February 22, 2008. Defendants consent to this request.

GRANTED
DAB
9 Jan 08

Thank you for your consideration.

Respectfully submitted,

John R. Cuti

SO ORDERED

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

cc:   Ave Maria Brennan, Esq. (by fax)