UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

THIRD CHURCH of CHRIST, SCIENTIST of NEW YORK CITY,

                                            Plaintiff,   **NOTICE OF APPEARANCE**

        -against-

                                                            07-CV-10962 (DAB)

THE CITY OF NEW YORK and PATRICIA J. LANCASTER, in her official capacity as Commissioner of the New York City Department of Buildings,

                                            Defendants.

------------------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Ave Maria Brennan, appears as counsel for the Defendants the City of New York and Patricia J. Lancaster, in her official capacity as Commissioner of the New York City Department of Buildings and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated:      New York, New York
              January 23, 2008

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of
                                            the City of New York
                                            Attorney for Defendants
                                            100 Church St., Rm.5-162
                                            New York, New York  10007
                                            Email: abrennan@law.nyc.gov
                                            Tel: (212) 788-0782
                                            Fax: (212) 791-9714

                                    By:   *Ave Maria Brennan*
                                            Ave Maria Brennan (AB-7488)
                                            Assistant Corporation Counsel

TO:   DAVIS WRIGHT TREMAINE LLP   (via ECF)
      Attorneys for Plaintiff
      1633 Broadway
      New York, New York 10019
      (212) 489-8340