*Exhibit A*



583 PARK AVENUE
NEW YORK













