583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US

583 PARK AVENUE
NEW YORK
EVENT PHOTOS
FLOOR PLANS
MENUS
OUR HISTORY
CONTACT US
14 / 63