
Text begins:











