









# 583 PARK AVENUE
NEW YORK



EVENT PHOTOS   FLOOR PLANS   MENUS   OUR HISTORY   CONTACT US

DESIGNED BY THE RENOWNED FIRM OF DELANO & ALDRICH AND COMPLETED IN 1923, 583 PARK AVENUE IS THE ULTIMATE VENUE FOR HOSTING YOUR EVENT. ORCHESTRATED BY A FAMILY WITH GENERATIONS OF COMBINED EXPERIENCE, 583 PARK AVENUE IS POISED TO DELIVER A REMARKABLY LUXURIOUS AND MEMORABLE EXPERIENCE TO YOUR GUESTS. BY COMBINING THIS PRESTIGIOUS ADDRESS WITH ITS ARCHITECTURAL PEDIGREE AND COUPLED WITH OUTSTANDING FOOD AND UNPARALLELED SERVICE, 583 PARK AVENUE WILL STAND OUT AS THE MOST EXCITING EVENT SPACE IN NEW YORK CITY. IT IS WITH GREAT PLEASURE THAT WE INTRODUCE TO YOU THIS UNIQUELY ELEGANT VENUE WITH THE HOPE THAT WE WILL HAVE THE OPPORTUNITY TO BE OF SERVICE TO YOU. PLEASE CALL FOR AN APPOINTMENT.

# 583 PARK AVENUE
### NEW YORK



EVENT PHOTOS    FLOOR PLANS    MENUS    OUR HISTORY    CONTACT US

583 PARK AVENUE
AT 63RD STREET AND PARK AVENUE
NEW YORK, NEW YORK
10021

VIEW MAP

CONTACT INFORMATION

PHONE: 212.583.7200

FAX: 212.583.7206

EVENTS@583PARKAVE.COM