Exhibit B

**LocationsMagazine.com**
WEDDINGS, SOCIAL OCCASIONS, &
CORPORATE EVENTS

**WIN A FREE Honeymoon to Jamaica or Brazil**

**Largest Event Hall Site in NY/NJ**
**New York Wedding Locations**
**New Jersey Wedding Locations**

Jan 8, 2008

Home | Search | Help Line | Biz Opp | Articles | Contact Us

When contacting this venue, please mention you saw it on LocationsMagazine.com

## 583 Park Avenue

Photo   Map



Address: **583 Park Avenue**
**New York, New York 10021**
Phone: **212-583-7200**
Fax: **212-583-7206**
Website: **www.583PARKAVE.com**
Email: **events@583parkave.com**
Contact: **Louis Rose**

Room Capacity cocktail reception: **1,000**
Room Capacity dinner w/dancing: **800**
Cuisine: **American - Classic**
Kosher: **Available**
Room accommodates ceremony: **Yes**
Room available: **Monday - Sunday**

Comments:
*The most exciting new event space in New York City.*

583 Park Avenue is a breathtakingly glorious building that is now available for private events.

Designed by the renowned firm of Delano & Aldrich and completed in 1923, 583 Park Avenue is the ultimate venue for hosting your event. Orchestrated by a family with generations of combined experience, 583 Park Avenue is poised to deliver a remarkably luxurious and memorable experience to your guests. By combining this prestigious address with its architectural pedigree and coupled with outstanding food and unparalleled service, 583 Park Avenue will stand out as the most exciting event space in New York City. It is with great pleasure that we introduce

to you this uniquely elegant venue with the hope that we will have the opportunity to be of service to you. Please call for an appointment.

# info@locationsmagazine.com

© 2008 LOCATIONS® Magazine. All rights reserved.

Design by Joel Scher and MacService

FAQ | Site Map | Contact Us | Affiliate Sites

 

**BIZBASH NEW YORK**
OTHER MARKETS

SUPPLIERS | VENUES | EVENT COVERAGE | TRENDS & IDEAS | TIPS & STRATEGIES | OUR TRADE SHOWS &

PREMIUM SPONSORED LISTING                                           PRINT | SEND TO A FRIEND

# 583 Park Avenue

583 Park Ave.
New York, NY 10021
Telephone: 212.583.7200
Fax: 212.583.7206
Web: www.583parkave.com



**CONNECT TO THIS RESOURCE**

OVERVIEW
Designed by the renowned firm of Delano & Aldrich and completed in 1923, 583 Park Avenue is the ultimate venue for hosting your event. Orchestrated by a family with generations of experience, 583 Park Avenue is poised to deliver a luxurious and memorable experience for your guests. By combining this prestigious address with its architectural pedigree and coupled with outstanding food and unparalleled service, 583 Park Avenue will stand out as the most exciting event space in New York City.

CATEGORY OF SERVICES

PHOTO GALLERY

 
 
 
 
 



*Photo: 583 Park Avenue*

BIZBASH EDITORIAL COVERAGE
Avon Crafts Mini Chandeliers for Award Gala

Neighbors Still Fighting Rose Group Over Church Space
New Yorkers for Children Decor Underscores Evening's Message
De la Renta Leaves Tents, Gets Exclusive With Church

### ROOM DIMENSIONS AND CAPACITY INFORMATION

| NAME | DIMENSIONS | SQ. FEET | RECEPTION | BANQUET | THEATER | CLASSROOM | CONFERENCE | U-SHAPE |
|---|---|---|---|---|---|---|---|---|
| 583 Park Avenue:Arcade | - x - | 3854 | 800 | - | 400 | 250 | - | - |
| 583 Park Avenue:Ballroom | - x - | 6500 | 1200 | - | 900 | 500 | - | - |
| 583 Park Avenue:Balcony | - x - | 3423 | 300 | - | 300 | 150 | - | - |

HOME | NEW YORK | LOS ANGELES | WASHINGTON | FLORIDA | TORONTO
New York Suppliers | New York Venues | New York Event Coverage | New York Trends & Ideas | New York Tips & Strategies | New York RSS
Calendar | Jobs | Privacy | Disclaimer | Help | Contact Us | Press | National RSS

BizBash Media, 21 West 38th St., 13th Floor, New York, NY 10018 © BizBash Media Inc.

# VANITY FAIR

**FANFAIR**

## Social Services

The party goes uptown.

by PUNCH HUTTON    September 2007

If you've ever strolled Park Avenue in Manhattan, you've probably noticed the beautiful Christian Science church on the corner of 63rd Street—it's the one that suddenly got everyone talking.

A year and a half ago, the entrepreneur **Louis Rose,** who at 35 is so true to his Upper East Side roots that he has the trademark zebra wallpaper from his favorite restaurant, Gino, hanging in his house, found out that the congregation was interested in renting out the building for special events.

"I called them and said I'd be interested in renting out the space every day of the year," recalls Rose. After intense negotiations, Rose and his family signed a 30-year lease. They removed the pews—and turned the beautiful wood into wainscoting for the lower level—secured a liquor license, and hired **John Stevenson,** a wunderkind chef from the Pierre (where Rose's father, **Herb Rose,** has overseen all private banquet affairs for the past 30 years) who specializes in old-school American cuisine. However, Rose says, "if someone wanted egg rolls, I'd call **Michael Tong** at Shun Lee.... Our adage is simple, 'You get what you pay for.'" As for the Christian Scientists, not only do they get a percentage of the revenue from each party Rose produces, but they also still worship there throughout the week.

Designed by **William Adams Delano** and **Chester Holmes Aldrich** and built in 1923, the building is newly renovated. The grand ballroom, with its 50-foot-high ceilings, has been painted Navajo white, with gilding, and retains the original light fixtures, including the 2,500-pound chandelier. The Arcade, downstairs, feels very Annabelle's in London, with its more intimate design, arched windows, corked herringbone floors, and Steinway grand. It's called simply **583 Park Avenue,** and if you're thinking of booking it, get in line. Socialite **Minnie Mortimer** and filmmaker **Stephen Gaghan** celebrated their wedding there. The C.F.D.A. honored its outgoing president, **Stan Herman,** there, and **Oscar de la Renta's** spring 2008 collection will be shown in the ballroom this month.



Louis Rose in his office at 583 Park Avenue, New York City. *Photograph by François Dischinger.*

**Punch Hutton** is the editor of *Vanity Fair*'s Fanfair section.

digg thisadd to del.icio.usadd to reddit