Exhibit P

# Greenberg Traurig

Jay A. Segal
Tel. (212) 801-9265
Fax (212) 801-6400
segalj@gtlaw.com

DEPARTMENT OF BUILDINGS
LEGAL AFFAIRS
RECEIVED

2007 OCT 11  A 11: 54

October 10, 2007

**BY HAND**

Hon. Daniel L. Doctoroff
Deputy Mayor
Economic Development and Rebuilding
City Hall
New York, New York 10007

Re:    583 Park Avenue, New York, NY

Dear Deputy Mayor Doctoroff:

We represent the Third Church of Christ, Scientist (the "Church"), the owner of the building known as 583 Park Avenue, New York, NY (the "Building"). As you know, the Church has entered into a lease (the "Lease") with The Rose Group (the "Rose Group", and together with the Church, sometimes referred to as the "Parties"), pursuant to which the Rose Group is permitted to hold catered events in the Building in exchange for making substantial capital improvements to the Building and paying base and percentage rents. In entering into the Lease and fulfilling in substantial part their respective obligations thereunder, the Parties have relied in good faith upon pre-consideration determinations (collectively, the "Pre-Consideration" – Attachment 1), dated April 19, 2006 and affirmed and clarified on June 28, 2006, by successive Manhattan Borough Commissioners of the Department of Buildings ("DOB"). The Pre-Consideration provides that the catering activity would constitute an "accessory use" to the primary Church use in the Building. We show below that:

1.    DOB was correct in determining that the catering activity constitutes an accessory use pursuant to the Zoning Resolution of the City of New York (the "Zoning Resolution"); and

2.    Alternatively, even if you were to conclude that the catering does not constitute an accessory use to the Church, New York State's highest courts have held that the City has the authority to permit catered events to continue while the Church seeks a discretionary approval from either the City Planning Commission ("CPC") or the Board of Standards and Appeals ("BSA"), and we request that you

NY 238544137v3 10/10/2007 100393.010100

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166
Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 2

exercise that authority subject to the Parties agreement to appropriate conditions, including a limit on the number of events that may be held prior to a determination of the Church's application for such discretionary approval.

The Catering Is An<br/>Accessory Use To The Church

Section 12-10 of the Zoning Resolution states that the following three criteria must be met for a use to be accessory to the principal use to which it is related:  (i) it must be conducted on the same zoning lot as the principal use, (ii) it must be clearly incidental to, and customarily found in connection with, the principal use and (iii) it must be substantially for the benefit or convenience of the owners, occupants, employees, customers or visitors of the principal use.  The use of the Building for catered events meets each of these criteria.[1]

A.     The Catering Is Incidental To The Church

The fact that the catering activity is incidental to the Church is best illustrated by calculations of what the Church and the Rose Group anticipate would be a typical month in which both catered events and Church activities are held in the Building (See Section 6 of the Memorandum, dated May 7, 2007, prepared by the Church for the DOB – Attachment 2).   The Memorandum shows that within a few years there would be approximately 451 hours in which the Building would be open for Church activities but only 58 hours of catered events, a mere 13% of the hours that the Building would be open and therefore clearly incidental to the principal use.  Moreover, during a majority of the 58 hours of catered events, at least some other parts of the Building would be open for Church activities.

B.     It Is Customary For Churches, Synagogues And
Not For Profit Entities To Hold Catered Events
For People Who Are Not Members Of Those Entities

All would agree that it is customary for churches and synagogues to hold events for their members.  What is at issue here is that the large majority of events that will be held in the

---

[1]     The first criterion is obviously met because the Church and catered events occur in the same building.  Consequently, this criterion is not further discussed.

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 3

Church will be for nonmembers.[2]  There are two reasons why it is likely that there will be fewer events in the Building for the Church's members than might be typical for other churches and synagogues.  The first reason is that although the Church has one of the City's larger sanctuaries, at present the Church has a much smaller congregation than it has had in the past and smaller than most of the City's churches and synagogues.  While 1,200-1,500 people used to attend Church services, the current congregation is less than 100.  Since the Rose Group commenced renovations of the Building, however, attendance at Church services has grown, and it is expected to continue to grow as renovations near completion.

The second reason is that certain types of events and ceremonies which are customary in other religions are not typically celebrated in the same manner by Christian Scientists.  For example, because Christian Scientist congregations are not led by a clergyman, couples are typically married by a minister at another church and have their reception at the other church.  Also, Christian Scientists have no coming-of-age celebration similar to a bar or bat mitzvah or confirmation.

Letters from two caterers (Attachment 3) show that many synagogues with a congregation size similar to that of the Church in its heyday have 3 to 4 events per week.  If the size of the Church's congregation had not fallen, in significant part because of the disrepair of the Building, and if its religious teachings and practices did not result in fewer celebrations, the Building would likely hold a similar number of catered events for members.  It would be unfair if, because of the Church's particular religious teachings and practices and a decline in the size of its congregation, the Church were not permitted to hold catered events for nonmembers the way that other houses of worship hold events for both members and nonmembers in order to pay for their capital repairs and expenses.

Moreover, it has become customary, at least in Manhattan, for houses of worship to be used for catered events for people who are not members of that institution.  Evidence of the practice of houses of worship seeking to cover their expenses by hosting catered events for outsiders is found in a multitude of websites, magazines and other advertising media in which they are marketed to the general public as venues for catered events.  See,

---

[2]      Some of the catered events will be for Church members and/or Church activities.  Under the terms of the Lease, the Rose Group is obligated to cater (at cost) up to twenty (20) Church events per year plus an unlimited number of additional events for the Church and its members at a 10% discount.  It is anticipated that the Church will initially avail itself of this provision only several times a year for local and national Church meetings and lectures of up to 500 attendees (in the past such meetings had up to 2,000 attendees) and that in the future years there will be many more such meetings and lectures as well as teenage/young adult and social functions.

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 4

for example, <u>Attachment 4</u> and the websites listed thereon, including, in particular, the websites for:

- Saint Bartholomew's Church, which states that "St. Bart's is available for movie and commercial filming and cast/crew holding and catering, as well as corporate events, fashion shows, rehearsal dinners, cocktail parties, and dances, among other events";

- The Riverside Church, which currently announces that the church is hosting its "Annual Wedding Open House" on January 19, 2008 to provide an opportunity to visit the church and meet the in-house caterer and wedding ceremony consultant; and

- All Souls Church, which states that many spaces in the church are available to rent for birthday parties, weddings and corporate events to "help cover operating costs during times when normal church activities are not taking place."

While one can not determine the percentages of weddings (and other events) that are held at houses of worship for people who are not members, these websites demonstrate that houses of worship are actively pursuing events for nonmembers. A 1992 article from <u>The New York Times</u> (<u>Attachment 5</u>) shows that the current practice of churches and synagogues renting out spaces for special events to nonmembers as a revenue source has been prevalent for at least 15 years. The article reports on the aggressive marketing campaign undertaken by the Unitarian Universalist Church, at Central Park West and West 76th Street, which paid off by having rentals cover 85% of the church's operating budget. Likewise, the Church of Saint Ignatius Loyola, at Park Avenue and East 83rd Street, had renovated its hall, adding a stage, kitchen, sound system and 20 phone lines for phoneathons so that, in the words of then-pastor Rev. Walter Modrys, the hall could be used "as a revenue raiser as well as a community resource."

In addition to houses of worship advertising to hold events for nonmembers, other types of not-for-profit institutions similarly advertise to hold events for nonmembers. For example, <u>New York Magazine's</u> website (http://nymag.com/weddings/lists/locations) has advertisements from the Council on Foreign Relations/Harold Pratt House (Park Avenue and East 68th Street); Americas Society (also Park Avenue and East 68th Street),[3] Angel Onensanz Foundation for the Arts, whose advertisement states the building is "open to anyone who wants to throw a party"; twelve museums, and many of the City's most

---

[3]    The Americas Society's advertisement states there is a $5,150 fee and notes, interestingly, that $2,800 is tax deductible.

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 5

famous institutions, including the United Nations, Grand Central Terminal, the Central Park Zoo, Lincoln Center, the New York City Public Library and Columbia University.

The availability of not-for-profit venues for catered events shows that is has become customary for these entities to allow their spaces to be rented to outsiders so that income can be generated for their upkeep.

C.    The Catering Will Substantially Benefit
      The Principal User Of The Building –
      The Church And Its Congregation.

As mentioned above, the size of the Church's congregation has fallen significantly over the last several decades. A significant contributing factor to this decline has been the growing state of disrepair of the Building and the prohibitive costs of required renovations and repairs, which the members of the congregation would have to bear.

Under the terms of the Lease, the Rose Group is obligated to undertake extensive capital renovations of the Building, including replacing the roof; repairing, replacing and bringing up to code the Building's electrical, mechanical and plumbing systems; and providing handicapped access to the Building. In reliance upon the Pre-Consideration, the Rose Group had spent $5 million ($4 million in hard costs) by the end of February 2007, at which time the residents of 570 and 580 Park Avenue made it clear that they would object to having any catering activities in the Church. The cost of such renovations and repairs has now reached $7 million in hard costs and is expected to exceed $8 million when completed[4].

The Rose Group is also obligated to maintain the Building throughout the 20-year term of the Lease. In addition, the Rose Group is required under the Lease to pay annual and percentage rent which will be an important source of operating revenues for Church activities. Without the capital and operating contributions of the Rose Group, the Church would have likely been forced to severely reduce or even cease the primary use of the Building as a church. Consequently, the catering activities substantially benefit the Church and its growing congregation.

The Church does not believe that catered events in the Building would change the character of the area. This is so because in a 10-block stretch of Park Avenue (from East

---

[4]    Only approximately $700,000 of this amount will be for catering use, such as the installation of a kitchen, and not for work needed to repair and bring the Building to Code.

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 6

61st Street to East 70th Street), which is in the immediate vicinity and in the same <u>residential</u> zoning district as the Church, there are at least the following ten buildings that hold catered events:[5]

- <u>The Beekman</u> – 575 Park Avenue - directly south of the Building. It has a C of O allowing a "hotel restaurant (for tenants)", but instead has a restaurant open to the general public as well as a separate facility for catered events.

- <u>The Central Presbyterian Church</u> – 593 Park Avenue - approximately 20 feet north of the Building and on the same block as the Building - this Church holds events for nonmembers.

- <u>The Colony Club</u> – 564 Park Avenue - one block south of the Building.

- <u>The Regency Hotel</u> – 540 Park Avenue - two blocks south of the Building.

- <u>The Mayfair Hotel</u> – 610 Park Avenue - one block north of the Building.

- <u>The Armory</u> – Park Avenue and East 66th Street.

- <u>Council on Foreign Relations</u> – Park Avenue and East 68th Street.

- <u>Americas Club</u> – Park Avenue and East 68th Street.

- <u>Union Club</u> – Park Avenue and East 69th Street.

- <u>The Asia Society</u> – Park Avenue and East 70th Street.

Nevertheless, by approximately early March, 2007, residents of 570 and 580 Park Avenue made it clear to the Parties that they were opposed to any catered events being held in the Building. At that time major renovations were already fully underway – restrooms and the Building's HVAC system had been removed, the sanctuary was covered with scaffolding and the Building was generally uninhabitable. The Rose Group was very reluctant to spend more money to complete the renovations when there was doubt that it would be able to recoup its expenditures by continuing to hold catered events in the Building. Consequently, the Parties agreed to amend the Lease to provide that if events could not be held in the Building, and the Parties could not agree on another

---

[5]    See <u>Attachment 6</u> for a map of the area with buildings that have catered events depicted in red.

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 7

arrangement, the Church would sell the Building and the Rose Group would participate in the proceeds.

> Even If The City Were To Determine That
> Catering Is Not An Accessory
> Use To The Church, The City Should Allow
> The Activity To Continue While The Church
> Seeks Discretionary Relief To Permit Catering
> To Be A Primary Use In The Building

Regardless of whether the catering activity constitutes an accessory use under the Zoning Resolution, as we believe it does, the Courts have held that the City has the authority to allow the Building to continue to be used for catered events while the Church seeks a discretionary approval in the form of a special permit under Section 74-711 of the Zoning Resolution or a variance under Section 72-21 (the "Discretionary Approval"). In Gaynor v. Rockefeller, for example, the Court of Appeals held that it "is the settled policy of the courts not to review the exercise of discretion by public officials in the enforcement of State statutes, in the absence of a clear violation of some constitutional mandate (15 N.Y.2d 120, 131 (1965)).

Two later zoning-related cases relied on this principle. In one, the Appellate Division approved the City's right to allow a heliport operator to continue to operate while it sought a special permit from CPC, despite "considerable delay in the operator's prosecution of its application for the permit", since the commissioner had "broad executive discretion" to allow the heliport to continue operations while the application for the special permit went forward (Rivergate Co. v. Board of Standards and Appeals, 144 A.D.2d 266 (1st Dept 1988)).

And in the other, the Court of Appeals affirmed the dismissal by the Appellate Division of an Article 78 proceeding to compel the Mayor, the Police Commissioner and the Commissioner of Licenses to take action against licensed and unlicensed coffee-houses in Greenwich Village that were allegedly operating in open defiance of the law because there was no proper basis for justifying an invasion of the executive prerogative (Perazzo v. Lindsay, 23 N.Y.2d 764 (1968), affirming 30 A.D.2d 179 (1st Dept.)). We request that the City similarly exercise its discretion here and allow the Church to continue to hold catered events in the Building during the period in which an application for the Discretionary Approval is prosecuted (the "Interim Period").

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 8

In deciding whether to exercise discretion and allow catered events to be held in the Interim Period, we respectfully request that you consider the following:

1.    The Parties have relied in good faith on the Manhattan Borough Commissioners' Pre-Consideration, as well as on follow-up conversations and meetings with other senior DOB officials. During these conversations, DOB's consistent position has been that catered events held at the Building for outsiders would be permissible as an accessory use to the Church and the only question was determining an appropriate number of such events that could be held.

2.    As stated above, in reliance upon DOB's position, the Rose Group had performed approximately $5 million of capital repairs and renovations to the Building before learning that the 570 and 580 Park Avenue residents wanted no events to be held in the Building; and to date has spent approximately $7 million on such work.

3.    Reservations have been accepted for numerous events to be held in the Building as detailed in Attachment 7. If these events were cancelled, many of them would be unable to find another location and would be unable to hold their event.

4.    The success of catering at the Church will depend heavily on word of mouth and recommendations and the Parties have already invested significant capital and effort in building such good will. Therefore, if events that had been booked had to be cancelled, or if the Parties were prohibited from booking new events during the Interim Period, even if the Discretionary Approval were eventually granted, the ability to continue to have these events in the Building would likely be irreparably damaged.

5.    The Parties will agree to limit the number of events that could be held in the Interim Period.

6.    The Parties will obligate themselves to observe quality of life measures to minimize the affects of the events on people living in the area, including traffic, light and noise controls. With respect to noise control we note that the Church has retained an acoustical consultant who wanted to take sound measurements from several apartments in the buildings near the Church. Yesterday, we received the Attachment 8 letter from Phyllis Weisberg, attorney for those buildings, rejecting the Church's request and stating that "the time for any good faith requests for entry to perform acoustical tests has long since passed."

Hon. Daniel L. Doctoroff
Deputy Mayor
October 10, 2007
Page 9

     7.    The Church will agree to expedite those aspects of the Church's application for Discretionary Relief that are within its control.

If you are inclined to exercise the City's discretion and allow events during the Interim Period, we suggest that the Parties discuss the imposition of specific conditions and limitations (the "Conditions") that will attend items 4, 5 and 6 above with a person(s) that you designate.

We believe that the foregoing shows that catering activity in the Building meets the accessory use definition in Section 12-10 and, alternatively, that the City has the discretion, and should here exercise such discretion, to permit catering activity in the Building during the Interim Period, subject to the imposition of the Conditions. If you have any questions or require additional information, please contact me. We appreciate your consideration of this critical determination as it is essential to the survival of the Church.

Very truly yours,

Jay A. Segal

JAS/rd

cc:    David Karnovsky, Esq.
      Phyllis Arnold, Esq.
      Elizabeth Weinstein
      R. Fulton Macdonald
      Thomas Draper, Esq.
      Joyce Horman
      Dora Redman
      Louis Rose
      Barry Mandel, Esq.
      Brenda Levin
      George Arzt

B

# Third Church of Christ, Scientist, of New York City

583 PARK AVENUE   NEW YORK, NY 10021-7363   (212) 838-1870
E-Mail Third ChurchOffice@Juno.com

June 2, 2006

To Whom It May Concern:

"For limited periods when the church building is not being utilized for our
congregation, we have provided for various catered events which will also
contribute to the church's ability to sustain itself.  These functions will be
operated by a highly qualified, fully insured, professional caterer who will be
under contract with the Church.  These ancillary functions are necessary
because they will not only ensure our building will be upgraded and rehabilitated
but will also allow us to be exposed to and reach out to a larger community.  The
functions will be restricted by the contract with the Church and will make certain
that 583 Park Avenue continues to serve as our Church in New York City well
into the future."

Respectfully submitted,


R. Fulton Macdonald
Chairman of the Board


Thomas G. Draper, Jr.
Vice Chairman of the Board

*ok To accept catered events under contract with the Church as complying with necessary "Social Hall" requirement determination of April 10, 2006 by L. Osorio*

*6/29/06*

06/29/2006  11:44    2126190550                    AEC                                    PAGE  03/03

03/29/2006  13:29    2126190550                    AEC                                    PAGE  02/03

 **BUILDINGS**                Additional Information

| 1 Filing Status | | | | 583 - 589  Park Avenue |
|---|---|---|---|---|
| Job Number | | | | |
| Sheet Number | 1 | of | 1 | Sheets | As an attachment to: |

As an attachment to:
Block  1398, lot 1        Third Church of Christ Scientist

**2 Additional Information**

Respectfully request pre consideration before  filing a professional certification application that a proposed accessory social hall,  ballroom  and catering within the existing church is an accessory use to the existing building.

The building is an existing two story and cellar  structure,  located in a landmark district, and constructed in 1921 under application NB 390/1921. The lot is located in R-10  Park Improvement ( PI )  zoning district.

The existing plans  from 1922 indicate the first floor as the main auditorium and church, and lower level as Sunday school room. Since the building was constructed in 1921, it does not have a certificate of occupancy.

It is proposed to continue the use as a church , and add an accessory use of social hall,  ballroom and catering at first floor and cellar , for the periods that the hall is not being used as a church .   The accessory ballroom and catering meets the accessory use definition in Zoning Resolution 12-10 in that they are located in the same zoning lot as the principal use. They will remain under the same ownership of the  Third Church of  Christ Scientist. The use is clearly incidental and customarily found in connection with the principal use, as a catering and ballroom is substantially for the benefit or convenience of the owners, occupants, employees, customers or visitors of the principal use.  The use, therefore remains the same use group 4 church and accessory uses.

The occupancy group will also remain as F occupancy as a place of assembly and will have F-1b and F-4 occupancy.  Under the old code of 1938, the occupancy of the building remains as a public building.

Based on above, there is no change in use and occupancy of the building. The work should not require a new certificate of occupancy.  The building will be upgraded for ADA and handicapped access (LL 58/87), and also for exits, and fire protection equipment. The work will be filed as ALT-2 directive 14 applications.  A place of assembly permit will also be obtained for both church and ballroom catering.

*OK To Accept provided a New Certificate of occupancy is obtain with a restrictive declaration and note on The C.O. that The accessory social Hall is To be use and operated exclusively and only by The Church and for its member*

*[registered architect seal: MICHAEL L. GOLDBLUM, REGISTERED ARCHITECT, STATE OF NEW YORK, 019536]*

**3 Statements and Signatures**

I hereby state that the above information is correct and complete to the best of my knowledge.

Falsification of any statement is a misdemeanor under Section 26-124 of the Administrative Code and is punishable by a fine or imprisonment, or both.

It is unlawful to give to a city employee, or for a city employee to accept, any benefit, monetary or otherwise, either as a gratuity for properly performing the job or in exchange for special consideration. Violation is punishable by imprisonment or fine or both.

Applicant Name:  MICHAEL L. GOLDBLUM, R.A.

Signature: *[signature]*

Date:  3-29-06

Revised 5-88 AI-1

583 PARK AVENUE   NEW YORK, NY 10021-7363   (212) 838-1870
E-Mail Third ChurchOffice@Juno.com

# MEMORANDUM

Date:   May 7, 2007

Re:   **Church Activities, Past and Expected Church Use of Our Building, 583 Park**

1.   Perspective

Third Church of Christ, Scientist began in the 1880's as a group of dedicated students of Christian Science, which by 1895 applied for a charter and was registered under the laws of the State of New York.

By 1905, the members had purchased an existing building, formerly the Harlem Presbyterian Church, able to seat 800 people, as membership grew substantially.

By 1918 Third Church members had concluded that it could best serve the growing nature of New York City by relocating to the southern portion of its literature distribution territory[i]. The Church first opened a Reading Room at 680 Madison (61st/62nd and Madison) and then in 1920 purchased the property at 583 Park. Engaging the architects Delano and Aldrich, the members funded and built a classic Georgian-Colonial building, simple while elegant, both in interior and exterior, with a seating capacity of 1500[ii].

First Sunday services were held at 583 Park in December 1923.

By the middle of the 20th Century, Third Church evidenced the following dynamic activity:

○   Two Sunday Services, mornings and afternoons, with attendance sometimes at the 1,500 seating capacity.

○   Wednesday Testimony Meeting in the evening with attendance in the 1,000 to 1,400 levels. Note: Some other NYC Christian Science (C.S.) Churches had two Meetings: Noon and Evening, to handle Wednesday Testimony demand.

○   Thanksgiving Services similarly packed with attendance.

○   Folding chairs added in the aisles and in the Sunday School basement space would expand seating to close to 2,000 attendees.

○   Spillover attendance chauffeured[iii] to other Christian Science churches when seating was full.

○   A half-dozen or more Christian Science Lectures each year that would result in lines of people outside the church building and around the corner from Park to 63rd waiting to be ushered in.

○   Significant Committee Meetings held most days of each week: Ushers, Sunday School, Reading Room, Property, Music, Finance, Care, Reception, Cloak Room, Literature Sales Room, Literature Distribution (which alone had dozens of members involved in sorting, organizing, and distributing free literature to dozens of locations in the immediate neighborhood and Greater New York City area), and other committees.

- On average four Corporate Meetings for the full membership in the main auditorium each year that often ran well into the evening to complete (10 - 11 PM).

- Trustee Meetings at least once each month (up to 10 – 11 PM).

- Special workshop meetings, frequently running two or more days and evenings with emphasis on the Bible and spiritual healing topics.

In addition, the Christian Science Movement concurrently stimulated and sponsored[iv]:

- Youth Forum activities for late teens and young adult singles emphasizing wholesome social as well as church related activities (many revolving around the Christian Science Monitor). Socials could run past midnight.

- Some adult socials (such as a dance) that could run past midnight.

- Encouragement of use of church auditoriums as a place for quiet prayer, reading of Christian Science literature made available on tables in the Foyer and elsewhere, and informal Q&A between visitors and active members.

## 2.   Third Church Renewal

The effort to structure the church and its building, so that it can provide sufficient economic self-sufficiency to restore 583 Park to quality and full-functioning status, includes with it an expectancy of renewed growth of membership and attendance. Just within the past year, with the beginning of renewal, Third Church has added more members than in any previous year within the past fifteen.

While the direction of its Founder, Mary Baker Eddy, is not to focus on or publish membership numbers, it can be reasonably assumed that Third Church at 583 Park Avenue was built for and can support church activity well exceeding 1,000 in attendance.

In addition, the needs of New York City and of contemporary lifestyles encourage a less formal and more open outreach process to serve the community such as making the church available specific evenings for such as *Prayer Time at Third Church, NY*, with appropriate reading material, soft music accompaniment, and some access to "Class Taught" Christian Scientists[v] to answer questions and provide a level of immediate ministry. Thus the Church could, when ready[vi], open its doors to the community from 9 PM to Midnight on Wednesdays and Sundays -- as a prayerful retreat in the middle of Manhattan.

Further, the inclusion of a working kitchen[vii] – generally present in most churches and synagogues today, opens up for the members the opportunity to extend and expand meetings (inclusion of lunch or dinner in support of long study and discussion sessions) and makes church activities more convenient and efficient (not having to break for 1.5-2 hours while participants scatter across the neighborhood seeking meal service).

Changes and improvements to the building provide the Church with greater flexibility in configuring space and conducting meetings tailored to the needs and convenience of its congregation and the range of activities hosted by the Church. This new building flexibility includes:

- Removal of fixed, tightly-spaced pews
- Availability of stackable chairs that can be positioned in rows, semi-circles, study group circles, or however best serves the function needs
- Digital-controls that can set thematic light framing, tailored to a specific church meeting or event

o  Substantially strengthened and more effective elevator system, especially desirable for attendees in wheel chairs or of elder age
o  More bathrooms – modernized and now ADA-compliant, though in restorative quality and design
o  Planned replacement of the worn physical sign on Park Avenue by a digitally-controlled sign that facilitates updating of church activities to passers-by and the community, designed with highest quality aesthetics

Finally, the Church has wanted to give back to the community even more and to become clearly integrated with the neighborhood; consideration is being given, for example, to being available for Open House tours (www.OpenHouseNY.org) and/or also to offering two or more specially prepared free organ concerts for the general public.

3.    Church Standards Affecting the Community

Members typically join Third Church after experiencing spiritual healing.  As their understanding of Christian Science grows, they choose to abstain from drugs and other material dependencies.  Often they attend services, use the Reading Room, study the Bible and the writings of Mary Baker Eddy, Founder and Pastor Emeritus, for months or even years before they are ready to commit to the mission of Christian Science through church membership.  _Attendance is often much larger than membership_, especially evident at Christian Science Lectures and such popular services as Thanksgiving.

Church services, Lectures, the Reading Rooms and many other outreach activities are open to "all honest seekers of Truth[viii]."

Third Church historically has been known as an institution and body of members holding high standards, and sensitive to neighbors, the community, and the City. Christian Scientists believe in the Golden Rule, and just as they would not want impositions placed on their practice of Christian Science, they do not impose restrictions or Christian Science rules on others.

Concurrently, however, the Church strives to be sensitive to its neighbors and to any impact the Church or anyone associated with it might have on the community. Members abstain from alcohol and smoking and urge others to also, but seek only to impose standards reached by community consensus. These standards currently include the ban on smoking in public places, laws against disorderly conduct, driving while intoxicated, noise pollution, and illegal parking.

Third Church chose to enter into an agreement with the Rose Group, skilled caterers, because it believes they share the Church's appreciation of high standards.  The following steps have been taken or are being taken to cushion any material impact that expanded use of the Church and its building might create:

o  Refrigeration of garbage within the sub-basement of the Church building. Reactivation of the "Sidewalk Lift" (once used to transport coal into the building) to move trash up to 63rd Street during authorized garbage removal periods only when authorized trash removal vehicles arrive.

o  Master-system digital control of all sound and light systems within 583 Park so that individual participants cannot project sound or light above or beyond pre-set limits, in keeping with established standards and rules.

o  Employment of a professional Sound Study by Third Church to measure acoustic and decibel level impacts inside and outside its building and, especially, what might be heard or seen by neighboring buildings. The Church ordered proposals from three qualified NYC sound study firms and has selected one for this important work; all reasonable steps from study recommendations will be taken.

    o  Use of upwards of a half-dozen ushers to speed passenger drop-off in front of the Church building. Employment of Valet Parking for many events as well as arrangements with nearby parking garages to handle private vehicles.

    o  Planned use of off-duty policemen from the nearby Precinct to control traffic on Park Avenue and 63rd Street, to mitigate illegal parking, double-parking, or other hindrances. Enforcement of the "no parking zone" in front of 583 Park.

4.    Church Activities Expected (I) Within a Few Years Following Restoration and Restoral, and also (II) When Third Church Approximates its Earlier Attendance Levels

For most of its existence and up to just four years ago, Third Church sponsored and held two Sunday Services. With renewal -- stimulated by physical restoration of its decaying 85-year old building coupled with sustained increases in income permitting a growth agenda once again, the Church expects to bring back an array of activities and services that were prevailing not long ago and/or have been considered, to reflect a more contemporary set of church-going needs.

The following table reflects the activities of the Church and expected use of hours, drawing on its rich and dynamic history as well as present experience of other Christian Science churches with dynamic, community-serving programs.

5.    Expected Weekly and Monthly Church <u>Activities</u>

| **Activity** | **General Hours of Use** | **At Full Activity[1]** <br> **Comments** | **Within a Few Years[2]** <br> **Comments** |
| --- | --- | --- | --- |
| Sunday Church Services | 9:30-1 PM, 6-9:30 PM | Two/week; up to 1,500 attendees | Two/week; up to 200 attendees |
| Sunday School | 10 – 1 PM | Located in basement. 80-100 children and adult staff | Located in basement. 25- 30 children and adult staff |
| Wednesday Testimony Meetings | 11-1:30 PM, 6-9:30 PM | Two/week[ix]; often with 1,000 or more attendees | Two/week; often with 100 - 150 or more attendees |
| Thanksgiving Service | 9:30-1 PM | Popular service on Thanksgiving Day, up to 1,500 attendees. | Popular service on Thanksgiving Day, up to 500 attendees. |
| Christian Science Lectures | 11-2 PM for Noontime, 6-10:30 PM Evening | About six/year; up to 2,000 attendees | About four/year; up to 800 attendees |
| C.S. Association Meetings[x] | 7 AM – 8 PM, Saturdays prep days before, after | About seven/year; up to 800 members each. | About four/year; up to 600 members each. |
| C.S. Class Instruction[xi] | 7:30 AM – 7 PM, Mon-Fri for two weeks | About five/year[xii]; up to 30 students + Teacher | About four/year; up to 30 students + Teacher |
| Branch Committee Meetings | AM, PM, Evenings, upwards of three/day. | At minimum several times per week year-round; 5-50 members per meeting | At minimum several times per week year-round; 5-20 members per meeting |
| Third Church Trustee Meetings | Evenings 5:30 – 11 PM | Up to two/month, 6 members | Up to two/month, 6 members |

---

[1] Based on Church attendance regaining levels of the 1940's and 1950's
[2] Based on expected attendance and Church activity within three-five years (2010-2012).

| Activity | General Hours of Use | At Full Activity<br>Comments | Within a Few Years<br>Comments |
|---|---|---|---|
| Corporate Meetings of Membership | Full day Saturday in Jan, May, Sept, other usually in evenings, up to 11 PM | Minimum of three, to five/year; full Membership expected. | Minimum of three, to five/year; full Membership expected. |
| Readers Rehearsals | Generally: Wed, 5-6 PM, Fri, 7-8:PM, Sun 9-10 | Usually at least three/week; some Readers in church many hours, many days; have their own suites | Usually at least three/week; some Readers in church many hours, many days; have their own suites |
| Soloist Rehearsals | Sat or early Sun AM | Generally one, Sunday prep | Generally one, Sunday prep |
| Organist Rehearsals | Wed, Sun hours before services start | Generally two/week, though more necessary for special meetings, Lectures, other | Generally two/week, though more necessary for special meetings, Lectures, other |
| Piano Rehearsals | 2-3 hours each week, usually late PM Thurs/Fri | For the Sunday School | For the Sunday School |
| Clerk/Treasurer/Building Mgmt. | Six-seven days/week | Physically on 4th Floor, all over the building during day | Physically on 4th Floor, all over the building during day |
| Superintendent Staff focused on Church activities and needs | In parallel with all Church meetings, services, events, before and after, six-seven days/week | Housed in Superintendent Office but all over the building during day and evenings | Housed in Superintendent Office but all over the building during day and evenings |
| Coordinated support to 3rd Church Reading Room now on 62nd and also Jointly-Maintained Reading Room now on Church Street in area of City Hall | Six-seven days/week Involves Clerk's Office + special committee work | Reading Rooms are located elsewhere but coordination is from 583 Park | Reading Rooms are located elsewhere but coordination is from 583 Park |
| Coordinated support for Spanish-speaking Services, Lectures, and radio lectures for the Tri-State area | Weekly planning, coordination, staffing as well as financial support | Spanish speaking services are held at 9th Church but run from 3rd | Spanish speaking services are held at 9th Church but run from 3rd |
| Tri-State C.S. Committee Meetings | Either Saturdays or Evenings, up to 11 PM | One-two per month; 5-50 per | One-two per month; 5-20 per |
| Coordinated support for Tri-State advertising that spans several institutions and activities | Weekly planning, coordination, and commitment of other resources to specific missions | Generally about a half dozen C.S. supporting institutions look to 3rd | Generally about a half dozen C.S. supporting institutions look to 3rd |
| Bookmobile coordination and prep for the Tri-State area | Generally once a week involving many hours; up to 12 people involved. | In support of special events, some outdoors (NYC street fairs, etc) | In support of special events, some outdoors (NYC street fairs, etc) |
| Periodic Special Meetings for the Tri-State area that often include senior representatives from The Mother Church (TMC) | Can cover two-four days each; meetings generally in the evenings or on Saturdays | TMC: The First Church of Christ, Scientist, in Boston, MA; C.S. Headquarters 3-4 per year | TMC: The First Church of Christ, Scientist, in Boston, MA; C.S. Headquarters 1-2 per year |
| Literature Distribution prep and coordination for Third Church area | Twice/week involving many hours: daytime, evenings. | Can be intense, time- and people-demanding work. Up to 50 people involved | Can be intense, time- and people-demanding work. Up to 20 people involved |
| Special Workshops, generally Bible-centered, encouraged by TMC, sponsored by Third Ch. | Sometimes two-three days; can be all day Sat or several evenings. | Attendance from a couple dozen to many hundreds, depending on focus, scope | Attendance from a couple dozen to hundreds, depending on focus, scope |

| Ancillary Activity | General Hours of Use | At Full Activity<br><br>Comments | Within a Few Years<br><br>Comments |
|---|---|---|---|
| Youth Forum activities (see: www.TMCYouth.com), quasi-social | From a couple to many hours, centered generally on young adult singles. Some quite deep metaphysically; a few 9 PM – Past Midnight. | Can concentrate on The Christian Science Monitor or Spiritual Activist Summits; some events merely social, such as a dance; about ten active events/year. | Can concentrate on The Christian Science Monitor or Spiritual Activist Summits; some events merely social, such as a dance; two-three/year. |
| Operation of an active, information-current website for Third Church to connect members, attendees, guests, the young, all interested. (re: http://www.thirdchurchny.com/ plan) | Several hours per day six days per week to maintain and enrich an interactive website that is relevant. | Headquartered in 583 Park Avenue, communicating locally and as far as the Internet spans. | Headquartered in 583 Park Avenue, communicating locally and as far as the Internet spans. |
| "Prayer Time at Third Church[xiii]" | Two evenings per week keeping Church open to the public for quiet prayer, study, Q&A with Class Taught Christian Scientists;9 PM-Midnight | Providing the City and the immediate community a safe prayer-focus haven. Soft music accompaniment[xiv]. | Providing the City and the immediate community a safe prayer-focus haven. Soft music accompaniment. |
| Adult socials[xv] | On a Friday or Saturday evening; 9 PM – Past Midnight. | Dance, dinner event, or centered on a serious subject. 3-4/year | Dance, dinner event, or centered on a serious subject 1-2/year |
| Weddings and Memorial Services[xvi] | As needed. Planning, coordinating, overseeing. Weddings can run late. | As needed; at least a dozen per year. Memorial Services handled by First Reader. Weddings require an outside Minister. | As needed; at least a dozen per year. Memorial Services handled by First Reader. Weddings require an outside Minister. |

6.     Expected Average <u>Hourly Use of Church Building</u>

| Activity | Timing of Use | At Full Activity[3]<br><br>Average Hours in Use/Month[xvii] | Within a Few Years[4]<br><br>Average Hours in Use/Month |
|---|---|---|---|
| Sunday Church Services | AM, PM | 7/week = (calculated into Totals) | 7/week = (calculated into Totals) |
| Sunday School (basement space) | AM to about 1 PM | 3/week = (within same hours as church) | 3/week = (within same hours as church) |
| Wednesday Testimony Meet. | Noon and eve periods | 6/week = (totals by month) | 6/week = (totals by month) |
| Thanksgiving Service | AM to about 1 PM | Thanksgiving Day only | Thanksgiving Day only |
| Christian Science Lectures | Eve period during week Noon period on a Sat | Lecture Day + planning meeting, at least ½ day every two months | Lecture Day + planning meeting, almost ½ day every two months |
| C.S. Association Meetings[xviii] | All day on a Saturday | 10-12 hours for event, 2-3 hours day before, after. About 7 Saturdays during the year | 10-12 hours for event, 2-3 hours day before, after. About 5-6 Saturdays during the year |

---

[3] Based on Church attendance regaining levels of the 1940's and 1950's
[4] Based on expected attendance and Church activity within three-five years (2010-2012).

|  |  | At Full Activity | Within a Few Years |
|---|---|---|---|
| **Activity** | **Timing of Use** | **Average Hours in Use/ Month** | **Average Hours in Use/ Month** |
| C.S. Class Instruction[xix] | Generally Summer months | 9-10 hours for two weeks straight. Space for 30 people. | 9-10 hours for two weeks straight. Space for 30 people. |
| Branch Committee Meetings | Concentrated in eves, Sat, Sun (outside of services) | 30-40 hours/week. Space for from 5 – 50 per meeting. | 15-20 hours/week. Space for from 5 – 15 per meeting. |
| Third Church Trustee Meetings | 6 PM – completion, can be as late as 11 PM | Including prep work, averages 20 hours per month. 4th Floor Board Room. | Including prep work, averages 20 hours per month. 4th Floor Board Room. |
| Corporate Meetings of Membership | 3rd Saturday in January, May, Sept, Other Eves | Including prep, averages 14 hours per quarter. Main space | Including prep, averages 14 hours per quarter. Main space |
| Readers Rehearsals | Usually squeezed in Fri Eve Sun AM, Wed early Eve | 6-11 hours/week = Readers' Suites + Platform time | 6-11 hours/week = Readers' Suites + Platform time |
| Soloist Rehearsals | Usually squeezed in early Sun AM | 2-3 hours/week = | 2-3 hours/week = |
| Organist Rehearsals | Usually squeezed in Wed early eve, Sun AM | 3-4 hours/week = | 3-4 hours/week = |
| Piano Rehearsals | Fri eve or Sun AM, Sunday School space | 1-2 hours/week = | 1-2 hours/week = |
| Clerk/Treasurer/Building Mgmt. | Better part of seven days/wk | 60-100 hours/week = 4th Floor + "walking the church" | 50-80 hours/week = 4th Floor + "walking the church" |
| Superintendent Staff focused on Church activities and needs | Better part of seven days/wk | 70-90 hours/week = Maintenance Office + "working the church building" | 70-90 hours/week = Maintenance Office + "working the church building" |
| Coordinated support to 3rd Church Reading Room (RR) and also Jointly-Maintained RR | Varies by need but usually some every day | 3-8 hours/week = Largely done from 4th Floor | 2-4 hours/week = Largely done from 4th Floor |
| Coordinated support for Spanish-speaking Services & Lectures | Varies by time period, some months relatively quiet. | 1-5 hours/week = Largely done from 4th Floor | 1-2 hours/week = Largely done from 4th Floor |
| Tri-State C.S. Committee Meetings | Some activity every month, some quite demanding | 1-5 hours/week = Coordination from 4th Floor, meetings can take major space and involve many participants | 1-3 hours/week = Coordination from 4th Floor, meetings can take major space and involve many participants |
| Coordinated support for Tri-State advertising | Varies by time period, some months quiet. | A couple hours per week. Largely done from 4th Floor | A couple hours per week. Largely done from 4th Floor |
| Bookmobile coordination and prep for the Tri-State area | Some activity every month, some quite demanding | 2-8 hours/week = Coordination from 4th Floor, team work takes space | 2-3 hours/week = Coordination from 4th Floor, team work takes space |
| Periodic Special Meetings for the Tri-State area | Varies by time period, some months relatively quiet. | Coordination from 4th Floor. Special Meetings usually involve a lot of people and much space. | Coordination from 4th Floor. Special Meetings usually involve a lot of people and much space. |

|  |  | <u>At Full Activity</u> | <u>Within a Few Years</u> |
|---|---|---|---|
| **<u>Activity</u>** | **<u>Timing of Use</u>** | **<u>Average Hours in Use/ Month</u>** | **<u>Average Hours in Use/ Month</u>** |
| Literature Distribution | Late PM, evenings; some Sat and Sun work | 4-8 hours/week = Involves a lot of people and much space to sort, prep. | 3-5 hours/week = Involves a lot of people and much space to sort, prep. |
| Special Workshops | Daytime, evening and Sat prep. Workshops can be relatively intimate or huge (a couple hundred people). | Workshops themselves run from ½ day to several days, from two to a few times per year. Much coord. and prep. Attendance can be very large. | Workshops themselves run from ½ day to several days, from one to a few times per year. Much coord. and prep. Attendance can be sizeable. |
| Youth Forum activities (see: www.TMCYouth.com), quasi-social | Keyed on non-school timing so weekends are priorities as are Summer months. | 2-8 hours/week by Youth task forces; much prep around school holidays/breaks. Youth workshops from 1-3 days. Socials can run past midnight. | 1-3 hours/week by Youth task forces; much prep around school holidays/breaks. Youth workshops from 1-3 days. Socials can run past midnight. |
| Operation of an active, information-current website for Third Church http://www.thirdchurchny.com/plan | Most work done during daytime hours. Maintenance 24x7 (largely uses an outside hosting service). | Maintaining a dynamic, interactive website requires a "Webmaster" 20-40 hrs/wk = Largely directed from 4th Floor. Keys into ALL Church activities and outreach. | Maintaining a dynamic, interactive website requires a "Webmaster" 20-40 hrs/wk = Largely directed from 4th Floor. Keys into ALL Church activities and outreach. |
| "Prayer Time at Third Church" | Targeting Wednesday and Sunday evenings/late. | 10 hours of focused time, 6 open to public. | 10 hours of focused time, 6 open to public. |
| Adult socials | Generally Friday or Saturday events, in the evening. | 1-6 hours/week. Coordination includes Clerk's Office and adult special subcommittees. Socials can run past midnight. | 1-6 hours/month. Coordination includes Clerk's Office and adult special subcommittees. Socials can run past midnight. |
| Weddings and Memorial Services | Memorial Services can be anytime, as requested (First Reader presides). Weddings similar to general practice (Ordained Minister). | As requested[xx]. From a couple of hours to a couple of days/month. Requires major space (one of two major church floor spaces). | As requested[xxi]. From a couple of hours to a couple of days/month. Requires major space (one of two major church floor spaces). |

**<u>Catering Support</u>**

|  |  |  |  |
|---|---|---|---|
| Catering for Church-Specific | Church activities, meetings, Lectures, weddings, and the like. | 4-6 hours/week, once in full operational use. Most large scale. | 4-6 hours/week, once in full operational use. Some small scale. |
| Catering for Outside Events | Mostly in evenings; some late; Sunday after morning Church and Sunday School services | 13 hours/week for "live" events, "prep time" is behind kitchen and other workspace areas, not interfering with Church. | 13 hours/week for "live" events, "prep time" is behind kitchen and other workspace areas, not interfering with Church. |
| Total Catering Activity | As needed (see above) | 17-19 hours/week, some with other church functions | 17-19 hours/week, some with other church functions |

|  | At Full Activity[5] | | Within a Few Years[6] | |
|---|---|---|---|---|
| **TOTAL HOURS OF USE** | **Average Participants** | **Average Hours Per Month**[xxii] | **Average Participants** | **Average Hours Per Month**[xxiii] |
| *Categories of Church Use* | | | | |
| 1) Totals for Church-only activities[xxiv]: | 800 – 1,000 | 102 - 128 discrete[xxv] hours | 100 – 600[xxvi] | 98 - 101 discrete hours |
| 2) Totals for Church activities mandating that other activities are isolated[xxvii]: | 30 | 58 - 70 discrete[xxviii] hours | 30 | 58 - 64 discrete hours |
| 3) Totals for Church activities that can work around other schedules[xxix]: | 20 - 70 | 280 - 340 overlap: more than one activity at the same time | 12 - 25 | 260 - 310 overlap: more than one activity at the same time |
| 4) Totals for Church activities that are largely "behind the scenes"[xxx]: | 10 | 510[xxxi] more than one activity at a time | 10 | 447 more than one activity at a time |
| *Totals for Catering Support* | | | | |
| 5) Church membership primarily: | staffed by event need | 22 work runs in parallel to other Church activities | staffed by event need | 22 work runs in parallel to other Church activities |
| 6) Others/outside events: | staffed by event | 58 hours/month[xxxii] | staffed by event | 58 hours/month |
| 7) Total catering support: | defined by nature of event | 80 hours/month[xxxiii] | defined by nature of event | 80 hours/month |
| *Total Church Operating Hours* | | | | |
| 8) Expected Hours of Church Operations: | | 7am-Midnight[xxxiv] | | Varies by day, 4 days: 7am-10pm, 2 days: 7am-12pm, 1 day: 9am-8pm |
| 9) Total Church operating hours[xxxv]: | | 514[xxxvi] hours/month | | 451[xxxvii] hours/month |
| **Other or Outside Events** (category 6 above) vs. **Total Church Use** (category 9 above): | | 11% | | 13% |

[5] Based on Church attendance regaining levels of the 1940's and 1950's
[6] Based on expected attendance and Church activity within three-five years (2010-2012).

7.    Average[xxxviii] <u>Monthly Calendars of Use</u> of Church Building by Hour by Day
(totaled and summarized into categories; color coded)


(Calendar summary follows, attached)


[i] Each branch church has a Literature Distribution Committee that makes available Christian Science Literature where it is welcome and needed. Third Church covered the Upper East Side down to 59th Street.

[ii] From *The History of Third Church of Christ, Scientist, New York City*, a pamphlet published by the church in 1953 at the celebration of its complete payment of debt, referred to as Dedication.

[iii] As part of its large Usher Committee, a transportation subcommittee stood by with cars to take visitors and members to other nearby Christian Science churches when absolutely no seating was left available.

[iv] Most of the Youth Forum and all of the socials were held outside of the Church. However, with removal of the fixed pews and a more open Church building, it is expected that Third Church could hold a number of these quasi-social events going forward.

[v] Those who have successfully gone through two weeks of authorized Christian Science instruction by a designated Christian Science Teacher, one who is authorized by TMC to use the initials C.S.B. following his/her name. Each student of Christian Science is allowed to be "Class Taught" once. See other references on C.S. Classes and C.S. Associations (those who have been Taught by a C.S. Teacher and meet once/year in an Association Meeting addressed by the Teacher or authorized substitute.

[vi] Current restoration is helping to prepare the Church: making bathrooms and access ADA compliant, constructing the Auditorium to be more visitor-friendly and flexible, improving lighting, clarity and precision of sound for listeners, installation of sprinkler systems and other steps to make the church building safer, improved security systems, and more.

[vii] Designed and installed by the catering-proficient Rose Group in support of church and outside meetings and events.

[viii] From the Preface to <u>Science and Health with Key to the Scriptures</u> by Mary Baker Eddy.

[ix] In the past, Third Church has held one Wednesday Testimony Meeting/week but would consider two to meet demand at attendance levels of its peak periods and contemporary work and lifestyles.

[x] All day events, usually on a Saturday. Associations also have prep meetings the day before and some have follow-on meetings the day after as well.

[xi] Each student of Christian Science is eligible to take Class Instruction from an authorized (by The Mother Church, Boston, MA) Teacher. Classes are not expected to be larger than 30 in size, run all day, Mon-Fri, for two weeks. At Third Church, classes, depending upon size, can be held in the Sunday School space (Basement), Board Room (4th Floor) and potentially in the renewed Church Committee Room (4th Floor). Class Instruction cannot be disturbed.

[xii] Because Class Instruction requires complete privacy, an increase of the number of Classes at two weeks each would be coordinated with the Caterer and might include the construction of a more privately sealed-off study and meeting room, which could probably be accommodated in what is now referred to as Attic space, off the 4th Floor.

[xiii] All significant activities and programs of Third Church require Membership approval and those not specifically called for in The Manual of The Mother Church by Mary Baker Eddy can be added or dropped according to Membership wishes.

[xiv] At appropriate times, the Church will also offer free organ concerts emphasizing more popular music though keeping with the dignity of the Church

[xv] Some other Christian Science churches individually or grouped have sponsored adult socials that are almost only independent of a church building; however, the restoration and renovation of Third Church, NY, lends itself for occasional socials for its members and their guests and/or for Tri-State socials in upper-mid Manhattan

[xvi] Not commonly conducted in Christian Science church buildings but can be; the more flexible structure of the restored 583 Park facilitates a much wider range of events and activities than historically capable

[xvii] Based on 4.5 weeks/month as an average calculation

[xviii] All day events, usually on a Saturday. Associations also have prep meetings the day before and some have follow-on meetings the day after as well.

[xix] Each student of Christian Science is eligible to take Class Instruction from an authorized (by The Mother Church, Boston, MA) Teacher. Classes are not expected to be larger than 30 in size, run all day, Mon-Fri, for two weeks. At Third Church, classes, depending upon size, can be held in the Sunday School space (Basement), Board Room (4th Floor) and potentially in the renewed Church Committee Room (4th Floor). Class Instruction cannot be disturbed.

[xx] Time needs not calculated into totals.

[xxi] Time needs not calculated into totals.

[xxii] Approximate, as this deals with a forecast, though based on substantive experience

[xxiii] Approximate, as this deals with a forecast, though based on substantive experience

[xxiv] Such as main Church Services and C.S. Lectures, can also include major workshops

[xxv] Nothing can happen in the Church but those Church activities/Services/Meetings

[xxvi] C.S. Lectures are already pulling in between 400-500; Thanksgiving Service very well attended, Association Meetings today are in the many hundreds and can be higher

[xxvii] Such as Trustee Meetings and C.S. Class Instruction

[xxviii] Nothing can happen anywhere in the vicinity, such as on the 4th Floor or Basement while these activities are going on

[xxix] The many Church Committee Meetings, Rehearsals, Literature Distribution, etc.

[xxx] Church Office, Treasurer, Clerk, church-focused custodial work, Church website maintenance and updating, etc.

[xxxi] Clerk, Office, Custodial, Website maintenance, support that parallels Church hours

[xxxii] Note: many Church activities can continue behind the scenes

[xxxiii] Note: many Church activities can continue behind the scenes

[xxxiv] Based on Expected Use at membership and attendance of the 1940's, 50's and contemporary use of building to meet modern lifestyle and spiritual-searching needs

[xxxv] Note: 2, 3, 4 & 5 can overlap. Activities from 4 and some of 3 can occur with Activity 6

[xxxvi] 451 vs. 447, as an average of four hours/month would run past midnight to complete catered events

[xxxvii] Wed-Sun: to Midnight, Mon, Tues, Thurs, Fri: to 10 pm except special church events. Sat: 9am-8pm, though can run longer for special church events.

[xxxviii] Using two calendar months such as April and August to provide a balanced perspective of Church activity, which varies slightly through the year.

# Third Church of Christ, Scientist, of New York City
## Typical Month of Activities

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|--------|--------|---------|-----------|----------|--------|----------|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**KEY**

- "Church Only" Activities
- Church Activities with "Isolated other activities"
- Church Activities that "Work around other schedules"
- Church Activities that are "Behind the Scenes"
- Church Catering Events
- Church Operating Hours
- Outside Catering Events



Apr 20 2007 12:41PM  The Rose Group                    212 583 7206              p.2
04/20/2007 12:30 FAX  2127872085          CATERERS OFFICE                           002/002



# Newman and Leventhal
### CATERERS, INC.
15 WEST 81ST STREET
NEW YORK, NEW YORK 10024
212-362-9400
FAX: 212-787-2086

April 19, 2007

Third Church of Christ Scientist
Att: Ms. Dora Redman, Clerk
583 Park Avenue
New York, New York 10021

Dear Ms. Redman:

As you know, our company has been catering events in houses of worship throughout New York for more than fifty years. We are the exclusive caterers to four houses of worship and provide catering services on a non-exclusive basis to approximately fifteen other houses of worship. Our arrangements with the houses of worship in which we are the exclusive caterers are pursuant to agreements with those institutions. Our clients who are planning their events enter into an agreement with us directly for the catering services to be rendered on their behalf.

With regard to your inquiry, attached is a list of houses of worship with facilities similar to those at 583 Park Avenue, New York, setting forth the congregation size, the catering capacity and the average number of events.

If you are in need of any additional information, please feel free to contact me.

Very Truly Yours,

NEWMAN AND LEVENTHAL CATERERS, INC.

*Burton Leventhal*

Burton Leventhal, President

BL:laz
Enclosure

## NEWMAN AND LEVENTHAL CATERERS, INC.

| NAME OF CONGREGATION | APPX. SIZE OF CONGREGATION | SEATED CATERING CAPACITY | AVERAGE # OF EVENTS PER WEEK |
|---|---|---|---|
| Park Avenue Synagogue 50 E. 87th St., NYC | 1500 | 500 | 3 |
| Park East Synagogue 163 E. 67th St., NYC | 1000 | 500 | 4 |
| Congregation Habonim 44 W. 66th St., NYC | 1500 | 300 | 3 |
| Cong. Rodeph Sholom 7 W. 83rd St., NYC | 1200 | 400 | 3 |
| The Jewish Center 131 W. 86th St., NYC | 1300 | 250 | 3 |

Apr 20 2007 12:41PM  The Rose Group                     212 583 7206                    p.4

THE CRYSTAL PLAZA    Fax:973-992-8845    Apr 19 2007 03:01pm P002/002



305 WEST NORTHFIELD ROAD • LIVINGSTON, NEW JERSEY 07039 • (973) 992-8100 • FAX (973) 992-8845

April 19, 2007

Third Church of Christ Scientist
583 Park Avenue
New York, New York 10021
Attn: Ms. Dora Redman, Clerk

Dear Ms. Redman:

I am the proud third generation owner/operator of The Crystal Plaza Caterers, my family business that was established in 1917. During our ninety-one year history we have catered all types of religious milestone events in many religious and secular facilities throughout the NY/NJ Metropolitan area, in addition to our exclusive mansion in Livingston, New Jersey.

Our philosophical approach is to blend our catering services with the natural and spiritual environment of the facility we are catering in.  For over forty years, we have co-existed in harmony with our residential neighbors in Livingston, and have proven that a business entity can create a mutually beneficial relationship in our neighborhood.

We currently provide catering services on a non-exclusive basis to eighteen houses of worship and numerous secular locations.

The attached is a partial list of the facilities that we render our services to.

Please feel free to contact me for any additional information or questions.

Sincerely,

Allan H. Janoff
AHJ/kp

| Facility | Address | Congregation Size | Seated # Guests | Rec # Guests | Events per week |
|---|---|---|---|---|---|
| **Houses of Worship** | | | | | |
| Landmark on the Park | 160 Central Park West | | 400 | 583 | |
| Riverside Church | 490 Riverside Drive | | 350 | 600 | |
| St. Bartholomew's Church | 109 East 50th Street | | 225 | | |
| Church of the Redeemer | 7 East 95th Street | | 80 | 265 | |
| Cathedral of St. John the Devine | 1047 Amsterdam Ave. | | 300 | | |
| Wallace Hall @ St. Ignacious of Loyola | 980 Park Avenue | | 300 | 500 | |
| St. Jean Baptiste | 173 East 75th Street | | 400 | | |
| Central Presbyterian | 593 Park Avenue | | | | |
| Park Avenue Synagogue | 50 East 87th St. | | 300 | | |
| Park East Synagogue | 163 East 67th St. | 1500 | 500 | 750 | 3 |
| Central Synagogue | 652 Lexington Ave @ 55th St. | 750 families | 500 | 550 | 4 |
| Marble Collegiate Church | 1 West 29th Street | 1878 | 160 | 200 | 4 |
| Congregation Habonim | 44 W. 66th St. | | 170 | 200 | |
| Spanish Portuguese Synagogue | 8 W. 70th St. | 370 families | 300 | 400 | |
| The Jewish Center | 131 W. 86th St. | 1000 +- | 400 | 600 | 2 |
| Rodeph Sholom | 7 W. 83rd St. | 1200 +- | | | |
| Bnai Jeshurun | 270 W. 89th St. | | 400 | 600 | |
| Steven Wise Synagogue | 30 W. 68th St. | | 350 | 500 | 3 |
| Congregation Kehilath Jeshurun | 125 E. 85th St. | 700 +- | 450 | 650 | |
| In construction of a ballroom with 500 person capacity | | 1070 | 200 | 300 | 4 |
| **Museums, Mansions, Other** | | | | | |
| Asia Society Museum | 725 Park Avenue | | | | |
| American Museum | | | | | |
| New York Society for Ethical Culture | Central Park West At 77th St. | | 200 | 400 | |
| Council on Foreign Relations | 2 West 64th Street | | 750 | 1200 | |
| The Astor House | 58 East 68th Street at Park | | 200 | 275 | |
| Museum of the City of New York | 130 East 80th Street | | 175 | 300 | |
| Frick Museum | 1220 5th Ave. | | 150 | 300+ | |
| American Irish Historical Society | 991 5th Ave. | | 300 | 500 | |
| Americas Society | 1 E. 70th St. | | 200 | 300 | |
| United Nations | 680 Park Ave | | 130 | 200 | |
| National Academy Museum | First Avenue at 45th Street | | 140 | 250 | |
| New York Public Library | 1083 Fifth Avenue at 89th St. | | 550 | 1000 | |
| Italian Academy | Fifth Avenue at 42nd Street | | 220 | 350 | |
| | 1161 Amsterdam Avenue | | 450 | 750 | |
| | | | 200 | 250 | |

| | | | |
|---|---|---|---|
| Bruno Jamais Restaurant | 24 East 81st Street | 150 | 250 |
| American Federation of the Arts | 41 East 65th Street | | |
| 1887 Townhouse | 59 West 66th Street | 100 | 125 |
| James Burden Mansion | 7 East 91st Street | 25 | 50 |
| Mount Vernon Museum & Garden | 421 East 61st Street | 180 | 250 |
| Museum House | 215 East 71st Street | 210 | 350 |
| Otto Kahn Mansion | 1 East 91st Street | 100 | 250 |
| Ukrainian Institute of America | 2 East 79th Street | 280 | 350 |
| Van Alen Mansion | 15 East 65th Street | 110 | 200 |
| | | 100 | 120 |



**Attachment 4**

**Church Websites**

St. Bartholomew's Church
109 East 50th Street
http://www.stbarts.org/rentspaceatstbarts.asp

The Riverside Church
490 Riverside Drive
http://www.theriversidechurchny.org/about/?weddings

All Souls Church
1157 Lexington Avenue
http://www.allsoulsnyc.org/contact/wedding2.htm

House of the Redeemer
7 East 95th Street
http://www.houseoftheredeemer.org/wedding.html

Madison Avenue Presbyterian Church
921 Madison Avenue
See the Guide to Wedding Policies (especially pages 4 and 6) at:
http://www.mapc.com/html/01_about/01g_about-weddings.htm

Marble Collegiate Church
1 West 29th Street
http://www.bizbash.com/newyork/content/resource/r797126.php?prdvCatId=457

New York Society for Ethical Culture
2 West 64th Street
http://www.nysec.org/sitemap/rental-facilities/

Saint James' Church
865 Madison Avenue
See page 19 of the 2006 Annual Report at
http://www.stjames.org/PDF/annualreport2007.pdf

Wallace Hall at Church of St. Ignatius of Loyola
980 Park Avenue
http://www.stignatiusloyola.org/index.php/about_us/space_rentals

New York Times
December 27, 1992

# Houses of Worship Widening Rentals

By CLAUDIA H. DEUTSCH

ABOUT three years ago, the Rev. Darrell Berger took a close look at the income and outgo of the Unitarian Universalist Church at 76th Street and Central Park West and the balance made him blanch. The landmarked church had deferred needed maintenance for decades, and its physical condition was getting dire. The endowment wasn't large enough to cover routine bills, let alone extraordinary repairs, and the congregation was neither rich enough nor large enough to make up the deficits.

But then Dr. Berger had a flash: If the building is the biggest drain on assets, why should it not also be the biggest contributor to them? After all, the sanctuary was used for worship services only on weekends. The church's main hall, conference rooms, gym and kitchens sat idle much of the time, too. And precedents had been set: Various organizations had rented space from the church for more than 20 years.

So Dr. Berger hired Fred Seidler to be the church's director of management and marketing. Mr. Seidler, in turn, sent letters and brochures to businesses, theater groups, members -- anyone who might be holding an event. He advertised in New York magazine, Crains New York Business and The Village Voice. He put a display ad in the Yellow Pages. He even put a sign in the large picture window, between the two front doors, saying "Rental Space," and a number to call.

"Some people in the congregation thought that was tacky," Dr. Berger recalls. "I told them, 'I'll take it down when my budget balances.' ".

Dr. Berger is unusual only in the candor with which he discusses renting space and the comfort level he feels that no tax officials will look askance at any tenants he might accept. Many other religious institutions, fearful that openness about revenues from commercial enterprises will attract unwelcome attention from Federal, state or local taxing authorities, try to keep a low profile about that side of their activities.

But times being what they are, churches and temples are scrambling mightily to close deficits that seem to get wider with every year the stubborn recession continues. And increasingly, they are doing so by marketing their space to outsiders, even those whose activities seem tangentially if at all to be related to the church's mission.

"Renting space has always been an item on a temple's operating budget, but these days everyone is trying to rent more space to more organizations," said Rhoda F. Myers, president of the National Association of Synagogue Administrators.

Mr. Seidler is more succinct. "This is the wave of the future, and churches have to recognize it," he said.

Religious institutions serving as landlords is nothing new, of course. Several churches, including Rutgers Presbyterian on West 73d Street and Trinity Church in Lower Manhattan, own buildings they rent to nonreligious groups. The Abyssinian Baptist Church in Harlem even has its own development corporation, which has built buildings.

And most churches and temples have long let other nonprofit groups use their sanctuaries or other spaces for meetings, for nominal rentals, or even free. Nearly all rent space to 12-step programs like Alcoholics Anonymous and to nonprofit educational or music groups.

TYPICAL example: St. Peter's Lutheran Church in Citicorp Center, well known for its many jazz concerts and other arts events, also rents its living room and kitchen to AIDS groups and other nonprofits for their own functions and fundraisers. "The thrust of our rentals is to cover costs, to make sure we keep the building in operation," said Sue Dennis, St. Peters's business manager.

But lately, the line between renting to other charitable uses and to for-profit groups has blurred. Several churches and temples are renting space to Weight Watchers, a for-profit group. One Connecticut temple is letting an S.A.T.-preparation group hold classes in its space, for a rental fee.

The Stephen Wise Free Synagogue at 30 West 68th Street rents space to Gymboree, a for-profit group, to set up a children's gym on weekday afternoons. Rodeph Sholom, at 7 West 83d Street, is the site of an antique book fair each year; the temple gets rent for the space and charges admission, the dealers keep revenues from the sales. Jan Hus Presbyterian Church at 351 East 74th Street has dozens of public events each week, including theater performances and antique sales.

Even Temple Emanu-El, New York's preeminent Reform Jewish temple, which has never used its ballroom or auditorium to raise revenue, has been "informally" talking about letting members use the space for receptions, said Mark W. Weisstuch, administrative vice president.

Some institutions are even fundamentally altering their spaces to pursue renters.

Until two years ago the auxiliary chapel on the lower level of the Church of Saint Ignatius Loyola was used primarily for parish gatherings and as a shelter for the homeless. But its sheer size and distinctive gothic design gave it potential for much more.

"You didn't have to be a rocket scientist to see what an underutilized asset this was," said the Rev. Walter Modrys, the pastor.

So the church, on Park Avenue and 84th Street, renovated the hall, which now has 8,000 feet of floor space, a 30-foot-deep stage, a kitchen, sound system, even 20 phone lines, should anyone want to hold a phonathon. The space rents for $750 to $3,000 per event, depending on the day of the week and whether the renter is a charity or for-profit group, plus extra labor, table-rental and high-season fees.

Already, it has had an antiques show, benefit dinners and wedding receptions, while continuing to be used for parish activities and, on alternate weekends, as a shelter for the homeless. Father Modrys hopes to get perhaps $40,000 from the hall this year, more when word gets around.

"We are just now learning how to use the hall as a revenue raiser as well as a community resource," he said.

Outside New York, others are doing the same. Temple Beth El in Hollywood, Fla., has never aggressively sought renters for space, in part because it has a lucrative stream of money coming in from a cemetery it owns. But now, with its deficit growing, it has been advertising for a school to rent space it now uses for storage as classrooms.

"Even the largest, richest, Rock of Gibraltar temples are running deficits these days," said Ralph M. Birnberg, the temple's administrator.

Because of tax fears, church and temple officials tend to speak guardedly about space rentals. In fact, Marvin Myers, executive director of the National Association of Church Business Administration in Fort Worth, Tex., says that what appears to be a trend for churches to seek rental income is not, in fact, happening at all.

"They're afraid to be deemed in competition with other businesses that sell space," he said.

Their private-sector clients are doing little to assuage those fears. Chase Manhattan refused to talk about a party it held at the Universalist because it feared alienating bank clients that operate for-profit rental space. Jane Swain, the Gymboree liaison with Stephen Wise, would not take calls, and a man who got on the phone would not give his name and said the company would not discuss the arrangement lest publicity place the temple in an unwelcome tax spotlight.

The fears have a legal basis. Religious institutions, like other nonprofit organizations, are tax-exempt organizations under Section 501C3 of the Internal Revenue Code. Since nonprofts do not pay taxes, their costs are lower, and they can arguably compete unfairly with private companies offering space. And even if their costs were the same, the fact that they need not pay taxes on their revenues means they can offer lower prices.

The problem first hit the spotlight in the late 1940's, when the New York University School of Law bought the C.F. Mueller Company, a macaroni company. The I.R.S., wanting to tax the profits, argued that selling macaroni was unrelated to N.Y.U.'s

educational mission and that N.Y.U. shouldn't be able to trade on its tax exemption to kill the competition. N.Y.U. disagreed, arguing that the profits from selling the macaroni should be tax-free because all the proceeds were plowed back into N.Y.U.

The tax court ruled in favor of the I.R.S., and N.Y.U. was ordered to pay taxes on the sales. Although the Court of Appeals eventually overturned the ruling, Congress had already imposed a tax on unrelated business income.

To this day, the law remains vague about when money made on activities related to a nonprofit's mission is taxable -- and, in fact, on what kind of activity is so related. Is a concert, a book fair or a prep school part of a church's mission to serve a community? Or is it a thinly disguised commercial activity?

"That's what's really confusing the charities -- figuring out whether a function they have is related to their charitable activities," said Walter R. Bailey, a partner specializing in nonprofit tax matters at Rogers & Wells, a Manhattan law firm.

"Charging for space is not fatal in and of itself," added Eugene L. Vogel, a tax partner at the law firm of Rosenman & Colin, also in Manhattan. "Since a church's mission is social as well as religious, it's probably O.K. to rent to a local bridge club. But they would undoubtedly be taxed if they gave a year's lease to a restaurant."

So far, with no hard-and-fast rule, debates on tax issues continue among nonprofits of all kinds. Recent court decisions forcing television evangelists to pay taxes on many of their perks -- free housing, for example -- and on much of what they sell has made nonprofits even more nervous. When local sales and property taxes come into the picture, the waters grow even siltier.

"The regulations are so fuzzy that we worry sometimes," said the Rev. Jan Orr-Harter, the pastor at Jan Hus Presbyterian Church.

Actually, many of the fears are moot, if only because the taxing authorities show little inclination to crack down on activities at temples and churches whose basic legitimacy they do not question.

"The I.R.S. simply does not care if a local church rents a room to an aerobics class," said Richard R. Hammer, a lawyer who edits Church Law and Tax Report, a national newsletter published in Matthews, N.C.

Apparently, local tax people also offer benign neglect. "As long as rentals don't become their primary business, they have nothing to worry about," said Jon Lukomnik, an assistant commissioner in the New York City Department of Finance.

Still, worry they do. The minority of church and temple officials who will talk on the record about space rentals still tend to stress how restricted their rentals are and how little money they bring in. Temple Israel in Great Neck, L.I., has a full-time caterer and readily

holds wedding and bar mitzvah receptions for members. But Vivian Krasnov, the temple's business adminsitrator, says she draws the line at renting for anything else.

"SURE, we're running at a deficit, but renting out space to outsiders isn't the tack we want to take," she said.

The Rev. John A. Huffman Jr., senior minister of St. Andrews Presbyterian Church in Newport Beach, Calif., is adamant that the rent he is paid for concerts held in his church barely covers the costs of the events.

"In no way do we have money-making enterprises for the church," he said. "We continue to believe that God's people should support their work with their tithes."

Such proclamations are increasingly rare. Perhaps because of the continued laissez-faire attitude of the tax authorities, perhaps because of growing fiscal desperation, religious institutions slowly are becoming more open about their quests for paying renters.

The Church of Saint Ignatius Loyola, for one, is unabashedly looking for corporate functions. "We've sent brochures to caterers and schools, and we're looking for more ideas for where to send them," said Robin W. Zeamer, the church's space coordinator.

The Sisterhood of Congregation B'nai Jacob, in Woodbridge, N.Y., uses direct mail and calls to reporters to get more participants in a crafts fair it has held for several years.

"We've become more sophisticated and knowledgeable about how to do these things," said Ms. Myers, a sisterhood member. "Nothing is left to by gosh and by golly, we make sure the local paper knows."

Even the Stephen S. Wise Temple in affluent Bel Aire, Calif., which says it is not in a cash squeeze, is putting ads for its facilities in its member newsletter and is sending reminders to members planning celebrations that the temple has wonderful space.

"The number of weddings and bar mitzvahs that we do has held constant from year to year," said Norman I. Fogel, the temple's executive director. "But the parties are smaller and less elaborate these days, so they're bringing less money in."

Despite the slow-growing acceptance among religious pragmatists that space should be rented, there are built-in restraints that will probably always keep rentals at a fairly moderate level.

For some -- particularly Roman Catholic churches, which must have approval from the archdiocese for any nonchurch event -- renting space can cause more bureaucratic red tape than it is worth. For others, there is not enough space to accommodate all church-related activities and still leave room for regular outside use. Still others, especially in Manhattan, say competition from local concert halls and ballroom spaces remains too high.

"We keep getting the nonprofit groups like the 12-step programs who can't even pay the $100 an hour we want to charge," said the Rev. Robert Davidson, pastor of West Park Presbyterian Church on Amsterdam Avenue and West 86th Street, which makes about 10 percent of its budget from rentals. "The ones that can afford to pay more can rent out Merkin Hall" -- the concert hall on West 67th near Lincoln Center.

And many potential clients -- particularly corporate ones -- think twice before holding a function in a religious building lest they inadvertently offend clients or shareholders or attendees by seeming to favor one sect over another.

"I don't even try to take clients to church spaces anymore, because the board of directors rejects it every time," said Lore Moser, a Manhattan corporate events planner.

Still, the churches and temples are unlikely to stop trying to get renters outside the nonprofit world. One look at the Universalist Church's success can show why.

The Winston Prep School for learning-disabled students just signed a 10-year lease, with option to renew for five, for classroom space in the parish hall. The Karpales rare-manuscript library pays to occupy the sanctuary, which has movable pews, during the week. Wedding receptions are common. The New York Theater Workshop had a spaghetti-night fundraiser. Manhattan Grace Tabernacle uses the space. Chase Manhattan Bank even held a Teller Appreciation Night at the church in the fall.

All told, rentals -- which average $2,500 for weekend events, $1,000 for weekdays -- now account for more than 85 percent of the church's $460,000 budget.

"We're still struggling," Dr. Berger said, "but at least we don't have to dip into our endowment for expenses any more."

- Copyright 2007 The New York Times Company
- Home
- Privacy Policy
- Search
- Corrections
- XML
- Help
- Contact Us
- Wor





**583 PARK AVENUE**

NEW YORK

## Rose Group Calendar of Events at 583 Park Avenue - 2007

| "STATUS" KEY | |
|---|---|
| "Confirmed" | Event is confirmed with contract and deposit |
| "OTC" | Contract or proposal has been sent |
| "Completed" | Event has already happened |

| Date | Event | Type of Event | # Guests | Status |
|---|---|---|---|---|
| 5/19/2007 | Mortimer Gaghan Wedding | Reception and Luncheon | 250 | Completed |
| 6/4/2007 | Oscar de la Renta | Fashion Show | 300 | Completed |
| 6/5/2007 | Jewish Women's Foundation | Buffet Reception | 200 | Completed |
| 6/12/2007 | Sloan Kettering Gala | Reception and Dinner | 342 | Completed |
| 6/24/2007 | Alpert Wedding | Wedding Ceremony and Reception | 170 | Completed |
| 6/28/2007 | New York Auto Dealers Association | Reception and Dinner | 206 | Completed |
| 9/8/2007 | Pokotilow Fink Wedding | Wedding Ceremony and Reception | 275 | Completed |
| 9/10/2007 | Oscar de la Renta | Fashion Show | 850 | Completed |
| 9/18/2007 | New Yorkers for Children | Reception and Dinner | 700 | Completed |
| 9/19/2007 | Sotheby's Int. Realty Inc. | Reception and Luncheon | 500 | Completed |
| 9/25/2007 | Association of Legal Administrators | Reception and Luncheon | 190 | Completed |
| 9/29/2007 | Levine Schaps Wedding | Wedding Ceremony and Reception | 300 | Completed |
| 10/4/2007 | The Synergos Institute | Reception and Dinner | 350 | Completed |
| 10/9/2007 | United Jewish Appeal | Reception and Dinner | 275 | Completed |
| 10/11/2007 | Hispanic Society | Reception & Seated Dinner | 300 | Confirmed |
| 10/16/2007 | House & Garden Magazine | Rec & Seated Dinner | 120 | Confirmed |
| 10/17/2017 | Lily Holt | Lunch reception | 50 | Confirmed |
| 10/18/2007 | Henry Street Settlement | Reception and Dinner | 400 | Confirmed |
| 10/19/2007 | Jones Day Reavis & Pogue | Reception and Dinner | 300 | Confirmed |
| 11/22/2007 | Conde Nast | Reception | 225 | Confirmed |
| 10/23/2007 | Nike Womens Fitness | Workout and Reception | 120 | Confirmed |
| 10/25/2007 | Outward Bound | Reception and Dinner | 400 | Confirmed |
| 10/30/2007 | Avon Foundation | Reception and Dinner | 500 | Confirmed |
| 11/1/2007 | UJA Luncheon | Luncheon | 300 | Confirmed |
| 11/1/2007 | Bob Hardwick Reception | Reception | 500 | Confirmed |
| 11/2/2007 | ICI | Reception and Dinner | 320 | Confirmed |
| 11/5/2007 | Sundance Institute | Reception and Dinner | 400 | Confirmed |
| 11/6/2007 | Strive New York | Reception and Dinner | 400 | Confirmed |
| 11/8/2007 | Global Endeavor | Reception and Dinner | 400 | Confirmed |
| 11/11/2007 | Warner Brothers | Reception | 400 | Confirmed |
| 11/12/2007 | World Childhood Foundation | Reception and Dinner | 300 | Confirmed |
| 11/13/2007 | First Republic Bank | Reception | 350 | Confirmed |
| 11/14/2007 | Alexandra Lind Designs | Reception | 150 | Confirmed |
| 11/15/2007 | Business Execs for Nat'l Security | Reception and Dinner | 300 | Confirmed |
| 11/26/2007 | Garden House School | Reception | 400 | Confirmed |
| 11/27/2007 | UBS Holiday Dinner | Reception and Dinner | 500 | Confirmed |
| 11/29/2007 | Queen Sofia/Spanish Institute | Reception and Dinner | 350 | Confirmed |
| 12/1/2007 | Deutch 50th Birthday | Reception and Dinner | 200 | OTC |
| 12/3/2007 | Jamaica Business Resource Center | Reception and Dinner | 500 | Confirmed |
| 12/4/2007 | Hedge Fund Intelligence | Reception and Dinner | 350 | Confirmed |
| 12/6/2007 | WSTA | Reception and Dinner | 800 | Confirmed |
| 12/8/2007 | Fidessa Corp. | Reception and Dinner | 450 | Confirmed |
| 12/10/2007 | Morgan Stanley | Reception and Dinner | 1200 | Confirmed |
| 12/11/2007 | UBS | Reception and Dinner | 600 | Confirmed |
| 12/13/2007 | Citigroup | Reception and Dinner | 1200 | Confirmed |
| 12/14/2007 | Keefe, Bruyette & Woods | Reception and Dinner | 500 | Confirmed |
| 12/18/2007 | Bank of America | Reception and Dinner | 750 | OTC |
| 12/20/2007 | DLA Piper | Reception and Dinner | 500 | Confirmed |



### 583 PARK AVENUE
NEW YORK

## Rose Group Calendar of Events at 583 Park Avenue - 2008

| "STATUS" KEY | |
|---|---|
| "Confirmed" | Event is confirmed with contract and deposit |
| "OTC" | Contract or proposal has been sent |

| Date | Event Name | Event Type | Guest Count | Status |
|---|---|---|---|---|
| 1/11/2008 | Hennessy | Reception | 300 | OTC |
| 1/15/2008 | Deloitte and Touche | Reception and Dinner | 250 | OTC |
| 1/18/2008 | White and Case | Reception and Dinner | 400 | OTC |
| 1/19/2008 | King & Spalding | Reception and Dinner | 300 | OTC |
| 1/24/2008 | New York Rangers | Reception and Dinner | 350 | OTC |
| 1/26/2008 | Berkowitz Lee Wedding | Wedding Ceremony and Reception | 200 | OTC |
| 1/31/2008 | Magazine Publishers of America | Luncheon | 300 | Confirmed |
| 2/4/2008 | Oscar de la Renta | Fashion Show | 400 | OTC |
| 2/5/2008 | Debevoise and Plimpton | Reception and Dinner | 250 | Confirmed |
| 2/23/2008 | Hirschberg Bat Mitzvah | Reception and Dinner | 250 | OTC |
| 2/26/2008 | American Cancer Society | Reception and Dinner | 350 | OTC |
| 2/28/2008 | Help USA | Reception and Dinner | 400 | OTC |
| 3/6/2008 | Horton Group | Reception and Dinner | 400 | OTC |
| 3/8/2008 | Reiss Bar Mitzvah | Reception and Dinner | 200 | OTC |
| 3/10/2008 | Signature Theatre Company | Reception and Dinner | 375 | Confirmed |
| 3/15/2008 | Towart Wedding | Wedding Ceremony and Reception | 250 | Confirmed |
| 3/27/2008 | Asia Society | Dessert Reception | 300 | OTC |
| 4/7/2008 | Paris Review | Reception and Dinner | 600 | OTC |
| 4/8/2008 | Horticultural Society | Reception and Dinner | 275 | Confirmed |
| 4/10/2008 | Willkie, Farr & Gallagher | Reception and Dinner | 400 | Confirmed |
| 4/12/2008 | Lustig Bat Mitzvah | Reception and Dinner | 195 | Confirmed |
| 4/14/2008 | Oscar de la Renta | Fashion Show | 400 | Confirmed |
| 4/15/2008 | Allen Stevenson School | Reception | 900 | Confirmed |
| 4/16/2008 | Bard Graduate Center | Reception and Luncheon | 125 | Confirmed |
| 4/22/2008 | Arts Connection | Reception and Dinner | 400 | Confirmed |
| 4/28/2008 | The Dwight School | Reception and Dinner | 400 | OTC |
| 4/29/2008 | PEN American Center | Reception and Dinner | 600 | OTC |
| 5/1/2008 | Fountain House | Luncheon | 500 | Confirmed |
| 5/2/2008 | Sacred Heart School | Reception and Dinner | 450 | Confirmed |
| 5/3/2008 | Levy Bat Mitzvah | Reception and Dinner | 250 | Confirmed |
| 5/8/2008 | Phoenix House | Reception and Dinner | 300 | Confirmed |
| 5/10/2008 | Slaton Green Wedding | Wedding Ceremony and Reception | 250 | Confirmed |
| 5/12/2008 | CAMERA | Reception and Dinner | 400 | Confirmed |
| 5/13/2008 | Turner Broadcasting | Luncheon | 400 | Confirmed |
| 5/15/2008 | Financial Communications Society | Reception and Dinner | 500 | OTC |
| 5/17/2008 | Zimmerman Wedding | Wedding Ceremony and Reception | 200 | OTC |
| 5/19/2008 | Oscar de la Renta | Fashion Show | 400 | OTC |
| 6/4/2008 | Chapin School Graduation | Graduation Ceremony and Reception | 400 | Confirmed |
| 6/5/2008 | Global Fund for Women | Reception and Dinner | 500 | Confirmed |
| 6/10/2008 | China Institute | Reception and Dinner | 450 | OTC |
| 8/2/2008 | Matt Wedding | Wedding Ceremony and Reception | 200 | OTC |
| 8/23/2008 | Hammalove Neuman Wedding | Wedding Ceremony and Reception | 200 | OTC |
| 9/3/2008 | UBS Warburg | Reception and Luncheon | 300 | Confirmed |
| 9/20/2008 | Raizes Wedding | Wedding Ceremony and Reception | 250 | OTC |
| 10/4/2008 | Cohen Bat Mitzvah | Reception and Dinner | 225 | Confirmed |
| 10/7/2008 | Quad Graphics | Reception and Dinner | 500 | OTC |
| 10/11/2008 | Bloom Bat Mitzvah | Reception and Dinner | 250 | Confirmed |
| 10/16/2008 | Real Estate Board of NY | Reception and Dinner | 400 | OTC |
| 10/18/2008 | Bloom Bogan Wedding | Wedding Ceremony and Reception | 225 | OTC |
| 11/1/2008 | Becker Batmitzvah | Reception and Dinner | 225 | Confirmed |
| 11/7/2008 | BOMA | Reception and Dinner | 400 | Confirmed |
| 11/15/2008 | Sullivan and Cromwell | Reception and Dinner | 400 | OTC |
| 12/11/2008 | Weil Gotschal | Reception and Dinner | 500 | OTC |
| 12/13/2008 | Paul Weiss | Reception and Dinner | 400 | OTC |

LAW OFFICES

# KURZMAN KARELSEN & FRANK, LLP

230 PARK AVENUE

NEW YORK, NY 10169

(212) 867-9500

PHYLLIS H. WEISBERG
MEMBER NY AND CT BARS
E-MAIL: pweisberg@kurzman.com

FACSIMILE

(212) 599-1759

October 9, 2007

VIA ELECTRONIC MAIL

Jay Segal, Esq.
Greenberg Traurig
200 Park Avenue
New York, NY 10166

583 Park Avenue

Dear Jay:

I enclose a copy of a letter that several of our clients have received from your client.

As you know, our clients believe that the use of 583 Park Avenue as a catering hall violates the law. Our clients continue actively to oppose such use. Accordingly, they will not take any steps to facilitate such use, including by permitting access to apartments for the purpose of acoustical measurements.

The suggestion for acoustical testing was first made in November, 2006 and was again raised during settlement discussions in the winter of 2007. Given the passage of time, the failure of settlement discussions, and the significant additional information obtained by our clients concerning the nature of the use (which use we believe is mischaracterized in your client's letter), it would seem that the time for any good faith requests for entry to perform acoustical tests has long since passed.

Sincerely,

Phyllis H. Weisberg

PHW:alj
Encl.

187906.1

# Third Church of Christ, Scientist, of New York City

583 PARK AVENUE   NEW YORK, NY 10021-7363   (212) 838-1870

E-Mail: thirdchurchoffice@Juno.com

September 21, 2007

Property Manager
575 Park Avenue
New York, NY 10065

Dear Property Manager,

As you are probably aware, Third Church of Christ, Scientist, has leased to a catering organization the use of its building for special events at times when the building is not being used as a church. These events may include musicians with amplified sound. We are seeking to establish appropriate limits on the level of amplification.

At the suggestion of a Board member at 580 Park Avenue, we are working with an acoustical consulting firm to measure objectively the level of sound that can be produced within our building without causing an imposition on our neighbors within their residences. The acoustical consulting firm, SIA Acoustics, would appreciate receiving access to one or two apartments in your building, so that it may measure the incremental sound within the apartment when controlled levels and types of sound are produced within our building.

Currently, the acoustical firm plans to take its measurements on Sunday, October 14, 2007 during the hours of 1:00 to 3:30 PM.

Please let us know if any of your tenant-shareholders are willing to participate in this project by making his or her apartment available to our sound engineer. Needless to say, the best apartments for this purpose are those facing our building. Please provide us with the name and telephone number of any person who is willing to so participate.

Thank you for your consideration. Please feel free to contact our Clerk, Dora Redman, at 212-838-1870 if you have any questions.

With appreciation,

Board of Trustees