# EXHIBIT U



Page 1 of 3



## *Certificate of Occupancy*

**CO Number:**     **103613065T001**

This certifies that the premises described herein conforms substantially to the approved plans and specifications and to the requirements of all applicable laws, rules and regulations for the uses and occupancies specified.  No change of use or occupancy shall be made unless a new Certificate of Occupancy is issued.  *This document or a copy shall be available for inspection at the building at all reasonable times.*

**A.**

| | |
|---|---|
| **Borough:** Manhattan | |
| **Address:** 540 PARK AVENUE | |
| **Building Identification Number (BIN):** 1040855 | |

| | |
|---|---|
| **Block Number:** 01376 | |
| **Lot Number(s):** 36 | |
| **Building Type:** Altered | |

| | |
|---|---|
| **Certificate Type:** Temporary | |
| **Effective Date:** 05/03/2007 | |
| **Expiration Date:** 06/03/2007 | |

*For zoning lot metes & bounds, please see BISWeb.*

**B.**

| | |
|---|---|
| **Construction classification:** 1 | **Number of stories:** 18 |
| **Building Occupancy Group classification:** RES | **Height in feet:** 178 |
| **Multiple Dwelling Law Classification:** HAEA | **Number of dwelling units:** 321 |

**C.** **Fire Protection Equipment:**
Standpipe system, Fire alarm system, Sprinkler system

**D.** **Type and number of open spaces:**
Parking spaces (129)

**E.** **This Certificate is issued with the following legal limitations:**
Other Restriction: 1047-63-A

**Outstanding requirements for obtaining Final Certificate of Occupancy:**

There are 8 outstanding requirements. Please refer to BISWeb for further detail.

**Borough Comments:**     None

*Christopher M Santulli*
**Borough Commissioner**
_____
Borough Commissioner

_____
Commissioner

B Form 54 (Revised 03/05)

***DOCUMENT CONTINUES ON NEXT PAGE***



## Certificate of Occupancy

**CO Number:** 103613065T001

### Permissible Use and Occupancy

| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code habitable rooms | Building Code occupancy group | Zoning dwelling or rooming units | Zoning use group | Description of use |
|---|---|---|---|---|---|---|---|
| CEL | 120 | 100 | | RES | | | HELP'S DINING ROOM, KITCHEN STORAGE, BARBER SHOP, BEAUTY PARLOR, LINEN ROOM, VALET SERVICE, GENERAL STORAGE, BUILDING UTILITIES, HOUSEKEEPER'S ROOM, RECEIVING ROOM, HOTEL OFFICE, TIMEKEEPER'S OFFICE, HELP'S LOCKER ROOMS, ELECTRIC SWITCH BOARD ROOM, CHIEF STEWARD'S OFFICE & GARAGE FOR (48) MOTOR VEHICLES |
| BAS | 475 | 100 | | RES | | | HOTEL RESTARAUNT, COCKTAIL LOUNGE, PRIVATE DINING ROOMS, KITCHEN, OFFICES, LOBBY, CONCESSION AREA AND CATERING (SEE NOTE BELOW), STORAGE & GARAGE FOR (15) MOTOR VEHICLES. |
| SC1 | 60 | OG | | RES | | | GENERAL STORAGE, INCINERATOR ROOM AND GARAGE FOR SIXTY-SIX (66) MOTOR VEHICLES |
| 001 | | 40 | 0 | RES | 26 | | TWENTY-SIX (26) APARTMENTS |
| 002 011 | | 40 | 0 | RES | 23 | | TWENTY-THREE (23) APARTMENTS PER FLOOR |
| 012 | | 40 | 0 | RES | 25 | | TWENTY-FIVE (25) APARTMENTS |
| 013 015 | | 40 | 0 | RES | 7 | | SEVEN (7) APARTMENTS PER FLOOR |
| 016 017 | | 40 | 0 | RES | 6 | | SIX (6) APARTMENTS PER FLOOR |
| 018 | | 40 | 0 | RES | | | FOUR (4) APARTMENTS |
| ROF | | | | RES | | | FAN ROOM, ELEVATOR MACHINE ROOM, COOLING TOWER, HOUSE TANK |



Christopher M Santalli
Borough Commissioner

Borough Commissioner



Commissioner

B Form 54 (Revised 03/05)

**DOCUMENT CONTINUES ON NEXT PAGE**



## *Certificate of Occupancy*

CO Number:     **103613065T001**

| Permissible Use and Occupancy | | | | | | | |
|---|---|---|---|---|---|---|---|
| Floor From To | Maximum persons permitted | Live load lbs per sq. ft. | Building Code habitable rooms | Building Code occupancy group | Zoning dwelling or rooming units | Zoning use group | Description of use |
| PEN | | 40 | | RES | 3 | | THREE (3) APARTMENTS |
| | | | | RES | | | NOTE: CATERING EXCLUSIVELY FOR THE HOTEL RESIDENTS AND GUESTS OF RESIDENTS. NOTE: THIS BUILDING COMPLIES WITH SECTION 67 OF THE MULTIPLE DWELLING LAW |
| | | | | RES | | | FIRE DEPARTMENT APPROVALS STANDPIPE SYSTEM-JANUARY 31,1963 SPRINKLER SYSTEM- FEBRUARY 21,1963 INTERIOR FIRE ALARM AND WATCHMAN'S TIME DETECTOR SYSTEMS-FEBRUARY 18, 1963 OWNER'S REGISTRATION NO.138457 |
| | | | | RES | | | NOTE: SEE BOARD OF STANDARDS AND APPEALS RES ADOPTED NOV.23,2004. FILED UNDER CA.#1046-63 BZ & CA.#1047-63-A TO PERMIT THE USE OF SURPLUS TENANTS PARKING SPACES IN THE ACCESSORY GARAGE FOR TRANSIENT PARKING FOR TERM OF TEN (10) YEARS TRANSIENT VEHICLES PARKED SHALL BE LIMITED TO NINETY (90) IN NUMBER AND SHALL BE PLEASURE TYPE CARS ONLY.TENANTS MAY RECAPTURE ANY OF THE SPACE DEVOTED TO TRANSIENT PARKING UPON A THIRTY (30) DAY WRITTEN NOTICE TO OWNER IN ACCORDANCE WITH SECTION 60 1 (B) OF THE MULTIPLE DWELLING LAW. |
| | | | | | | | A SIGN REGARDING TENANT RECAPTURE RIGHTS MUST BE LOCATED IN A CONSPICUOUS PLACE WITHIN THE GARAGE |
| END OF SECTION | | | | | | | |

*Christopher M. Santelli*

**Borough Commissioner**

―――――――――――――――
Borough Commissioner



―――――――――――――――
Commissioner

B Form 54 (Revised 03/05)          ***END OF DOCUMENT***          103613065/001  05/03/2007 10:51:45 AM

B Form 54 (Rev. 5/85)

PAGE 1

THE CITY OF NEW YORK



# DEPARTMENT OF BUILDINGS
## CERTIFICATE OF OCCUPANCY

**BOROUGH** MANHATTAN    **DATE:** JAN 10 1995    **NO.** 105395

This certificate supersedes C.O. NO 60422    ZONING DISTRICT R-10 & R-8

THIS CERTIFIES that the new—altered—existing—building—premises located at

540 PARK AVENUE/35-39 EAST 61ST STREET    Block 1376    Lot 27-32,34 & 36

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ. FT. | MAXIMUM NO. OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| SUBCELLAR | O.G. | 60 | | | | | GENERAL STORAGE, INCINERATOR ROOM & GARAGE FOR SIXTY-SIX (66) MOTOR VEHICLES |
| CELLAR | 100 | 120 | | | | | HELP'S DINING ROOM, KITCHEN STORAGE, BARBER SHOP, BEAUTY PARLOR, LINEN ROOM, VALET SERVICE, GENERAL STORAGE, BUILDING UTILITIES, HOUSEKEEPER'S ROOM, RECEIVING ROOM, HOTEL OFFICE, TIMEKEEPER'S OFFICE, HELPS' LOCKER ROOMS, ELECTRIC SWITCH BOARD ROOM, CHIEF STEWARD'S OFFICE & GARAGE FOR FORTY-EIGHT (48) MOTOR VEHICLES |
| BASEMENT | 100 | 475 | | | | | HOTEL RESTAURANT COCKTAIL LOUNGE, PRIVATE DINING ROOMS, KITCHEN, OFFICES, LOBBY, CONCESSION AREA & CATERING, (SEE NOTE BELOW), STORAGE & GARAGE FOR FIFTEEN (15) MOTOR VEHICLES |
| 1ST STORY | 40 | | | | | | TWENTY-SIX (26) APARTMENTS |
| 2ND-11TH STORY, INC. | 40EA | | | | | | TWENTY-THREE (23) APARTMENTS ON EACH STORY |
| 12TH STORY | 40 | | | | | | TWENTY-FIVE (25) APARTMENTS |
| 13TH-15TH STORY, INC. | 40EA | | | | | | SEVEN (7) APARTMENTS ON EACH STORY |
| 16 & 17TH STORIES | 40EA | | | | | | SIX (6) APARTMENTS ON EACH STORY |

(CONTINUED)

OPEN SPACE USES _____ (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

**NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED**

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT    COMMISSIONER

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

B Form 54 (Rev. 8/85)



THE CITY OF NEW YORK        PAGE 2

# DEPARTMENT OF BUILDINGS

# CERTIFICATE OF OCCUPANCY

**BOROUGH** MANHATTAN        **DATE:** JAN 10 1995        **NO.** 106395

This certificate supersedes C.O. NO 60422        ZONING DISTRICT R-10 & R-8

THIS CERTIFIES that the new—altered—existing—building—premises located at

Block 1376    Lot 27-32,34&

540 PARK AVENUE/35-39 EAST 61ST STREET        36

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ FT | MAXIMUM NO. OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| 18TH STORY | 40 | | | | | | FOUR (4) APARTMENTS |
| PENTHOUSE | 40 | | | | | | THREE (3) APARTMENTS |
| PENTHOUSE ROOF & BULKHEAD | | | | | | | FAN ROOM, ELEVATOR MACHINE ROOM, COOLING TOWER, HOUSE TANK |

NOTE:  *SEE BOARD OF STANDARDS AND APPEALS RES. ADOPTED APRIL 7, 1964 FILED UNDER CAL.# 1046-63-BZ AND CAL. # 1047-63-A TO PERMIT THE USE OF SURPLUS TENANTS PARKING SPACES IN THE ACCESSORY GARAGE FOR TRANSIENT PARKING FOR A TERM OF TEN (10) YEARS, TRANSIENT VEHICLES PARKED SHALL BE LIMITED TO SIXTY-FIVE (65) IN NUMBER AND SHALL BE LIMITED TO SIXTY-FIVE(65) IN NUMBER AND SHALL BE PLEASURE TYPE CARS ONLY.  TENANTS MAY RECAPTURE ANY xxxxxxxxxx OF THE SPACE DEVOTED TO TRANSIENT PARKING UPON A THIRTY (30) DAY WRITTEN NOTICE TO OWNER IN ACCORDANCE WITH SECTION 60 1 (b) OF THE MULTIPLE DWELLING LAW.

NOTE:  CATERING EXCLUSIVELY FOR THE HOTEL RESIDENTS AND GUESTS OF RESIDENTS ONLY.

NOTE:  THIS BUILDING COMPLIES WITH SECTION 67 OF THE MULTIPLE DWELLING LAW.

FIRE DEPARTMENT APPROVALS

STANDPIPE SYSTEM - JANUARY 31, 1963.
SPRINKLER SYSTEM - FEBRUARY 21, 1963.
INTERIOR FIRE ALARM AND WATCHMAN'S TIME DETECTOR SYSTEMS - FEBRUARY 18, 1963.

OWNER'S REGISTRATION NO. 138457.

NOTE:  THIS IS AN AMENDED CERTIFICATE OF OCCUPANCY, ISSUED TO SHOW TRANSIENT PARKING, AS PER BOARD OF STANDARDS AND APPEALS RESOLUTION CAL. # 1046-63-BZ AND 1047-63-A FILED UNDER PRESENT ALT.#1508-1963. BY BOARD OF STANDARDS AND APPEALS RESOLUTION DATED JANUARY 11, 1994, VARIANCE EXTENDED TO JANUARY 11, 2004.

OPEN SPACE USES        (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

**NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED**

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE M-1

BOROUGH SUPERINTENDENT        COMMISSIONER

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

B Form 54 (Back) (Rev. 8-82)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the   WEST   side of   PARK AVENUE

distant   0'   feet from the corner formed by the intersection of   EAST 61ST STREET   and PARK AVENUE

running thence   WEST 248'   feet; thence   NORTH 100'-5"   feet;

thence   EAST 248'   feet; thence   SOUTH 100'-5"   feet;

thence _____ feet; thence _____ feet;

thence _____ feet; thence _____ feet;

to the point or place of beginning.

NEW ALT. No. 1508/63 DATE OF COMPLETION 12-27-94 CONSTRUCTION CLASSIFICATION CLASS 1 FIREPROOF

BUILDING OCCUPANCY GROUP CLASSIFICATION     HEIGHT 178'-0" STORIES BSMT,18 & P.H. FEET

HEREAFTER ERECTED CLASS "A" APT. HOTEL

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM | X | | AUTOMATIC SPRINKLER SYSTEM | X | |
| YARD HYDRANT SYSTEM | | X | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | X | | | | |
| SMOKE DETECTOR | X | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | X | | | | |

STORM DRAINAGE DISCHARGES INTO:

A) STORM SEWER ☐      B) COMBINED SEWER ☒      C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:

A) SANITARY SEWER ☐      B) COMBINED SEWER ☒      C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:

BOARD OF STANDARDS AND APPEALS CAL. NO. #1046-63-BZ & #1047-63-A

CITY PLANNING COMMISSION CAL. NO. _____

OTHERS:

Case 1:07-cv-10962-DAB    Document 10-16    Filed 02/08/2008    Page 8 of 32



# LOEWS REGENCY HOTEL





SITE MAP    PRIVACY POLICY    TERMS AND CONDITIONS    ABOUT US    PRESS ROOM    CAREERS    CONTACT US

LOEWS REGENCY HOTEL ▪ (212) 759-4100



# LOEWS REGENCY HOTEL



# HOTEL INFO
# HOTEL FEATURES AND SERVICES

HOTEL FEATURES AND SERVICES     CHECK-IN TIME AND POLICIES      DIRECTIONS
CREDIT CARDS

353 guest rooms, including 74 suites and 12 specialty suites

Feinstein's at the Regency - The Nightclub of New York

24-hour limousine service/airport transportation available

Fitness Center with sauna, personal trainers, massage therapists and Pilates instructors

Multilingual staff and 24-hour concierge

Valet parking available

Laundry and dry cleaning service

Nico Hair Salon

Dog-walking service

Wi-Fi available in public space

Function space accommodating up to 200 persons

EMAIL THIS PAGE TO A FRIEND

SITE MAP     PRIVACY POLICY     TERMS AND CONDITIONS     ABOUT US     PRESS ROOM     CAREERS     CONTACT US

LOEWS REGENCY HOTEL ▪ (212) 759-4100



# LOEWS REGENCY HOTEL

# SPECIAL OCCASIONS FUNCTION SPACE

Preview the facilities we offer for your events.

OVERVIEW    FUNCTION SPACE    REQUEST FOR PROPOSAL

### NEW YORKER I, II, AND III
A refined setting for
your board meetings.
Accommodates 10 –
15 people.

FLOOR PLAN

### THE REGENCY ROOM
A warmly comfortable
and tasteful space for
your meeting. Seats
30 - 80 people.

FLOOR PLAN

### EAST AND WEST BALLROOMS AND MIRROR ROOM
An elegant setting for
a variety of occasions,
from an investment
conference to an
intimate wedding.
Capacities vary
depending on how the
spaces are set up.

FLOOR PLAN

### DELACORTE BOARD ROOM
Ideal for high-profile
C-level and board
meetings. Room for
22 people.

FLOOR PLAN

## FIND YOUR IDEAL MEETING ROOM

Number of guests: [            ]

Desired meeting room set up: [ Please select ▾ ]

| MEASUREMENTS MEETING ROOM NAME | FEET DIMENSIONS FEET | METERS FEET² | CEILING | CAPACITY THEATRE | CLASSROOM | RECEPTION | BANQUET |
|---|---|---|---|---|---|---|---|
| New Yorker II | 21x13 | 273 | 8 | | | 15 | 16 |
| New Yorker I & III | 19x15 | 285 | 8 | Permanent Board Room Table, seating for 12 | | | |
| The Regency Room | 17x43 | 731 | 10 | 50 | 30 | 80 | 70 |
| Ballroom | 24x72 | 1,728 | 10 | 180 | 130 | 200 | 160 |
| West Ballroom | 24x51 | 1,224 | 10 | 110 | 70 | 120 | 90 |

| East Ballroom | 24x21 | 504 | 10 | 40 | 30 | 40 | 40 |
| Mirror Room | 15x46 | 690 | 9 | 50 | 36 | 80 | 60 |
| Delacorte Board Room | 27x18 | 486 | 8 | Permanent Board Room Table, seating for 22 | | | |

EMAIL THIS PAGE TO A FRIEND

SITE MAP    PRIVACY POLICY    TERMS AND CONDITIONS    ABOUT US    PRESS ROOM    CAREERS    CONTACT US

LOEWS REGENCY HOTEL • (212) 759-4100

EXHIBIT V



B Form 54 (Rev. 8/85)

THE CITY OF NEW YORK

ALT 100822031
CORRECTED



# DEPARTMENT OF BUILDINGS
## CERTIFICATE OF OCCUPANCY

**BOROUGH**        DATE **SEP 27 1996**  NO.  **110179**

This certificate supersedes C.O. NO                    ZONING DISTRICT   R10

THIS CERTIFIES that the new—altered—existing—building—premises located at

  56-60 EAST 68TH STREET                              Block  1382      Lot  37

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS,
RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| SUB-CELLAR | OG | 1 | | | | | HEATING |
| CELLAR | OG & 50 | 8 | | | | | LIBRARY AND STACK |
| 1ST FLOOR | 50 | 31 | | | | | LIBRARY AND COAT ROOM |
| 2ND FLOOR | 100 & 50 | 201 | | | 4 | | LIBRARY MEETING ROOM OFFICES |
| 2ND FLOOR MEZZANINE | 50 | 3 | | | | | STUDY AND RESEARCH |
| 3RD FLOOR | 50 | 16 | | | | | STUDY AND RESEARCH |
| 4TH FLOOR | 50 | 17 | | | | | STUDY AND RESEARCH |
| 5TH FLOOR | 50 | 8 | | | | | STUDY AND RESEARCH |

OLD CODE

CORRECTED CERTIFICATE OF OCCUPANCY TO ADD LIVE LOAD AND MAXIMUM NUMBER
OF PERSONS PERMITTED.

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED
WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES
OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

OPEN SPACE USES _____
            (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

**NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED**

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE.

_BOROUGH SUPERINTENDENT_                    _COMMISSIONER_

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

B Form 54 (Back) (Rev. 8/82)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the     SOUTH     side of   EAST 68TH STREET
distant

        0                         feet from the corner formed by the intersection of

running thence _____ EAST 68TH STREET _____ and     PARK AVENUE

_____ feet; thence _____ feet;

thence _____ WEST 60 _____ feet; thence _____ SOUTH 100.5 _____ feet;

thence _____ EAST 60 _____ feet; thence _____ NORTH 100.5 _____ feet;

thence _____ feet; thence _____ feet;

to the point or place of beginning.

BLOCK ALT. No.   1008-Z031   DATE OF COMPLETION   9/27/96   CONSTRUCTION CLASSIFICATION CLASS 1 FIREPROOF

BUILDING OCCUPANCY GROUP CLASSIFICATION        HEIGHT       STORIES.        FEET
      PUBLIC BUILDING                   SUB-CELLAR C + 5             73'

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH
APPLICABLE LAWS.

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM | | | AUTOMATIC SPRINKLER SYSTEM | | |
| YARD HYDRANT SYSTEM | | | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | | | | |
| SMOKE DETECTOR | | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | | | | | |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐     B) COMBINED SEWER ☐     C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

     SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐     B) COMBINED SEWER ☐     C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
     BOARD OF STANDARDS AND APPEALS CAL. NO. _____
     CITY PLANNING COMMISSION CAL. NO. _____
     OTHERS:

Home | Site Index | FAQs | Contact | RSS | Podcast

# COUNCIL ON FOREIGN RELATIONS
A Resource for Nonpartisan Information and Analysis

home > about cfr > new york

**CFR Headquarters in New York**

### CFR Headquarters in New York



The Council on Foreign Relations is headquartered in New York City. A third of the Council's members reside in or around New York City, and another third in Washington, DC, and around the nation. Over 160 employees work out of the landmarked Harold Pratt House, located on the Upper East Side of Manhattan.

The Council's New York headquarters hosts more than 250 events annually, including panel discussions, lectures, interviews, symposia, town hall meetings, film screenings, book clubs, and conference calls. Senior government officials, global leaders, and prominent thinkers regularly come together with Council members as part of the New York Meetings, Studies, and Corporate programs to debate and discuss major foreign policy issues. Accounts of on-the-record Council meetings are available in three formats on CFR.org: transcripts, videos, and audio streams.

The main purpose of these meetings is to provide a nonpartisan forum for informed policy debate. They cover a range of regional and topical issues, with a strong focus on Iraq, energy and the environment, the global war on terrorism, and religion and foreign policy. These activities bring Council members together with senior government officials, world leaders, academic experts, and prominent thinkers to discuss the major foreign policy issues of our time.

The majority of fellows in the Think Tank are based in New York. These fellows contribute to the larger foreign policy debate by writing books, articles, and op-eds on the most important challenges facing the United States and the world. They also write topical reports, books, and other publications.

The Council also has a growing and multifaceted presence in the nation's capital—the Washington Program—and a dynamic National Program for members living across the country. The Council's active Corporate Program provides the business community an opportunity to gain new insights into the intersection of politics, economics, and business.

The Council's New York office is also home to *Foreign Affairs*, the preeminent journal covering international affairs and U.S. foreign policy. Founded in 1921, recently it was ranked number one in influence among opinion-leaders in a national study.

Home | Site Index | FAQ | Contact | RSS | Podcast

# COUNCIL ON FOREIGN RELATIONS
A Resource for Nonpartisan Information and Analysis

home > about cfr > faq

## Frequently Asked Questions

### Frequently Asked Questions

**What is the Council on Foreign Relations? When and why was it formed?**

The Council on Foreign Relations is an independent, nonpartisan membership organization, think tank, and publisher dedicated to being a resource for its members, government officials, business executives, journalists, educators and students, civic and religious leaders, and other interested citizens in order to help them better understand the world and the foreign policy choices facing the United States and other countries. Founded in 1921, the Council takes no institutional positions on matters of policy.

**What does the Council do?**

The Council's main activities, as summarized in our Mission Statement:

Maintaining a diverse membership, including special programs to promote interest and develop expertise in the next generation of foreign policy leaders;

Convening meetings at its headquarters in New York and in Washington, DC and other cities where senior government officials, members of Congress, global leaders, and prominent thinkers come together with Council members to discuss and debate major international issues;

Supporting a studies program that fosters independent research, enabling Council scholars to produce articles, reports, and books and hold roundtables that analyze foreign policy issues and make concrete policy recommendations;

Publishing *Foreign Affairs*, the preeminent journal of international affairs and U.S. foreign policy;

Sponsoring independent task forces that produce reports with both findings and policy prescriptions on the most important foreign policy topics; and

Providing up-to-date information and analysis about world events and American foreign policy on its website, CFR.org.

**What is CFR.org's mission?**

CFR.org seeks to raise the level of foreign policy awareness by offering timely, unbiased, and in-depth coverage of U.S. foreign policy and international affairs to anyone interested. A staff of journalists and researchers, led by executive editor Michael Moran, produces timely analysis, expert interviews, and Backgrounders to help explain the international issues of the day. This website's original editorial content is integrally linked to the rich intellectual inquiries and reports produced by other CFR departments. What's more, the CFR.org staff casts its net beyond CFR itself, compiling the best of what is available from other sources of analysis, opinion, speeches, transcripts, and source documents. Such up-to-date, objective coverage reaches a growing daily audience and is aimed at contributing quality and

**How is the Council managed? Who is in charge?**
The Council is incorporated under New York State law. Its Board of Directors provides overall direction, and the president leads the daily operations.

Carla A. Hills, chair and chief executive officer of Hills & Company and former U.S. trade representative, and Robert E. Rubin, director and chairman of the executive committee of Citigroup and former secretary of the Treasury, are co-chairmen of the Council's Board of Directors. Richard E. Salomon, chairman of Mecox Ventures, is vice chair. Richard N. Haass, a former senior government official, is president.

**Who are the members of the Council?**
There are three kinds of Council membership: life members, term members, and corporate members. The Council's approximately 4,300 life members are divided almost equally among New York, Washington, DC, and the rest of the nation. They are leaders in government, business, finance, media, academia, and a wide range of nonprofit organizations. Term members must be between the ages of 30 and 36; term memberships are limited to five years and can lead to life memberships. Corporate memberships engage senior executives from leading international firms in the activities and work of the Council.

**Why are senior government officials, members of the U.S. Congress, journalists, and corporate executives members of the Council?**
Membership in the Council can represent both the recognition of exceptional achievement in a career involving international affairs, as well as the promise of one. It is important to avoid reversing the causal order in this question. The Council does not "anoint" government officials, nor advance the careers of those in other fields; it does exert great effort to attract individuals who have displayed significant dedication, expertise, and success in professions concerning American foreign policy and world affairs, and also to encourage them to help in our mission by participating in our meetings and other activities.

**How are individuals selected for membership?**
Every candidate for membership must be a U.S. citizen or a permanent resident with an application for citizenship pending. Candidates are formally proposed in writing by one member and seconded by a minimum of three other individuals. Letters of support from members (as opposed to non-members) are strongly encouraged. Quality, diversity, and balance are the key objectives sought by the Council in the composition of its membership. The roster of members is listed in the published version of the annual report. To request a published version of the annual report, email the Council's Communications Department at communications@CFR.org. Click here for more information about member-selection procedures.

**Who finances the Council?**
The Council is supported by a wide range of individuals and institutional donors. Specifically, the Council's largest donations come from corporate, foundation, and individual endowment gifts and grants. Member donations constitute "The Annual Fund," which is in addition to annual dues. A list of donors appears in the annual report.

**Is the Council on Foreign Relations part of the U.S. government, the United Nations, or organizations such as the Royal Institute for International Affairs and the Trilateral Commission?**
No, the Council is a nongovernmental, nonprofit, and nonpartisan organization. The following studies thoroughly examine the Council's history:

Robert D. Schulzinger, *The Wise Men of Foreign Affairs* (New York: Columbia University Press, 1984).

Michael Wala, *The Council on Foreign Relations and American Foreign Policy in the Early Cold War* (Providence, R.I.: Berghahn Books: 1994).

Peter Grose, *Continuing the Inquiry: The Council on Foreign Relations from 1921 to 1996* (New York, N.Y.: Council on Foreign Relations: 1996)

**Is the Council on Foreign Relations a secret organization?**
No. From the start, the Council has published the results of its study groups and task forces, as well as an annual report. In addition, Council fellows and members often write books, magazine and journal articles, and opinion pieces that appear in newspapers like the *New York Times, Washington Post, Wall Street Journal* and *Los Angeles Times;* work by fellows is posted on CFR.org, as is a wealth of information about the workings of the Council.

**What is a "Council meeting?"**
The Council holds various member events throughout the year that fall under the general rubric of "meetings." A meeting may feature a single speaker—for example, a U.S. government official, a foreign dignitary, or the author or a new book—and a moderator. The speaker may give a speech on a foreign-policy topic or engage in a conversation with the moderator. Alternatively, a meeting may feature a panel of experts and a moderator who examine an issue. Council meetings typically last one hour, including a period set aside for questions from the audience.

**Why are some Council meetings on the record and others are are held on a not-for-attribution basis?**
Many Council meetings are held on a not-for-attribution basis to encourage frankness among participants who may be hesitant to express new or developing ideas if they feared that they would be publicized. An increasing number of Council meetings—nearly 50 percent—are conducted on an on-the-record basis, with meeting transcripts posted on the Council's website, CFR.org.

**How can I get access to Council meetings?**
Only Council members can attend meetings. However, accounts of on-the-record Council meetings are available in four formats on CFR.org: transcripts, webcasts, videos, and audio streams.

Transcripts are verbatim records of selected Council sessions. They are usually available within 24-48 hours after a meeting.

Webcasts allow you to connect via the Internet to watch an on-the-record Council meeting in real time. Once a webcast of a Council meeting has concluded, it is available as a video.

Videos allow users to connect via the Internet (either via Windows Media Player or Quicktime) to watch on-the-record Council meetings at their convenience.

Audio streams allow users to listen to audio records of on-the-record Council meetings by downloading the file to an MP3 player.

**How can I make a contribution to the Council?**
The Council is a 501(c)(3) not-for-profit organization and is publicly supported as described in 509(a)(1) of the Internal Revenue Code. The Council's IRS identification number is 13-1628168. Contributions payable to the Council on Foreign Relations are tax-deductible to the extent permitted by law. To donate to the Council's annual fund online, please click here.

For more information about ways you can support the Council, please contact:

Betsy R. Gude, Deputy Director of Development
Tel: +1-212-434-9788
Fax: +1-212-434-9862
Email: bgude@CFR.org

Copyright 2008 by the Council on Foreign Relations. All Rights Reserved.

Home | Site Index | FAQs | Contact | RSS | Podcast

# COUNCIL ON FOREIGN RELATIONS
A Resource for Nonpartisan Information and Analysis

home > about cfr > rental space

**Rental Space**

### Rental Space

The Council's Harold Pratt House and
Peterson Hall are ideal rental locations
for wedding ceremonies, receptions,
celebrations or corporate meetings and
dinners. The Harold Pratt House features
a majestic marble stairway connecting
the Ballroom with a variety of other
beautiful spaces including a library,
reception and drawing room. All feature
cathedral ceilings, fireplaces and antique
chandeliers. The recently constructed
Peter G. Peterson Hall has its own private
limestone townhouse entrance and can
be used alone or in combination with the
Harold Pratt House.

To learn more about our space and to
access our four color brochure please
visit us at www.prattmansion.com.



Copyright 2008 by the Council on Foreign Relations. All Rights Reserved.

# EXHIBIT W

Home    Contact Us    Site Map    Newsletter    Calendar  ▶        SEARCH                        Feed



AS/COA Online ▶

Council of the Americas Website ▶

Publications        Programs        Partnerships        Media Guide        Press

Home > About Americas Society

- About AS
- Mission
- Chairman's Welcome
- Board of Directors
- Experts
- Staff
- Offices
- Career Opportunities

# About Americas Society

Americas Society is the premier organization dedicated to education, debate and dialogue in the Americas. Established by David Rockefeller in 1965, our mission is to foster an understanding of the contemporary, political, social and economic issues confronting Latin America, the Caribbean, and Canada, and to increase public awareness and appreciation of the diverse cultural heritage of the Americas and the importance of the inter-American relationship.

### Culture

Americas Society's Literature, Music, and Visual Arts programs advance our mission by bringing celebrated and emerging writers, scholars, musicians and artists from Latin America, the Caribbean and Canada to U.S. audiences, and increase U.S. recognition for major cultural figures from the hemisphere. A few examples illustrate our historic role.

Since 1968, we have published the award-winning literary magazine, Review: Literature and Arts of the Americas, the leading forum in English for literature from Latin America, the Caribbean and Canada. Americas Society sponsored the first English translation of One Hundred Years of Solitude by Gabriel García Márquez, providing a path for critically acclaimed writers from Latin America, such as Manuel Puig, Guillermo Cabrera Infante, and Mario Vargas Llosa to reach U.S. audiences in English with their groundbreaking work.

Our Music program spans the hemisphere, featuring musicians such as Osvaldo Golijov (Argentina), Aurelio Martinez (Honduras), Izaline Calister (Curaçao), and Barry Shiffman (Canada). Our Music Education program takes music from Latin America, the Caribbean and Canada to thousands of New York City public school children.

Americas Society's Visual Arts department boasts the longest-standing private space in the U.S. dedicated to exhibiting and promoting art from Latin America, the Caribbean and Canada. Americas Society is recognized for its catalyzing role in establishing the Latin American art market in the U.S., having organized the first auction of Latin American art with Sotheby's in 1979. The success of the Visual Arts program is rooted in its role as not merely a consecratory venue, but also as a platform for new artistic visions and achievements from throughout the Americas.

### Public Policy

As the leading organization for hemisphere-wide debate, our public policy programs engage opinion leaders from the public and private sectors in positive dialogue at our forums in New York, Washington, D.C., Miami, Canada and throughout Latin America to exchange ideas and develop solutions to the challenges facing the Americas today. Our signature programs, which promote economic and social development, the rule of law, democracy and

## Upcoming Programs

| Feb 12 | APEC Peru 2008: The Year Ahead New York |
| Feb 15 | Corporate Social Responsibility in Latin America Quebec |
| Feb 28 | Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina New York |

Calendar and Registration

## Past Programs

| Jan 30 | Private Luncheon: Mari Luiz Ribeiro Viotti, Permanent Rep. of Brazil to the UN New York |
| Jan 30 | Torrijos: The Man and the Myth New York |
| Jan 29 | Forgotten Continent Book Launch New York |

## Review Magazine



Click here for more information

free trade throughout the Americas, include the annual Latin American Cities Conferences and the President's of the Americas Conference, the premier platform for Latin American leaders to discuss pressing hemispheric issues. Our working groups, comprised of experts and leading private sector representatives, address issues such as Rule of Law and Energy, and focus on specific countries such as Brazil and Cuba. Working group findings are published for the benefit of all in the Americas.

In April 2007, we proudly launched *Americas Quarterly: The Policy Journal for Our Hemisphere*. The only publication dedicated exclusively to policy issues of the Western Hemisphere, *Americas Quarterly* promotes deeper policy analysis and debate on economics, finance and politics in the Americas and provides an independent media forum for a diversity of voices, research and opinions about issues such as rule of law, trade, the environment, peace and security, immigration, corporate social responsibility, alternative energy, and Western Hemisphere relations in a global context.

Home    Contact Us    Site Map    Newsletter    Calendar ▶    SEARCH         Feed



AS/COA Online ▶
Council of the Americas Website ▶

Publications          Programs          Partnerships          Media Guide          Press

Home > About Us > Chairman's Welcome

**About AS**

Mission

Chairman's Welcome

Board of Directors

Experts

Staff

Offices

Career Opportunities

# Chairman's Welcome



The Americas Society exists for three reasons.

First, because we believe that what happens in the rest of the hemisphere has a critical impact on the U.S. national interest. Second, because we believe that a society of individuals open to citizens of all countries of the region is the most effective way to nurture the growth of democracy, the rule of law, and free trade. Third, because we believe that the only way to understand our neighbors is through an integrated understanding of their societies, their cultures, their politics, and their economics. We need to see their art, listen to their music, read their authors, as well as hear their politicians and economists.

We explore our region through a continuous dialogue with the politicians, academics, artists, labor and business leaders, musicians, intellectuals and other thought leaders who are defining the new reality of the Americas. The Society's power to convene allows us to bring together audiences, members, speakers, and performers to illuminate the most important political and cultural developments of our time. Our power to convene also allows us to attract leaders from different fields to our boards, including the Chairman's International Advisory Council (CIAC) and advisory boards for visual arts, music and literature.

Although our New York headquarters is the site of many of our programs, we reach well beyond 680 Park Avenue. Public policy programs in Miami and Washington, traveling art exhibitions in Mexico City and Toronto, our award winning *Review: Latin American Literature and Arts* magazine, CIAC and board trips to Western Canada and Argentina are all part of a hemisphere-wide outreach effort.

Our commitment is to do more. With your active participation—as a member, a funder, a speaker, a performer, a program participant, a collaborating organization—we can continue to grow in the years ahead, for the benefit of all of the Americas.

*William R. Rhodes, Chairman of the Board*

## Upcoming Programs

Feb 12    **APEC Peru 2008: The Year Ahead**
New York

Feb 15    **Corporate Social Responsibility in Latin America**
Quebec

Feb 28    **Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina**
New York

Calendar and Registration

## Past Programs

Jan 30    **Private Luncheon: Mari Luiz Ribeiro Viotti, Permanent Rep. of Brazil to the UN**
New York

Jan 30    *Torrijos: The Man and the Myth*
New York

Jan 29    *Forgotten Continent Book Launch*
New York

## **Review** Magazine



Click here for more information





Americas / SOCIETY

AS/COA Online ▶
Council of the Americas Website ▶

Publications          Partnerships          Media Guide          Press          About

Home > Programs

Cultural Programs
New York Programs
Miami Programs
Latin American Cities
Canadian Affairs
Special Events

# Program Areas

The Americas Society Programs promote the understanding of the political, economic, and cultural issues that define and challenge the Americas today, from the Arctic Circle to the southernmost tip of Argentina.

We believe that innovative artistic expression is vital to free societies and provides an invaluable window on the ever-evolving reality of our Hemisphere. Understanding the people and societies of the region is essential to promoting our agenda of democracy, the rule of law, and free trade.

### Cultural Programs
Americas Society's Literature, Music, and Visual Arts programs advance our mission by bringing celebrated and emerging writers, scholars, musicians, and artists from Latin America, the Caribbean, and Canada, and to increase public awareness and appreciation of the diverse cultural heritage of the Americas and the importance of the inter-American relationship.

- Literature
- Music
- Visual Arts

### New York Programs
High-level government officials, diplomats, academics, and private-sector representatives gather at our New York headquarters to discuss hemispheric policy issues through numerous public programs. Our Signature Programs include our annual Latin American Conference and the Economic, Financial, and Business Predictions Conference.

### Miami Programs
Through conferences, private meetings, and roundtables, the Americas Society and Council of the Americas bring together private and public sector leaders for events in Miami.

### Latin American Cities
AS/COA engage opinion leaders from the public and private sectors in positive dialogue at the Latin American Cities Conferences, private meetings, and working group events in countries throughout the region.

### Canadian Affairs
As the premier organization for policy dialog in the western hemisphere, AS/COA seeks to enhance Canadian outreach throughout the region. Initiated in the 1970s, AS/COA's Canada chapter addresses collective concerns of member companies with Canadian interests and is actively involved in promoting free trade agreements.

### Special Events
Americas Society hosts annual special events, including the Spring Party—the Society's premier fundraising gala—and the fall's Inaugural Dinner, where each year an outstanding leader of

## Upcoming Programs

| Feb 12 | APEC Peru 2008: The Year Ahead New York |
| Feb 15 | Corporate Social Responsibility in Latin America Quebec |
| Feb 28 | Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina New York |

Calendar and Registration

## Past Programs

| Jan 30 | Private Luncheon: Mari Luiz Ribeiro Viotti, Permanent Rep. of Brazil to the UN New York |
| Jan 30 | *Torrijos: The Man and the Myth* New York |
| Jan 29 | *Forgotten Continent* Book Launch New York |

## Policy Newsletter

*News & Views,* AS/COA's monthly electronic newsletter, offers readers definitive resource for the latest analysis of policy trends in the western hemisphere.

**Sign up here to receive News & Views via email.**

## *Americas Quarterly*

the Americas is recognized with the Gold Insigne.



Click here for more information

## *Review* Magazine



Click here for more information

Home    Contact Us    Site Map    Newsletter    Calendar ▶         SEARCH                       Feec



AS/COA Online ▶

Council of the Americas Website ▶

Publications                Partnerships        Media Guide         Press            About

Home > Programs > Literature Series

### Cultural Programs

» Visual Arts

» Music

» Literature Series

New York Programs

Miami Programs

Latin American Cities

Canadian Affairs

Special Events

# Literature Series



The Americas Society maintains an active schedule of bilingual readings, lectures, book presentations, and conferences featuring Latin American, Caribbean and Canadian writers and scholars. This diverse programming provides a forum for writers and a resource information for literary professionals.

Literature events have included a subvention program for the translation of over 80 works of Latin American literature, including Gabriel García Márquez's One Hundred Years of Solitude. Many of the writers in literature programs have been published in the Americas Society's literary magazine, _Review: Literature and Arts of the Americas._ _Review_, the major U.S. forum for contemporary Latin American writing in English translation and for coverage on the Latin American arts, has a readership of 5,000. It has received numerous awards such as the Phoenix Award for Outstanding Editorial Achievement from the Council of Editors of Learned Journals.

### Past Events

**Thursday, November 29, 2007**
Book Presentation: _Saraminda: Black Desire in a Field of Gold_

**Thursday, November 15, 2007**
Launch of _Review 75: Argentine Writing and Arts_

**Monday, November 12, 2007**
Book Presentation: _Brevísima relación de la destrucción de las Indias_

**Thursday, November 8, 2007**
Book Presentation: _Havana Noir_

**Thursday, October 25, 2007**
Reading: Edgardo Cozarinsky and Liliana Heer

**Friday, September 28, 2007**
Panel: Argentine Literature, Culture, and Society

## Upcoming Programs

Feb 12    **APEC Peru 2008: The Year Ahead**
New York

Feb 15    **Corporate Social Responsibility in Latin America**
Quebec

Feb 28    **Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina**
New York

Calendar and Registration

## Past Programs

Jan 30    **Private Luncheon: Mari Luiz Ribeiro Viotti, Permanent Rep. of Brazil to the UN**
New York

Jan 30    _Torrijos: The Man and the Myth_
New York

Jan 29    _Forgotten Continent_ **Book Launch**
New York

## Policy Newsletter

_News & Views_, AS/COA's monthly electronic newsletter, offers readers definitive resource for the latest analysis of policy trends in the western hemisphere.

Sign up here to receive _News & Views_ via email.

## _Review_ Magazine

**Tuesday, April 17, 2007**
Book Presentation: Colonialism and Modernity in the Literature of
the Americas



Click here for more information

**Wednesday, April 11, 2007**
Book Presentation: Celebrating Biblioteca Ayacucho

**Thursday, March 15, 2007**
Book Presentation: *Beyond Books and Borders: Garcilaso de la
Vega and La Florida del Inca*

**Thursday, March 1, 2007**
Reading: An Evening with Jose Sarney and Gregory Rabassa

### Related Publications

**2007**
**May 2007**
*Review 74: Caribbean and Caribbean Diaspora Writing and Arts*

**2006**
**May 2006**
*Review 72: Latin American-Asian Writing and Arts*

**2005**
**November 2005**
*Review 71: Celebrating the Americas Society's 40th Anniversary
with a Special Supplement on Cultural Agents*

**May 2005**
*Review 70: Focus on Jewish Latin American Writing and Arts*

**2004**
**November 2004**
*Review 69: Literature and Arts of the Americas, Contemporary
Mexican Writing and Arts*

**May 2004**
*Review 68: Pan-Caribbean Writing and Arts*

---



# Americas / SOCIETY

AS/COA Online ▶

Council of the Americas Website ▶

Publications    Partnerships    Media Guide    Press    About

Home > Programs > Music

**Cultural Programs**

» Visual Arts

» Music

» Literature Series

New York Programs

Miami Programs

Latin American Cities

Canadian Affairs

Special Events

# Music



The Music Department at the Americas Society, recipient of the ASCAP-CMA Award in Adventurous Programming, promotes the music and musicians from South and Central America, the Caribbean, Mexico, and Canada.

From Tango to Bach, from folk music of the Andes to Brazilian pop, to the newest composers from Quebec to Patagonia, Music of the Americas highlights the variety of styles and genres of classical, modern and traditional music being produced in the hemisphere.

Guests have included Placido Domingo, clarinetist Paquito D'Rivera with guitarists Sérgio and Odair Assad, Continuum Ensemble, composer-flutist, Alejandro Escuer, pianist Mirian Conti, guitarist Aquiles Báez, and composers Roberto Sierra, Mario Davidovski, and Tania León.

Our Music Education program takes music from Latin America, the Caribbean, and Canada to thousands of New York City public school children. Entertaining and educational outreach concerts help children learn about musical instruments, basic music concepts, and how these integrate with different cultures and music genres throughout the Americas.

### Past Events

**Friday, December 7, 2007**
Music: Bugallo-Williams Piano Duo

**Friday, November 30, 2007**
Music: Instituto Superior de Arte del Teatro Colón

**Friday, November 9, 2007**
Music: Binelli-Ferman Duo and Friends

## Upcoming Programs

Feb 12    **APEC Peru 2008: The Year Ahead**
New York

Feb 15    **Corporate Social Responsibility in Latin America**
Quebec

Feb 28    **Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina**
New York

Calendar and Registration

## Past Programs

Jan 30    **Private Luncheon: Mari Luiz Ribeiro Viotti, Permanent Rep. of Brazil to the UN**
New York

Jan 30    ***Torrijos: The Man and the Myth***
New York

Jan 29    ***Forgotten Continent*** **Book Launch**
New York

## Policy Newsletter

*News & Views*, AS/COA's monthly electronic newsletter, offers readers definitive resource for the latest analysis of policy trends in the western hemisphere.

**Sign up here to receive *News & Views* via email.**

## *Americas Quarterly*

**Monday, November 5, 2007**
Music: Virtuoso Performers Series




Click here for more information

**Saturday, November 3, 2007**
Music: Tonolec

**Tuesday, October 9, 2007**
Music: Chango Spasiuk

**Thursday, October 4, 2007**
Music: Tango Reflections Trio

***Review* Magazine**



Click here for more information

**Tuesday, March 20, 2007**
Music: Orchestra of St. Luke's Salon ¡Bailemos!

Related Publications

**November 30, 2007**
Instituto Superior de Arte del Teatro Colón
Sebastian Zubieta

**November 8, 2007**
Rediscovering Early Music in Latin America
Sebastian Zubieta
*Sunday Baroque*

| Home | Contact Us | Site Map | Newsletter | Calendar ▶ | SEARCH | | Feed |



AS/COA Online ▶

Council of the Americas Website ▶

Publications

Home > Programs > Visual Arts

**Cultural Programs**
» Visual Arts
» Music
» Literature Series
New York Programs
Miami Programs
Latin American Cities
Canadian Affairs
Special Events

Partnerships        Media Guide        Press        About

# Visual Arts

**Gallery Hours: Wednesday - Saturday 12-6 PM**
*Please note: The gallery will be closed  November 21 through November 25 and from December 21 through January 2.*



The Society's Visual Arts department, dedicated to fostering a better understanding of art in the American regions beyond U.S. borders from the pre-Columbian era to the present day, produces gallery exhibitions, illustrated catalogs, and a variety of public programs. The quality of our exhibitions attests to the diversity and heritage of the Americas, and upholds the mandate of the Americas Society to foster a better understanding of the art made in these regions from the pre-Columbian era to the present day.

The visual arts program boasts the longest-standing private space in the United States dedicated to exhibiting and promoting art from Latin America, the Caribbean, and Canada. Americas Society is recognized for its catalyzing role in establishing Latin American art markets in the United States and helping to expand the notion of modernity in the western hemisphere. The success of the department is rooted in its role as not merely a consecratory venue, but also as a platform for new artistic visions and achievements from throughout the Americas.

  Upcoming Events

**Thursday, February 28, 2008**
Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina
6:30 p.m.
Americas Society
680 Park Avenue
New York, NY

**Thursday, March 27, 2008**
Panel Discussion: Iturbide in Context
6:30 p.m.
Americas Society
680 Park Avenue
New York, NY

  Past Events

## Upcoming Programs

| Feb 12 | **APEC Peru 2008: The Year Ahead** New York |
| Feb 15 | **Corporate Social Responsibility in Latin America** Quebec |
| Feb 28 | **Vis-a-vis: Dialogue between Graciela Iturbe and Cuauhtémoc Medina** New York |

Calendar and Registration

## Past Programs

| Jan 30 | **Private Luncheon: Mari Luiz Ribeiro Viotti, Permanent Rep. of Brazil to the UN** New York |
| Jan 30 | *Torrijos: The Man and the Myth* New York |
| Jan 29 | *Forgotten Continent Book Launch* New York |

## Policy Newsletter

*News & Views*, AS/COA's monthly electronic newsletter, offers readers definitive resource for the latest analysis of policy trends in the western hemisphere.

**Sign up here to receive *News & Views* via email.**

## *Americas Quarterly*

**Wednesday, January 30, 2008**
*Torrijos: The Man and the Myth*

**Wednesday, November 14, 2007**
Destruction and Deconstruction in Argentine Art

**Tuesday, November 13, 2007**
Waltercio Caldas and Kaira Cabañas
PINTA Contemporary Latin American Art Fair

**Thursday, November 1, 2007**
Dialogues between Artists and Curators: Teresa Margolles &
Maura Reilly

### Related Publications

**October 2007**
Catalog Release for *Beginning with a Bang!* Exhibition

**September 28, 2007**
*Beginning with a Bang!* Argentine Art and Literature Series
Opening

**September 28, 2007**
*Beginning with a Bang! From Confrontation to Intimacy* video

**2006**
*A Principality of Its Own: 40 Years of Visual Arts at the Americas
Society*
Edited by José Luis Falconi & Gabriela Rangel

**2000**
*A Hemispheric Venture: Thirty-Five Years of Culture at the
Americas Society*



Click here for more information

*Review* Magazine



Click here for more information