# EXHIBIT X

Union Club

Form 54-155M-705777(60) 114

# DEPARTMENT OF BUILDINGS

BOROUGH OF MANHATTAN , THE CITY OF NEW YORK

No. 54601

Date September 29, 1961.

# CERTIFICATE OF OCCUPANCY

(Standard form adopted by the Board of Standards and Appeals and issued pursuant to Section 646 of the New York Charter, and Sections C26-181.0 to C26-187.0 inclusive Administrative Code 2.1.3.1. to 2.1.3.7. Building Code.)

This certificate supersedes C. O. No. 41696

To the owner or owners of the building or premises:

THIS CERTIFIES that the ~~new~~—altered—~~existing~~—building—premises located at

701-707 Park Avenue - 101-107 East 69th Street

Block 1404 Lot 1

, conforms substantially to the approved plans and specifications, and to the requirements of the building code and all other laws and ordinances, and of the rules and regulations of the Board of Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and

CERTIFIES FURTHER that, any provisions of Section 646F of the New York Charter have been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent.

~~N.B.~~ or Alt. No.—1219-1957 Construction classification—Class 1 Fireproof

Occupancy classification—Heretofore Erected Existing Class "B" Mult.Dwell. "The Union Club" Height Bsmt. & 5 stories, 110'0" feet.

Date of completion— August 30, 1961 Located in Residence Use District.

B. Area 1½ Height Zone at time of issuance of permit 128-1958

This certificate is issued subject to the limitations hereinafter specified and to the following resolutions of the Board of Standards and Appeals: (Calendar numbers to be inserted here)

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED MALE | FEMALE | TOTAL | USE |
|---|---|---|---|---|---|
| Cellar | On ground | | | 40 | House repair rooms, valet, storage and utilities (New York Steam). |
| Basement | 60 | | | 107 | Cafe lounge, billiard rooms, barber shop, coat room, entrance & lockers. |
| 1st Story | 60 | | | 107 | Lounges, card room and office. |
| 1st Story, Mezzanine | 60 | | | 44 | Offices, lockers, committee room. |
| 2nd Story | 60 | | | 151 | Private dining rooms and pantry. |
| 3rd Story | 60 & 100 | | | 151 | Dining room, kitchen and library. |
| 3rd Story, Mezzanine | 60 | | | 46 | Five (5) bedrooms, storage, library and supplies. |
| 4th Story | 60 | | | 50 | Sixteen (16) bedrooms, storage and valet. |
| 5th Story | 60 | | | 121 | Squash courts, lounge and storage. |
| 5th Story, Mezzanine | 60 | | | 30 | Locker and dressing rooms, valet and exercise rooms. |
| Roof | 40 & 60 | | | 30 | Squash Court. |
| | | | | NOTE: | This building complies with Section 67 of the Multiple Dwelling Law. |
| | | | | | FIRE DEPARTMENT APPROVALS: |
| | | | | | Standpipe System - August 15, 1951. Sprinkler System - December 21, 1950. |

THIS CERTIFICATE SHALL ALSO BE CONSIDERED A CERTIFICATE OF COMPLIANCE OR OCCUPANCY UNDER SECTION 301 OF THE MULTIPLE DWELLING LAW.

Borough Superintendent

CERTIFICATE WILL BE NULL AND VOID IF ALTERED IN ANY MANNER OR ADDITIONS ARE MADE THERETO.

Sec. 6.1.2.3 sub-4 Building Code, C26-273.0 Adm. Code

"Prior to the occupancy of a [illegible] altered after January 1, 1938, the authorized occupancy of each floor of said structure as stated in the certificate of occupancy shall be permanently posted under glass and maintained in the main entrance hall of such structure."

**NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT**

Unless an approval for the same has been obtained from the Borough Superintendent, no change or rearrangement in the structural parts of the building, or affecting the light and ventilation of any part thereof, or in the exit facilities, shall be made; no enlargement, whether by extending on any side or by increasing in height shall be made; nor shall the building be moved from one location or position to another; nor shall there be any reduction or diminution of the area of the lot or plot on which the building is located.

The building or any part thereof shall not be used for any purpose other than that for which it is certified.

The superimposed, uniformly distributed loads, or concentrated loads producing the same stresses in the construction in any story shall not exceed the live loads specified on reverse side; the number of persons of either sex in any story shall not exceed that specified when sex is indicated, nor shall the aggregate number of persons in any story exceed the specified total; and the use to which any story may be put shall be restricted to that fixed by this certificate except as specifically stated.

This certificate does not in any way relieve the owner or owners or any other person or persons in possession or control of the building, or any part thereof from obtaining such other permits, licenses or approvals as may be prescribed by law for the uses or purposes for which the building is designed or intended; nor from obtaining the special certificates required for the use and operation of elevators; nor from the installation of fire alarm systems where required by law; nor from complying with any lawful order for additional fire extinguishing appliances under the discretionary powers of the fire commissioner; nor from complying with any lawful order issued with the object of maintaining the building in a safe or lawful condition; nor from complying with any authorized direction to remove encroachments into a public highway or other public place, whether attached to or part of the building or not.

If this certificate is marked "Temporary", it is applicable only to those parts of the building indicated on its face, and certifies to the legal use and occupancy of only such parts of the building; it is subject to all the provisions and conditions applying to a final or permanent certificate; it is not applicable to any building under the jurisdiction of the Housing Division unless it is also approved and endorsed by them, and it must be replaced by a full certificate at the date of expiration.

If this certificate is for an existing building, erected prior to March 14, 1916, it has been duly inspected and it has been found to have been occupied or arranged to be occupied prior to March 14, 1916, as noted on the reverse side, and that on information and belief, since that date there has been no alteration or conversion to a use that changed its classification as defined in the Building Code, or that would necessitate compliance with some special requirement or with the State Labor Law or any other law or ordinance; that there are no notices of violations or orders pending in the Department of Buildings at this time; that Section 646F of the New York City Charter has been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent, and that, so long as the building is not altered, except by permission of the Borough Superintendent, the existing use and occupancy may be continued.

"§ 646 F. No certificate of occupancy shall be issued for any building, structure, enclosure, place or premises wherein containers for combustibles, chemicals, explosives, inflammables and other dangerous substances, articles, compounds or mixtures are stored, or wherein automatic or other fire alarm systems or fire extinguishing equipment are required by law to be or are installed, until the fire commissioner has tested and inspected and has certified his approval in writing of the installation of such containers, systems or equipment to the Borough Superintendent of the borough in which the installation has been made. Such approval shall be recorded on the certificate of occupancy."

Additional copies of this certificate will be furnished to persons having an interest in the building or premises, upon payment of a fee of fifty cents per copy.



Momentum
Fall 2003
VGM CLUB

# A Conversation With Union Club of New York City

Union Club of New York City
101 East 69th St., New York, NY

Located on Manhattan's Upper East Side is America's oldest private club, The Union Club of New York City. A much celebrated locale since its founding in 1836, The Union Club "was generally supposed to the richest club in the world" in the 1870s, according to the book, "Fifth Avenue, The Best Address."

Today, The Union Club is still quite exclusive, catering to 1,300 members who satisfy their myriad social and recreational outlets there, with everything from a luncheon to a game of squash.

It is **General Manager Charles Dorn's** job to make sure the club continues to fire on all cylinders as it has for much of its 167-year existence and that the 110-person staff (70 full-time and 40 part-time employees) is catering to the needs of individual members.

Then there's the matter of balancing the operating budget, and that's where Dorn and **Al Fenical, director of purchasing,** are thrilled they discovered VGM Club. Two years after signing on as a member of the VGM Club, Dorn admits that he is not only impressed by the savings the Union Club recognizes but is "astounded there is much more out there to be saved."

Dorn confirms that the Union Club is currently enjoying "deep discounts" through such VGM vendors as Eco-Lab (cleaning products), Cintas (uniforms), Interstate Battery, Cybex (fitness equipment), Regency Lighting and Ready Care Industries (locker room amenities). Dorn added that **Brad Horler, the Club's head squash professional,** has

## Union Club Continued

"VGM's large portfolio gives us a lot of vendors to choose from."

*Al Fenical*
*Director of Purchasing*

found several ways to take advantage of VGM Club's vendor discounts and rebates.

"Since we're still working with many of our same sales reps, our relationship with VGM isn't costing us any extra time," said Dorn, who is in his 10th year as GM at The Union Club. "I always knew I received good pricing, but it's even better since we became a member of VGM."

By purchasing certain products through VGM's vendors, The Union Club is able to save as much as 16 to 20 percent annually.

Fenical said it doesn't take long for The Union Club to recover the $600 annual membership dues it pays to VGM.

"We're able to recoup it many times over during the course of a year," said Fenical, in his third year at The Union Club. "Plus, VGM's large portfolio gives us a lot of vendors to choose from."

Financial
Services
Financing the Golf Industry

# Capital Equipment Financing Tips

**Please remember, as a member of VGM Club you have access to your own financial consulting team at VGM Financial Services.** Our slogan is "Financing the Golf Industry" and it means we have the experience and expertise with golf courses and management groups such as yours to assist with all of your financing decisions.

Here are a few tips that you may find useful whether you are thinking about financing, looking for ways to improve cash flow, or just simply planning on making your course stand out from your competition.

### Tip 1

Let us be your financial consultant. As a VGM Club member, you have the ability to use VGM Financial Services as your "no fee" consultant to help with all of your financing decisions. Use us to make sure you get the best possible pricing from your equipment supplier and financing source.

### Tip 2

VGM Financial is a direct funding source - we don't add fees or points to your financing as some "indirect" sources do. Be sure to get a quote from VGM Financial to make sure you are getting the best possible pricing.

### Tip 3

Seasonal payment structures are very common in the golf industry due to the seasonal cash flow golf courses experience. It is easy for some financing sources to "hide" the true cost of the financing in a seasonal payment structure. Let us help ensure that you get the best possible pricing.

### Tip 4

A partner in a leading accounting firm suggests using a line of credit to take advantage of supplier invoice discounts. He states, "The cost of the line of credit is much less than the purchase discount savings". Ask us about our "Goldline" line of credit exclusively for VGM Club members and suppliers.

### Tip 5

A leading developer of residential golf communities states, "Product differentiation within local markets is mission critical in today's environment". Let us show you how to acquire those "products" that will set your course apart from your competitor.

### Tip 6

Be aware of recent tax law changes that now allow you to expense up to $100,000 in equipment purchases. These changes include all depreciable equipment, even software. Call us for more information.

All of us in the golf industry realize that increasing revenue and managing cash flow is mission critical, let us show you how we can help you with both.

Contact Jeff Rathjen at 866-495-5448

EXHIBIT Y

Asia Society Museum

PAGE 1 OF 2
ALT I
102077217

# CERTIFICATE OF OCCUPANCY

BOROUGH MANHATTAN DATE: APR 2 5 2003 NO. 102077217

This certificate supersedes C.O. No 102077217-T (6) ZONING DISTRICT R-10
THIS CERTIFIES that the ~~new~~ altered-~~existing~~ building-premises located at
725 PARK AVENUE Block 1405 Lot 1

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT. | MAXIMUM NO. OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| SUB-CELLAR | OG | 174 | | | 3 | F-1B | LOWER PART OF AUDITORIUM |
| | | | | | | B-2 | DRESSING ROOMS, SUPERINTENDENTS OFFICE, MAIL ROOM |
| | | | | | | D-2 | WORK ROOM, LOCKER ROOMS, STORAGE AND MECHANICAL EQUIPMENT ROOM |
| | | | | | | E | OFFICES |
| CELLAR | 100 | 206 | | | 3 | F-1B | UPPER PART OF AUDITORIUM, ORIENTATION ROOM, KITCHEN, STORAGE, MECHANICAL EQUIPMENT ROOM |
| | | | | | | B-2 | COAT ROOM |
| FIRST | 100 | 300 | | | 3 | F-3 | VISTOR CENTER |
| | | | | | | F-4 | EATING & DRINKING PANTRY |
| | | | | | | C | GIFT SHOP & OFFICE |
| SECOND | 100 | 240 | | | 3 | | EXHIBITION |
| THIRD | 70 | 240 | | | 3 | F-3 | EXHIBITION |
| FOURTH | 70 | 70 | | | 3 | G | RESEARCH INSTRUCTION & REFERENCE |
| FIFTH | 70 | 70 | | | 3 | G | RESEARCH INSTRUCTION & REFERENCE |

(CONTINUED)

OPEN SPACE USES ______
(SPECIFY-PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

NO CHANGE OF USE OR OCCUPANCY SHALL BE MADE UNLESS
A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

[signature] (R.A.B.) Commissioner A.I.A. MAR 11
BOROUGH SUPERINTENDENT COMMISSIONER

☐ ORIGINAL ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS ☐ COPY



YORK CITY
RTMENT OF
ILDINGS

# CERTIFICATE OF OCCUPANCY

BOROUGH MANHATTAN DATE: APR 2 5 2003 NO. 102077217

This certificate supersedes C.O. No 102077217-T (6) ZONING DISTRICT R-10

THIS CERTIFIES that the XXXaltered-XXXXXXX building-premises located at

725 PARK AVENUE Block 1405 Lot 1

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ. FT. | MAXIMUM NO. OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| SIXTH | 70 | 70 | | | 3 | G | RESEARCH INSTRUCTION & REFERENCE |
| SEVENTH | 70 | 70 | | | 3 | G | RESEARCH INSTRUCTION & REFERENCE |
| EIGHT | 70 | 240 | | | 3 | G | BOARD ROOM, SEMINARS, INSTRUCTION, KITCHEN & STORAGE |
| | | | | | | F-1B, 4 | MULTIPURPOSE ROOMS |
| ROOF | 75 | | | | 3 | D-2 | MECHANICAL EQUIPMENT ROOMS |

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

B Form 54 (rev. 8/85)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at point on the NORTH EAST side of PARK AVENUE distant 0'-0" feet from the corner formed by the intersection of EAST 70TH STREET and PARK AVENUE

running thence EAST 90'-0" feet; thence NORTH 100'-4" feet;
thence WEST 90'-0" feet; thence SOUTH 100'-4" feet;
thence ........ feet; thence ........ feet;
thence ........ feet; thence ........ feet;
to the point or place of beginning

ALT 1 No. 102077217 DATE OF COMPLETION 4/17/03 CONSTRUCTION CLASSIFICATION 1-B

| BUILDING OCCUPANCY GROUP CLASSIFICATION | HEIGHT STORIES. | FEET |
|---|---|---|
| EDUCATION | 8 | 100'-0" |

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

| | YES | NO |
|---|---|---|
| STANDPIPE SYSTEM | | |
| YARD HYDRANT SYSTEM | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | |
| SMOKE DETECTOR | | |
| FIRE ALARM AND SIGNAL SYSTEM | | |

| | YES | NO |
|---|---|---|
| AUTOMATIC SPRINKLER SYSTEM | | |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐ B) COMBINED SEWER ☐ C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐ B) COMBINED SEWER ☐ C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
BOARD OF STANDARDS AND APPEALS CAL. NO. ____________
CITY PLANNING COMMISSION CAL. NO. ____________
OTHERS:



Asia Society
Page 1 of 2

Asia
Society
About

Our Sites
Preparing Asians and Americans for a Shared Future
HOME CALENDAR RESOURCES SUPPORT ABOUT VISIT ASIASTORE SEARCH

Mission and History
Officers and Staff
Bernard Schwartz Fellows
Asia Society Museum Fellows
Career Opportunities
Interns and Volunteers
Annual Reports
Asia Society Awardees
Press Room
Awards

# About Asia Society

## Preparing Asians and Americans for a shared future

Asia Society is the leading global organization working to strengthen relationships and promote understanding among the people, leaders, and institutions of Asia and the United States. We seek to enhance dialogue, encourage creative expression, and generate new ideas across the fields of policy, business, education, arts, and culture.

> "The Asia Society has been playing an important role in deepening ties and understanding among the peoples of Asia-Pacific and the United States. I truly expect the Asia Society will enhance this role for furthering the region's stability and prosperity."
>
> *–Prime Minister of Japan Shinzo Abe*

Founded in 1956, Asia Society is a nonpartisan, nonprofit educational institution with offices in Hong Kong, Houston, Los Angeles, Manila, Melbourne, Mumbai, New York, San Francisco, Shanghai, and Washington, DC.

The symbol of the Asia Society is the leogryph. Read more

Asia Society
The Weekly Fix

**Subscribe!**
Listen to our new weekly news podcast

Download the latest Asia Society *News and Events* Magazine here

**Send us an email to receive our next issue by mail**

Video: Overview of the Asia Society
2.1 MB
Download QuickTime

Video: Morley Safer on the Asia Society
1 .5 MB

Mission and History - About - Asia Society
Page 1 of 2

Asia Society
Our Sites
Preparing Asians and Americans for a Shared Future
HOME CALENDAR RESOURCES SUPPORT ABOUT VISIT ASIASTORE SEARCH
Speeches Interviews Podcasts Publications Art Collection For Educators
About
Mission and History
Officers and Staff
Bernard Schwartz Fellows
Asia Society Museum Fellows
Career Opportunities
Interns and Volunteers
Annual Reports
Asia Society Awardees
Press Room
Awards

## Mission

Asia Society is the leading global and pan-Asian organization working to strengthen relationships and promote understanding among the people, leaders, and institutions of the United States and Asia. We seek to increase knowledge and enhance dialogue, encourage creative expression, and generate new ideas across the fields of policy, business, education, arts, and culture.

## History

Asia Society was founded in 1956 by John D. Rockefeller 3rd. Initially established to promote greater knowledge of Asia in the U.S., the Society today is a global institution—with offices throughout the U.S. and Asia—that fulfills its educational mandate through a wide range of cross-disciplinary programming. As economies and cultures have become more interconnected, the Society's programs have expanded to address Asian American issues, the effects of globalization, and pressing concerns in Asia including human rights, the status of women, and environmental and global health issues such as HIV/AIDS.

In celebration of its 50th anniversary in 2006, Asia Society announced a dramatic expansion of its network that includes the building of major new facilities in Hong Kong and Houston. Click here for more information about visiting Asia Society around the world.

> "Over the years, the Asia Society has endeavored to strengthen U.S.-Asia exchanges and cooperation and promote China-U.S. relations, and I wish to express to you my appreciation for all this."
>
> —*President Hu Jintao, The People's Republic of China*

> "...the Society has been invaluable in bringing together a wide variety of opinions on the encounter between Asia and the United States...and has contributed to the transformation in India-U.S. ties manifest in recent times."
>
> —*Prime Minister Dr. Manmohan Singh, India*

> "The Asia Society has been playing an important role in deepening ties and understanding among the peoples of Asia-Pacific and the United States. I truly expect the Asia Society will enhance this role for furthering the region's stability and prosperity."
>
> —*Prime Minister of Japan Shinzo Abe*

Asia Society
The Weekly Fix

**Subscribe!**
Listen to our new weekly news podcast

Download the latest Asia Society *News and Events* Magazine here

**Send us an email to receive our next issue by mail**

Video: Overview of the Asia Society
2.1 MB
Download QuickTime

Video: Morley Safer on the Asia Society
1 .5 MB

"The Asia Society has worked tirelessly to raise awareness about Asia among Americans and to strengthen relations between Asia and the United States."

—*Secretary-General Ban Ki-moon, United Nations*

"At a time when the eyes of the world are on Asia, this institution is indispensable."

—*The New York Times*

Downlo

Take a building



# Asia Society New York City Headquarters

**Asia Society and Museum**
725 Park Avenue (at 70th Street)
New York, NY 10021

**Tel:** (212) 288-6400
**Fax:** (212) 517-8315
**E-mail:** info@asiasociety.org

---

**Box Office**
212-517-ASIA
Online: https://tickets.asiasociety.org

---

**Hours**
Tuesday - Sunday, 11:00 a.m. - 6:00 p.m., with extended evening hours Fridays until 9:00 p.m. (except July 4 through Labor Day)

*Please note that for the month of January 2007, there are no exhibitions and no extended evening hours for Friday.

The Museum Galleries are closed on Mondays, Independence Day, Thanksgiving Day, Christmas Day, and New Year's Day

---

**Admission**
$10; $7 for seniors and $5 for students with ID;
Free for members and persons under 16.
Admission is free to all Friday 6:00 pm to 9:00 pm (Free Fridays suspended July 4 to Labor Day)
A complimentary cell phone audio tour is included in the price of admission.
Admission is not required to visit the AsiaStore or Garden Court Café.

---

**How to get to the Asia Society and Museum**
Located at 725 Park Avenue and 70th Street

*Bus*: M1, M2, M3, M4 to Madison and 70th M101, M102 to Lexington and 70th M30 to Park and 72nd M66 to Park and 68th

*Subway*: 6 to 68th Street/Hunter College F to 63rd Street/Lexington Ave.

**Read the new AsiaStore Blog!**

Garden Court Café in New York City

**Space Rental**

Take a virtual tour of the our building in New York

*Parking*: 71st Street between Park and Lexington 71st Street between Lexington and Third

---

**Daily Exhibition Tours**
Tuesday-Friday, 12:30 pm and 2:00 pm (Friday also at 6:30 p.m.)
Saturday and Sunday, 2:00 pm
(The 12:30 pm and 6:30 pm tours suspended July 4th through Labor Day.)

**Group Tours**
The Asia Society invites your group to enjoy a special experience of the Asia Society Museum. Plan a visit for groups of 20 or more adults and enjoy discounted admission price and personalized tour planning assistance from our expert staff. For additional information or to make a reservation, please call 212-517-ASIA, fax 212-517-8315 or e-mail GroupTours@AsiaSociety.org.

**School and Educational Programs**
Building on the idea of the Museum as an extension of the classroom, the Asia Society offers interactive guided tours for school groups (grades 3-12). In the exhibition galleries, teachers and students can learn about the works of art on view, discuss how art relates to their own experiences, and discover what's new and compelling about art today. School tours are available Tuesday through Friday beginning at 10 am. To schedule a school or teacher group visit or for further information, please call (212) 327-9237.

---

**Visitor Guidelines**

- Please do not touch the artwork.
- No eating or drinking outside of the Garden Court Café. No outside food permitted.
- Cell phone use is restricted to the public telephone area of the A-level.
- Bags, umbrellas and large packages must be checked while visiting the galleries or AsiaStore. Complimentary coat/bag check available on the A-level.
- Photography and electronic recording of any kind are not permitted anywhere in the building.
- The Asia Society Museum is a smoke-free environment.

Violations of the above restrictions may result in removal from the Museum without refund.

---

**The Noguchi Museum**
The Noguchi Museum, located in Long Island City, Queens, offers shuttle-bus service on Sundays between the Museum and the Asia Society and Museum, Manhattan. For information, visit http://www.noguchi.org/directions.html. Bus may be delayed due to traffic and/or inclement weather. Please call The Noguchi Museum at (718) 204-7088 to confirm that the bus is running on time.

---

**Accessibility**
Please inquire at the Reception Desk for any assistance you may require.

Asia Society New York City Headquarters

The Asia Society Museum and its programs are accessible to people using wheelchairs. Wheelchairs are available for use during your visit.

Assistive listening devices, headsets and neckloops are available for most programs at the Asia Society. Headsets, neckloops are available for Audio Guide.

Large
Print

Large font audio tour scripts are available.

**Coatroom**
All coats, bags, packages and umbrellas must be left in the coat-check before entering the galleries or AsiaStore. Complimentary coat and bag check is located on the A-level.

©2007 Asia Society | 725 Park Avenue at 70th Street NY, NY 10021 | Press Releases | Privacy Statement | Terms | FAQ | Become a Meml

Asia Society

Our Sites

Preparing Asians and Americans for a Shared Future

HOME CALENDAR RESOURCES SUPPORT ABOUT VISIT ASIASTORE SEARCH

Membership Patron Groups Special Events Corporate

Visit

New York Headquarters
Northern California
Southern California
Texas
Washington, DC
AustralAsia
Hong Kong
Korea
India
Philippines
Shanghai

# Space Rental

Amenities | Room Descriptions | Contact Information

## An Elegant Opportunity in New York City

The Asia Society and Museum is an exceptional space that combines world-class art exhibitions, stunning architecture, and an unparalleled atmosphere—making it one of New York's premier event spaces. In 2001, the Society underwent a dramatic renovation which doubled the public and gallery areas and significantly improved the conference, education, and performance facilities. The spaces can be adapted to accommodate a wide range of events.

The Robert W. Miller Family Staircase

Asia Society and Museum is the ideal location for:

- Corporate Breakfasts and Luncheons
- Executive Retreats
- Cocktail Receptions and Buffets
- Business Meetings
- Elegant Seated Dinners
- Private Celebrations
- Wedding Receptions
- Private Screenings
- Lectures

## Amenities

- The Asia Society presents extraordinary exhibitions of traditional and contemporary Asian art,

and is a premiere showcase for works by a growing number of Asian American visual and performing artists.
- Special tours and viewing of gallery exhibitions, including the renowned Mr. and Mrs. John D. Rockefeller 3rd Collection of Art, may be arranged for guests.
- Abundant natural light and relaxed elegant spaces throughout the Asia Society make for a serene and special environment.
- AsiaStore, featuring books and unique gifts from all over Asia, can remain open for a special shopping opportunity for your guests.
- The newly renovated building has state-of-the-art audio and visual equipment available for meetings.
- Convenient parking is available in the neighborhood.

## Room Descriptions

Asia Society and Museum on Park Avenue at 70th Street offers you style and elegance for your important events. The building's handsome granite exterior, inviting modern interior, and prestigious location, along with its state-of-the-art facilities, make the Asia Society and Museum ideal for conferences, receptions, banquets, and other special events. The original building, designed by architect Edward Larrabee Barnes in 1981, underwent an extensive award-winning renovation by Bartholomew Voorsanger, completed in 2001.



**Lila Acheson Wallace Auditorium**
This cherry wood auditorium and stage facility with green room and dressing room seats 258 people. It is fully equipped with stage lighting and the latest equipment for all of your audio-visual needs, including 35 mm and 16 mm film presentations. With an adjoining reception hall, the Wallace Auditorium is an excellent location for meetings, product launches, and conferences.



**Garden Court**
The soaring glass roof on the Garden Court, with its radiating beams, is like an open parasol. The blue-green marble floor resembles a cool pool of water, in which weeping podocarpus trees grow. Fully-equipped with its own kitchen and audio-visual facilities, the Garden Court is a beautiful setting for almost any type of event, from elegant receptions and dinners to artistic salons and corporate soirées. It comfortably accommodates 130 persons, with spillover space in the visitor center for an additional 50 persons.



**Conference and Banquet Suite**
The three large rooms that comprise the penthouse—the Luce Room, the Rose Room, and the Rose Conference Hall—are separated by sliding pocket doors and can be used together or subdivided to suit your needs. Together they can accommodate 200 persons for receptions and banquets. Included in the rental is the kitchen and the Gamble Room, a private meeting room for 12 people, located on the same floor. The suite is equipped with high-tech projection and audio equipment—including ceiling-mounted projection screens—to accommodate all of your presentation needs. Audio-visual presentations can be linked together throughout the Conference and Banquet Suite.



**The Mr. And Mrs. Frederick P. Rose Room**
The Rose Room serves as both the entrance and reception room of the suite. The walls are covered in golden silk, which complements the mahogany parquet floor and a custom carpet inspired by the Mr. and Mrs. John D. Rockefeller 3rd Collection of Asian Art.



**The Rose Conference Hall**
The dominant feature of this room is the forty-two foot wide arched window overlooking Park Avenue. With rich blue silk-covered walls, this is a serene setting for any event. The Rose Conference Hall is suitable for 100-person luncheons or dinners.



**The Henry Luce Room**
Overlooking the Upper East Side and midtown Manhattan skyline, the Luce Room can be used as a separate break-out room for conferences or as an additional dining area for larger banquets. The Luce Room can accommodate 50 persons for meals.

**The Sidney D. Gamble Room**
This private conference room, set off from the main suite, is perfect for small meetings. Furnished with a black lacquer conference table that seats 12, the Gamble Room has audio-visual capabilities.

## Contact Information

For all space rental inquiries, please call:
**Austin Rogers**
Events Manager
Phone: 212-327-9332

For more information, please contact:
**Hesh Sarmalkar**
Director of Events
Phone: 212-327-9322
Fax: 212-794-1332

Email: heshs@asiasoc.org

Catering provided by Gracious Thyme.

Gracious Thyme

Photos: A. Rogers/Asia Society.

©2007 Asia Society | 725 Park Avenue at 70th Street NY, NY 10021 | Press Releases | Privacy Statement | Terms | FAQ | Become a Member