# EXHIBIT Z

Form 54-C (Rev. 4/62)-80M 601316(62) ~  114.

eb

## DEPARTMENT OF BUILDINGS

BOROUGH OF MANHATTAN , THE CITY OF NEW YORK

Date December 15, 1964                    No. 60630

# CERTIFICATE OF OCCUPANCY

### NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT

This certificate supersedes C. O. No. — —
THIS CERTIFIES that the new—altered—existing—building—premises located at

46 East 70th Street                    Block 1384  Lot 42

That the zoning lot and premises above referred to are situated, bounded and described as follows:

BEGINNING at a point on the  **south**  side of  **East 70th Street**
distant  **125'-0"**  feet  **west**  from the corner formed by the intersection of

**Park Avenue**  and  **East 70th Street**

running thence _____ **west 50'-0"** _____ feet; thence _____ **south 100'-5"** _____ feet;
thence _____ **east 50'-0"** _____ feet; thence _____ **north 100'-5"** _____ feet;
running thence _____ feet; thence _____ feet;

to the point or place of beginning, conforms substantially to the approved plans and specifications, and to the requirements of the Building Code, the Zoning Resolution and all other laws and ordinances, and of the rules of the Board of Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and

CERTIFIES FURTHER that, any provisions of Section 646F of the New York Charter have been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent.

Alter. No.— **109-1964**                    Construction classification— **Class 1., Fireproof**
Occupancy classification— **Public Building**  . Height **6** stories, **69'-0"** feet.
Date of completion— **October 26, 1964**  . Located in  **R-8**  Zoning District.
at time of issuance of permit. **2967-1964**

This certificate is issued subject to the limitations hereinafter specified and to the following resolutions of the Board of Standards and Appeals:                    {Calendar numbers to be inserted here}
and The City Planning Commission:

### PERMISSIBLE USE AND OCCUPANCY

Off-Street Parking Spaces _____

Off-Street Loading Berths _____

| STORY | LIVE LOADS Lbs. per Sc. Ft. | PERSONS ACCOMMODATED | USE |
|---|---|---|---|
| Cellar | On ground | | Storage and laundry. |
| 1st to 6th story, incl. | 60 each | | Non-commercial club, use group 4, on each story. |
| | | | Sprinkler System approved by Fire Department - December 7, 1964. |

Code
r January

OFFICE COPY—DEPARTMENT OF BUILDINGS                    Borough Superintendent

## PERMISSIBLE USE AND OCCUPANCY (continued)

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED | USE |
|-------|------------------------------|----------------------|-----|
|       |                              |                      |     |

Borough Superintendent



# The Explorers Club
## Promoting Exploration and Field Sciences Since 1904
46 East 70th Street, New York, NY 10021



| Honorary Chair | President | Honorary President |
| --- | --- | --- |
| Sir Edmund Hillary | Daniel A. Bennett | James Fowler |



## ABOUT THE CLUB



MEMBERS LOGIN

**HOME**

About The Club
Photo Tour of Club
Join The Club
Calendar of Events
Special Events

Expeditions
Funds & Resources
Research
Collections
Publications
Projects

Chapters
Members Only
For Students
Legacy Society
Corporate Giving
Jobs

Travelers Program
Reciprocal Clubs
Merchandise

Contact Us
Site Map
SEARCH

ABOUT THE CLUB

Famous Firsts
Image Gallery
History
Chapters
Club Officials
Sponsors & Patrons
Visiting HQ
Contact Us

The Explorers Club is an international multidisciplinary professional society dedicated to the advancement of field research and the ideal that it is vital to preserve the instinct to explore. Since its inception in 1904, the Club has served as a meeting point and unifying force for explorers and scientists worldwide. Our headquarters is located at 46 East 70th Street in New York City. Click here for a virtual tour of our Club.

**Promoting Exploration for Over One Hundred Years**



Founded in New York City in 1904, The Explorers Club promotes the scientific exploration of land, sea, air, and space by supporting research and education in the physical, natural and biological sciences. The Club's members have been responsible for an illustrious series of famous firsts: First to the North Pole, first to the South Pole, first to the summit of Mount Everest, first to the deepest point in the ocean, first to the surface of the moon—all accomplished by our members.

The Club provides expedition resources including funding, online information, and member-to-member consultation. And our famed annual dinners honor accomplishments in exploration. But probably the most powerful resource available to those who join the Club is fellowship with other members—a global network of expertise, experience, technology, industry, and support. The Explorers Club actively encourages public interest in exploration and the sciences through its public lectures program, publications, travel program, and other events. The Club also maintains Research Collections, including a library and map room, to preserve the history of the Club and to assist those interested and engaged in exploration and scientific research.

### Carrying the Flag

The Explorers Club flag represents an impressive history of courage and accomplishment and has been carried on hundreds of expeditions by Club members since 1918. To carry the Club flag is an honor and a privilege. It has flown at both poles, from the highest peaks of the greatest mountain ranges, travelled to the depths of the ocean, to the lunar surface, and outer space. A flag expedition must further the cause of exploration and field science. Today there are 202 numbered flags, each with its own history.

### Anthropologists to Zoologists

The Explorers Club, which has some thirty chapters in the United States and around the world, is characterized by the great diversity of its members' backgrounds and interests. The seven founding members included two polar explorers, the curator of birds and mammals at The American Museum of Natural History, an archaeologist, a war correspondent and author, a professor of physics and an ethnologist. Today the membership includes field scientists and explorers from over sixty countries whose disciplines include: aeronautics, anthropology, archaeology, astronomy, biology, ecology, entomology, mountaineering, marine biology, oceanography, paleontology, physics, planetology, polar exploration, and zoology. You can find out more about what our members are doing in the Expeditions section of the site.

---

Contact Us

© 2002 The Explorers Club                                                                              Legal

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explorers Club ®, World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photographs appearing on this website are used by permission and may not be copied or re-used in any manner.





# The Explorers Club
## Promoting Exploration and Field Sciences Since 1904
### 46 East 70th Street, New York, NY 10021

| Honorary Chair | President | Honorary President |
|---|---|---|
| Sir Edmund Hillary | Daniel A. Bennett | James Fowler |





## JOIN THE CLUB



MEMBERS LOGIN

**HOME**

About The Club
Photo Tour of Club
Join The Club
Calendar of Events
Special Events

---

Expeditions
Funds & Resources
Research
Collections
Publications
Projects

---

Chapters
Members Only
For Students
Legacy Society
Corporate Giving
Jobs

---

Travelers Program
Reciprocal Clubs
Merchandise

Contact Us
Site Map
SEARCH

JOIN THE CLUB

How Do I Join?
NESA Applicants
Fellows
Members
Friends
Corporate Giving
Students
Member Privileges
Dues Categories
FAQ
Application Form

Founded in 1904 by a group of the world's leading explorers, The Explorers Club is a multi-disciplinary not-for-profit professional society dedicated to the advancement of field research, scientific exploration and the ideal that it is vital to preserve the instinct to explore. The mission of The Explorers Club is the encouragement of scientific exploration of land, sea, air, and space. Our members hail from all corners of the globe and are among the most accomplished in all facets of exploration and the field sciences.

**Our Members**
The Club has approximately 3,000 members representing every continent and in more than 60 countries, comprising about 30 chapters around the globe. The Club's members include leaders in polar exploration, diving, aerospace exploration, archaeology, zoology, physics, oceanography, astronomy, ecology, geology, paleontology, conservation mountaineering, and speleology. The Club counts among its members the giants of twentieth century exploration; its present and future members are poised to leave humankind a similar legacy of discovery and achievement in the twenty-first century.

**Special Invitation to Members of the National Eagle Scout Association**
Recognizing that many National Eagle Scout Association members have performed field exploration and have ideals and interests similar to those of our own members, we are inviting NESA members to consider applying for membership in The Explorers Club. Please follow the special instructions for NESA applicants and use the application form entitled "Explorers Club Membership Application for National Eagle Scout Association".

**Who is Considered for Membership?**
The Explorers Club differentiates exploration for field science from exploratory travel for tourism. While both activities are valuable, our members and those qualified for membership are persons who carry out or assist in field science expeditions to study unknown or little known destinations or phenomena in order to gain knowledge for humankind. You need not have climbed Everest, dived to the deepest point in the ocean, or discovered a new dinosaur. But we are looking for individuals who have

gotten their hands dirty and their feet wet working in the field as participants in one or more documented scientific expeditions.

Tourism, by comparison, is enjoyed primarily for pleasure or self education. Therefore, extensive travel photography, participation in educational tours, or similar pursuits in remote parts of the world do not alone qualify one to become a member.

However, we do have a category, Friends of The Explorers Club, for people who, though not qualified for membership, would like to associate with the club and support its goals. We hope that, as they meet members and experience the culture of exploration, these Friends might take the initiative to participate in expeditions, so that they may be moved into the ranks of full membership.

### What are the Membership Categories?

**Fellows** have made documented contributions to exploration or scientific knowledge. Such accomplishments are often evidenced by scientific publication, but may also be documented in books, popular media, or broadcast media.

**Members** have evidenced a sustained interest in some aspect of exploration and have contributed in broad terms to the cause of exploration and the furthering of scientific knowledge (for example by participating in expeditions).

**Friends** are individuals who wish to associate with The Explorers Club and support its mission. These individuals are crucial to the Club's outreach as they create an extended network of awareness and support.

**Corporate Giving** supports our mission both generally and with specific instances of sponsorship of initiatives, events, or lecture series. Corporate members are particularly valued for the service and educational programs that their sponsorship helps provide.

**Student Members** are full-time students, enrolled in accredited institutions, who are interested in pursuing exploration or field science as a future career or avocation.

### How much are the dues?
Dues are dependent upon the category of membership to which you are elected and your geographic location. Members who live in New York pay a higher rate than our members in Katmandu, because of their greater access to club facilities and activities.

### Completing the Application Form
You now have two options for completing the form. Use whichever option suits you best. In either case, we require a handsigned hardcopy of the form.

- Download and print out the blank form, complete and sign by hand, and send by postal mail to the Membership office.

**Download the application: PDF**

The Explorers Club

### Download the Application: Microsoft Word

To join as a corporate member, please review our **Corporate Giving** page and contact the president or the executive director.

For more information, explore the website, or contact:

Membership
The Explorers Club
46 East 70th Street
New York, NY 10021

Tel: 212-628-8383
Fax: 212-628-2048
Email: membership@explorers.org



---

### Contact Us

© 2002 The Explorers Club

Notice

Legal

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (I) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explorers Club ®, World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photographs appearing on this website are used by permission and may not be copied or re-used in any manner.





# The Explorers Club
## Promoting Exploration and Field Sciences Since 1904
46 East 70th Street, New York, NY 10021



Honorary Chair
*Sir Edmund Hillary*

President
*Daniel A. Bennett*

Honorary President
*James Fowler*



MEMBERS LOGIN

**HOME**

About The Club
Photo Tour of Club
Join The Club
Calendar of Events
Special Events

Expeditions
Funds & Resources
Research
Collections
Publications
Projects

Chapters
Members Only
For Students
Legacy Society
Corporate Giving
Jobs

Travelers Program
Reciprocal Clubs
Merchandise

Contact Us
Site Map
SEARCH

## ABOUT THE CLUB
## Visiting Headquarters

Explorers Club Headquarters is open to members at all times during hours of operation. Designated rooms are open to the public when attending the Public Lectures.

### Location

**The Explorers Club**
46 E. 70th Street
New York, NY 10021
Between Park and Madison Avenues,
on the Upper East Side of Manhattan

### Hours

Monday through Friday 9:00am to 9:00pm
Saturday 9:00am to 2:00pm
Closed Sunday

**Tel: 212-628-8383**
**Fax: 212-288-4449**

ABOUT THE CLUB

Famous Firsts
Image Gallery
History
Chapters
Club Officials
Sponsors & Patrons
Visiting HQ
Contact Us







# The Explorers Club
## Promoting Exploration and Field Sciences Since 1904
### 46 East 70th Street, New York, NY 10021

| Honorary Chair | President | Honorary President |
|---|---|---|
| *Sir Edmund Hillary* | *Daniel A. Bennett* | *James Fowler* |





MEMBERS LOGIN

SPECIAL EVENTS

**EXPLORERS CLUB EVENTS**
**Reservations**

**Special Events and Member Events**
Including Thoresen Foundation Lecture,
Presidential Dinner Lectures,
and Exploration Seminars.

**HOME**

Please contact Events
Tel: 212-628-8383
Email: events@explorers.org

About The Club
Photo Tour of Club
Join The Club
Calendar of Events
Special Events

**Public Lectures—No reservations required**

Public Lectures are free to members. The public can purchase
tickets at the door beginning at 6:00pm the evening of the
lecture. Seating is on a first-come, first-served basis.
(Reservations are required for the Thoresen Foundation
Lecture on the History of Exploration.)

Expeditions
Funds & Resources
Research
Collections
Publications
Projects

Events
The Explorers Club
46 East 70th Street
New York, NY 10021



Chapters
Members Only
For Students
Legacy Society
Corporate Giving
Jobs

Tel: 212-628-8383
Email: events@explorers.org

Annual Dinner
Lowell Thomas
Film Festival
Photo Competition
Centennial Year
Honors
Image Gallery

Reservations

Travelers Program
Reciprocal Clubs
Merchandise

Contact Us
Site Map
SEARCH

Calendar of Events

Page 1 of 1

*The Explorers Club Calendar. January 2007- January 2008*

 

## The Explorers Club
# Calendar of Programs & Events

| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< December 2006

# January 2007

February 20

| Sun | Mon | Tue | Wed | Thu | Fri | Sa |
|-----|-----|-----|-----|-----|-----|-----|
| | 01<br>• NYC-Club Closed | 02 | 03 | 04 | 05 | 06 |
| 07 | 08<br>• NYC-Living with Cannibals | 09 | 10 | 11<br>• NYC-Exploration Seminar | 12 | 13 |
| 14 | 15<br>• NYC-CLUB CLOSED | 16 | 17<br>• NYC-In Search of: The Temple of Sheba? | 18 | 19<br>• NYC-The Explorers Club Documentary Film Festival | 20<br>• NYC-Th Explorers Documen Film Festi<br>• SFlorida Wildlife O- |
| 21 | 22<br>• NYC-Scientific Adventure in the Caribbean | 23 | 24 | 25 | 26 | 27 |
| 28 | 29<br>• NYC-Digging for the Truth | 30 | 31<br>• NYC-Presidential Dinner Lecture | | | |

**Month:** Jan 2007   [Go]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (I) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.



# The Explorers Club
# Calendar of Programs & Events



**Home    Site Index    Contact Us    How to Join    Members' Login    Students' Section**

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< January 2007                    **February 2007**                        March 200(

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     | 01  | 02  | 03  |     |
| 04  | 05 • **NYC**-Speaking Truths About Elephants | 06 | 07 | 08 | 09 | 10 |
| 11  | 12 • **NYC**-The Slave Trade Connection Between Guinea and South Carolina | 13 | 14 | 15 • **S**Florida-National Hurricane Center | 16 | 17 |
| 18  | 19 • **NYC**-Club Closed | 20 | 21 • **NYC**-"The Other Side of Mongolia" by Frederick Selby FR'86 | 22 • **NYC**-Exploration Seminar | 23 | 24 |
| 25  | 26 • **NYC**-Himalaya: Personal Stories of Grandeur | 27 | 28 |     |     |     |

**Month:** Feb 2007  [ Go ]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.

Calendar of Events

 **The Explorers Club**
# Calendar of Programs & Events



| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |
| --- | --- | --- | --- | --- | --- |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< February 2007              **March 2007**                    April 20

| Sun | Mon | Tue | Wed | Thu | Fri | Sa |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | 01 | 02<br>• **NYC**-Club Closes at 8:00 pm | 03<br>• **NYC**-Cl Closed |
| 04 | 05<br>• **NYC**-Mystery of the Anasazi | 06<br>• **NewEngland**-Get Lost | 07 | 08<br>• **NYC**-Exploration Seminar | 09 | 10<br>• **SFlorid** Seafood I Illnesses |
| 11 | 12 | 13 | 14 | 15<br>• **NYC**-Chapter Chairs' Dinner | 16<br>• **NYC**-Chapter Chairs' Meeting<br>• **NYC**-New Members' Reception<br>• **NYC**-Members Only Mixer | 17<br>• **NYC**-20 Explorers Annual Di<br>• **NYC**-Bo Directors |
| 18<br>• **NYC**-OPEN HOUSE | 19 | 20 | 21<br>• **NYC**-The Genesis Rock | 22 | 23<br>• **NCalifornia**-House of Rain/Craig Childs | 24 |
| 25 | 26<br>• **NYC**-Greenland: First Ascents in the Arctic | 27 | 28<br>• **NYC**-Lounge Night | 29 | 30<br>• **NYC**-The Explorers Club will close at 6:00 pm Today | 31<br>• **NYC**-Th Explorers Closed T |

**Month:**  Mar 2007    [ Go ]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.

Calendar of Events

 

# The Explorers Club
# Calendar of Programs & Events

| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< March 2007

# April 2007

May 2

| Sun | Mon | Tue | Wed | Thu | Fri | Sa |
|---|---|---|---|---|---|---|
| 01 | 02 • **NYC**-An Eye at the Top of the World | 03 | 04 | 05 | 06 • **NYC**-Club Closed | 07 • **NYC**-Cl Closed |
| 08 | 09 | 10 | 11 • **NYC**-The Secret of Priest's Grotto: A Holocaust Survival Story | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 • **NYC**-Thoresen Foundation Dinner Lecture on the History of Exploration | 19 • **Philadelphia**-Priest's Grotto • **NYC**-Exploration Seminar | 20 • **NCalifornia**-Wonder Masks/Phil Rasori,MD | 21 |
| 22 • **SFlorida**-Africa's Flying Great White Sharks | 23 • **NYC**-The Search for Life on Mars | 24 • **NewEngland**-Twenty years of Paititi | 25 • **NYC**-Lounge Night | 26 | 27 | 28 |
| 29 | 30 • **NYC**-Secrets of Insect Metamorphosis | | | | | |

**Month:**  Apr 2007   | Go |

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (I) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.



# The Explorers Club
# Calendar of Programs & Events



| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< April 2007

# May 2007

June 20

| Sun | Mon | Tue | Wed | Thu | Fri | Sa |
|-----|-----|-----|-----|-----|-----|-----|
| | | 01 • NYC-Exploration Seminar | 02 | 03 | 04 | 05 |
| 06 | 07 • NYC-Finding Amelia Earhart | 08 | 09 • NYC-Lounge Night | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 • NYC-Neil deGrasse Tyson Dinner Lecture | 17 • Philadelphia-AMAZON JOURNEY | 18 • NCalifornia-The First Americans | 19 • NYC-Bo Directors |
| 20 | 21 | 22 • NYC-Searching for Strange Underground Life Forms | 23 | 24 | 25 • NYC-Club Closes at 5:00 pm Today | 26 |
| 27 | 28 • NYC-Club Closed - Memorial Day | 29 | 30 • NYC-Asteroid Impact and the Extinction of Sharks | 31 | | |

**Month:** May 2007  [Go]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (I) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.



# The Explorers Club
# Calendar of Programs & Events

**Home**  **Site Index**  **Contact Us**  **How to Join**  **Members' Login**  **Students' Section**



Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< May 2007                          **June 2007**                          July 200

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     |     |     |     | 01 | 02 |
| 03 | 04 • **NYC**-The Frontlines of History | 05 | 06 | 07 | 08 | 09 |
| 10 | 11 • **NYC**-Around Africa by Bicycle | 12 | 13 | 14 | 15 • **NYC**-Harte Research | 16 • **N**Californ Chapter Pi |
| 17 | 18 | 19 | 20 • **NYC**-Solving Global Warming | 21 • **NYC**-Exploration Seminar | 22 | 23 • **NYC**-Boa Directors Meeting |
| 24 | 25 • **NYC**-A Ten-Year Sail Around the World | 26 | 27 • **NYC**-Lounge Night | 28 | 29 • **NYC**-Clubhouse Closing at 6:00 pm | 30 • **NYC**-Clubhouse Closed |

**Month:** Jun 2007   [ Go ]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.

Calendar of Events



### The Explorers Club
# Calendar of Programs & Events



| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< June 2007                  # July 2007                        August 2007

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
| 01 | 02 | 03 | 04 • NYC-Club Closed - Independence Day | 05 | 06 | 07 |
| 08 | 09 | 10 | 11 | 12 | 13 • Canada-Prairie-NWT Annual Fete | 14 • Canada-Altantic-Que Annual Fete |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 • NYC-Summer Barbecue | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**Month:** Jul 2007   [ Go ]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.



# The Explorers Club
# Calendar of Programs & Events

| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |



Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< August 2007

# September 2007

October 200

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | 01 |
| 02 | 03 <br> • **NYC**-Club Closed - Labor Day | 04 | 05 | 06 <br> • **Canada**-Saltspring Symposium | 07 | 08 |
| 09 | 10 <br> • **NYC**-"From Sputnik to Mars and Beyond: Fifty Years of Space Flight | 11 | 12 <br> • **NYC**-Green Barbeque | 13 <br> • **NYC**-Exploration Seminar | 14 | 15 |
| 16 | 17 <br> • **NYC**-Sea Change: Reversing the Tide | 18 | 19 <br> • **NewEngland**-The Killers We Love | 20 | 21 | 22 |
| 23 | 24 <br> • **NYC**-Sacred Sea: A Journey to Lake Baikal | 25 | 26 <br> • **Canada**-National-Provincial-Book Launch Fete <br> • **NYC**-Lounge Night | 27 | 28 | 29 <br> • **Canada**-Lectures & |
| 30 | | | | | | |

**Month:** Sep 2007    [ Go ]

Contact Us

© 2002 The Explorers Club

Notice

Calendar of Events

 **The Explorers Club**
# Calendar of Programs & Events


| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< September 2007

# October 2007

November 20

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|  | 01 ◆ **NYC**-How Global Warming Is Changing the World | 02 | 03 | 04 | 05 | 06 ◆ **NYC**-Exploratio Seminar F Trip ◆ **SFlorid** Jungle Up |
| 07 | 08 ◆ **NYC**-Club Closed - Columbus Day | 09 | 10 | 11 | 12 | 13 ◆ **NYC**-Exploratio Seminar F Trip |
| 14 | 15 ◆ **NYC**-One of Mountaineering's Most Controversial Disasters | 16 | 17 | 18 ◆ **NYC**-2007 LOWELL THOMAS AWARDS DINNER | 19 ◆ **NYC**-The Science of Climate Change | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 ◆ **NYC**-Marco Polo | 30 | 31 ◆ **NYC**-Lounge Night |  |  |  |

**Month:** Oct 2007  [ Go ]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.



# The Explorers Club
# Calendar of Programs & Events



| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< October 2007                 # November 2007                 December 2

| Sun | Mon | Tue | Wed | Thu | Fri | Sa |
|-----|-----|-----|-----|-----|-----|-----|
|  |  |  | 01 | 02<br>• **Canada**-EC Booth at Banff Festival | 03<br>• **NYC**-Exploratio Seminar Trip<br>• **Canada** NWT Co |
| 04 | 05<br>• **NYC**-Brothers on the Bashkaus: A Siberian Adventure | 06<br>• **NYC**-Thoresen Foundation Lecture on the History | 07 | 08<br>• **NYC**-TEC BOOK LAUNCH "They Lived to Tell the Tale" | 09 | 10 |
| 11<br>• **SFlorida**-Myths and Realities of Conservation in Cameroon | 12<br>• **NYC**-Wings WorldQuest: Reports from the Field | 13 | 14<br>• **NYC**-Mt. Everest High Altitude Research Expedition | 15 | 16 | 17<br>• **NYC**-S Stories<br>• **Canada** Ontario-N Fete |
| 18 | 19<br>• **NYC**-Tribes of the Great Rift Valley | 20<br>• **NewEngland**-Grub Grub | 21 | 22<br>• **NYC**-Club Closed - Thanksgiving Day | 23<br>• **NYC**-Club Closed | 24<br>• **NYC**-C 9 am to 2<br>• **Canada** Atlantic-C Regional |
| 25 | 26<br>• **NYC**-Hidden Tribes of the Amazon | 27 | 28<br>• **NYC**-Lounge Night | 29 | 30 |  |

**Month:** Nov 2007    Go

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (I) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog appearing on this website are used by permission and may not be copied or re-used in any manner.



# The Explorers Club
# Calendar of Programs & Events



| Home | Site Index | Contact Us | How to Join | Members' Login | Students' Section |

Events listed in **BLUE** are open to the Public. Events listed in **RED** are open only to Members and their guests. The letters before each event title refer to the Chapter which is hosting the event. Thus **UK** refers to a British Chapter event while **NYC** refers to an event held by New York City headquarters.

**Click Here for a Complete List of Chapter Codes**

<< December 2007                        **January 2008**                        February 2008

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|-----|-----|-----|-----|-----|-----|-----|
|     |     | 01 ◆ **NYC**-Club Closed | 02 | 03 | 04 | 05 |
| 06 | 07 ◆ **NYC**-Napoleon's Scientists and the Unveiling of Egypt | 08 | 09 ◆ **NYC**-Lounge Night | 10 | 11 | 12 |
| 13 | 14 ◆ **NYC**-In Search of Melville's Moby Dick | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 ◆ **NYC**-Exploration Seminar | 23 | 24 | 25 | 26 |
| 27 | 28 ◆ **NYC**-In Search of Extrasolar Planets | 29 | 30 | 31 |     |     |

**Month:** Jan 2008    [Go]

Contact Us

© 2002 The Explorers Club

Notice

The Explorers Club is a not-for-profit organization as defined under Section 170(b) (l) (A) (vi) and 501 (c) (3) of the Internal Revenue Code. The Explore[...] World Center for Exploration ®, The Flag and the Seal are registered trademarks of The Explorers Club. Use by others is strictly prohibited. Photog[...] appearing on this website are used by permission and may not be copied or re-used in any manner.

Exhibit AA

FORM 54D (REV. 6/69).25M-703042(69) ◄═══►

## THE CITY OF NEW YORK

### HOUSING AND DEVELOPMENT ADMINISTRATION

# DEPARTMENT OF BUILDINGS

# CERTIFICATE OF OCCUPANCY

BOROUGH MANHATTAN          DATE: 8-2-77          NO. ~~~~~

This certificate supersedes C.O. No. 13918          ZONING DISTRICT R-8

THIS CERTIFIES that the ~~new~~ ~~altered~~ —existing—building—~~xxxxxx~~ located at

5 East 70th Street          Block 1385    Lot 8

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES AND
REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ. FT | MAXIMUM NO. OF PERSONS PERMITTED | ZONING RESOLUTION DWELLING OR ROOMING UNITS | BUILDING CODE USE GROUP | HABITABLE ROOMS | OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| Sub-Cellar | On Gr. | | | | | | Accessory storage. |
| Cellar | 75 120 | 70 | | 4 | | | Seminar room, offices & storage. |
| 1st | 75 | 70 | | 4 | | | Waiting area & coat room & sales room. |
| Mezz. | 120 | | | | | | Accessory storage. |

Note: This Alteration 222-75 complies with the 1938
Building Code.

OPEN SPACE USES          (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED
WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES
OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

### NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
### A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE
SIDE.

_Cornelius F. Dennis_
BOROUGH SUPERINTENDENT

**JEREMIAH T. WALSH**
COMMISSIONER

COPY

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the **north** side of **East 70th Street**
distant **175'** feet E from the corner formed by the intersection of
**5th Avenue** and **East 70th Street**

running thence ........ **north 100'-5"** ........ feet; thence **east 26'-1"** ........................ feet;
thence ........ **south 100'-5"** ........ feet; thence **west 26'-0"** ........................ feet;
thence ................................................................ feet; thence ........................ feet;
thence ................................................................ feet; thence ........................ feet;
to the point or place of beginning.

~~BLDG.~~ ALT. No. **222-75**   DATE OF COMPLETION **7-22-77**   CONSTRUCTION CLASSIFICATION **Class I-Fireproof**
BUILDING OCCUPANCY GROUP CLASSIFICATION   HEIGHT **One**   STORIES. **22 & 29**   FEET.
**Museum**

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM (C26-1702.1) |  |  | AUTOMATIC SPRINKLER SYSTEM (C26-1703.1) |  |  |
| YARD HYDRANT SYSTEM (C26-1702.2) |  |  | CENTRAL STATION SUPERVISION (C26-1703.2 & .4) |  |  |
| PRIVATE HYDRANT SYSTEM (C26-1702.17) |  |  | WATER FLOW ALARM (C26-1703.4) |  |  |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM (C26-1702.21) |  |  | SIAMESE (C26-1703.6) |  |  |
|  |  |  | TWO AUTOMATIC SOURCES (C26-1703.9(a)) |  |  |
| SMOKE DETECTOR (C26-1703.1 )) |  |  | ONE AUTOMATIC SOURCE (C26-1703.9(b)) |  |  |
| FIRE ALARM AND SIGNAL SYSTEM (C26-1704.1) |  |  | DOMESTIC WATER SUPPLY SOURCE (C26-1703.9c) |  |  |

THE FOLLOWING PERMITTED ALTERNATE TO A REQUIRED STANDPIPE SYSTEM WAS PROVIDED OR INSTALLED (C26-1702.16).

|  | YES | NO |
|---|---|---|
| HAND OR PORTABLE FIRE EXTINGUISHERS SUBJECT TO FIRE DEPARTMENT APPROVAL (C26-1702.16(1)) |  |  |
| AUTOMATIC SPRINKLER SYSTEM CONNECTED TO A CENTRAL SUPERVISORY STATION (C26-1702.16(2)) |  |  |

THE FOLLOWING PERMITTED ALTERNATES TO A REQUIRED AUTOMATIC SPRINKLER SYSTEM WERE INSTALLED.

|  | YES | NO |
|---|---|---|
| PARTIAL SYSTEM (TABLE 17.2), CLARIFY EXTENT OF SYSTEM BELOW. |  |  |
| AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2) |  |  |
| NON AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2 FOOTNOTE (c)) |  |  |
| SMOKE DETECTOR ALARM SYSTEM (C26-1703.2) |  |  |

EXTINGUISHING AGENT IF OTHER THAN WATER:
EXTENT OF PARTIAL SYSTEM:

LIMITATIONS OR RESTRICTIONS:
   BOARD OF STANDARDS AND APPEALS CAL. NO.
   CITY PLANNING COMMISSION CAL. NO.
   OTHERS:

*The Frick Collection* (handwritten)

FORM S-40 (REV. 6/69)-25-m-703942(69)

THE CITY OF NEW YORK

## HOUSING AND DEVELOPMENT ADMINISTRATION

# DEPARTMENT OF BUILDINGS

## CERTIFICATE OF OCCUPANCY

**BOROUGH** MANHATTAN          **DATE:** 8-2-77          **NO.** 55014

This certificate supersedes C.O. No. 42821          ZONING DISTRICT R-8

THIS CERTIFIES that the new—altered—existing—building located at

7 East 70th Street          Block 1385          Lot 10

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ. FT. | MAXIMUM NO. OF PERSONS PERMITTED | ZONING RESOLUTION — DWELLING OR ROOMING UNITS | USE GROUP | BUILDING CODE — HABITABLE ROOMS | OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| Cellar | On Gd | | | | | | Mechanical equipment room. |
| 1st | 75 | 70 | | | | | Museum's waiting area, coat room; outside formal garden. |
| Mezz. | 120 | | | | | | Accessory storage. |

Note: This Alteration 223-75 complies with the 1938 Building Code.

THIS CERTIFICATE OR A CERTIFIED COPY SHALL BE POSTED WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

OPEN SPACE USES ...                    (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

### NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
### A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

_Cornelius F. Dennis_          **JEREMIAH T. WALSH**
BOROUGH SUPERINTENDENT                    COMMISSIONER

COPY

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the **north** side of **East 70th Street**
distant **210'** feet E from the corner formed by the intersection of
**5th Avenue** and **East 70th Street**

running thence **north 100'5"** ........................feet; thence **east 41'-0"** ........................feet;
thence **south 100'5"** ........................feet; thence **west 41'-0"** ........................feet;
thence ........................................................feet; thence ........................................................feet;
thence ........................................................feet; thence ........................................................feet;
to the point or place of beginning.

N.B. ALT. No. **223-75** DATE OF COMPLETION **7-22-77** CONSTRUCTION CLASSIFICATION **Class I-Fireproof**
BUILDING OCCUPANCY GROUP CLASSIFICATION    HEIGHT **One** STORIES, FEET.

**Museum**    **29 & 22**

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM (C26-1702.1) | | | AUTOMATIC SPRINKLER SYSTEM (C26-1703.1) | | |
| YARD HYDRANT SYSTEM (C26-1702.2) | | | CENTRAL STATION SUPERVISION (C26-1703.2 & .4) | | |
| PRIVATE HYDRANT SYSTEM (C26-1702.17) | | | WATER FLOW ALARM (C26-1703.4) | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM (C26-1702.21) | | | SIAMESE (C26-1703.6) | | |
| | | | TWO AUTOMATIC SOURCES (C26-1703.9(a)) | | |
| SMOKE DETECTOR (C26-1703.1 I) | | | ONE AUTOMATIC SOURCE (C26-1703.9(b)) | | |
| FIRE ALARM AND SIGNAL SYSTEM (C26-1704.1) | | | DOMESTIC WATER SUPPLY SOURCE (C26-1703.9(c)) | | |

THE FOLLOWING PERMITTED ALTERNATE TO A REQUIRED STANDPIPE SYSTEM WAS PROVIDED OR INSTALLED (C26-1702.1d).

|  | YES | NO |
|---|---|---|
| HAND OR PORTABLE FIRE EXTINGUISHERS SUBJECT TO FIRE DEPARTMENT APPROVAL (C26-1702.1d(1)) | | |
| AUTOMATIC SPRINKLER SYSTEM CONNECTED TO A CENTRAL SUPERVISORY STATION (C26-1702.1d(2)) | | |

THE FOLLOWING PERMITTED ALTERNATES TO A REQUIRED AUTOMATIC SPRINKLER SYSTEM WERE INSTALLED.

|  | YES | NO |
|---|---|---|
| PARTIAL SYSTEM (TABLE 17.2) CLARIFY EXTENT OF SYSTEM BELOW. | | |
| AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2) | | |
| NON AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2 FOOTNOTE (c)) | | |
| SMOKE DETECTOR ALARM SYSTEM (C26-1703.2) | | |

EXTINGUISHING AGENT IF OTHER THAN WATER:
EXTENT OF PARTIAL SYSTEM

LIMITATIONS OR RESTRICTIONS
    BOARD OF STANDARDS AND APPEALS CAL. NO. ....................
    CITY PLANNING COMMISSION CAL. NO. ....................
    OTHERS.



FORM 340 (REV. 6/69)-25M-703942(69)

THE CITY OF NEW YORK

## HOUSING AND DEVELOPMENT ADMINISTRATION
# DEPARTMENT OF BUILDINGS
## CERTIFICATE OF OCCUPANCY

BOROUGH   MANHATTAN          DATE: 8-2-77      NO.

This certificate supersedes C.O. No. 33329                    ZONING DISTRICT R-8
THIS CERTIFIES that the ~~new~~—altered—existing—building—~~under~~  located at

          9 East 70th Street                  Block 1385    Lot 11

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES AND
REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS. PER SQ. FT | MAXIMUM NO. OF PERSONS PERMITTED | ZONING RESOLUTION | | BUILDING CODE | | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| | | | DWELLING OR ROOMING UNITS | USE GROUP | HABITABLE ROOMS | OCCUPANCY GROUP | |
| 1st Cellar | On Gr. | | | | | | Museum's accessory storage. |
| 2nd | 120 | | | | | | Accessory storage. |
| 3rd Cellar | 120 | | | | | | Accessory storage. |
| 1st Fl. | 450 | | | | | | Museum's formal garden. |

Note: This Alteration 638-75 complies with the
1938 Building Code.

OPEN SPACE USES                        (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED
WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES
OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

### NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
### A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE
SIDE.

_____                    JEREMIAH T. WALSH
BOROUGH SUPERINTENDENT                        COMMISSIONER

COPY

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the **north** side of **East 70th Street**
distant **242'** feet **E** from the corner formed by the intersection of
**5th Avenue** and **East 70th Street**

running thence **north 100'-5"** ...................feet; thence **east 30'-0"** ...........................feet;
thence **south 100'-5"** ...................feet; thence **west 30'-0"** ...........................feet;
thence ...........................feet; thence ...........................feet;
thence ...........................feet; thence ...........................feet;
to the point or place of beginning.

BLDG. ALT. No. 638-75  DATE OF COMPLETION **7-22-77**  CONSTRUCTION CLASSIFICATION **Class I-Fireproof**
BUILDING OCCUPANCY GROUP CLASSIFICATION          HEIGHT          STORIES.          FEET.
                              **Museum          3 Below Grade**

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM (C26-1702.1) |  |  | AUTOMATIC SPRINKLER SYSTEM (C26-1703.1) |  |  |
| YARD HYDRANT SYSTEM (C26-1702.2) |  |  | CENTRAL STATION SUPERVISION (C26-1703.2 & 4) |  |  |
| PRIVATE HYDRANT SYSTEM (C26-1702.17) |  |  | WATER FLOW ALARM (C26-1703.4) |  |  |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM (C26-1702.21) |  |  | SIAMESE (C26-1703.6) |  |  |
|  |  |  | TWO AUTOMATIC SOURCES (C26-1703.9a) |  |  |
| SMOKE DETECTOR (C26-1703.1 J) |  |  | ONE AUTOMATIC SOURCE (C26-1703.9(b)) |  |  |
| FIRE ALARM AND SIGNAL SYSTEM (C26-1704.1) |  |  | DOMESTIC WATER SUPPLY SOURCE (C26-1703.9c) |  |  |

THE FOLLOWING PERMITTED ALTERNATE TO A REQUIRED STANDPIPE SYSTEM WAS PROVIDED OR INSTALLED (C26-1702.1d).

|  | YES | NO |
|---|---|---|
| HAND OR PORTABLE FIRE EXTINGUISHERS SUBJECT TO FIRE DEPARTMENT APPROVAL (C26-1702.1(d)(1)). |  |  |
| AUTOMATIC SPRINKLER SYSTEM CONNECTED TO A CENTRAL SUPERVISORY STATION (C26-1702.1(d)(2)). |  |  |

THE FOLLOWING PERMITTED ALTERNATES TO A REQUIRED AUTOMATIC SPRINKLER SYSTEM WERE INSTALLED.

|  | YES | NO |
|---|---|---|
| PARTIAL SYSTEM (TABLE 17.2), CLARIFY EXTENT OF SYSTEM BELOW. |  |  |
| AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2) |  |  |
| NON AUTOMATIC DRY SPRINKLER SYSTEM (TABLE 17-2 FOOTNOTE (c)) |  |  |
| SMOKE DETECTOR ALARM SYSTEM (C26-1703.2) |  |  |

EXTINGUISHING AGENT IF OTHER THAN WATER:
EXTENT OF PARTIAL SYSTEM:

LIMITATIONS OR RESTRICTIONS:
    BOARD OF STANDARDS AND APPEALS CAL. NO. ...........................
    CITY PLANNING COMMISSION CAL. NO. ...........................
    OTHERS:



The Frick Collection & Frick Art Reference Library

Home | Visitor Information | Collection | Library | FRESCO | Exhibitions | Concerts | Lectures | Education | Special Events | Press Office | Museum Shop | Support

## Special Events

The Frick Annual Fund

Planned Giving

Membership

Corporate Support

Additional Ways to
Support the Frick

Benefit Events

Corporate Entertaining

Private Entertaining

Travel with the Frick

Annual Reports

Search FRESCO
(Frick Research
Catalog Online)

Search Our Collections

Virtual Tour

Search This Web Site

 Go



Click photographs for information about future and past events. Clockwise from Top Left:
Young Fellows Ball, Autumn Dinner, Spring Party, International Fine Arts Fair.

Members at various levels are invited to attend lectures and concerts in
the Collection in addition to special celebrations and galas.

For more information on galas and celebrations please contact:

The Frick Collection
1 East 70th Street
New York, NY 10021
T: 212-547-6873
F: 212-628-4417
E mail: events@frick.org

**Benefit Events**

Autumn Dinner
2007 | 2006 | 2005 | 2004

Young Fellows Ball
2007 | 2006 | 2005

Spring Party
2007 | 2006 | 2005

International Fine Art Fair
2007 | 2006 | 2005

**Corporate Entertaining**

**Private Entertaining**

Director's Greeting | Contact Information | Career Opportunities | Announcements | Annual Reports | Search | FAQs

Copyright © 1998-2006 The Frick Collection. All Rights Reserved. | Privacy Policy | Image Permissions | Terms of Use

# THE FRICK COLLECTION & FRICK ART REFERENCE LIBRARY

Home | Visitor Information | Collection | Library | FRESCO | Exhibitions | Concerts | Lectures | Education | Special Events | Press Office | Museum Shop | Support

## Entertaining at the Frick

**The Frick Annual Fund**

**Planned Giving**

**Membership**

**Corporate Support**

**Additional Ways to Support the Frick**

**Benefit Events**

**Corporate Entertaining**

**Private Entertaining**

**Travel with the Frick**

**Annual Reports**

**Search FRESCO**
(Frick Research Catalog Online)

**Search Our Collections**

**Virtual Tour**

**Search This Web Site**





Reception Hall
Click photographs to enlarge



Garden Court



Entrance Hall and Reception Hall

The Garden Court

The Music Room

Corporate and Individual members at the $35,000 level and above are invited to host their own special event at The Frick Collection.  The Frick evokes the glamour of Gilded Age New York and provides a uniquely elegant setting for any reception, cocktail party, or dinner.

Membership at this level entitles a corporation or a private host to a one-time opportunity to utilize the intimate event spaces offered by the Frick for entertaining guests and clients.  Event services include:

- Opportunities for your guests to experience the Frick's preeminent art collection in an unhurried way, as Mr. Frick's might have (exclusively after hours).
- Event staffing, including gallery docents, custodial services, and security.
- Referral service for caterers and related vendors.
- Special gifts for your guests selected exclusively from the Museum Shop.
- Convenient nearby parking.
- In-house audio-visual staffing and equipment.

In various configurations, the Frick can accommodate up to 350 people for cocktails and 200 for a seated dinner.  Expenses, which normally range between $10,000 to $15,000, include security, cleaning, insurance and administrative time required for the setup, breakdown and management of each event.  Vendor expenses are paid by the host.

For more information about corporate or private entertaining and requisite fees, please call:

**The Frick Collection**
1 East 70th Street
New York, NY 10021

T: 212-547-6873
F: 212-628-4417

E mail: events@frick.org

Director's Greeting | Contact Information | Career Opportunities | Announcements | Annual Reports | Search | FAQs

Copyright © 1998-2006 The Frick Collection. All Rights Reserved. | Privacy Policy | Image Permissions | Terms of Use