# Exhibit BB

NATIONAL ACADEMY

## History of the National Academy



The National Academy Museum and School of Fine Arts is tri-partite institution. It is an honorary association of American artists with a museum and a school of fine arts. Founded in 1825 as the National Academy of Design by such leading artists as Samuel F. B. Morse, Asher B. Durand, and Thomas Cole to "promote the fine arts in America through instruction and exhibition". The Academy continues to play a critical role in preserving and fostering the visual arts in America. Through a program of exceptional exhibitions in the Museum and quality instruction in the School of Fine Arts, the Academy serves as a link to the art of our past, and a bridge to the art of our present, and future.

The Academicians of the National Academy are professional artists who are elected to membership by their peers. Members both past and present include many of the country's leading painters, sculptors, architects, and printmakers. Notable among them are Albert Bierstadt, Louis Bourgeois, Frederic E. Church, Chuck Close, Richard Diebenkorn, Thomas Eakins, Helen Frankenthaler, Frank Gehry, Horatio Greenough, Charles Gwathmey, Winslow Homer, Jasper Johns, Maya Lin, Tom Otterness, I. M. Pei, Robert Rauschenberg, Dorothea Rockburne, John Singer Sargent, Wayne Thiebaud, Frank Lloyd Wright and Andrew Wyeth.

The Academy houses one of the largest public American art collections in the country containing works from the nineteenth century to the present. Comprised of over seven thousand works in almost every artistic style the collection includes portraiture from the Federal period, naturalistic landscapes of the Hudson River School, and the studies of light and atmosphere that inform Tonalism and American Impressionism. The modernist movements are also represented such as Fauvism, the Ashcan artists, American Surrealism, Abstract Expressionism, Minimalism, Photorealism, and the Decorative Movement. Masterworks in these and other styles have come into the Academy's collection mainly as gifts from newly elected National Academicians in compliance with membership requirements; thereby continually enriching the collection.

The fundamental mission of the Academy has never changed-the annual exhibitions have been held every year since 1826; the School of Fine Arts has functioned almost without interruption since that date; and, in recognition of the ever-changing character of American art, over 2,000 artists have been honored with election.

NATIONAL ACADEMY

MUSEUM >>   EXHIBITIONS   PERMANENT COLLECTION   RIGHTS & REPRODUCTIONS   RESEARCH SOURCES   EDUCATION

## Past Exhibitions

### 2007

| | |
|---|---|
| High Times, Hard Times: New York Painting 1967-1975 | February 15 - April 22 |
| Life School: The Figure in American Art | February 15 - April 22 |
| 182nd Annual Exhibition of Contemporary American Art | May 16 - June 24, 2007 |

### 2006

| | |
|---|---|
| For Spacious Skies: Hudson River School Paintings from the Henry and Sharon Martin Collection | February 9 - April 30 |
| Treasures from Olana: Landscapes by Frederic Edwin Church | February 9 - April 30 |
| Recent Acquisitions: Contemporary Art by National Academicians | February 9 - April 30 |
| The 181st Annual: An Invitational Exhibition of Contemporary American Art | May 11 - June 18 |
| Italia! Muse to American Artists, 1830-2005 | July 5 - December 31 |
| Luminist Horizons: The Art and Collection of James Suydam (1819–1865) | September 14 - December 31 |

### 2005

| | |
|---|---|
| Surrealism USA | February 17 - May 8 |
| Disegno: The 180th Annual Exhibition | May 25 - July 3 |
| Jean Hélion | July 14 - October 9 |
| Hélion and American Art | July 14 - October 9 |
| Marks of Distinction: Two Hundred Years of American Drawings and Watercolors from the Hood Museum of Art | October 20 - December 31 |

### 2004

| | |
|---|---|
| The Artist's Eye: Wolf Kahn as Curator | February 6 - April 18 |
| Wolf Kahn: Nature and Color | February 6 - April 18 |
| Bold Strokes: California Watercolors | February 6 - April 18 |
| 179th Annual: An Invitational Exhibition of Contemporary American Art | May 6 - June 20 |
| Contemporary Prints from the Collection of the National Academy Museum | July 2 - October 3 |
| Into the Storm: Expressions in the American Landscape, 1800-1940 | July 2 - October 10 |
| Christo and Jeanne-Claude: The Würth Museum Collection | October 13 - January 2 |
| The Photorealist Project by Xavier Veilhan | October 27 - January 2 |
| Transforming the Page: Line, Wash & Smudges | October 27 - January 2 |

### 2003

| | |
|---|---|
| Edwin Dickinson: Dreams and Realities | January 31 - April 13 |
| The Artist Revealed: Photographic Portraits from the Collection of Peter Paone, NA, and Alma Alabilikian | February 8 - April 20 |
| Side by Side: American Sculpture from the Collections of the National Academy of Design and The Metropolitan Museum of Art | February 8 - April 20 |
| 178th Annual Exhibition | May 2 - June 15 |
| Visages and Visions: American Art of the Nineteenth and Twentieth Centuries | July 9 - September 7 |
| Challenging Tradition: Women of the Academy, 1826-2003 | June 28 - January 4 |
| A Fine Line: Drawings by National Academicians | September 3 - January 4 |
| George Inness and the Visionary Landscape | September 17 - December 28 |

### 2002

| | |
|---|---|
| Architects of the Academy | January 30 - April 14 |
| Modernism and Abstraction: Treasures from the Smithsonian American Art Museum | February 6 - April 7 |

The 177th Annual: An Invitational Exhibition               May - June 9
Artist's Eye: Jane Freilicher as Curator                   June 21 - September 22
Jane Freilicher: An Artist in the City                     June 21 - September 22
Transformations: American Paintings from Frederic E. Church to Wayne Thiebaud    June 26 - September 22
Color and Ecstasy: The Art of Hyman Bloom                  October 2 - December 29

## 2001

Selections from the Permanent Collection                   February 3 - May 6
The Cos Cob Art Colony - Impressionists on the Connecticut Shore    February 14 - May 13
176th Annual Exhibition                                    May 24 - June 24
Winterscapes                                               June 30 - September 2
Recent Acquisitions 2000-2001                              June 30 - September 9
Red Grooms: Selections from the Graphic Work               July 11 - November 11
Louis M. Eilshemius (1864-1941), An Independent Spirit     September 19 - December 30
David Smith: Two into Three Dimensions                     November 28 - January 6

## 2000

175th Annual Exhibition                                    February 9 - March 26
Telling Objects: Selections from the Academy's Archives    March 30 - December 31
Art the in the Age of Queen Victoria Treasures: from the Royal Academy of Arts    April 5 - June 4
Recent Acquisitions 1999                                   April 5 - June 4
Stuart Davis in Gloucester                                 May 3 - July 30
Charles Webster Hawthorne Watercolors                      May 3 - July 30
American Spectrum: Painting and Sculpture from the Smith College Art Museum    June 20 - September 10
Rave Reviews - American Art and Its Critics, 1826-1925     September 20 - December 31

# NATIONAL ACADEMY

**LUNCHTIME LECTURES**

Lectures are held in the Student Lounge or Huntington Room at 5 East 89th Street, New York, NY. Admission is free. A question and answer period will take place after the lecture. Additional lectures may be added during the course of the semester. For additional information, contact the National Academy School of Fine Arts, at 212-996-1908.

**Thursday, January 24**
**12 noon, Student Lounge**
Visiting workshop instructor
National Academician Lorraine Shemesh, NA will give a lecture on the *Architecture of the Figure*, the topic of her two day drawing workshop in March.

N
A  **NATIONAL ACADEMY**

**The Review Panel**

The National Academy, in conjunction with artcritical.com presents the fourth season of The Review Panel, beginning Friday, October 12th at 6:45 pm. This popular panel is moderated by David Cohen, art critic for the New York Sun and editor of artcritical.com. Each month, three prominent art critics join David Cohen in discussing four pre-selected exhibitions currently on view in New York museums and galleries, with time allotted for audience response.

This popular series fosters awareness of contemporary art through critical dialogue about exhibitions on view in New York galleries and museums. Past panelists include: Deborah Garwood, Arthur Danto, Roberta Smith, Robert Storr, Karen Wilkin, and Mark Stevens. This season's panelists include Svetlana Alpers, David Grosz, Carol Kino, Donald Kuspit, and Roberta Smith, among others.

**Please check back later for upcoming dates.**

Partial funding for the Review Panel is provided by NYSCA, the Dedalus Foundation, and the Edith and Herbert Lehman Foundation.

N
A
NATIONAL ACADEMY

PUBLIC PROGRAMS >>    UPCOMING EVENTS    LUNCHTIME LECTURES    THE REVIEW PANEL    FAMILYARTS    SENIORARTS    GROUP TOURS

**FAMILYARTS**
**for Tots and Toddlers!**

Families gather on Saturday mornings to walk through the galleries with teaching artist Kate Gugliotta and create artwork in a studio environment. Young people ages 2- 5 years and their adult companions explore art activities inspired by our special exhibitions and permanent collection of American paintings and sculpture. Admission is $5 per family up to 6 people, FREE for Friends of the Academy and their families. Reservations required. Please call 212.369.4880, ext. 300 or email education@nationalacademy.org.

**Please check back later for upcoming dates.**

PUBLIC PROGRAMS >>    UPCOMING EVENTS    LUNCHTIME LECTURES    THE REVIEW PANEL    FAMILYARTS    SENIORARTS    GROUP TOURS

**SENIORARTS**

Seniors discuss topics inspired by our special exhibitions and permanent collection of American paintings and sculpture then attend an art-making workshop with professional artist Hannah Frassinelli. All seniors welcome regardless of experience! Admission is FREE. Reservations required. Please call 212.369.4880, ext. 300 or email education@nationalacademy.org.

**Please check back later for upcoming dates.**

## NATIONAL ACADEMY

TOURS

### GUIDED TOURS

The National Academy's experienced docents offer tours for adult and school groups, elementary through college level. Tours are available by request, from 12-4 pm Wednesday and Thursday, and from 11-5 pm Friday through Sunday. In addition, the Museum offers FREE GUIDED TOURS to the public on most Fridays and Saturdays at 2 PM according to the exhibition calendar. No reservations are required.

**Docent-Guided Tour for Adults**
$5 per person PLUS
$25 tour fee (up to 15 adults)
$50 tour fee (15-30 adults)

**Self-Guided Adult Groups**
$10 Adult
$5 Senior (over 62)

### GUIDED TOURS FOR STUDENTS

The Museum offers guided gallery talks for students of all ages. Participants enjoy exploring the special exhibitions and permanent collection of American paintings, prints, architecture and sculpture with a focus on close-looking and shared learning.

**INFORMATION FOR SCHOOL GROUPS**
-Tours for school groups are appropriate for each grade level and can be adapted to meet teachers' needs.
-School tours last approximately 50 minutes.
-Groups are limited to 40 students at one time.
-One adult must accompany every 10 students.
-There are no lunch facilities at the museum.

**Tours with an Educator**
$75 per class up to 22 students (including chaperones)
$150 per class for groups exceeding 22 individuals, up to 40 participants (including chaperones)

**Self-Guided School Tours**
To receive the same admission as docent-guided tour groups, self-guided school groups must schedule in advance, otherwise regular museum admission applies.

Our Saturday FamilyArts programs encourage young people and adults to participate in gallery discussions and art-making workshops, as do special workshops for high school students based on the Museum's exhibitions. For more information regarding FamilyArts, please see our Public Programs heading.

To schedule a tour, please call 212-369-4880, ext. 300 or send an email.

## NATIONAL ACADEMY

**LOCATION:**

On New York City's famed Museum Mile
1083 Fifth Avenue at 89th Street

**Directions by Subway/Bus:**

**Subway:** Lexington Avenue 4, 5, or 6 to 86th Street Station
**Bus:** M1, M2, M3, or M4 on Fifth and Madison Avenues to 89th Street.



**Museum - Hours of Operation:**
Monday - closed
Tuesday - closed
Wednesday - 12:00-5:00
Thursday - 12:00-5:00
Friday - 11:00-6:00
Saturday - 11:00-6:00
Sunday - 11:00-6:00
Closed on public holidays

**Museum Shop - HOLIDAY HOURS:**

Beginning next Monday (Nov. 26) through Monday (Dec. 31st ), the Shop hours are as follows:

Monday: 10:00 – 5:00
Tuesday: 10:00 – 5:00
Wednesday: 10:00 – 5:00
Thursday: 10:00 – 5:00
Friday: 10:00 – 6:00
Saturday: 11:00 – 6:00
Sunday: 11:00 – 6:00

Christmas Eve and New Year's Eve, 10:00 - 4:00

**ADMISSION:**

**Self-Guided Admission:**
Regular Admission---$10
Student/Senior/Channel 13/NYTimes Admission---$5
Children under age 12----FREE

**Docent Tour Admission:**
Docent-led Public Tours are offered every Friday at 2:00 pm
$5 per person plus $25 tour fee for up to 15 adults,
$40 tour fee for up to 50 adults

**School Group Admission:**
$50 tour fee per class for up to 40 students

Friends of the Academy: Free
N.A. Members: Free
N.A. Students: Free
For **Group Tours**, send email to **education@nationalacademy.org**

**HELPFUL LINKS**

For information on **Central Park Perks Program**, please click here.
For accommodations, please click here.

**NATIONAL ACADEMY**

SPECIAL EVENTS >>

## Planning A Special Event

" ...the perfect place to give a party... The National Academy is one of the few truly elegant townhouses left in New York."

Housed in a distinguished turn-of-the-century Beaux-Arts mansion, the Academy provides a variety of ideal settings for intimate dinners, evening receptions, luncheons, business presentations, and fashion, commercial, and film shoots. Striking interiors, ranging from the dramatic spiral staircase and rotunda featuring the graceful sculpture of Diana by Anna Hyatt Huntington, NA, to the Palladian elegance of the Stone Room and the stately book-lined Huntington Room provide the perfect setting for a full range of events. **For rental information, please send an** <u>email</u>**.**

## THE SPIRAL STAIRCASE | ROTUNDA

The spiral staircase is the focus of the National Academy's striking lobby entrance. After passing through the lobby museum shop, the graceful figure of Diana, created by sculptor Anna Hyatt Huntington, NA, sits on an inlaid marble floor in the rotunda leading to the dramatic winding staircase. It provides the perfect setting for a cocktail reception with music billowing down the stairs to a fashion photography shoot.

Capacity - up to 60 for cocktails.



## THE STONE ROOM

The Stone Room boasts sixteen-foot Palladian windows, gleaming black and white marble floors, glazed faux-marble walls with plaster detail and classical statuary. It provides an elegant setting for dinners and receptions and is also an ideal environment for staging a film or photo shoot.

Capacity - up to 125 for cocktails, up to 80 for a seated dinner
Dimensions- Length: 35.5', Width: 25', Height: 16' | Total Square feet: 887.5



## THE HUNTINGTON ROOM

The Huntington Room, the largest room at the Academy, is a wood paneled room lined with floor-to-ceiling bookcases. This warmly decorated room accommodates larger cocktail and dinner receptions, board meetings, corporate presentations and press conferences. A/V equipment included.

Capacity - up to 225 for cocktails, up to 140 for dinner, up to 150 for theatre-style presentations.
Dimensions - Length: 51', Width: 27', Height: 15' | Total Square feet: 1,377




# Exhibit CC

Form 54-C (Rev. 4/62)—803£-601036(62)    214

# DEPARTMENT OF BUILDINGS

80

BOROUGH OF **MANHATTAN**    , THE CITY OF NEW YORK

Date        September 29, 1966        No.    63595

# CERTIFICATE OF OCCUPANCY

## NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT

This certificate supersedes C. O. No.    44242

THIS CERTIFIES that the ~~new~~ altered ~~existing~~ building—premises located at

**9 East 90th Street**        Block **1502**    Lot **Part of 1**

That the zoning lot and premises above referred to are situated, bounded and described as follows:

BEGINNING at a point on the **north** side of **East 90th Street**

distant **0'-0"** feet **east** from the corner formed by the intersection of

**Fifth Avenue** and **East 90th Street**

running thence **east 230-5 1/3** feet; thence **north 201.5** feet;

thence **west 230.5 1/3** feet; thence **south 201.5** feet;

running thence _____ feet; thence _____ feet;

to the point or place of beginning, conforms substantially to the approved plans and specifications, and to the requirements of the Building Code, the Zoning Resolution and all other laws and ordinances, and of the rules of the Board of Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and

CERTIFIES FURTHER that, any provisions of Section 646F of the New York Charter have been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent.        **Class 1**

~~NEW~~ Alt. No.— **1587-1962**        Construction classification—    **Fireproof**

Occupancy classification— **Public Building**    . Height **5** stories, **66'-2"** feet.

Date of completion— **June 17, 1966**    . Located in **B 10 & B 8**    Zoning District.

at time of issuance of permit.    **1915-1965**

This certificate is issued subject to the limitations hereinafter specified and to the following resolutions of the Board of Standards and Appeals:    } (Calendar numbers to be inserted here)

and The City Planning Commission:

### PERMISSIBLE USE AND OCCUPANCY

Off-Street Parking Spaces _____

Off-Street Loading Berths _____

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED | USE |
|---|---|---|---|
| Cellar | On Ground | | Boiler room. |
| 1st Story | 70 | 25 | Office and kitchen |
| 2nd Story | 70 | 25 | Seminar rooms. |
| 3rd Story | 70 | 25 | Seminar rooms. |
| 4th Story | 70 | 35 | Offices. |
| 5th Story | 70 | 35 | Offices. |
| Roof | 70 | 25 | Exercise area. |
| | | NOTE: | Entire building occupied by Columbia University, School of Social Work. |
| | | | Fuel Oil Permit No. C 189593. |

Sec. 6.1.3 sub-4 Building Code, C.26-273.0 Adm. Code. Prior to the occupancy of a structure erected or altered after January 1, 1938, the authorized occupancy of each floor of said structure as stated in the certificate of occupancy shall be permanently posted under glass and maintained in the main entrance hall of such structure.

3

OFFICE COPY—DEPARTMENT OF BUILDINGS        _acting_ Borough Superintendent

## PERMISSIBLE USE AND OCCUPANCY (continued)

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED | USE |
|---|---|---|---|
| | | | |

*Borough Superintendent*

Cooper-Hewitt
## National Design Museum

Sea

About the Museum | Calendar of Events | Special Events | Pr

Exhibitions | Collections | Education | Visit Cooper-Hewitt | Join & Support | National Design Awards | Shop



## Visit Cooper-Hewitt
**Museum Hours & Location**

**Contact Us**

**Phone Directory**

**Café**

## Museum Hours & Location

**Museum Hours:**
Monday–Thursday: 10 a.m.–5 p.m.
Friday: 10 a.m.–9 p.m.
Saturday: 10 a.m.–6 p.m.
Sunday: Noon–6 p.m.
Garden entrance on 90th Street open May–September (weather permitting)
Closed Thanksgiving Day, Christmas Day, and New Year's Day

**Find out more:**

**Membership: Join Today**

> The **Café** will be closed at 1:00 p.m. on Monday, January 28 for renovation. It will remain closed on Tuesday and Wednesday, and will open for business on Thursday, January 31 at 2:00 p.m.

**Museum Fees**
*General Admission:* $15.00
*Senior Citizens and Students with I.D.:* $10.00
*Cooper-Hewitt, National Design Museum and Smithsonian Institution Members and children under age 12 are admitted free.*

**Location:**
Cooper-Hewitt, National Design Museum is located on Museum Mile, at the corner of 91st Street and Fifth Avenue in New York City. View map.

2 East 91st Street
New York, NY 10128

**Public Transit:**
Public transit routes include the Lexington Avenue 4, 5, and 6 subways (86th or 96th Street Stations), and Fifth and Madison Avenue buses.

**Accessibility**
The Museum is fully accessible to visitors who use wheelchairs or walkers. The Museum has wheelchairs available for visitors on a first-come/first-serve basis.

*Parking*
There are no designated parking spaces near the Museum for people with disabilities.

*Entrance*
The Museum's main entrance on 91st Street is accessible by ramp. The front door is automated and can be opened with the touch of a button. Once inside, the Admissions desk of the Museum is reached by a staff-operated elevator or a flight of eight

stairs.There are self-service elevators for moving between galleries and accessing the Café and Garden.

*Restrooms and more*
All public restrooms, banks of telephones, and water fountains are at accessible heights.

For more information, please call 212.849.8400.



Join our Mailing List | Contact Us | Site Map | Feedback | Privacy | Copyright
2 East 91st Street New York, NY 10128 | 212.849

© 2008 Cooper-Hewitt, National Design Mu

Cooper-Hewitt
# National Design Museum



About the Museum | Calendar of Events | Special Events | Pr

Exhibitions | Collections | Education | Visit Cooper-Hewitt | Join & Support | National Design Awards | Shop



## Education at Cooper-Hewitt

Cooper-Hewitt's dynamic educational programs provide insight into the ways in which design shapes our lives every day, encouraging us to understand how design can best be used to shape a positive future.

Many of the Museum's programs present "design" as a verb, engaging audiences in the design process, and bringing participants closer to design professionals and resources. Conferences, studio visits, panels, and workshops are just some of the continuing education programs offered to public audiences. In addition, our educator programs have become models throughout the country, demonstrating the potential for design to enhance teaching and learning across the K-12 curriculum.

**Public Programs**
**Watch video of past public programs**

### Education at Cooper-Hewitt

» **Educator Resource Center**
Find and create design-focused lesson plans, talk to educators from around the country, and more.

### Tours and Group Visits

» Free Daily Tours

» K–12 School Groups

» Adult and University Groups

### Video of Public Programs

### Youth Programs

### Educator and Community Program

### Internships

### Master's Program

Education programs are supported in part by The Edith & F.M. Achilles Memorial Fund, the Jean and the Louis Dreyfus Foundation, and Lisa Roberts and David Seltzer.



Join our Mailing List | Contact Us | Site Map | Feedback | Privacy | Copyrigh
2 East 91st Street New York, NY 10128 | 212.849

© 2008 Cooper-Hewitt, National Design Mu

Cooper-Hewitt
**National Design Museum**

About the Museum | Calendar of Events | Special Events | Pr

Exhibitions | Collections | Education | Visit Cooper-Hewitt | Join & Support | National Design Awards | Shop



**Special Events**
**Image Gallery**

## Special Events at Cooper-Hewitt

Cooper-Hewitt, National Design Museum
provides a unique venue and premier
accommodations for a wide range of events,
from intimate dinners to large receptions.
Exclusive exhibition viewings and private tours
for your guests are also available.



Image Gallery

Become a Corporate Member or Exhibition Sponsor and enjoy the privilege of hosting
your Special Events in New York City's most distinctive event space.

### Museum Venues

At the $10,000 Corporate Membership Level, Patrons are invited to host an event at the
Museum in the following spaces.

### The Great Hall

- The Great Hall serves as the main entry to the Museum and is resplendent
  with extraordinary architectural detail. This space offers elegance and
  flexibility.

- Capacity: 500 for standing reception; 90 for a seated event.

### Arthur Ross Terrace and Garden

- With views of Central Park and the magnificent Carnegie Mansion, this colorful
  garden offers year-round beauty in its flower beds and plantings. The space
  can be tented and offers tremendous flexibility.

- Capacity: 1,000 guests for a standing reception; 500 for a seated dinner.

At the $5,000 Corporate Membership Level, Contributors are invited to host an event at
the Museum in the following spaces.

### Agnes Bourne Bridge Gallery

- A modern addition to the Carnegie Mansion, the Agnes Bourne Bridge Gallery offers a wall of windows overlooking the Museum's stunning garden and terrace.

- Capacity: fifty for a standing reception; thirty for a seated event.

## Barbara Riley Levin Conservatory

- The Conservatory is a glass-enclosed atrium with views of the garden, and is best suited for small gatherings.

- Capacity: forty for a standing reception; twenty for a seated event.

Our creative, experienced event staff will help you plan gatherings that are elegant and memorable. For additional information, contact the Special Events office at 212.849.8341 or by email at chevents@si.edu.



Smithsonian
Cooper-Hewitt, National Design Museum

Join our Mailing List | Contact Us | Site Map | Feedback | Privacy | Copyrigh
2 East 91st Street New York, NY 10128 | 212.849

© 2008 Cooper-Hewitt, National Design Mu