# Exhibit DD

THE CITY OF NEW YORK

# DEPARTMENT OF BUILDINGS ALT# 160/30
# CERTIFICATE OF OCCUPANCY



BOROUGH MANHATTAN    DATE FEB 08 1969    NO. 93620

ZONING DISTRICT R-10

This certificate supersedes C.O. No.

THIS CERTIFIES that the XXXX altered XXXXXX building premises located at

593 Park Avenue SWC East 64th Street    Block 1398    Lot 72

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING NO OF DWELLING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| Sub-Cellar | 0.G. | | | | | | Boiler room and storage |
| Cellar | 100 | 65 / 30 | | | 3 | | Auditorium lounge |
| Mezzanine | 100 | 2 | | | 3 | | Administrative office |
| 1st Floor | 100 | 510 | | | 3 | | Church |
| Gallery | 100 | 200 | | | 3 | | Church & admin. office |
| Mezzanine A | 100 | 2 | | | 3 | | Office |
| Mezzanine B | 100 | 2 | | | 3 | | Office |
| Mezzanine C | 100 | 25 / 10 | | | 3 | | Lounge offices |
| 2nd Floor | 100 | 200 | | | 3 | | Society room nursery school |
| 3rd Floor | 100 | 120 | | | 3 | | Nursery school |
| Roof | 50 | 30 | | | 3 | | Playground |

PUBLIC
OLD CODE

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED
WITH THE BUILDING ... THE RULES
OF THE DEPARTMENT PROMULGATED MAY 31ST, 1967.

OPEN SPACE USES _____
(SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

M.G.    NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT    COMMISSIONER

☐ ORIGINAL    ☐ OFFICE COPY—DEPARTMENT OF BUILDINGS    ☐ COPY

B Form 54 (Back) (Rev 2/82)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the **South** side of **East 64th Street**
distant **0** **East** feet from the corner formed by the intersection of
**Park Avenue** and **East 64th Street**
running thence **South 80' 0"** feet; thence **East 97' 6"** feet;
thence **North 80' 0"** feet; thence **West 97' 6"** feet;
thence _____ feet; thence _____ feet;
thence _____ feet; thence _____ feet;
to the point or place of beginning.

~~B.N.~~ ALT. No. **160/80**   DATE OF COMPLETION **6/9/88**   CONSTRUCTION CLASSIFICATION **CL1, Fireproof**
BUILDING OCCUPANCY GROUP CLASSIFICATION **Public**   HEIGHT **3** STORIES, **70'** FEET

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM |  |  | AUTOMATIC SPRINKLER SYSTEM |  |  |
| YARD HYDRANT SYSTEM |  |  |  |  |  |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM |  |  |  |  |  |
| SMOKE DETECTOR |  |  |  |  |  |
| FIRE ALARM AND SIGNAL SYSTEM |  |  |  |  |  |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
BOARD OF STANDARDS AND APPEALS CAL. NO. _____
CITY PLANNING COMMISSION CAL. NO. _____
OTHERS:

January 7, 2008

# CENTRAL PRESBYTERIAN CHURCH

Welcome     Events     Staff     History     Membership     Contact Us     Letter From The Pastor     Deacon's Corn

Newsletter

Prayer Request

Weddings

Cornell Fund

Surgeons of Hope

School Affilliates

Faith In Action

Past Events

Central's Forum

Sunday Service
11:00 AM



Child care available
during the service.
more info



593 Park Avenue  (Corner of 64th and Park Ave)  New York, New York 10021   Photo by Roger J. Ritchie
Senior Pastor - The Reverend Douglas Grandgeorge    Phone - (212) 838-0808   Fax - (212) 888-9378

**WHAT'S NEW?**
Central Presbyterian Church now has a **Forum** on this website. This forum is open to all. This forum will be a place for exchanging ideas as well as gathering and posting information important to members and non-members of Central Presbyterian Church. This forum is open and ready to use. Feel free to post a message.

**Enter Forum**

**BULLETIN BOARD**
Blessing Of The Animals - Sunday December 16th
.....................................................................
View photos of past **Blessing Of The Animals**
2005    2006




Copyright © 2003 Central Presbyterian Church.  All rights reserved.
Website design by Stephen W. Andrus

# CENTRAL PRESBYTERIAN CHURCH

Welcome    Events    Staff    History    Membership    Contact Us    Letter From The Pastor    Deacon's Corn

- Newsletter
- Prayer Request
- Weddings
- Cornell Fund
- Surgeons of Hope
- School Affilliates
- Faith In Action
- Central's Forum
- Past Events
- Home
- Sunday Service 11:00 AM

## SPECIAL EVENTS

DECEMBER 16 - BLESSING OF THE ANIMALS
View photos of past **Blessing Of The Animals**
2005    2006



DECEMBER 24 - CHRISTMAS EVE SERVICE

FEBRUARY 6 - ASH WEDNESDAY

MARCH 16 - PALM SUNDAY

MARCH 20 - MAUNDY THURSDAY

MARCH 21 - GOOD FRIDAY

MARCH 23 - EASTER SUNDAY

APRIL 13 - ELECTION OF OFFICERS

MAY 4 - ORDINATION & INSTALLATION OF OFFICERS AND ANNUAL MEETING

**Benefit Golf Outing**
For the benefit of Faith in Action— Upper Eastside Volunteer program
May, 2008
Mahopac Golf Club, Mahopac, New York
more info

Copyright © 2003 Central Presbyterian Church. All rights reserved.
Website design by Stephen W. Andrus

# CENTRAL PRESBYTERIAN CHURCH

Welcome   Events   Staff   History   Membership   Contact Us   Letter From The Pastor   Deacon's Corn

**Newsletter**
**Prayer Request**
**Weddings**
**Cornell Fund**
**Surgeons of Hope**
**School Affilliates**
**Faith In Action**
**Central's Forum**
**Past Events**
**Home**
**Sunday Service 11:00 AM**

## CORNELL FUND

In 1982, Central Presbyterian Church received a sizable bequest from the estates of our late members, Alfred and Natalie Cornell, to develop a ministry for the benefit of underprivileged children. We strive to make a difference in the lives of underprivileged children through grants from this fund.

We welcome the opportunity to support causes linked to the ministry for underprivileged children. We are always looking for situations in which a small amount of money will have large results or pave the way for other more substantial donations. This past year, we awarded $150,000 in grants ranging from $1400 to $50,000 which have produced results such as sending underprivileged children to camp, promoting scholarships, funding arts programs for underprivileged children, and providing money to an international organization to fund many operations for children in developing countries.

**Grant Process**
Central Presbyterian is able to help 501c3 organizations who serve the needs of underprivileged children. Grant proposals should address all of the criteria summarized in the "Cornell Fund Grants Process" (document includes guidelines and an application template) available on this website or from the church office ( centralpc@earthlink.net, or 212-838-0808). A Cornell Fund Committee consisting of the pastor, representatives from the church boards, and an at-large member screens proposals several times a year. Proposals may be submitted to the church: Central Presbyterian Church Attn: Cornell Committee 593 Park Avenue New York, NY 10021

Download Cornell Guidelines And Application Template

(The "Cornell Fund Grants Process" document clearly outlines the information that must be provided in order for a grant request to be considered. However, please contact the pastor if you have more detailed questions.)

Copyright © 2003 Central Presbyterian Church. All rights reserved.
Website design by Stephen W. Andrus

January 7, 2008

# CENTRAL PRESBYTERIAN CHURCH

Welcome     Events     Staff     History     Membership     Contact Us     Letter From The Pastor     Deacon's Corn

**Newsletter**

**Prayer Request**

**Weddings**

**Cornell Fund**

**Surgeons of Hope**

**School Affilliates**

**Faith In Action**

**Central's Forum**

**Past Events**

**Home**

**Sunday Service 11:00 AM**

## SURGEONS OF HOPE     www.surgeonsofhope.org

We are founding partners of Surgeons of Hope Foundation, an international charity which provides life-saving and life-altering surgery to underprivilaged children around the world. Surgeons of Hope brings the finest surgeons from Europe and the Americas to such countries as Cambodia, Colombia, Afghanistan, and Mozambique, where they perform every kind of surgery from open-heart operations to correcting cleft palates, totally altering the lives of the children they serve. A key component of their program is "Training to Cure". This aspect of the program teaches local doctors the skilled techniques of the visiting surgeons as well as providing them with the most advanced and sophisticated equipment. The hope is that these facilities will became self-sufficient in time and will eventually be autonomous agencies allowing Surgeons of Hope to move on to other needy areas, leaving behind a fully operating surgical facility which will continue to offer free surgery to children in need.

The Executive Director of Surgeons of Hope Foundation is Philippe H. L. Lerch. To learn more about him and the organization we so enthusiastically support, click on the Surgeons of Hope logo below.



Copyright © 2003 Central Presbyterian Church. All rights reserved.
Website design by Stephen W. Andrus

# CENTRAL PRESBYTERIAN CHURCH

Welcome    Events    Staff    History    Membership    Contact Us    Letter From The Pastor    Deacon's Corn

- Newsletter
- Prayer Request
- Weddings
- Cornell Fund
- Surgeons of Hope
- School Affilliates
- Faith In Action
- Central's Forum
- Past Events
- Home
- Sunday Service 11:00 AM

# FAITH IN ACTION     www.fiavolunteers.org

## FIA SPECIAL EVENTS

Volunteer Form

### What is Faith in Action?
Faith in Action is an interfaith volunteer caregiving program of The Robert Wood Johnson Foundation. Each local program is made up of groups representing many faiths who volunteer to work together to care for their neighbors who have long-term health needs.

Faith in Action volunteers come from churches, synagogues, mosques and other houses of worship, as well as the community at large. Volunteers help those in need by providing non-medical assistance with tasks such as:

- Friendly visiting (listening & talking)
- Picking up a few groceries
- Escorting to / from medical appointments
- Running errands locally
- Telephone reassurance

With this volunteer assistance, members of the community who have long-term health needs can maintain their independence for as long as possible.

### FAITH IN ACTION – UEV HISTORY
In October, 2004, The Robert Wood Johnson Foundation awarded a **Faith In Action** grant to the Upper Eastside Volunteer program in New York City. This grant was awarded as a part of the Foundation's commitment to expand its national interfaith volunteer care giving program, which helps those with long-term health needs. Currently, the **Faith In Action** network consists of approximately 1,000 programs nationwide.

**Faith In Action** grants are awarded to local groups like the Upper Eastside Volunteer program which represent many faith groups who volunteer to work together to care for the their neighbors who have long-term illnesses or disabilities. The **Faith In Action** grant will be administered by the Central Presbyterian Church and will be used for the general operating expenses and regional volunteer training.

For more information please contact:
David L. Michel, CLP - Program Director
Voice - 212 838-1504
Fax - 212 888-9378
Email - faithinactionny@gmail.com

**More Info**



Copyright © 2003 Central Presbyterian Church. All rights reserved.
Website design by Stephen W. Andrus



# NEWS CENTRAL

THE NEWSLETTER OF CENTRAL PRESBYTERIAN

December 2007 – January 2008



## Our Corner

**Rev. Douglas Grandgeorge**
*Pastor, Central Presbyterian Church*

In our November issue, I wrote in this space, "Perhaps we will know more about ourselves and our future when the Presbytery acts on the report of our Task Force." I concluded, "So let us not fear change, but rather make room in our church's life for something unpredicted, astonishing, and unexpected." Little did I know when I wrote those words how unpredicted, astonishing, and unexpected would the result of that Task Force be. Although all its recommendations are simply recommendations to the Committee on Ministry, it is unlikely that the recommendations will not be adopted in their entirety at their next meeting on December 11. And let me assure everyone, the Task Force did its job with integrity, and it was composed of five persons with sterling reputations, all of whom took their job very seriously indeed.

But the result of their work is that the church will soon be carrying on its work without me as its pastor. The actual date of my departure is not yet fixed, but it will come soon. It will be a wrenching task to leave by quick count at least 150 persons whom I have come to love and whose lives have necessarily become entwined with my own. Our members of course are chief among these, but I also have strong relationships with our staff, our choir, and many friends of the church. We have come a long way together since I became Moderator of Session in 2002, and I thought we had yet more to accomplish before we were ready to call a new pastor. However, the Task Force and some elders on the Session would prefer another interim, and now having

*Continued, page 2*

### INSIDE THIS ISSUE

1. OUR CORNER WITH REV. GRANDGEORGE
2. PASTOR APPRECIATION EVENTS
3. CHEF BURGER'S *UNEXPECTED NEW YORK*
4. MUSICAL NOTES
5. AN INTERVIEW WITH FANNY CERVANTES
6. AN ARCHIVIST REMEMBERS
7. HOLIDAY EVENTS
8. SESSION REPORT
10. OUT & ABOUT WITH MEE SEEN LOONG

*OUR CORNER, Continued from page 1*

been your interim since June 30, I am not eligible to be the pastor here, as I would have been had we not opted together for this compromise.

Rumors have been flying, so I have had incessant phone calls, letters, and office visitations. Your pastoral concerns for me are terribly welcome, and even vital, at this time. Some of the letters I have already received I will keep in a special place to remind myself on cold winter nights that we had beautiful moments together. But I meant what I said in November. "God's vision for what we are to become is waiting to be let in." I would have loved to be part of moving us toward that vision, but that is not to be. Just know that we are in God's hands and that God is to be trusted. I will miss you, but my life will find other avenues to express the love that is in my heart, and God will use change, as God always does, to His greater glory.

And I have not left yet! Let us forebear one another in love, as Paul encourages us, and make the most of the days and hours we still have together. ❖



Sally Anderson, sincerely appreciating out pastor

## Pastor Appreciation



November was Pastor Appreciation Month, and while many of our sister congregations ignored the designation, Central Church did it proud. On November 10, the Smiths hosted a Saturday night feast at their home. Many attended – some for a few minutes; some for a few hours – and after he tied the knot for a lovely Scottish couple aboard the World Yacht, *Princess*, Pastor Grandgeorge joined the exuberant crowd for a lavish buffet. The food was first-rate, and the fellowship even more so. Many brought cards telling the pastor how much he had done for them personally, or for their families, and everyone expressed to him their gratitude for his service to Central Church.

Then on November 18, prior to serving our annual Thanksgiving Dinner, the whole congregation gathered in the May Coleman Fellowship Hall and presented Douglas with a love offering [as the IRS refers to such gifts] with the suggestion that he have "a night on the town" – opera and a gourmet dinner with a friend being unsubtly suggested as a way to spend the generous purse. Sally Anderson was understandably chosen to present the appreciation, since she and the pastor have, like England and the USA, a "special relationship". Her remarks on that occasion are printed here:

*For Douglas,*

*As you know, many of us attended a wonderful party at Jeannie and Dave Smith's last Saturday as part of Pastor Appreciation Month. Today, we continue that celebration, and what better day to honor our pastor than*

*Continued, page 3*

### Session Unites

On November 27, the Session unanimously approved the following motion:

"The Session of Central Presbyterian Church respectfully requests the Committee On Ministry to consider carefully, in the interest of continuity, respecting Rev. Douglas Grandgeorge's current contract with Central Presbyterian Church and the Presbytery of New York City."

*PASTOR APPRECIATION, Continued from page 2*

*Central's Thanksgiving Sunday.*

*The congregation wants to tell you, Douglas, truly how much we appreciate you — not only for all you do for us, individually and collectively, but for who you are as person and pastor — your warmth and compassion, your sense of joy, your humor, your outreach, your intelligence. But I could go on...*

*We have a card 'specially designed for you by our own Pat McKee and a small collection which we hope you can use for a well-deserved evening away from Central — perhaps a fine dinner for yourself and a guest and an opera.*

*This gift is a small token, but it expresses our love, esteem and gratitude.*

Presented by Sally Anderson, November 18, 2007 ❖



# Hats Off for Chet Burger



On November 29, the Session in cooperation with Health Advocates, which nests at Central, held an evening event with something for almost everyone. To start, a wine and cheese reception was held in the Coleman Room to honor Chester Burger on the occasion of the publishing of his new book, *Unexpected New York: 87 Discoveries in Familiar Places,* text and photography by Chet. Accompanying a slide show with a stimulating talk, Chet told us things we didn't know about the city we live in — including what the patterns on manhole covers tell us about what lies under the street! It was lively, warm, and entertaining, and Chet's publisher, Jerry Goodwin, did a land office business, selling his book, the hottest Christmas present of the year for those who love our city.

After the book signing, those who love classical music stayed for a light supper, after which we were entertained on Central's Mason and Hamlin 104-year-old piano by Israeli pianist, Ofra Yitzhaki. She amazed her audience with her versatility and interpretation of some of Bach's finest works, including his French Overture. Ms. Yitzhaki gave evidence that she is one of the greatest keyboard artists of our time. Following the concert, the audience assembled in the Coleman Room for refreshments and a "meet-the-artist" opportunity. This was an evening enjoyed by our community as well as our congregation. ❖

Left: The cover of *Unexpected New York* by Central's own, Chet Burger. To quote Chet: "This is a book about the places everyone knows. Or thinks they know." Don't miss it!

# Musical Notes



Hampson Sisler
*Director of Music*

My gratitude to all those wonderful people who devote every Friday evening of the season to rehearse music for our Sunday worship services! Moreover, they rise one hour earlier than our congregation to warm up for singing at 11:00 A.M. on Sundays. We are blessed with a plurality of volunteer singers, most of whom are not members of our Church — or even of our faith — yet they make this weekly sacrifice on our behalf and, at the same time, hear our Christian message in the form that we endorse, namely, liberal Christianity.

But there is one hiatus in the whole operation: no volunteer sopranos — no, not even one! While, as I have said, we have a plurality of faithful volunteers on every other part — alto, tenor, and bass — we have *no* sopranos. In order that we can have a choir at all, I have to secure not just *one* but *two* professional sopranos simultaneously. If we had no sopranos at all, how could we maintain a choir? Of course, we'd have to disband and return to the state preceding my tenure at Central: no choir at all!

So, please put your thinking caps on. Help us find some sopranos who would volunteer and be as faithful as our altos, tenors, and basses — I entreat all of you!





Top, from left: Fanny Cervantes, Pat McKee, Susan Ulseth

Left: Pat McKee

Below from left: Douglas Grandgeorge, Fanny Cervantes, Pat McKee and Sally Anderson

> Fannie Cervantes is the first person from our membership to qualify for a bronze plaque on the organ console as being a major contributor to our great instrument's rebirth. The requirement is that at least $10,000 has been donated for the cause. In Fannie's case, it is a cumulative donation over a period of years. Many thanks, Fannie! You are our favorite daughter as of now.



# An Interview with Fanny Cervantes

Pat McKee, Susan Ulseth, Sally Anderson, and Rev. DouglasGrandgeorge


Michael Cervantes

Members of Central Presbyterian Church and the Pastor visited Fanny in her lovely home on Halloween. It was a perfect autumn day. She resides in Franciscan Oaks, a retirement home in Denville, New Jersey. After a superb lunch in the dining room, we asked Fanny to give us a few old stories about Central Presbyterian Church, at the time the church was being saved in the 1960s and when her husband Michael became treasurer of the church.

Michael Cervantes was a hospital administrator; he became involved in building a new hospital which grew to be the leading hospital on Staten Island, with 5000 employees. Named Staten Island University Hospital, it is today one of the leading hospitals for stem cell research of the brain. Michael's dream became a reality and he really gave his life blood to that project. And then Central Presbyterian Church became his other life blood project, as he fought to keep the church from being destroyed.

About the history of the church, Pat asked Fanny to recall the meeting to sell or save the church. The Cervantes could not vote because the minister had denied them membership thinking that the church would be sold. Michael and Fanny stayed around anyway, so when Pat was asked to speak at this meeting, she said she would relinquish her time to Michael Cervantes. Fanny did not recall what Michael said at that time, but she did recall after their first time at the church, Michael went home and called Jim Connolly and said, "Jim you cannot let that church go, you have to fight for it." Monday after Monday, Michael called Jim until finally one Monday morning Jim called back and said, "Okay, Michael, we will fight for the church, just don't call me again," and he slammed down the phone. The following Monday Jim asked Michael to come aboard but Michael was not a member of the church. Jim replied, that it was okay and to come along. From that point they formed a committee, of which Pat McKee was one – a committee of about ten and they met for a year.

When the vote to sell the church was invalidated and once the building was saved, the Session invited the Cervantes to join and approved their membership. Mr. and Mrs. Cervantes were joyfully welcomed in March, 1976. We congratulated both Fanny and Pat for their part in saving the church.

Fanny was asked her opinion of what it is that makes Central Presbyterian Church so unique? She replied that it has a liberal base that does not shut anybody out and continues to remain deeply committed to the Gospel of Christ.

When asked how many years Michael was Treasurer, Fanny recalled her reaction to his being asked to serve: "Oh no, not again! Michael has been on boards for forty years, please give the man a year off." But Michael was not given that grace. Fanny even voted against him when he ran because she did not want him to be Treasurer. However, there was a tie so Tom Wells jokingly entreated, "You better vote for Michael or I will break your legs." She cast her vote and he won.

Michael had just retired from the hospital and spent the entirety of the next year bringing the accounting procedures up to date in the church. An accountant found his books so well kept without one single mistake. He further remarked that his record keeping would be worth $75,000 in the market place, and that was many, many years ago. Michael was treasurer for two years, 1985-86. A friend once remarked to Fanny that Michael was so involved with Central Church he should just move his bed and sleep there. ❖

# An Archivist Looks Back

Pat McKee
*Archivist*

After my father's death in 1969, my mother came to live with me in New York. She wanted to attend a church on a regular basis. Since she could not take steps, and for additional other reasons, we were looking for a Protestant church. This was at a time in my life when I didn't know the difference between an Avenue Church and a Street Church.

We were invited to a cocktail party and two guests were Harry and Eleanore Schnurr, who extended an invitation for us to attend Central. We did and mother joined in 1970. The pastor was Dr. Robert A. Edgar, Central's pastor from 1961-1975.

The church's neighbor on the east side was Asia Society, which was housed in the building now occupied by the Russell Sage Foundation. The society had outgrown its space and wished to build an expanded structure to house and exhibit the art collection given them by the Rockefeller family. Edgar viewed the church membership as a bit too elderly and sparse, and was not at all opposed to working with Asia Society to obtain the church for its expansion.

Before revealing to the Trustees his idea of selling the church, Dr. Edgar called a breakfast meeting for a vote to create a 'dummy' unit, which was called VPRealty (Valentine-Presbyterian-Realty). The house next door between the two churches was then purchased with the goal to enhance the value of the Park Ave and 64th Street property. The Trustees did not know of Edgar's idea, but knew there was money in the till and wanted to please their pastor.

Then, the time came when it was announced that the church was for sale. Edgar was confident that I would support his venture, so I was asked to go on Session. I knew nothing about the Book of Order, or the rules of Presbyterian doctrine, and felt ill equipped to make an intelligent vote, but I was now one of twenty Session members!

A Congregational Meeting was called for January 12, 1975, for a vote to sell the church. Edgar had written letters to his supporters who had moved to New Jersey, Long Island and Westchester, imploring them to return for the vote. Speakers from the "sell" and "save the church" sides spoke, and I, not being a powerful speaker, relinquished my time to Michael Cervantes. The vote was 65 to sell, and 54 to save the church. But Richard Cannady, Jim Connelly and Charles Edward Baskett were determined not to give up.

Dick and Jim put up the funds to hire Ben Borden, a lawyer who would research all legal avenues for blocking the vote. It took Borden over a year and many trips to the courthouse law library in Albany. The opposing lawyer was Dick Valentine, a member who was working pro bono. Many times during this period Dick and Ben asked me to dine with them as they went over Ben's findings.

Annette Burford, Bob Schmertz, Lewis Hiester, Letitia Crown, Helen Fogarty and others all gave generously of their time and money. Volunteers to write letters and other communications were vital since we could not use the church office and we were decades before the efficiency of e-mail. After Sunday service and the coffee hour, a group would meet regularly at the Connelly apartment for planning sessions.

On November 26, 1975, Ben Borden, Dick Cannady and Dick Valentine went before Judge Hilda Schwartz who declared the vote invalid, citing a two-thirds majority required for such action. Judge Schwartz suggested the vote be taken over, but Valentine realized he did not have the votes. Central was saved! ❖

**Editor's Note:**
This and the preceding interview with Fanny Cervantes are the first of an ongoing series of interviews being conducted by the Archives. Watch for further interviews and recollections from Sally Anderson, Jane Baldwin, Helen Fogarty, James Pullman, Austra Root, Tom Wells and others yet to be scheduled.