# Holiday Bazaar



On Saturday, December 8th, the gym at Central Presbyterian Church will become a place to make some holiday dreams come true. There will be handmade candles, and bric-a-brac to delight the eye. There will be clothing for men, women, and children, and tables of toys, books, and jewelry. In addition, there will be a very special children's corner with face painting, crafts, and spin art. We will also offer coffee, tea, and snacks in our special café section. **Help the Deacons at Central provide meals for less fortunate New Yorkers by supporting this effort.** ❖



## Christmas Eve Service

Few things are more beautiful than Central's sanctuary aglow in candlelight. Please join us at 7 p.m. on Christmas Eve for this inspiring service.



SUNDAY, DECEMBER 16TH 2007
6PM, DOORS OPEN 5:30

*Featuring:*
A Tribute to America's VetDogs

*Blessing of the Animals*

*Donations benefit America's VetDogs*

CENTRAL PRESBYTERIAN CHURCH 593 PARK AVENUE AT 64TH STREET



All pets welcomed,
teddy bears, too!

A MANHATTAN HOLIDAY TRADITION OF GOOD CHEER & CAROLING
TO CELEBRATE MANKIND'S BEST FRIENDS & THEIR BRETHREN.

Interdenominational, interfaith blessings for companion animals
and their people by Protestant, Catholic, and Jewish clergy

Featuring a processional and medal ceremony for *America's VetDogs*

All contributions to the collection plate benefit *America's VetDogs*

Professional pet photographers available for candids and portraits

FOR MORE INFORMATION, CALL 212.838.1501 WWW.CENTRALONPARK.ORG

# What Happened At Session?



**Diane Drewery**
*Clerk of Session*

## Actions from the November 27 Session meeting are summarized below

### Membership:

- Approved holding an Inquirer's Class in January

### Mission:

- Approved hosting a dual program on November 29th for a Health Advocates talk by Elder Chet Burger followed by an American Landmarks Society concert

### Worship & Music:

- Approved a women's Bible Study program for the winter/spring on Tuesday mornings

- Approved a prayer group to meet in the Fifth Floor Library after worship and coffee hour each Sunday

- Approved children who participate in the Wednesday afternoon program to sing Christmas Carols during worship on Sunday, December 16th

### Church & Pastoral Leadership:

- Amended the 2007 budget approved in October to incorporate corrections, resulting in a $29k deficit for calendar year 2007

- Approved motion to the Presbytery Committee On Ministry supporting Rev. Grandgeorge's current contract. ❖



THE SESSION WISHES MEMBERS & FRIENDS

A MERRY CHRISTMAS

&

A HAPPY NEW YEAR



# CENTRAL BIRTHDAYS

DECEMBER

**3** David Stark

**7** Elisabeth Burger

Alex and Lizzy Gregory

Heidi Van Osdol

**9** Cheryl Coleman

**11** Kris Debs

**12** Dixon Allen

**14** Ayesha Coleman

**16** Philippe Lerch

**21** Esther Larson

**28** Michelle Cuevas

Lise Worthington

JANUARY

**10** Chet Burger

**12** Nathan Smith

**14** Alex Jacobson

**19** Crystal Nilpirom

**22** Judith Wilson

**23** William Mak

**26** Don Berry

**27** Marian Glassman

## BE A PART OF IT!

We encourage Central members and friends to contribute articles, photos, and items of interest to *News Central*. Please forward information to Suzanne Mitchell (zannemitchell@msn.com) or Leslie Davis (ldavis7104@yahoo.com).

**Special thanks to all of you who are reading this online for the significant cost savings it has for the church.** ❖

# Out & About

## with Mee Seen Loong

THANKSGIVING SUNDAY
NOVEMBER 18







TOP: Marie Lee prepares the star of the dinner
ABOVE: Tim Shew and Fran Kleinfeld prepping
FAR RIGHT: Susan Ulseth and Judith Wilson making
serious choices
RIGHT: Shelly Lin preparing desserts
BELOW: Barbara Nilpirom on stirring duty
BELOW RIGHT: Louisa Berry, Adrienne Davis and
Beth Childs prepare to serve









# And to All, a Good Night



## Merry Christmas
## Happy New Year
## and
## Peace on Earth



# NEWS CENTRAL

Suzanne Mitchell, Editor

## CENTRAL PRESBYTERIAN
## CHURCH

593 PARK AVENUE          NEW YORK  10065

ADULT BIBLE STUDY SUNDAYS AT 9:30 AM
WORSHIP SERVICE SUNDAYS AT 11 AM

T: 212.838.0808      F: 212.888.9378
E: centralpc@earthlink.net
www.centralonpark.org

DECLARATION

*Recital:*

WHEREAS, the undersigned, the Pastor of Central Presbyterian Church ("CPC"), has been requested to provide certain information concerning the use of CPC's church building (the "Church Building"), located at 593 Park Avenue (corner of Park Avenue and 64th Street) in New York City, for catered events and certain other purposes, and certain additional information;

NOW, THEREFORE, the undersigned, declares under penalty of perjury, pursuant to 28 U.S.C. §1746, based on his knowledge, understanding or belief, as follows:

1. Position of Undersigned. The undersigned is the Pastor of CPC, having served in such capacity since June 4, 2003.

2. Description of Congregations. CPC, a Presbyterian Church (USA), and a sister Presbyterian Church (USA), Korean Sohmyung Church, hold their regular worship services on Sundays in the Church Building. CPC also has its pastoral and administrative offices in the Church Building and holds virtually all its church-related activities in the Church Building. In addition, Congregation Beth El holds religious services in the Church Building on Saturdays, and New Synagogue holds religious services in the Church Building on the first Friday of each month. Other religious services are held in the church sanctuary by CPC and such other religious institutions throughout the year (including, for example, in the case of CPC, on Ash Wednesday, Good Friday and Christmas Eve).

3. Capacity of Church Building. As set forth on the Certificate of Occupancy for the Church Building (a copy of which is attached hereto as Attachment A), (i) the church sanctuary has a maximum capacity of 510 persons and its balconies or galleries have a maximum capacity of 200 persons, (ii) the second floor, the next largest space in the Church Building, has a maximum capacity of 200 persons (this space, however, is divided into classrooms and a society room/reception hall, with the society room/reception hall (the "Reception Hall") having an estimated capacity of 100 to 125 persons), (iii) the third floor, the next largest space in the Church Building, has a maximum capacity of 120 persons, and (iv) the basement auditorium/gymnasium, the next largest space in the Church Building, has a maximum capacity of 65 persons.

4. Church-Related Functions. The church sanctuary and its balconies have fixed pews and are used for religious services, church-related special events, concerts and performances; no food or beverages are served in the sanctuary or its balconies except as part of communion or similar religious services. The third floor of the Church Building is used for pre-school classes and church activities, and is not made available for catered outside events. The second floor class rooms are used for pre-school and church school classes. In addition to meetings or recreational activities (in the case of the basement auditorium/gymnasium) for school and church activities, the second floor Reception Hall and the basement auditorium/gymnasium are used (i) for church coffee hours following weekly religious services, (ii) to a much lesser extent, for church dinners following such services or other special church or religious events sponsored by CPC, the other religious organizations referenced above or other religious organizations in which members of CPC participate and (iii) in a few instances, for children or other birthday parties or other similar events held by CPC church members. When food is served at these events, it is prepared in the church kitchen by volunteers, provided by volunteers themselves, or obtained by the church, other religious organization or church member from outside sources and then served by them. In addition, dinner is served in the Reception Hall approximately four times a year for senior citizens in the neighborhood by Faith In Action (FIA), an inter-faith outreach ministry in which CPC participates (at the request of FIA, the food for these dinners is donated by a nearby hotel restaurant (free of charge) and is served by FIA volunteers).

5. Church Weddings Receptions and Other Catered Events. Since January 1, 2005, catered events in the Church Building have been limited to the following: (i) five wedding receptions or rehearsal dinners have been held in the second floor Reception Hall in conjunction with weddings conducted in the church sanctuary by the CPC Pastor, (ii) two receptions have been held in the Reception Hall following musical concerts or performances in the

1

church sanctuary by not-for-profit chorale/opera groups, (iii) one reception has been held in the Reception Hall following a religious event held in the church sanctuary in which CPC was a participant along with the sponsoring organization, and (iv) two meetings and two fundraisers have been held in the Reception Hall by outside not-for profit organizations (the food and beverages were provided in each case by an outside caterer or food source hired by the couples or their families, in the case of the weddings, by the not-for-profit organizations, in the case of the musical events, by the sponsoring organization, in the case of the religious event, or by the not-for-profit organizations, in the case of their meetings or fundraisers).

6. Movie Production Events. Since January 1, 2005, certain movie production companies, on approximately eleven different days, have used a room in the Church Building during day-time hours as a holding room in which their production personnel could eat, rest or relax during the filming of a movie in the neighborhood near the Church Building (any food was provided by an outside cater or food supplier hired by the production company).

7. TCCS Building. On or about November 19, 2007, (i) the President of the CPC Board of Trustees, James D. Johnson, called Tom Draper, a person understood by him to be an officer or board member of Third Church of Christ, Scientist ("TCCS"), located at 583 Park Avenue in New York City, and advised Mr. Draper that if TCCS, as lessor, and the applicable Rose entity, as lessee, were both interested, CPC would like to discuss the possibility of having the TCCS/Rose lease assigned by the existing Rose lessee to CPC as successor lessee, and (ii) Mr. Draper indicated that he would bring the matter to the attention of the TCCS board, but indicated that there was not likely to be interest in pursuing the matter.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of the 7ᵗʰ day of February, 2008.

The Rev. Douglas Grandgeorge

2

Attachment A

THE CITY OF NEW YORK



# DEPARTMENT OF BUILDINGS ALT# 160/30
# CERTIFICATE OF OCCUPANCY

BOROUGH  MANHATTAN        DATE FEB 08 1969   NO. 93620

This certificate supersedes C.O. No.                ZONING DISTRICT R-10

THIS CERTIFIES that the XXXX altered XXXXXX building premises located at
593 Park Avenue SWC East 64th Street                    Block 1398      Lot 72
CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE
LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| Sub-Cellar | 0.6. | | | | | | Boiler room and storage |
| Cellar | 100 | 65 30 | | | 3 | | Auditorium lounge |
| Mezzanine | 100 | 2 | | | 3 | | Administrative office |
| 1st Floor | 100 | 510 | | | 3 | | Church |
| Gallery | 100 | 200 | | | 3 | | Church & admin. office |
| Mezzanine A | 100 | 2 | | | 3 | | Office |
| Mezzanine B | 100 | 2 | | | 3 | | Office |
| Mezzanine C | 100 | 25 10 | | | 3 | | Lounge offices |
| 2nd Floor | 100 | 200 | | | 3 | | Society room nursery school |
| 3rd Floor | 100 | 120 | | | 3 | | Nursery school |
| Roof | 50 | 30 | | | 3 | | Playground |

PUBLIC
OLD CODE

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED
WITH THE BUILDING IN ACCORD WITH THE RULES
OF THE DEPARTMENT PROMULGATED MAY 31ST. 1957.

OPEN SPACE USES

(SPECIFY PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

M.G.       NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
           A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE.

_____        _____
BOROUGH SUPERINTENDENT                COMMISSIONER

☐ ORIGINAL   ☐ OFFICE COPY—DEPARTMENT OF BUILDINGS   ☐ COPY