# Exhibit EE



THE CITY OF NEW YORK

ALT 101044004



# DEPARTMENT OF BUILDINGS

## CERTIFICATE OF OCCUPANCY CORRECTED

**BOROUGH** MANHATTAN    **DATE** SEP 13 1996 **NO.** 110104

This certificate supersedes C.O. NO   109736    ZONING DISTRICT C5-3/C5-2.5

THIS CERTIFIES that the ~~new~~—altered—~~existing~~ building—premises located at

109 EAST 50TH STREET    Block 1305    Lot 1

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| CELLAR | 60 | 96 | | | 4 | | CHURCH PARISH HOUSE |
| BASEMENT | 100 | 80 | | | 4 | | CHURCH PARISH HOUSE |
| 1ST FLOOR | 75 | 592 | | | 4 | | CHILD DAY CARE CENTER AND AUDITORIUM |
| 2ND FLOOR | 75 | 90 | | | 4 | | CHURCH PARISH HOUSE |
| 3RD FLOOR | 75 | 82 | | | 4 | | CHURCH PARISH HOUSE |
| 4TH FLOOR | 75 | 100 | | | 4 | | CHURCH PARISH HOUSE |
| 5TH FLOOR | 75 | 100 18 | | | 4 | | CHILD DAY CARE CENTER OFFICES |
| ROOF | 100 | 160 | | | 4 | F-3 | PLAYGROUND |

CORRECTED CERTIFICATE OF OCCUPANCY TO ADD 5TH FLOOR.

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

OPEN SPACE USES _____ (SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

M.C.G.    **NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED** M.10

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

Romy A. Amon, R.E.    Gaston Silva, R.A.

BOROUGH SUPERINTENDENT    COMMISSIONER

☐ ORIGINAL    ☑ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

B Form 34 - Back - Rev  # 82)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS.

BEGINNING at a point on the ___EAST___ side of ___PARK AVENUE___

distant ___0___ feet from the corner formed by the intersection of

___EAST 50TH STREET___ and ___PARK AVENUE___

running thence _____ feet; thence _____ feet;

thence ___NORTH 200.1___ feet; thence ___EAST 250___ feet;

thence ___SOUTH 100.5___ feet; thence ___WEST 25___ feet;

thence ___SOUTH 100.5___ feet; thence ___WEST 225___ feet;

to the point or place of beginning.

X BLDG or ALT. NO. ___101044004___ DATE OF COMPLETION ___8/26/96___ CONSTRUCTION CLASSIFICATION ___CLASS 1 FIRE-PROOF___

BUILDING OCCUPANCY GROUP CLASSIFICATION ___PUBLIC___ HEIGHT ___5___ STORIES ___68'___ FEET

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM | ✓ | | AUTOMATIC SPRINKLER SYSTEM | | |
| YARD HYDRANT SYSTEM | | | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | | | | |
| SMOKE DETECTOR | | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | | | | | |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
BOARD OF STANDARDS AND APPEALS CAL. NO. _____
CITY PLANNING COMMISSION CAL. NO. _____
OTHERS:



**Our Church** | **Groups & Activities** | **Serving Others** | **Spiritual Learning** | **Music & Arts** | **Children &**

Saint Bartholomew's Church

## Our Church

Our Church > Who We Are > Welcome

**Our Church**
Home Page
St. Bart's Virtual Tour
Request a Prayer
Pastoral CareOrg
Psychotherapy & Spirituality
Sign-up for Newsletter
Box Office
Home Page Menu
**Worship Services**
Sunday Worship
Weekday Service Time
Sunday on Thursdays
Coming this Sunday
Sermons
Sermon Archive
**Who We Are**
Calendar
Membership
Welcome
New to St. Bart's?
Church Mission Statement
How Are We Different?
Clergy & Staff
Vestry
Parish Council
Lay Leadership
Reinventing Church
FAQ
St. Bart's History
**Information**
St. Bart's Central (Help Desk)
Media
Directions & Map
Accessibility
Free Parking
Baptism
Confirmation
Funerals
Columbarium
Donate Flowers
Tours
Rent Space at St. Bart's

# Welcome

**Located at Park Avenue and 51st Street, in the heart of Manhattan, St. Bartholomew's is faithful community of Christians in a landmark building.**

**Every day of the year we worship God, serving not only our own membership of nearly 4,000 but also thousands others—Christians, fellow believers of other faiths, and many who are seeking God, truth or a spiritual center for themselves.**

We think of our sacred space as a gift—something bequeathed to us by our forbears but a gift we know we are called to share with others. Our members and visitors come from the whole New York metropolitan area, from other parts of the country and as tourists and pilgrims from around the world. We practice what St. Benedict taught his monks and their households: "All guests who present themselves are to be welcomed as Christ" (Rule of Benedict 53:1).

**Whether your visit is actually in New York, or virtually on this site, we welcome you.**

Cafe St. Bart's
St. Bart's Programs A to Z
**Contact Us**
Directory
In Times of Crisis
**Weddings**
Weddings
Tour of Church and Chapel at
St. Bart's
Reception Spaces and
Catering at St. Bart's
Wedding Fees at St.
Bartholomew's
Wedding Info Pack at St.
Bart's
Frequently Asked Wedding
Questions at St. Bart's

St. Bartholomew's Church
Park Ave at 51st St
New York City
*Mailing Address*
109 East 50th St
New York, NY 10022

Search



**Our Church**
　Home Page
　St. Bart's Virtual Tour
　Request a Prayer
　Pastoral CareOrg
　Psychotherapy & Spirituality
　Sign-up for Newsletter
　Box Office
　Home Page Menu
**Worship Services**
　Sunday Worship
　Weekday Service Time
　Sunday on Thursdays
　Coming this Sunday
　Sermons
　Sermon Archive
**Who We Are**
　Calendar
　Membership
　Welcome
　New to St. Bart's?
　Church Mission Statement
　How Are We Different?
　Clergy & Staff
　Vestry
　Parish Council
　Lay Leadership
　Reinventing Church
　FAQ
　St. Bart's History
**Information**
　St. Bart's Central (Help Desk)
　Media
　Directions & Map
　Accessibility
　Free Parking
　Baptism
　Confirmation
　Funerals
　Columbarium
　Donate Flowers
　Tours
　Rent Space at St. Bart's

Our Church > Worship Services > Sunday Worship

# Sunday Worship

The worship of God is at the very heart of our life together. Every Sunday we offer a diversity of styles, formal and informal, contemporary and traditional. In all, we offer the best we have, we experience the mystery of God, hear and wrestle with God's word, share Christ''s presence in the sacrament, feel God's love in community, and leave strengthened to live and serve in the world.

**8:00 am: Eucharist**
A quiet service in the traditional language of the Book of Common Prayer.

**9:00 am: Eucharist in the Round with Sermon**
An informal, tuneful celebration with a wide range of music and instruments.

**10:00 am: Service for Children, Youth & Families**

**10:10 am: Rector''s Forum**
Speakers and topics that relate the Gospel to today's world

**10:10 am: Sunday School for Children and Youth**

**11:00 am: Sunday: Choral Eucharist and Sermon**
A magnificent service of worship with hymns, sermon, the Eucharist, and music by St. Bartholomew''s Choir.

The worshi
is at the ve
of our life.

# Saint Bartholomew's Church

## Our Church

**Our Church > Worship Services > Weekday Service Time**

# Weekday Worship

Worship is the foundation of all we do. The Eucharist (Holy Communion, or "Mass") is celebrated every day of the week. Each day begins and ends with the Daily Office, the services of Morning and Evening Prayer. These services are collections of Bible readings, psalms, and prayers set out in an unfolding calendar. On Saturday mornings we combine Morning Prayer and the Eucharist, and on Thursday evenings, we offer the "Sunday on Thursday" service.

**Monday to Friday**

**8:00am: Morning Prayer**
Every weekday of the year we offer Morning Prayer, with readings psalms, and prayers to begin the day.

**12:05pm: Eucharist**
At the center of each day, we celebrate the Holy Eucharist (Communion or Lord''s Supper), which in our tradition is the principle act of worship.

**5:30pm: Evening Prayer**
Every weekday of the year we offer Evening Prayer, with readings psalms, and prayers to end the day.

**Thursday**

**6:00pm: "Sunday on Thursday" Evening Eucharist**
This traditional service, scheduled after work, is a wonderful alternative to Sunday morning worship, especially if your schedule keeps you out of the city on the weekend.

**Saturday**

**10am: Morning Prayer and Eucharist**
A brief service of the Eucharist to begin your Saturday morning.

**Our Church**
Home Page
St. Bart's Virtual Tour
Request a Prayer
Pastoral CareOrg
Psychotherapy & Spirituality
Sign-up for Newsletter
Box Office
Home Page Menu
**Worship Services**
Sunday Worship
Weekday Service Time
Sunday on Thursdays
Coming this Sunday
Sermons
Sermon Archive
**Who We Are**
Calendar
Membership
Welcome
New to St. Bart's?
Church Mission Statement
How Are We Different?
Clergy & Staff
Vestry
Parish Council
Lay Leadership
Reinventing Church
FAQ
St. Bart's History
**Information**
St. Bart's Central (Help Desk)
Media
Directions & Map
Accessibility
Free Parking
Baptism
Confirmation
Funerals
Columbarium
Donate Flowers
Tours
Rent Space at St. Bart's



Our Church | Groups & Activities | Serving Others | Spiritual Learning | Music & Arts | Children &

Saint
Bartholomew's
Church

Our Church

Our Church > Worship Services > Sunday on Thursdays

# Sunday on Thursday

**6:00 pm: "Sunday on Thursday" Evening Eucharist**

This traditional service, scheduled after work, is a wonderful alternative to Sun worship, especially if your schedule keeps you out of the city on the weekend.

Our Church
  Home Page
  St. Bart's Virtual Tour
  Request a Prayer
  Pastoral CareOrg
  Psychotherapy & Spirituality
  Sign-up for Newsletter
  Box Office
  Home Page Menu
**Worship Services**
  Sunday Worship
  Weekday Service Time
  Sunday on Thursdays
  Coming this Sunday
  Sermons
  Sermon Archive
**Who We Are**
  Calendar
  Membership
  Welcome
  New to St. Bart's?
  Church Mission Statement
  How Are We Different?
  Clergy & Staff
  Vestry
  Parish Council
  Lay Leadership
  Reinventing Church
  FAQ
  St. Bart's History
**Information**
  St. Bart's Central (Help Desk)
  Media
  Directions & Map
  Accessibility
  Free Parking
  Baptism
  Confirmation
  Funerals
  Columbarium
  Donate Flowers
  Tours
  Rent Space at St. Bart's

Exhibit FF

## WELCOME TO ST. IGNATIUS LOYOLA PARISH
### 980 Park Avenue at 84th Street (212) 288-3588

# Welcome!

Welcome to the Church of St. Ignatius Loyola, ministering to the Manhattan community since 1851. Entrusted in 1866 to the administration of the Society of Jesus, St. Ignatius Loyola parish today continues to be staffed by Jesuit priests and lay men and women. Read more

## Mass Schedule

**WEEKDAY MASSES**

(includes Saturday)

8:30 am

12:10 pm

5:30 pm

**WEEKEND MASSES**

5:30 pm (Sat.)

8:00 am

9:30 am*

11:00 am - Wallace Hall Mass*

11:00 am - Solemn Mass

7:30 pm

*Children's Liturgy of the Word

Downloads

Latest Bulletin

Bulletin Archive

Weekly Readings/ Announced Masses

Advent and Christmas Music Fund

Financial Report
2006-2007

Interested in becoming Catholic?

Call 212.288.3588 or email us.

# Rite of Christian Initiation for Adults (RCIA)

We have the privilege at St. Ignatius of welcoming many guests, visitors, and new parishioners. We especially welcome those who may be thinking about becoming Catholic. If you feel attracted to the

Catholic faith, we want you to know about a program at the Parish which will begin in the Fall. A group will meet here during the year to inquire into the Catholic faith, to come to know Jesus through the Gospels, to pray and to prepare for the Easter Sacraments. (This process is also open to Catholic adults who have not received the Sacraments of First Communion or Confirmation.)

For more information about this process, which is called the Rite of Christian Initiation of Adults (R.C.I.A.), call M. Fullam at 212.288.3588.

## News & Announcements

**2007 Parish Campaign**



**'Tis the Season . . . . for a Charitable Gift to our Parish Campaign!**

As the end of our Parish Campaign approaches on December 31st, consider putting our Campaign on your "Christmas gift list". The Campaign is on solid financial footing, but since it was launched this summer, fewer than 20% of parishioners have contributed so far. Over 30 volunteers are working hard to reach our goal of 100% participation. Every single gift of any size is appreciated, and all are tax-deductible. Support the Jesuit mission of St. Ignatius Loyola. If you have not yet done so, please make your donation or pledge now!

Read the CampaignTri-fold/summary:

Part One | Part Two

Read about ways to give.

Download the Donation/Pledge Form.

**Liturgical Ministers Schedule**

NEW! Liturgical Ministers - You can now view your schedule for November and December 2007.

Christmas and Holiday Masses

## Upcoming Events
## at St. Ignatius

Wed., December 12

**Feast of Our Lady of Guadalupe**

Mass will be celebrated in Spanish

Wed., December 12, 7:00 pm

**St. Vincent de Paul Society**

Bi-Monthly Meetings. All are welcome.

**Christmas Concerts**

Christmas Concerts: Friday, December 14, at 8PM

Sat., December 15

**SVDP sponsored Soup Kitchen**

Service Project the 3rd Saturday of each month.

Sun., December 16, 12:00 pm

**ISJ Meeting: December**

Please join us for our monthly meeting.

Sun., December 16

**Ignatian Young Adults Advent Series**

Advent reflection series for young adults

Home › About Us

# About Us



The Parish of St. Ignatius Loyola is a vibrant faith community administered by the Society of Jesus (Jesuits) and located on New York City's Upper East Side.  The Parish offers a wide range of ministries and welcomes new parishioners and visitors.  This site can provide you with a glimpse into our Parish life, which includes daily and weekly masses, celebration of the sacraments, education opportunities and our service and music programs.  All of these elements work together to nourish the spiritual development of our parishioners, as well as to reach out to the larger community within the city.

Operating within the framework of Ignatian spirituality and the Jesuit tradition, we seek to answer the Lord's call in our shared ministry as a true community of disciples, gathered in prayer and worship, sharing the Universal Church's mission of evangelization and service.

# Mission



We are called and outfitted by God's grace to be a community of true disciples, gathered in prayer and worship, sharing the Universal Church's mission of evangelization and service.

Our Jesuit heritage commits us to:

- deep personal love for Jesus Christ
- prayerful discernment of God's Will in everyday life
- solidarity with those most in need
- partnership in ministry
- availability of new missions
- work for justice and reconciliation
- ecumenical and inter-religious dialogue
- out-reach to alienated Christians and non-believers
- faith formation of individuals and families, inspired by the Spiritual Exercises of St. Ignatius

# Space Rentals

- Renting Wallace Hall
- Renting space in the Parish House

## Contact

Vitina Varone, Events Coordinator
(212) 288-3588
Contact by email
To book an event in Wallace Hall or any of our meeting spaces in the Parish House, contact Vitina.
**WALLACE HALL**



Below the main level of the Church of St. Ignatius Loyola, on Park Avenue and 84th Street, lies Wallace Hall, one of Manhattan's most beautiful and versatile rental spaces. Built in the 1880's as a lower Church and auxiliary chapel, the hall was fully renovated in 1990. The magnificent atrium retains the beauty of its original Gothic design. The Park Avenue entrance leads through a stone archway into a soaring vaulted- ballroom, interspersed with stone columns rising to the 30-foot ceiling. Colorful stained glass windows (backlit at night) adorn the Hall on three sides, and the stage at the far end is made of intricately carved solid oak. The design of the terrazzo floor, which is suitable for dancing, subtly suggests the rows of pews of long ago.

Wallace Hall contains 8,000 square feet of floor space and a fully equipped stage over 30 feet deep. The hall is air conditioned with a modern kitchen, restroom facilities and sound system. This elegant space is available for a variety of events including fund raisers, wedding receptions, cocktails, buffet, and formal banquet -style dinners from 100 to 500 guests. This versatile space is also excellent for special exhibits, auctions, cultural performances, business and sales conferences, lectures, workshops, auditions and filmshoots.

**Overall Features and Dimensions**

Park Avenue Entrance. Wallace Hall is 8,000 square feet of usable floor space with 30 foot high ceiling. Stained glass windows on north and south walls, stage at west end, entrance and restrooms at east end. Terrazzo floor or stage floor suitable for dancing.

**Stage**

Well-suited for concerts, lectures, performances

Stage dimensions: 40 ft wide x 30 ft deep

Steps on both sides of stage for convenient access

Track lighting

Removable railings at front

Piano available for rent

**Sound System**

This state of the art sound system consists of:

Speaker podium

2 independent wireless microphone systems

CD and Tape player

**Kitchen**

The kitchen is well-suited for preparation of

hors d'oeuvres, and the warming and serving of full meals.

Set-up, prep and warming space

Stove with two ovens, microwave

Sinks

Large refrigerator

Institutional coffeemaker

Optional kitchen extension with use of screens

**Additional Amenities**

Security personnel

Dinner tables and chairs available for rent

**Additional Meeting Rooms with Kitchen**

Small conference rooms are available, suitable for business meetings, small gatherings and receptions, luncheons and dinners. An excellent choice for Baptism Receptions!

**AT THE PARISH HOUSE**

There are several meeting rooms available in our Parish House for smaller events from workshops, board meetings, parties, to small receptions following baptisms, funerals or memorial services in the Church.

**The Parish Lounge** - (15 x 40) (approximately 550 square feet)

The Parish Lounge can seat 45 people audience style or 25-30 around large tables for luncheons or Board Meetings, etc. For catered events, the space can accommodate stand up receptions for 40-50 people or a full luncheon for 25.

**The Hoefner Lounge** - (15 x 19) (285 square feet) is ideal as a break-out room for larger events and for extended reception space.

**Kitchen**

A full size kitchen adjoins both lounges. Large stove, homestyle refrigerator and plenty of counter space. Pass thru window into Parish Lounge.

This entire floor is ideal for events that require additional space for larger groups.

**Meeting Room** (15 x 29) (420 square feet) on the street level is suitable for meetings, workshops, classes or lectures for 20-45 people.

**Rest Rooms** are on both floors.

**TV/Video monitor** in the Parish Lounge are available upon request for an additional charge.

**Air conditioning** available for an additional charge.

type your search here    SEARCH

Becoming Catholic
Bulletins
Church History/Tour
Directions to the Church
Links
Mission
Parish Staff
Register in the Parish
Space Rentals
Stewardship/Giving

Anointing of the Sick
Baptism
Confirmation
Eucharist
Funerals
Liturgical Ministries
Liturgies in Spanish
Marriage
Reconciliation
Sacramental Records

Adult Education
Bible Study
Book Clubs
Centering Prayer
Christian Life Community
Fordham on Park
Ignatian Teens
Ignatian Young Adults
Praying the Stations of the Cross
Retreats
Rite of Christian Initiation for Adults (RCIA)
Spiritual Direction

Bereavement
Ignatian Social Justice
Inter-Faith Conversations
Met-St. Ignatius Collaboration
Pastoral Care for the Sick
St. Vincent de Paul
Self Help Groups

Day Nursery
Grammar School
Interparish Religious Education

Choirs
Liturgical Music
The Mander Organ
Music Funds
Music Staff
Sacred Music in a Sacred Space Concerts
St. Ignatius Loyola Recordings



Home > Calendar

# Upcoming Events

## St. Vincent de Paul Society
Time: Wednesday, January 09 at 7:00 pm
Location: Parish House

If you would like to learn more about this ministry and attend our meetings, please leave a
message for Pattie Hughes at the Parish House: 212.288.3588

## Ignatian Volunteer Corps
Time: Thursday, January 10 at 2:00 pm
Location: Parish Lounge

**YOUR MOST IMPORTANT WORK MAY BEGIN AFTER YOU RETIRE**
The NYC Chapter of the Ignatian Volunteer Corps will host an information session for retired
men and women at St. Ignatius Loyola Church in the Lounge of the Parish House on
Thursday, January 10th, 2007 from 2-3:00 pm. We are recruiting new volunteers for mid-
year service (February 1 through June 13th, 2008).

Ignatian Volunteers are semi-retired and retired adults age 50 and older who serve two days
a week, mid-September through mid-June, at local nonprofits volunteering with those who
are economically impoverished or marginalized. Volunteers contribute skills as lawyers,
teachers, tutors, nurses, social workers, tech/business professionals, engineers,
accountants, and a host of other talents. Currently, we partner with over 20 agencies within
the NY Archdiocese. Sites are located in NYC, Bronx, Queens and Brooklyn and agencies
include faith-based programs such as soup kitchens, grammar and high schools, hospitals,
social service agencies, and advocacy groups.

Ignatian Volunteers work for a more just society and to grow deeper in their Catholic
Christian faith. The NYC chapter meets in the morning on the third Thursday of each month
at the Jesuit Residence on East 83rd Street for reflection, prayer and discussion. For further
information, please contact: Elizabeth McMahon, IVC Regional Director for NY and NJ at
201-618-6924, or by email. You may also check out their website.

## Ignatian Teens Weekend
Location: Romero Center

Urban Challenge Weekend Trip to Romero Center January 11-13, 2008. For more
information contact Alison.

## Baptism Conference
Time: Saturday, January 12 at 9:45 am
Location: Parish Lounge

This Baptism Conference for parents who plan to have their child(ren) baptized at St.
Ignatius, is scheduled several times during the year. To register, contact Joanne Cunneen,
Pastoral Associate, at: 212.288.3588.

---

**<< January 2008 >>**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

## Show Events By Type

**All Events**
Adult Education
Baptism
Bible Study
Book Clubs
Centering Prayer
Choirs
Confirmation
Day Nursery
Fordham on Park
Grammar School
Ignatian Teens
Ignatian Social Justice
Ignatian Young Adults
Inter-Faith Conversations
Interparish Religious
Education
Liturgical Ministries
Liturgies in Spanish
The Mander Organ
Marriage
Met-St. Ignatius
Collaboration
Retreats
Rite of Christian Initiation
for Adults (RCIA)
Sacred Music in a Sacred
Space Concerts
St. Vincent de Paul

## Blood Drive
Time: Sunday, January 13
Location: McKinnon Hall

Blood donations save lives! The life you save may be your own! - Blood reserves in New York City are low at this time of the year. The demand for blood is high. That means we have to get involved! You never know who will be in need of blood, or when the need may arise. It takes a special person who understands that making a blood donation is a life saving deed. Many in our own community need blood transfusions every day. Donating blood is safe, quick and easy to do. Donate blood today, people can't live without it!

The St Vincent de Paul Society will be sponsoring a blood drive on Sunday, January 13th. The drive will be held in McKinnon Hall between the hours of 9:00AM and 2:00PM. Appointments are prefered, but not necessary. If you are able to schedule an appointment volunteers will be available in the Narthex after Mass on January 5 & 6 to schedule your appointment.

## ISJ Meeting: January
Time: Sunday, January 13 at 12:00 pm
Location: Parish House Meeting Room

Please join us for our monthly meeting in the Parish House Meeting Room following the 11 a.m. Masses. Meetings last approximately one hour. All are welcome to attend.

## Infant Baptism
Time: Sunday, January 13 at 1:00 pm
Location: Church

Group Baptisms are scheduled monthly throughout most of the the year. Beginning this month our Baptisms will begin at 1PM instead of 1:30PM. To register your child for a Baptism, please contact Joanne Cunneen, Pastoral Associate, at 212.288.3588.

## Fordham on Park
Location: Loyola School - Please Enter through the Parish House

LOSS, DEATH, DYING AND BEREAVEMENT with Dr. Beverly Musgrave, Monday evenings, January 14 to May 5, from 6:30 PM to 8:20 PM. An integration of psychological theory, personal experience and ministry skills relative to specific topics and issues that explore the meaning of loss, grief and death.
Courses for enrichment only (8 sessions):
LIFE AND LETTERS OF ST. PAUL with Dr. Jose Enrique Aguilar, Monday evenings, January 14 to March 24, from 4 PM to 6 PM. Introduction to Pauline letters including the literary form and passages of greater theological and pastoral importance.

View flyer and registration form.

**IREP Meeting**
Time: Monday, January 14 at 7:30 pm
Location: Wallace Hall

Required meeting for parents of confirmation candidates. Make-up Meeting: Wednesday,
January 16, at 7:30PM


**St. Ignatius Loyola Book Club**
Time: Wednesday, January 16 at 6:30 pm
Location: Parish House

Please join us on Wednesday, November 14 for Fr. James Martin, S.J. for this month's book
discussion. The book selection will be *The Selfless Way of Christ* by Henri Nouwen. Everyone
contributes to a pizza dinner at 6:30PM prior to the discussion. This club meets once a
month and all are welcome.


**IREP Make-up Meeting**
Time: Wednesday, January 16 at 7:30 pm
Location: Wallace Hall

Required meeting for parents of confirmation candidates.


**Preparing for Passing**
Time: Thursday, January 17 at 7:00 pm
Location: Wallace Hall

A look at the legal, spiritual and practical issues needing consideration in planning for death.
Presentations by a lawyer, Parish Minister and representative of Dignity Memorial Services.
Receive a personal planning guide to record the information needed for making the
necessary arrangements for your passing. View our flyer for further information, or you may
contact Sr. Kathryn King at the Parish House or by email.


**SVDP Sponsored Soup Kitchen**
Location: Park Avenue Christian Church, 1010 Park Avenue

A reminder to all our wonderful Saturday Soup Kitchen volunteers; We will not be working at
the soup kitchen in November, we will be at the soup kitchen twice in December, the third
and fifth Saturdays (December 15th and December 29th) Have a Happy Thanksgiving!

If you wish to participate, please leave a message for Pattie Hughes at the Parish House.
212.288.3588


**Sunday Social**

Time: Sunday, January 20
Location: Wallace Hall

Sunday Social follows the 7:30PM Mass. All are welcome. Hosted by the Ignatian Young Adults.

## Martin Luther King Day
Time: Monday, January 21

The Parish House, Grammar School and Day Nursery will be closed in observance of Martin Luther King Day.

## Pax Christi
Time: Tuesday, January 22 at 6:30 pm
Location: Parish Lounge

The St. Ignatius Loyola Pax Christi Chapter will hold a viewing and discussion of "Dying to Live: A Migrant's Journey." This documentary is a profound look at the human face of immigrant people, exploring who they are, why they leave their homes and what they face in their journey. Drawing on the insights of Pulitizer Prize winning photographers, theologians, church and congressional leaders, activists, musiciansand immigrant people themselves, it is a reflection on the humanstrugglefor a more dignified life and the search to find God in the midst of it all. All are invited. Pizza and soda will be available. If you plan to attend, please email Rosaleen or call 212-348-6987.

## Wedding Music Seminar
Time: Wednesday, January 23 at 6:30 pm
Location: Church

For couples getting married at Church of St. Ignatius Loyola. Scheduled twice a year, in January and in June.

## St. Vincent de Paul Society
Time: Wednesday, January 23 at 7:00 pm
Location: Parish House

If you would like to learn more about this ministry and attend our meetings, please leave a message for Pattie Hughes at the Parish House: 212.288.3588. All are welcome.

## Finding God in All the Galleries
Time: Wednesday, January 23 at 7:00 pm
Location: Wallace Hall

Art and faith have been friends forever, even if sometimes they have quarreled. This series of lectures, with images drawn almost exclusively from the collections of the Metropolitan Museum of Art, will reflect on art that relates to major seasons of the liturgical year: Advent,

Ordinary Time, Lent and Eastertide.



Lectures will be given by Leo J. O'Donovan, S.J., President emeritus of Georgetown University and a past President of the Catholic Theological Society of America. He has also been writing art criticism for almost twenty years (with articles appearing in *America, Commonweal, The Washingtonian, The Los Angeles Times, Stimmen der Zeit* in Munich, and the *National Catholic Reporter*).

SAVE THE DATES!
Talks by Fr. Leo O'Donovan, S.J.
December 11, at 7 pm: Imagining Incarnation
January 23, 2008 at 7 pm: Ordinary Grace
March 6, 2008 at 7 pm: Before the Cross
April 9, 2008 at 7 pm: The Lord and Giver of Life

## Bereavement Support Group
Location: Parish House

January 24 – March 13, 2008
Bereavement Support Group 7-8:30 PM will meet for six Thursdays.
Offers encouragement, education and support to those who have suffered the loss of a loved one.
Led by Livvy Dinneen, MA, LCSW, Director of Counseling Services Seton Hall University, South Orange, NJ and Carlos Cuertas, Hospice Minister and Director of Pastoral Service St. Vincent's Midtown Hospital.

## New Sanctuary Movement
Time: Thursday, January 24 at 7:00 pm
Location: Wallace Hall

The U.S. Bishops Conference has called Catholics to welcome the immigrant and the refugee while also working for immigration reform. Join us to learn about a nationwide interfaith initiative on behalf of families torn apart by unfair laws and indiscriminate deportation policies. Meet some families affected by these policies. Our principal speaker ewill be Rev. Donna Schapper, Senior Minister, Judson Memorial Church. For more information, contact Mary Naughton at the Parish House or contact her by email.

## Bereavement Group
Time: Thursday, January 24 at 7:00 pm
Location: Parish House

Led by Livvy Dinneen and Carlos Cuartes. For information contact Sr. Kathryn King at the Parish House or you may contact her by email.

**Ministry Night**
Time: Wednesday, January 30 at 7:00 pm
Location: Wallace Hall

A gathering for parishioners in ministry at St. Ignatius. More details to follow.


**Bicentennial Campaign Party**
Location: By invitation

A cocktail reception to celebrate the successful completion of our Bicentennial Campaign and to thank all who have participated. Invitations will be sent out to all donors and volunteers. **It is not too late to make a pledge or a contribution!** Our goal is 100% participation. Please call the campaign office at 646-422-1580 for more information.


**Faith in Africa**
Time: Tuesday, February 05 at 7:00 pm
Location: Parish Lounge

"Developing Community Libraries in Rural Uganda"

Speaker: Dr. Kate Parry, Professor of Linguistics, Hunter College, CUNY.

Dr. Parry has developed the community library concept as a way to prepare rural children and their parents for valuing and committing to education. She has established a network for educators interested in initiating and supporting the community library concept in rural villages of Uganda.


**St. Vincent de Paul Meeting**
Time: Wednesday, February 06 at 7:00 pm
Location: Parish House

If you would like to learn more about this ministry and attend our bi-monthly meetings, please leave a message for Pattie Hughes at the Parish House: 212.288.3588. All are welcome.


**ISJ Meeting: February**
Time: Sunday, February 10 at 9:54 pm
Location: Parish House Meeting Room

Please join us for our monthly meeting in the Parish House Meeting Room following the 11 a.m. Masses. Meetings last approximately one hour. All are welcome to attend.


**Let's Hear More!**
Time: Monday, February 11 at 7:30 pm
Location: Wallace Hall

Concerto for Choir and Christian Liturgical Traditions. Maya Pritsker, Musicologist and Music Critic

FREE! and open to the public. Raed more by visiting our concert website.

## Sacred Music in a Sacred Space Concert
Time: Wednesday, February 13 at 8:00 pm
Location: Church

ALFRED SCHNITTKE Concerto for Choir
ALBERTO GINASTERA The Lamentations of Jeremiah
ALESSANDRO STRIGGIO Ecce Beatam Lucem
For more concert details visit our concert website.

## Evening of Lenten Prayer
Time: Thursday, February 14 at 7:30 pm
Location: Church

This evening of prayer is part of our Lenten Series at St. Ignatius. Other evenings scheduled:
Tuesday, February 19, at 7:30PM
Wednesday, February 27, at 7:30PM
Thursday, March 6, at 7:30PM (includes the Sacrament of Reconciliation)
Monday, March 10, at 7:30PM

## Evening of Lenten Prayer
Time: Tuesday, February 19 at 7:30 pm
Location: Church

This evening of Prayer is part of our Lenten Series at St. Ignatius. Other evenings scheduled:

Wednesday, February 27, at 7:30PM
Thursday, March 6, at 7:30PM includes the Sacrament of Reconciliation
Monday, March 10, at 7:30PM

## St. Vincent de Paul Society
Time: Wednesday, February 20 at 7:00 pm
Location: Parish House

If you would like to learn more about this ministry and attend our meetings, please leave a message for Pattie Hughes at the Parish House: 212.288.3588. All are welcome.

## Evening of Lenten Prayer
Time: Wednesday, February 27 at 7:30 pm
Location: Church

This evening of Prayer is part of our Lenten Series at St. Ignatius. Other evenings scheduled:

Thursday, March 6, at 7:30PM includes the Sacrament of Reconciliation
Monday, March 10, at 7:30PM

## Evening of Lenten Prayer
Time: Thursday, March 06 at 7:30 pm
Location: Church

This is the 4th evening in our Lenten Series which will include the Sacrament of Reconciliation. Our last evening in this Lenten Series will take place on Monday, March 10, at 7:30PM.

## Evening of Lenten Prayer
Time: Monday, March 10 at 7:30 pm
Location: Church

This is the last evening in our Lenten Series.

## ISJ Meeting: March
Time: Sunday, March 16 at 12:00 pm
Location: Parish House Meeting Room

Please join us for our monthly meeting in the Parish House Meeting Room following the 11 a.m. Masses. Meetings last approximately one hour. All are welcome to attend.

## ISJ Meeting: April
Time: Sunday, April 20 at 12:00 pm
Location: Parish House Meeting Room

Please join us for our monthly meeting in the Parish House Meeting Room following the 11 a.m. Masses. Meetings last approximately one hour. All are welcome to attend.

## ISJ Meeting: May
Time: Sunday, May 18 at 12:00 pm
Location: Parish House Meeting Room

Please join us for our monthly meeting in the Parish House Meeting Room following the 11 a.m. Masses. Meetings last approximately one hour. All are welcome to attend.

## ISJ Meeting: June
Time: Sunday, June 15 at 12:00 pm
Location: Parish House Meeting Room

Please join us for our monthly meeting in the Parish House Meeting Room following the 11 a.m. Masses. Meetings last approximately one hour. All are welcome to attend.

© 2007 The Church of St. Ignatius Loyola, 980 Park Avenue, New York, NY 10028 All rights reserved. Credits

Home > About Us > Space Rentals

# Space Rentals

Renting Wallace Hall
Renting space in the Parish House

**Contact**

Vitina Varone, Events
Coordinator
(212) 288-3588
Contact by email
To book an event in Wallace
Hall or any of our meeting
spaces in the Parish House,
contact Vitina.

## WALLACE HALL



Below the main level of the Church of St. Ignatius Loyola, on Park Avenue and 84th Street, lies Wallace Hall, one of Manhattan's most beautiful and versatile rental spaces. Built in the 1880's as a lower Church and auxiliary chapel, the hall was fully renovated in 1990. The magnificent atrium retains the beauty of its original Gothic design. The Park Avenue entrance leads through a stone archway into a soaring vaulted- ballroom, interspersed with stone columns rising to the 30-foot ceiling. Colorful stained glass windows (backlit at night) adorn the Hall on three sides, and the stage at the far end is made of intricately carved solid oak. The design of the terrazzo floor, which is suitable for dancing, subtly suggests the rows of pews of long ago.

Wallace Hall contains 8,000 square feet of floor space and a fully equipped stage over 30 feet deep. The hall is air conditioned with a modern kitchen, restroom facilities and sound system. This elegant space is available for a variety of events including fund raisers, wedding receptions, cocktails, buffet, and formal banquet -style dinners from 100 to 500 guests. This versatile space is also excellent for special exhibits, auctions, cultural performances, business and sales conferences, lectures, workshops, auditions and filmshoots.

## Overall Features and Dimensions

Park Avenue Entrance. Wallace Hall is 8,000 square feet of usable floor space with 30 foot high ceiling. Stained glass windows on north and south walls, stage at west end, entrance and restrooms at east end. Terrazzo floor or stage floor suitable for dancing.

### Stage
Well-suited for concerts, lectures, performances
Stage dimensions: 40 ft wide x 30 ft deep
Steps on both sides of stage for convenient access
Track lighting
Removable railings at front
Piano available for rent

### Sound System
This state of the art sound system consists of:
Speaker podium
2 independent wireless microphone systems
CD and Tape player

### Kitchen
The kitchen is well-suited for preparation of
hors d'oeuvres, and the warming and serving of full meals.
Set-up, prep and warming space
Stove with two ovens, microwave

Sinks
Large refrigerator
Institutional coffeemaker
Optional kitchen extension with use of screens

**Additional Amenities**
Security personnel
Dinner tables and chairs available for rent

**Additional Meeting Rooms with Kitchen**
Small conference rooms are available, suitable for business meetings, small gatherings and receptions, luncheons and dinners. An excellent choice for Baptism Receptions!


**AT THE PARISH HOUSE**
There are several meeting rooms available in our Parish House for smaller events from workshops, board meetings, parties, to small receptions following baptisms, funerals or memorial services in the Church.

**The Parish Lounge** - (15 x 40) (approximately 550 square feet)
The Parish Lounge can seat 45 people audience style or 25-30 around large tables for luncheons or Board Meetings, etc. For catered events, the space can accommodate stand up receptions for 40-50 people or a full luncheon for 25.

**The Hoefner Lounge** - (15 x 19) (285 square feet) is ideal as a break-out room for larger events and for extended reception space.

**Kitchen**
A full size kitchen adjoins both lounges. Large stove, homestyle refrigerator and plenty of counter space. Pass thru window into Parish Lounge.
This entire floor is ideal for events that require additional space for larger groups.

**Meeting Room** (15 x 29) (420 square feet) on the street level is suitable for meetings, workshops, classes or lectures for 20-45 people.

**Rest Rooms** are on both floors.

**TV/Video monitor** in the Parish Lounge are available upon request for an additional charge.

**Air conditioning** available for an additional charge.


© 2007 The Church of St. Ignatius Loyola, 980 Park Avenue, New York, NY 10028 All rights reserved. Credits

**SONA OLSON,** declares under the penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am the Director of Facilities of the Church of Saint Ignatius Loyola located at 980 Park Avenue in Manhattan (the "Church"). I make this declaration based on my personal knowledge.

2.    One of the facilities at the Church is Wallace Hall. For the time period of September 2006 to September 2007 Wallace Hall was used for 168 "events".

3.    There were one hundred twenty-six (126) parish related events, e.g., a shelter for fourteen weekends a year, memorial receptions, ministry nights, lectures, music programs, spiritual direction programs and religious education in Wallace Hall during this time period. In addition to these 126 events, Wallace Hall was used for Mass every Sunday for ten months a year. During this time period (and excluding the use for Sunday Mass), seventy-five percent (75%) of the events at Wallace Hall were parish related events.

4.    The Loyola School, Saint Ignatius Loyola Grammar School and Regis High School (all parish affiliated schools) and certain non-affiliated schools also held twenty-four (24) school related events in Wallace Hall. None of these events were catered events and sometimes parents would bring their own food for a type of "potluck" dinner. Sixteen percent (16%) of the total number (168) of events were of this type.

5.    In addition, to the Parish related and affiliated school events, there were nine (9) rental events held at Wallace Hall that were "catered" events with outside caterers. There is no one "Wallace Hall" caterer. These nine events comprise five percent (5%) of the number of events (168) at Wallace Hall.

6.    Finally, four percent (4%) of the events at Wallace Hall were rental events without caterers.

Dated:    New York, New York
          February 5, 2008

_____
              SONA OLSON