**GG**

Document2

*Unit 3085 Church*

B Form 54 (Rev 8/82)

# THE CITY OF NEW YORK

# DEPARTMENT OF BUILDINGS ALT# 1244/87

# CERTIFICATE OF OCCUPANCY AMENDED

95091

**BOROUGH** MANHATTAN **DATE:** **NO.**

ZONING DISTRICT  R-10A

This certificate Amends C. O. No. 87914

THIS CERTIFIES that the XXXX altered XXXXX building premises located at
4 West 76th Street SWC Central Park West  Block 1128  Lot 33
CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| Cellar | O.G. | 275 | | | 4 | F-1b | Multi-purpose room |
| | | | | | | F-1b | meeting rooms |
| | | | | | 3 | G | classrooms |
| | | | | | | D-2 | boiler and mechanical |
| | | | | | | D-2 | oil tank room |
| | | | | | | D-2 | kitchen |
| | | | | | | B-2 | storage rooms |
| | | | | | | B-2 | toilets |
| 1st Floor | 100 | 590 | | | 4 | F-1b | Church, chapel |
| | | | | | | F-1b | meeting room |
| | | | | | | B-2 | storage, pantry, offices |
| | | | | | | B-2 | toilet |
| | | 56 | | | 3 | G | classrooms, library, offices |
| Mezzanine | 100 | 191 | | | | | Meeting space, lounge, offices, study, toilets |
| 2nd Floor | 60 | 41 | | | 3 | G | Classroom, offices, library |
| | 100 | | | | 4 | | organ room |
| 3rd Floor | | 10 | | | 3 | G | Classroom |
| Bell Tower | | 1 | | | 4 | | Bell tower |

OLD CODE

THIS CERTIFICATE OF OCCUPANCY MUST BE POSTED WITHIN THE BUILDING IN ACCORDANCE WITH THE RULES OF THE DEPARTMENT PROMULGATED MARCH 31ST, 1967.

OPEN SPACE USES
(SPECIFY PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

M.G.  NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.

BOROUGH SUPERINTENDENT          COMMISSIONER

☐ ORIGINAL   ☑ OFFICE COPY—DEPARTMENT OF BUILDINGS   ☐ COPY

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the _____ South _____ side of _____ West 76th Street
distant _____ 0 _____ feet from the corner formed by the intersection of
_____ Central Park West _____ and _____ West 76th Street
running thence _____ West 150' 0" _____ feet; thence _____ South 102' 2" _____ feet;
thence _____ East 150' 0" _____ feet; thence _____ North 102' 2" _____ feet;
thence _____ feet; thence _____ feet;
thence _____ feet; thence _____ feet;
to the point or place of beginning.

ALT. or ALT. No. 1244/87 DATE OF COMPLETION _____ 9/26/89 _____ CONSTRUCTION CLASSIFICATION CL 3non-fireproof
BUILDING OCCUPANCY GROUP CLASSIFICATION _____ Church _____ HEIGHT _____ 3 _____ STORIES, 50' 0" FEET

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

|  | YES | NO |  | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM |  |  | AUTOMATIC SPRINKLER SYSTEM |  |  |
| YARD HYDRANT SYSTEM |  |  |  |  |  |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM |  |  |  |  |  |
| SMOKE DETECTOR |  |  |  |  |  |
| FIRE ALARM AND SIGNAL SYSTEM | Exist | X |  |  |  |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐    B) COMBINED SEWER ☐    C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐    B) COMBINED SEWER ☐    C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
    BOARD OF STANDARDS AND APPEALS CAL. NO. _____
    CITY PLANNING COMMISSION CAL. NO. _____
    OTHERS:

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## Home



Rev. Rosemary Bray McNatt

**The Fourth Universalist Society** is a liberal religious community whose members are committed to the pursuit of religious freedom, and to building a world that is more just, peaceful, and sustainable.
**We are united** not by a creed, but by a covenant of mutual respect.
**We provide a supportive community** for each individual's spiritual journey, and we help our children develop their spiritual curiosity.
**Come and join us** - nurture your spirit and help heal the world!

| Guest Preachers in February: |
| --- |
| **Feb. 3:** Olympia's Daughters - "Living Out Loud: A Service in Song" |
| **Feb. 10:** Tom Stites, former editor, UU World - "What Can Liberate Us?" |
| **Feb. 17:** Rev. Deb Morra, UU Community Minister and representative, "Pride in the Pulpit". |
| **Feb. 24:** Aisha Hauser, Director of Religious Education, Fourth Universalist Society |

- Rev. McNatt's Sabbatical

Officially recognized as a UUA Welcoming Congregation, we welcome and celebrate the presence and participation of bisexual, gay, lesbian, and/or transgender people.



- **Come and Join Us**

  **Sunday Services
  and Children's Programs
  begin at 10:45 AM.**
  Location: Central Park West and
  West 76th Street (map/directions)
  E-mail: info@4thu.org

- **Upcoming Events**

  o Sunday, Feb 3
    Sunday Service (10:45 AM)
    Canvass Planning Meeting (12:45 PM)
  o Thursday, Feb 7
    Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
  o Sunday, Feb 10
    Sunday Service (10:45 AM)
    Auction Committee Meeting (12:45 PM)
  o Friday, Feb 15
    Humanist Meeting: "The Courage to Love" (7:00 PM)

- **Spiritual Life**

  o Sunday Services
  o Sermons
  o Music at 4th U
  o Unitarian Universalism
  o Why I Am A UU

**Programs/Activities**

- Committees
- Religious Education
- First Thursdays at Fourth U
- Faith in Action

## Information

- Our Minister
- Membership
- Weddings/Space Rental
- Who's Who At 4th U

- **News and Announcements Categories**

  - A Time To Serve
  - Educational
  - For Newcomers
  - For Parents/Families
  - Meetings
  - News Items
  - Pastoral
  - Services
  - Social Events
  - Spirituality
  - Uncategorized

 160 Central Park West
New York, NY 10023
212-595-1658

- **Members Login**

  Enter the Members Only area of the website

- **Links**

  Here are some useful links

- **Search this site**

[            ]  [ Search ]

Quality WordPress Theme**Fourth Universalist Society in the City of New York** Copyright © 2008 All Rights Reserved.

*Podcast Powered by **podPress (v8.2)***

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## About Us



Love is the doctrine of this church,
The quest of truth is its sacrament,
And service is its prayer.
To dwell together in peace,
To seek knowledge in freedom,
To serve life in fellowship,
To the end that all souls shall grow in harmony:
Thus do we covenant with each and with all.

Griswold Williams (adapted)

The Fourth Universalist Society is a Unitarian Universalist congregation, a liberal religious presence in New York City since 1838, welcoming people of all cultural, religious, racial and ethnic backgrounds. Fourth U is the sole survivor of seven Universalist churches in New York City and now has about 150 members.



Our church building was completed in 1898 and was designed by the noted architect William A. Potter. It was originally named "The Church of the Divine Paternity." The tower and features of the sanctuary are replicas of the medieval tower and buildings at Magdalen College in Oxford, England.

Our bell tower is named "The Peace Tower" to inspire us to work for peace in our lives, our community and our world.



Our sanctuary features an altar by Louis Comfort Tiffany, relief sculpture by Augustus St. Gaudens and stained glass windows by Clayton and Bell of London. It is considered one of the anchors of the New York City Landmark Historic District and is listed in the National Register of Historic Places. This website from the American Guild of Organists



gives additional information about the history of our church and our organ.

- Our Minister
- Sunday Services
- Weddings/Space Rental
- Who's Who At 4th U

- **Come and Join Us**

**Sunday Services and Children's Programs begin at 10:45 AM.**
Location: Central Park West and
West 76th Street (map/directions)
E-mail: info@4thu.org

- **Upcoming Events**

  - Sunday, Feb 3
    Sunday Service (10:45 AM)
    Canvass Planning Meeting (12:45 PM)
  - Thursday, Feb 7
    Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
  - Sunday, Feb 10
    Sunday Service (10:45 AM)
    Auction Committee Meeting (12:45 PM)
  - Friday, Feb 15
    Humanist Meeting: "The Courage to Love" (7:00 PM)

- **Spiritual Life**

  - Sunday Services
  - Sermons
  - Music at 4th U
  - Unitarian Universalism
  - Why I Am A UU

**Programs/Activities**

  - Committees
  - Religious Education
  - First Thursdays at Fourth U
  - Faith in Action

**Information**

  - Our Minister
  - Membership
  - Weddings/Space Rental
  - Who's Who At 4th U

- **News and Announcements Categories**

  - A Time To Serve
  - Educational
  - For Newcomers
  - For Parents/Families
  - Meetings
  - News Items
  - Pastoral
  - Services
  - Social Events
  - Spirituality
  - Uncategorized


160 Central Park West
New York, NY 10023
212-595-1658

- 
- **Members Login**

  Enter the Members Only area of the website
- **Links**

  Here are some useful links
- **Search this site**

[                              ] [ Search ]

Quality WordPress Theme**Fourth Universalist Society in the City of New York** Copyright © 2008 All Rights Reserved.

*Podcast Powered by **podPress (v8.2)***

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## Sunday Services

Our Sunday Services begin at 10:45 AM and end at around 12:15 PM. They are followed by Coffee Hour, a social time which is held in the back of the sanctuary. We have services year-round, but our senior minister is away during July and August.

Attire at our services is generally casual. On any given Sunday you'll find a wide range of dress, from coat and tie to jeans and tee-shirts. All are welcome.



School aged children are invited to stay for the beginning portion of our service, and then after the "Children of All Ages" section to go downstairs to the Children's Chapel where they will enjoy their own UU service and religious exploration programs.

Nursery care is available every Sunday from 10:45 AM to 12:15 PM. Please ask our ushers to direct you to the nursery.

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## Music at 4th U

**Frequently Asked Questions about Music at 4th U**

**1. What kinds of music will I hear at Sunday services?**
Our services include music from a wide array of styles and influences, including western classical music, jazz, pop, gospel, folk, and world music.

**2. Do you have a choir? Can anyone join?**
Our adult choir is a volunteer ensemble comprised of men and women who love to sing and to study music. We meet every Sunday morning from 9:15-10:30 AM in the choir room. Anyone, regardless of previous musical experience, is welcome to join. Repertoire includes standard sacred choral literature, as well as pop, gospel, and world music styles. Our choir season runs from September to June. There is no choir rehearsal in the summer.

**3. My group is interested in performing at 4th U. Do you hire guest performers?**
Yes! We frequently feature ensembles and soloists of all types. Please contact the 4th U office for more details.

**4. What kinds of musical opportunities are there for kids?**
Children are encouraged to participate in the Family Choir, which is an intergenerational ensemble that performs several times a year in the worship services. The Family Choir provides parents and children with the opportunity to sing together. For more information, contact the RE director (aisha@4thu.org).

**5. What kinds of hymns does the congregation sing?**
We use two hymnals in our services, *Singing the Living Tradition* and the new supplement called *Singing the Journey*. Many of the hymns are traditional songs with rewritten lyrics that reflect the UU faith. There are also many original songs and familiar folk tunes. If you are interested in hearing midi files of the hymns in the new teal supplement, *Singing the Journey*, visit http://archive.uua.org/publications/music/recordings.html.

**6. Can I request my favorite hymn?**

Of course! Keep in mind, however, that we strive to be diverse in our hymn selection and to sing favorites as well as introduce new songs. Effort is made to link the hymns to the topic of the service and to not repeat hymns frequently. Contact Jim Saslow, music committee chair, with your suggestion (saslowj@earthlink.net)

**7. I'm a 4th U community member and I'd like to get more involved in music at 4th U. What can I do?**
Our music committee is open to anyone who is interested in improving the musical life of the congregation. Contact Jim Saslow, music committee chair, for more information (saslowj@earthlink.net).

- **Come and Join Us**

  **Sunday Services
  and Children's Programs
  begin at 10:45 AM.**
  Location: Central Park West and
  West 76th Street (map/directions)
  E-mail: info@4thu.org
- **Upcoming Events**

  - Sunday, Feb 3
    Sunday Service (10:45 AM)
    Canvass Planning Meeting (12:45 PM)
  - Thursday, Feb 7
    Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
  - Sunday, Feb 10
    Sunday Service (10:45 AM)
    Auction Committee Meeting (12:45 PM)
  - Friday, Feb 15
    Humanist Meeting: "The Courage to Love" (7:00 PM)
- **Spiritual Life**

  - Sunday Services
  - Sermons
  - Music at 4th U
  - Unitarian Universalism
  - Why I Am A UU

  **Programs/Activities**

  - Committees
  - Religious Education
  - First Thursdays at Fourth U
  - Faith in Action

  **Information**

  - Our Minister
  - Membership
  - Weddings/Space Rental
  - Who's Who At 4th U
- **News and Announcements Categories**

  - A Time To Serve
  - Educational

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## Committees and Activites

**Committee Chairs 2007/2008**

Executive Committee of the Church Council: Liz Wolfe, Pam Plate

Communications: Alex Glass

Denominational Affairs: Ryan Novosielski

Faith in Action: James Wesley

Finance & Stewardship: Liz Wolfe, Pam Plate (Bookstore), Ed Jacobus (Buildings and Grounds)

Hospitality: Lois Coleman

Membership: Seana Anderson

Ministerial Advisory Council: Bri Matsuoka

Music: Jim Saslow

Nominating: Zabby Hovey

Worship Arts: Phyllis Damon, Jennifer Jackson (First Thursdays)

Pastoral Care: Open

Religious Exploration: Zabby Hovey, Don Farrow, Lisa Stiffler (Youth Group Advisor)

Game Night: Jennifer Jackson

Interweave: Ashley Burczak

Spiritual Abundance Workshop: Liz Wolfe

New Moon Circle: Deborah Roth

Humanist Workshop: Joseph Ben-David

Kateri Residence Worship: Robert Martin

Nature Walk: Tom Kennedy

Small Group Ministries: Rosemary Bray McNatt

Annual Retreat: Open

- **Come and Join Us**

   **Sunday Services
   and Children's Programs
   begin at 10:45 AM.**
   Location: Central Park West and
   West 76th Street (map/directions)
   E-mail: info@4thu.org
- **Upcoming Events**

   o Sunday, Feb 3
      Sunday Service (10:45 AM)
      Canvass Planning Meeting (12:45 PM)
   o Thursday, Feb 7
      Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
   o Sunday, Feb 10
      Sunday Service (10:45 AM)
      Auction Committee Meeting (12:45 PM)
   o Friday, Feb 15
      Humanist Meeting: "The Courage to Love" (7:00 PM)
- **Spiritual Life**

   o Sunday Services
   o Sermons
   o Music at 4th U
   o Unitarian Universalism
   o Why I Am A UU


**Programs/Activities**

   o Committees
   o Religious Education
   o First Thursdays at Fourth U
   o Faith in Action

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## Religious Education

Come join the Fourth Universalist Society, a place where children of all ages can experience a non-dogmatic, joyful fellowship in a loving and open-minded community. We explore Unitarian Universalism, Christianity, Judaism, Islam, and other world religions, humanism, and earth-centered spirituality through art, music, and storytelling. Interfaith families, single parent families, GLBT families and all families in all forms are welcome. Feel free to contact Aisha Hauser, Director of Religious Education at aisha@4thu.org, during coffee hour after the service, or call 212-595-1658 ext. 52 with any questions about Unitarian Universalism and our program.

The RE program begins on Sundays at 10:45 AM when children sit with their families or friends for the first part of the adult service. At about 11:15 AM, the congregation "sings the children downstairs" to their own service and classes, with the song Go Now In Peace. The RE program lasts until 12:30 PM, when the parents are asked to come downstairs and meet their children. This is an informal time for parents to meet one another and engage in a meaningful fellowship. Often families get together for afternoon activities (brunch, museum, walk in Central Park, etc.).

- RE Calendar

**Our Programming:**

**Pre-K to Kindergarten: We Are Many, We Are One**
This curriculum uses stories, games and projects that encourage children to honor themselves, their religious community, nature, and cultures from around the world. It features a rich array of games, songs and family newsletters to build relationships between teachers and home.

**1st to 3rd Grades: Super Heroes - Bible People**
This curriculum, written by the Unitarian Universalist religious educator, Gaia Brown, introduces the children to the stories of people from the Bible, for example Moses, David, Solomon, Jesus, and Esther, who have acted with courage

and wisdom in their attempts to lead their lives fully and make the world a better place for others. The Bible stories are told from a UU perspective. In the course of fun activities like making an ark of the covenant and creating Joseph's coat of many colors, the children are encouraged to learn how to use their own positive "super powers" as they interact with the world around them, and as they do so, to grow both spiritually and ethically.

**4th and 5th Grades: Timeless Themes - Stories from the Hebrew and Christian Bibles**
This group explores the major stories of the bible from a Unitarian Universalist perspective. Children are introduced to the religious stories central to our culture and to our heritage, and the human issues, beliefs, and values reflected in these classic stories are emphasized. For example, the story of Cain and Able examines the issues of sibling rivalry and jealousy.

**6th Grade: It Starts with Me!**
This curriculum written by Canadian Unitarian Universalist, Judith Birch, teaches about social justice and social action from a spiritual perspective. Why is it important that Unitarian Universalists make social action a part of our religious community? The children will examine this question as well as work on social justice projects.

**7th to 9th Grade (Youth Group)**
This group will meet at 12:30 PM on Sunday mornings, immediately after the service. It will be a time for UU youth to examine their religious beliefs as they become adolescents. What is their place in the world and their faith community? This group will seek to strengthen their ties to Unitarian Universalism.

**Special Programs being offered in 2008:**

**Our Whole Lives (OWL) for 4th and 5th grade**
This is an eight week course designed to help children "gain the knowledge, life principles, and skills they need to express their sexuality in life-enhancing ways. This curriculum is an expression of the belief that educating institutions–religious communities, community organizations and schools–can form meaningful partnerships with parents to provide positive and responsible sexuality education" (from the introduction to OWL).

**Coming of Age**
A rite of passage for Unitarian Universalist youth. The youth will spend four months examining their belief systems. This will culminate in a special service in the spring, on Mother's Day of 2008, where they will read their personal credo statements.

- RE Calendar

- **Come and Join Us**

  **Sunday Services
  and Children's Programs
  begin at 10:45 AM.**
  Location: Central Park West and
  West 76th Street (map/directions)
  E-mail: info@4thu.org
- **Upcoming Events**

  - Sunday, Feb 3
    Sunday Service (10:45 AM)
    Canvass Planning Meeting (12:45 PM)
  - Thursday, Feb 7
    Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
  - Sunday, Feb 10
    Sunday Service (10:45 AM)
    Auction Committee Meeting (12:45 PM)
  - Friday, Feb 15

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

## First Thursdays at Fourth U

The 4th Universalist Society of New York is pleased to announce the launch of a new adult religious exploration workshop series this year.

First Thursdays @ 4th U: Programs for Mind, Body and Spirit invites participants to explore spirituality in all its various forms from a Unitarian Universalist perspective, drawing on intellectual, experiential and emotional resources to deepen personal understanding and practice. The workshops begin at 6:00 PM; light dinner is served and childcare is provided.

The schedule of workshops is as follows:

**October 4, 2007:** "UU Spirituality: Setting the Stage" led by the Rev. Rosemary Bray McNatt
**November 1, 2007:** Walking the Labyrinth led by George Kuhn
**December 6, 2007:** Feast or Famine? Reclaiming What is Worthwhile from our Long-Discarded Spiritual Roots led by Aisha Hauser
**January 3:** Silence: A Discovery of Self led by Gary Jacinto, D.Min.
**February 7:** Science or Fiction? A Humanist Approach to Spirituality led by Matthew Gilbert
**March 6:** Simply Pray: A Modern UU Approach led by Amy Strano Bennett
**April 3:** Feast or Famine? Reclaiming What is Worthwhile from our Long-Discarded Spiritual Roots led by Aisha Hauser (a repeat of December's workshop)
**May 1:** The Maypole and You: Celebrating Ancient Earth-Centered Practices in Modern Times led by Deborah Roth

- **Come and Join Us**

  **Sunday Services
  and Children's Programs
  begin at 10:45 AM.**
  Location: Central Park West and

West 76th Street (map/directions)
E-mail: info@4thu.org

- **Upcoming Events**

  - Sunday, Feb 3
    Sunday Service (10:45 AM)
    Canvass Planning Meeting (12:45 PM)
  - Thursday, Feb 7
    Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
  - Sunday, Feb 10
    Sunday Service (10:45 AM)
    Auction Committee Meeting (12:45 PM)
  - Friday, Feb 15
    Humanist Meeting: "The Courage to Love" (7:00 PM)

- **Spiritual Life**

  - Sunday Services
  - Sermons
  - Music at 4th U
  - Unitarian Universalism
  - Why I Am A UU

### Programs/Activities

  - Committees
  - Religious Education
  - First Thursdays at Fourth U
  - Faith in Action

### Information

  - Our Minister
  - Membership
  - Weddings/Space Rental
  - Who's Who At 4th U

- **News and Announcements Categories**

  - A Time To Serve
  - Educational
  - For Newcomers
  - For Parents/Families
  - Meetings
  - News Items
  - Pastoral
  - Services
  - Social Events
  - Spirituality
  - Uncategorized



160 Central Park West
New York, NY 10023
212-595-1658

# Fourth Universalist Society in the City of New York

## A Unitarian Universalist Congregation

- Subscribe
- Home
- About Us
- Contact Us
- News and Announcements
- Calendar
- Newsletter
- Giving

# Faith In Action

The Faith In Action Committee provides methods for the expression of social action at Fourth U. This may include Sunday services, participation in workshops, attendance at public rallies, marches and seminars, fundraising for the annual toy drive, informing the congregation of opportunities in the community and with the UUA for social action.

Talent needed: Dedication to social action causes: examples are - racial justice; voter registration; gay/lesbian rights; disability rights; protection of the environment; animal rights; lower cost housing issues, women's equality; abortion issues; civil liberties, etc. Willingness to write letters to public officials, research issues, attend rallies.

Fourth Universalist is a member of Interfaith Voices, an umbrella organization in the New York area for people of all faiths to give public witness to our shared principles and values.

Chair: James Wesley

**FAITH IN ACTION SUB-COMMITTEES:**

UFETA (Unitarian Universalists for Ethical Treatment of Animals)

- *Leader*: Sheila Dines; Marisa Miller
- *Purpose*: To create awareness of the need for proper and ethical treatment of animals by individuals, corporations, universities and governments. Films are shown periodically.

TASK FORCE TO ABOLISH THE DEATH PENALTY

- *Leader*: Christine Anderson
- *Purpose*: To inform the congregation and the public about people who are facing the death penalty. Each day that a person is scheduled to die a group gathers to ring bells in front of the church at 6:00 pm and hands out literature to interested passer-bys. Letter writing campaigns to oppose the death penalty are encouraged.

GREEN SANCTUARY TASK FORCE

- *Leader*: Christine Anderson
- *Purpose*: Attention to the conservation of resources in the church: recycling, reuse, use of fluorescent lighting and energy conservation, avoidance of the use of paper plates and cups, etc.

KATERI RESIDENCE WORSHIP SERVICE

- *Leader*: Robert Martin
- Rev. Ed Bollela leads a worship service on the first Saturday each month; Robert Martin leads the service on the third Saturday of each month. Kateri Residence is a nursing home with 500 plus residents, many of whom rarely have visitors. Members and friends are welcome and encouraged to attend these Saturday services.

WOMEN FOR PEACE

- *Leaders*: Christine Anderson, Kari Reynolds
- In April 2003 this group organized a bus trip to Washington, DC to march for Reproductive Rights, and also organized a bus trip for a March on Washington for Peace.

- **Come and Join Us**

  **Sunday Services
  and Children's Programs
  begin at 10:45 AM.**
  Location: Central Park West and
  West 76th Street (map/directions)
  E-mail: info@4thu.org
- **Upcoming Events**

  - Sunday, Feb 3
    Sunday Service (10:45 AM)
    Canvass Planning Meeting (12:45 PM)
  - Thursday, Feb 7
    Science or Fiction: A Humanist Approach to Spirituality (6:00 PM)
  - Sunday, Feb 10
    Sunday Service (10:45 AM)
    Auction Committee Meeting (12:45 PM)
  - Friday, Feb 15
    Humanist Meeting: "The Courage to Love" (7:00 PM)
- **Spiritual Life**

  - Sunday Services
  - Sermons
  - Music at 4th U
  - Unitarian Universalism
  - Why I Am A UU

**Programs/Activities**

  - Committees
  - Religious Education
  - First Thursdays at Fourth U
  - Faith in Action



**The 4th Universalist Society**
**In The City Of New York**

160 Central Park West, at 76th Street
212-595-1658/info@4thu.org

*You Are Here -->* [ The 4th Universalist Society : Program

# Our Programs

**4th U Choir:** Music is an integral part of the community at 4th U. Our adult choir, under the direct of Sara Shumway, is a group of committed and passionate singers of all ability levels who perform regularly in the worship service. Any member of our community is welcome and no auditions are required. The choir rehearses each Sunday morning from 9:15-10:30 am. For more information o repertoire and performances, contact Sara Shumway at sara.shumway@4thu.org.

**Family Choir:** This intergenerational ensemble is the result of a collaboration between the music director and the RE program. The goal of this choir is to provide an experience for families to make music together. Anyone, regardless of age or ability is welcome. The family choir performs occasionally throughout the year in the service. For more information, contact Sara Shumway at sara.shumway@4thu.org.

**Dream Catchers:** The exploration of conscious dreaming techniques and dream interpretation by sharing, recording, and recalling your dreams. Based on the belief that dreams are gifts that inform enrich our lives and our beliefs. Meets once a month.

**Humanistic UU and Human Relations:** Occasional discussion groups exploring themes related to humanistic worldview, personal values, and social psychology.

**Men's Group:** Meets monthly after worship and occasionally on weeknights. There is some ritual, s discussion and sharing, centered on the spiritual and personal growth of liberal religious men.

**Moon Circle:** Meets one evening monthly during the full moon. This is an earth-centered ritual and sharing group, which also occasionally prepares ritual for Sunday morning worship.

**Nature Walk:** Join us the first Sunday of each month for a guided nature walk in Central Park. Mee 9:00 a.m. in front of the church at 160 Central Park West at 76th Street. We return in time for the 10:45 a.m. service.

**Nursing Home Ministry:** The first and third Saturdays of each month, one member leads worship Kateri Residence Nursing Home at 150 Riverside Drive for members of the Home and guests.

**TaKala:** A women's society founded over 100 years ago to do good works in the community. Althou an independent organization, it works to support the congregation as a whole and especially the rol of women. TaKala often aids those who participate in the larger denomination in the hope of enhan their contributions to the Fourth Universalist Society.

**Theater Group:** A member regularly organizes theater trips at discounted prices. Shows range fro off off-Broadway to musicals and Broadway productions.

**Underground Gourmet:** Meets the first Tuesday of the month except during the summer. We beg

with pre-dinner refreshments at a member's Home, then gather at a near-by restaurant. A great wa meet fellow members and friends and try out new restaurants.

**Westsiders' Together:** WEST is the Upper West Side project of the Industrial Areas Foundation, w is devoted to grassroots community organizing. Our congregation is one of the founding member organizations, enabling our congregants to work with people in other area churches, synagogues ar secular organizations.



# LANDMARK ON THE PARK
### 160 CENTRAL PARK WEST N.Y.



*Beautiful | Flexible | Afforda*

*Contact Informati*

Landmark in the Park has Manhattan's best combination of beautiful environment, flexible space and affordability. Our facili
have attracted groups from all over the world.

Our spaces range from efficient conference rooms to a gymnasium; from an intimate chapel to a magnificent neo-gothic ma
hall.



Landmark on the Park has an outstanding reputation as one of the
best event spaces in New York City. Whether you are:

■  A bride needing a fabulous wedding or reception space

■  A corporation looking to host that all important event

■  A consultant in need of an elegant space for a fundraiser

■  In search of a great space for a holiday party

■  An event planner or producer seeking space for film shoots, a
holding area, or other event

## Landmark on the Park has the right space for you!

"Overall, the facility is one the BEST. One of the most helpful staffs I have worked
with in twelve years." – Steve Kemble, Event Design

*Top of Page*

**Please e-mail any technical problems or inquiries about the website to the *webmaster.***

**HH**

B Form 54 (Rev. K/85)

# THE CITY OF NEW YORK



# DEPARTMENT OF BUILDINGS ALT# 590/89

# CERTIFICATE OF OCCUPANCY AMENDED

**BOROUGH** MANHATTAN    **DATE:** OCT 0 8 1992    **NO.** 102470
AMENDED    NOV 0 8 1992

This certificate supersedes C.O. NO 86382    ZONING DISTRICT C1-8X, R8B

THIS CERTIFIES that the new—altered—existing—building—premises located at
150-160 EAST 80TH STREET A/K/A 1151-61 LEXINGTON    Block 1508  Lot 53

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS, RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.
AVENUE S/E/C LEXINGTON AVE. MAN.

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| CELLAR | OG | 365 | | | 4 | F4 | BANQUET ROOM/ |
| | | | | | | P1a | MEETING ROOM WITH PERFORMING STAGE |
| | | | | | | P1b | MEETING ROOMS |
| | | | | | | G | CLASSROOMS |
| | | | | | | D2 | KITCHEN AND BOILER ROOM |
| BASEMENT | 100& 60 | 74 | | | | | CHAPEL, PARLOR, OFFICES AND FAN ROOMS |
| 1ST FLOOR | 100 60 | 494 74 | | | | | CHURCH - AND CLASSROOMS |
| 2ND FLOOR | 100 60 | 39 85 | | | | | CHURCH BALCONY AND ORGAN ROOM - AND CLASSROOMS |
| 3RD FLOOR | 60 | 80 | | | | | CLASSROOMS |
| 4TH FLOOR | 60 | 70 | | | | | CLASSROOMS AND OFFICES |
| ROOF | 100 | 30 | | | | | PLAY ROOF AND PLAY ROOM |
| PENTHOUSE | 120 | | | | | | FAN ROOM AND ELEVATOR MACHINE ROOM |

OLD CODE

THIS CER... WITH... OF THE C.O...

... POSTED ... THE RULES ... 31ST, 1957.

OPEN SPACE USES _____
(SPECIFY—PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

M.G.    **NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED**
THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND SPECIFICATIONS NOTED ON THE REVERSE SIDE.    M-5

_____    _____
BOROUGH SUPERINTENDENT    COMMISSIONER

☐ ORIGINAL    ☐ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☐ COPY

B Form 54 (Back) (Rev. 5-83)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the     SOUTH
distant     0     EAST     side of    EAST 80TH STREET
     LEXINGTON AVENUE     feet from the corner formed by the intersection of
     and     EAST 80TH STREET

running thence _____ feet; thence _____ feet;

thence _____ EAST 122' _____ feet; thence ___ SOUTH 102'-2" ___ feet;

thence _____ WEST 122' _____ feet; thence ___ NORTH 102'-2" ___ feet;

thence _____ feet; thence _____ feet;

to the point or place of beginning.

ALT. No.   590/89   DATE OF COMPLETION   8/28/92   CONSTRUCTION CLASSIFICATION   CLASS 1 FIREPROOF
XXXXX B.N. or

BUILDING OCCUPANCY GROUP CLASSIFICATION     HEIGHT     STORIES,     FEET

     PUBLIC      BASEMENT + 4      36' & 49' 4"

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH
APPLICABLE LAWS.

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| STANDPIPE SYSTEM | | | AUTOMATIC SPRINKLER SYSTEM | | |
| YARD HYDRANT SYSTEM | | | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | | | | |
| SMOKE DETECTOR | X | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | | | | | |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐     B) COMBINED SEWER ☐     C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐     B) COMBINED SEWER ☐     C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
    BOARD OF STANDARDS AND APPEALS CAL. NO._____
    CITY PLANNING COMMISSION CAL. NO._____
    OTHERS:

 Who We Are

Who We Are | Worship & Music | Religious Education | Sermons and Publications | Outreach and Advocacy | The All Souls Community | Contact Us


Who We Are
home

## Welcome to All Souls!

And welcome to the All Souls website.

 We are a self-governing congregation of nearly 1,500 people that was established in 1819. We come together to worship, serve the community and create an enriching, non-dogmatic religious environment.

Our Ministers
What We Believe
Board of Trustees
All Souls History
All Souls Bylaws
Famous Unitarian Universalists

 Home

All Souls is proud of its 25 social outreach programs. These include feeding the homeless at the Monday evening "Homeless Hospitality", the Friday noon soup kitchen, tutoring children at our adopted elementary school, PS 102, and others.

All Souls is an accessible congregation. We are dedicated to providing an environment in which all people feel welcome regardless of race, sexual orientation or physical ability.

If you're familiar with All Souls and this site, we hope to provide resources to enrich your experience.

For those new to All Souls, we have attempted to provide everything you may need within these "walls" as an introduction to the vision, history, people, and activities that make up All Souls.

If you would like more information, contact Blamo Jaurey at blamo@allsoulsnyc.org or (212) 535-5530. You can also attend a Welcome to All Souls Workshop.

### Quicklink:

Select One

*For more information on All Souls, contact:*

Blamo Jaurey, Director of Newcomer Services
blamo@allsoulsnyc.org
(212) 535-5530.

### Welcome to All Souls Workshops — '07 - '08

*All workshops take place on Sundays at 12:45 p.m. Check your order of service on one of these dates for the room assignment.*

**2007**
September 23
October 21
November 11
December 9

**2008**
January 13
February 10
March 9
April 20
May 18

Learn more

### Attend our Services

From September 9th, 2007 through June 2, 2008, Sunday morning services are at 10:00 and 11:15 a.m. with the following exceptions:

One Sunday Service only at 11:15 a.m. on:

• November 22th, 2007 (Thanksgiving weekend)

• December 23rd, 2007

• December 31st, 2007 (New Year's weekend)

• May 26th, 2008 (Memorial Day weekend)

We hold one service at 11:15 a.m. during the summer (June 10, 2007 through Labor Day Weekend).

Who We Are | Worship Services | Religious Education | Sermons and Publications | Outreach and Advocacy | The All Souls Community | Contact Us



## Worship & Music

# ALL

*Since 1819 - A congregation...*

| Who We Are | Worship & Music | Religious Education | Sermons and Publications | Outreach and Advocacy | The All Souls Community | Contact Us |







## Worship Services

Unitarian Universalism invites us to find ways to worship that are meaningful to us personally. In this spirit, All Souls offers more than one style of worship.

While Sunday morning is the traditional time for worship, we encourage you to explore these other options by following the links to the left.

### Sunday Morning

Members and guests of All Souls meet on Sunday mornings for a time of worship, community and reflection. This is followed by a social hour and other special events.

See our Sunday morning schedule at right.

### Midweek Worship

Join us at 7 p.m. on the third Thursday of each month for a contemporary midweek worship service, led by the Rev. Cheryl M. Walker. Music is provided by a live contemporary band. Join us at 6:30 p.m. for soup and bread before the service.

## Quicklink:

Select One

## Attend our Services

From September 9th, 2007 through June 2, 2008, Sunday morning services are at 10:00 and 11:15 a.m. with the following exceptions:

One Sunday Service only at 11:15 a.m. on:

• November 22th, 2007 (Thanksgiving weekend)

• December 23rd, 2007

• December 31st, 2007 (New Year's weekend)

• May 26th, 2008 (Memorial Day weekend)

We hold one service at 11:15 a.m. during the summer (June 10, 2007 through Labor Day Weekend).

---

Who We Are | Worship Services | Religious Education | Sermons and Publications |
Outreach and Advocacy | The All Souls Community | Contact Us

Religious Education


Religious Education home


Adult Education

Religious Education for Children and Youth


Home

## *Religious Education*

The Religious Education program at All Souls embodies the principles of Lifespan RE.

The Religious Education Program for Children and Youth on Sunday morning, under the direction of Melaney Mashburn, begins with the Nursery and continues through twelfth grade.

The Adult Education Program offerings include Sunday morning and weeknight programming organized by the Adult Education Committee.

**Quicklink:**

Select One

## *Attend our Services*

From September 9th, 2007 through June 2, 2008, Sunday morning services are at 10:00 and 11:15 a.m. with the following exceptions:

One Sunday Service only at 11:15 a.m. on:

• November 22th, 2007 (Thanksgiving weekend)

• December 23rd, 2007

• December 31st, 2007 (New Year's weekend)

• May 26th, 2008 (Memorial Day weekend)

We hold one service at 11:15 a.m. during the summer (June 10, 2007 through Labor Day Weekend).

Who We Are | Worship Services | Religious Education | Sermons and Publications |
Outreach and Advocacy | The All Souls Community | Contact Us







## Outreach and Advocacy

All Souls is involved in over 25 social programs. Some of these programs are organized by the church. With others, we supply volunteers and financing. All Souls finances many of its Outreach Programs through a yearly gala event: The Heart & Soul Auction.

## Outreach and Advocacy Groups and Programs at All Souls

The following advocacy and outreachs groups have detailed information about their activities on this website. Click on a link to them for information. You can also request more information from All Souls.

*P.S. Partners* is a volunteer program based at CPE1 (Central Park East 1), a K-6 public school in East Harlem. Volunteers provide assistance to the school in programs deemed most urgent by Principal Julie Zuckerman. Currently, volunteers are working to create a functional library system with a weekly reading group and plan to assist teachers in the classrooms beginning fall 2006.

*Anti-Gun Violence Initiative,* committed to the reduction of gun violence in the United States, participates in political demonstrations, education through speakers' forums, community outreach and coordination with other faith-based organizations, advocacy of legislative solutions, and participation in election activities to ensure that candidates will advance these goals.

*Booker T. Washington Learning Center* is a multifaceted community learning enhancement center in East Harlem, where volunteers work with children and young adults.

*Task Force to End the Death Penalty,* in the drive to abolish capital punishment, engages in education and advocacy and supports interim measures that include moratoria on the death penalty.

*Friday Soup Kitchen* serves lunch to 125 guests every Friday of the year to neighbors who are in economic crisis.

*Girl Scouts* All Souls sponsors and recruits leaders for the Girl Scout troops that meet at St. Edward the Martyr Church in East Harlem.

*Task Force on Housing* is an outreach program dedicated to affordable housing for all in New York City through participation in building programs for low-income families, advocacy of fair housing policies, and fulfilling faith-based safe shelter programs.

*Interweave* is an alliance of bisexuals, gays, lesbians and transgender persons and their heterosexual friends at The Unitarian Church of All Souls in New York City.

## Quicklink:

Select One 

## How to Get Involved

There are many points of entry to involvement in the committees and task forces and events that describe so much of life at All Souls.

Explore the programs described here and consider what appeals to you, what awakens your desire to become more involved in these groups. Then pick up the phone and call the volunteer hotline (described above).

Learn even more about this group, including when the next meeting or event is being held. Attend. Then reflect on how the focus of this group matches your aspirations. If it does, stick with it for awhile. If not, try something else. In the meantime, you are meeting that many more people who will allow you to feel more at home at All Souls.

We invite you also to:

• Read the monthly Bulletin. The Bulletin will provide an update on what is happening at All Souls. Again, consider what appeals to you, and simply show up at the next meeting or event.

• Read the inserts in the Sunday morning Order of Service. These printed announcements provide you with the most updated knowledge of what is

_Inwood House_ is a residence for pregnant teenagers, volunteers engage in support activities for young mothers and fathers.

_Journey Toward Wholeness_ focuses on systemic racism as it affects our congregation and the community.

_Monday Night Hospitality_, each Monday evening, 52 weeks a year, provides a hot meal for approximately 160 guests.

_Navigators USA_ is a non-profit organization whose mission is to help boys and girls build trust, respect, and self-esteem though adventure activities.

_New Orleans Initiative_ Grounded in our Unitarian-Universalist faith, we pledge to promote awareness within the congregation of the long-term nature of the rebuilding of New Orleans after Hurricane Katrina, to engage the congregation in the rebuilding of New Orleans through both hands-on and financial support, and to advocate on behalf of the people of New Orleans.

_The Nuclear Disarmament Task Force_ works to educate the public regarding nuclear non-proliferation and put pressure on lawmakers to reign in investment in nuclear arms programs.

_Peace Task Force_ is a discussion and action group and information source for members who are concerned about immediate threats of war as well as exploring ways to work toward lasting global peace.

_Unitarian Universalist Service Committee_ seeks to raise awareness of and seek membership support for programs worldwide that empower women, defend the rights of children, and support the struggles of indigenous people and oppressed racial and ethnic groups.

_UU United Nations Office_, an accredited "NGO" (non-governmental organization) at the United Nations, oversees numerous denominational activities regarding international affairs. The recently established All Souls Envoy Program is our congregation's programmatic link with the UU United Nations Office. Focus issues are UN International Affairs and Human Rights.

**_back to top_**

happening at All Souls.

• Attend the Volunteer Fairs—called "Faith Works Sundays"—that are held three Sundays each month from October through May. Faith Works Sundays will be held during Sunday morning Coffee Hour in Reidy Friendship Hall. Each church group depending on volunteers will have a representative present with information that will allow you to make an informed choice about where to focus your time and energy. Don't hesitate to ask them questions about how they got involved, what exactly they do, what their groupÕs current needs and opportunities are, and what your next step might be to getting involved.

• Contact the ministers. Come and see the ministers of All Souls. Forrest, Galen, and Jan welcome the opportunity to get to know you better and explore with you how you might link with one of the committees or task forces that speaks to you. Or share your vision for what doesnÕt yet exist at All Souls, and tell us how youÕre ready to make it happenÑwith a little help from the rest of us.

The doors are open. We welcome you.



The All Souls Community



| Who We Are | Worship & Music | Religious Education | Sermons and Publications | Outreach and Advocacy | The Souls Community | Contact Us |

### The All Souls Community

This congregation welcomes you and invites you to be part of our community of caring and friendliness. We proclaim a life-affirming faith that lifts us to a greater awareness of who we are and what we can become. Everyone who shares this spirit of community is welcome to be a part of our village in the city.

Those of us who gather at All Souls do so with hearts open to the mysteries of love and minds open to the wisdom of truth.

We welcome all who are searching, all who are questioning, all who would be stimulated by further growth. We welcome all who are hurting, who are suffering from new or old wounds.

At All Souls, we also gather to open our hands in compassion and service to neighbors among us and around us.

### Community Building Groups and Programs at All Souls

The following groups have detailed information about their activities on this website. Click on a link to them for information. You can also request more information from All Souls.

The Caring Team (formerly Friends in Deed) ensures ongoing connection with the All Souls family when for an extended period of time a member of our congregation can't attend church or other activities which bring us together as a community.

Cinema All Souls screens award-winning films once a month on a big screen, followed by informal discussion.

Historical Society preserves the rich history of All Souls though archival work, oral history, and the sponsoring of the Bellows Lecture.

Interweave is an alliance of bisexuals, gays, lesbians and transgender persons and their heterosexual friends at The Unitarian Church of All Souls in New York City.

Journey Toward Wholeness focuses on systemic racism as it affects our congregation and the community.

Lifelines Center is a monthly lecture and discussion program.

LifeScapes oversees annual off-site adult intergenerational retreats and occasional mid-week evening programs.

All Souls Media and Entertainment Group is a professional and social network for all people involved in film, music, television; magazine, book and newspaper publishing; interactive

**Quicklink:**

Select One

### How to Get Involved

There are many points of entry to involvement in the committees and task forces and events that describe so much of life at All Souls.

Explore the programs described here and consider what appeals to you, what awakens your desire to become more involved in these groups. Then pick up the phone and call Cheryl M. Walker, Assistant Minister, at (212) 535-5530.

• Read the inserts in the Sunday morning Order of Service. These printed announcements provide you with the most updated knowledge of what is happening at All Souls.

• Contact the ministers. Come and see the ministers of All Souls. Forrest, Galen, and Cheryl welcome the opportunity to get to know you better and explore with you how you might link with one of the committees or task forces that speaks to you. Or share your vision for what doesn't yet exist at All Souls, and tell us how you're ready to make it happen, with a little help from the rest of us.

The doors are open. We welcome you.

---

The All Souls Community
home

The Deacons
Lifelines Center
Musica Viva

Home

Group Email

and new media; and marketing communications, the performing arts and creative businesses.

*Peace Task Force* is a discussion and action group and information source for members who are concerned about immediate threats of war as well as exploring ways to work toward lasting global peace.

*The People of Color Gathering (POC)* is a recently formed group within the Unitarian Church of All Souls NY. Anyone is welcome to attend POC's informal gatherings and events each month.

*All Souls Quarterly Review*, produced and edited by members of the congregation, it includes editorials, articles, photographs, and feature stories that reflect upon our history and inform the congregation about activities at All Souls.

*Stories With Soul*, now in its thirteenth year, invites you to join them for a short story reading and discussion. No prior reading is necessary.

*Thirties-Forties Fellowship* provides social and spiritual events for people in their thirties and forties.

*Ushers* greet visitors, distribute Orders of Service, assist with seating and receive the offering.

*Women's Alliance*, founded in 1890, gives voice and support to issues of concern to women.

*Women's Reading Group*, open to all, discusses works authored by women.

*All Souls Young Adults* offer an opportunity for members and friends in their twenties and thirties (usually ages 18-35) to get together for social events, spiritual gatherings, and service opportunities.

**II**



### THE CITY OF NEW YORK

# DEPARTMENT OF BUILDINGS ALT# 1563/88

## CERTIFICATE OF OCCUPANCY

95314

**BOROUGH** MANHATTAN                **DATE:** APR 30 1994 **NO.**

This certificate supersedes C.O. NO    97946T                        ZONING DISTRICT  C6-4S

THIS CERTIFIES that the ~~NEW~~—altered—~~XXXXX~~—building—premises located at
237-243 Water Street ES 98' 3" South of Peck Slip    Block 97        Lot 51

CONFORMS SUBSTANTIALLY TO THE APPROVED PLANS AND SPECIFICATIONS AND TO THE REQUIREMENTS OF ALL APPLICABLE LAWS,
RULES, AND REGULATIONS FOR THE USES AND OCCUPANCIES SPECIFIED HEREIN.

### PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOAD LBS PER SQ FT | MAXIMUM NO OF PERSONS PERMITTED | ZONING DWELLING OR ROOMING UNITS | BUILDING CODE HABITABLE ROOMS | ZONING USE GROUP | BUILDING CODE OCCUPANCY GROUP | DESCRIPTION OF USE |
|---|---|---|---|---|---|---|---|
| 1st Floor | OG | 105 | | | 6 | C | Stores |
| | | 73 | | | 4 | F1 | chapel |
| | | | | | 4 | D2 | mechanical rooms |
| Mezzanine | 100 | | | | 4 | B2 | Storage |
| 2nd Floor | 100 | 10 | | | 4 | E | Offices |
| | | 91 | | | 4 | F4 | dining room |
| | | 3 | | | 4 | D2 | kitchen |
| | | 12 | | | 4 | G | reading room |
| 3rd Floor | 50 | 5 | | | 4 | E | Offices |
| | | 84 | | | 4 | G | classrooms |
| | | | | | 4 | B2 | storage |
| 4th Floor | 50 | 54 | | | 4 | E | Offices |
| 5th Floor | 50 | 37 | | | 4 | E | Offices |
| 6th Floor | 100 | 101 | | | 4 | F4 | Dining room |
| | | | | | 4 | D2 | pantry |
| | | | | | 4 | B2 | storage |

COMMERCIAL

NEW CODE

NOTE: These premises have been declared one zoning lot consisting of tax lots
50,51 and recorded at county clerks office on reel 1775 page 0648.
2.  Entire building to be stores and one tenant for upper floors.

THIS CERTIFICATE ...
WITHIN THE P ...        BE POSTED
OF THE DEPARTMENT ...   WITH THE RULES
                        DATED 31ST 1927

OPEN SPACE USES_____
(SPECIFY PARKING SPACES, LOADING BERTHS, OTHER USES, NONE)

M.G.

### NO CHANGES OF USE OR OCCUPANCY SHALL BE MADE UNLESS
### A NEW AMENDED CERTIFICATE OF OCCUPANCY IS OBTAINED

THIS CERTIFICATE OF OCCUPANCY IS ISSUED SUBJECT TO FURTHER LIMITATIONS, CONDITIONS AND
SPECIFICATIONS NOTED ON THE REVERSE SIDE

M-5

BOROUGH SUPERINTENDENT              COMMISSIONER

☐ ORIGINAL    ☑ OFFICE COPY - DEPARTMENT OF BUILDINGS    ☑ COPY

B Form 54 (Back) (Rev. 8/82)

THAT THE ZONING LOT ON WHICH THE PREMISES IS LOCATED IS BOUNDED AS FOLLOWS:

BEGINNING at a point on the ___East___ side of ___Water Street___
distant 98' 3" feet from the corner formed by the intersection of
and ___Water Street___

___Peck Slip___

running thence ___East 75' 0"___ feet; thence ___South 99' 11"___ feet;
thence ___West 75' 0"___ feet; thence ___North 99' 11"___ feet;
thence _____ feet; thence _____ feet;
thence _____ feet; thence _____ feet;
to the point or place of beginning.

XXXXXXALT. No. 1563/88 DATE OF COMPLETION 4/16/91 CONSTRUCTION CLASSIFICATION CL 3non-fireproof
BUILDING OCCUPANCY GROUP CLASSIFICATION          HEIGHT    6   STORIES.  73' 0" FEET
                                        E

THE FOLLOWING FIRE DETECTION AND EXTINGUISHING SYSTEMS ARE REQUIRED AND WERE INSTALLED IN COMPLIANCE WITH APPLICABLE LAWS.

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| STANDPIPE SYSTEM | | | AUTOMATIC SPRINKLER SYSTEM | | | |
| YARD HYDRANT SYSTEM | | | | | | |
| STANDPIPE FIRE TELEPHONE AND SIGNALLING SYSTEM | | | | | | |
| SMOKE DETECTOR | | | | | | |
| FIRE ALARM AND SIGNAL SYSTEM | | | | | | |

STORM DRAINAGE DISCHARGES INTO:
A) STORM SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

SANITARY DRAINAGE DISCHARGES INTO:
A) SANITARY SEWER ☐   B) COMBINED SEWER ☐   C) PRIVATE SEWAGE DISPOSAL SYSTEM ☐

LIMITATIONS OR RESTRICTIONS:
        BOARD OF STANDARDS AND APPEALS CAL. NO. _____
        CITY PLANNING COMMISSION CAL. NO. _____
        OTHERS:

 

Return to home page

EVENT RENTALS @241 WATER STREET          PRINTER FRIENDLY VERSION    E-MAIL TO A FRIEND    SEARCH

**ABOUT US**   **SERVICES &**   **LAW &**   **MARITIME**   **HOW YOU**   **NEWS &**   **CONTACT US/**                **DONATE TO**
               **MINISTRY**      **ADVOCACY**  **EDUCATION**   **CAN HELP**   **EVENTS**   **GET HELP**

## MISSION STATEMENT
Under revision 2006

Founded in 1834 and affiliated with the Episcopal Church, the
Seamen's Church Institute of New York & New Jersey (SCI) is
the largest, most comprehensive mariners' agency in North
America. Annually, its chaplains visit 3,400 vessels in the Port of
New York and New Jersey and along 2,200 miles of America's
inland waterways. SCI's maritime education facilities provide
navigational training to nearly 1,600 mariners each year through
simulator-based facilities located in Houston, TX and Paducah,
KY. The Institute and its maritime attorneys are recognized as
leading advocates for merchant mariners by the United States
Government, including the Congress, the U.S. Coast Guard, the
Department of Homeland Security, as well as the United Nations,
the International Maritime Organization, the International Labor
organization and maritime trade associations.

241 Water Street, New York, NY 10038    212.349.9090    sci@seamenschurch.org          Back to Top    Back




Return to home page

EVENT RENTALS @241 WATER STREET    PRINTER FRIENDLY VERSION    E-MAIL TO A FRIEND    SEARCH

**ABOUT US**    **SERVICES & MINISTRY**    **LAW & ADVOCACY**    **MARITIME EDUCATION**    **HOW YOU CAN HELP**    **NEWS & EVENTS**    **CONTACT US/ GET HELP**    **DONATE TO**

## SERVICES FOR MARINERS

The staff and volunteers at SCI's Seafarers' Center in Port Newark welcome over 57,000 seafarers, port workers, and truckers each year in a comfortable, friendly environment for relaxation, recreation, and spiritual refreshment. Trained chaplains and ship visitors provide social and pastoral services to seafarers entering the port of New York and New Jersey, visiting nearly 3,000 vessels each year.

Chaplains and staff also provide social services and pastoral care to over 7,000 cruise ship workers at the New York Cruise Ship Terminal in Manhattan and at Cape Liberty in Bayonne, NJ.

Inland, mariners working on America's rivers and waterways endure long periods away from home and family. SCI's Ministry on the River is the only network of pastoral care available to the more than 30,000 of these inland mariners. SCI's chaplains visit mariner onboard vessels from Pittsburgh to Houston.

From its headquarters in New York City, SCI provides a center for research, legal assistance and training on issues relating to seafarers' abuse and exploitation. It offers free legal counseling, assistance and referrals to merchant seafarers and seafarers' welfare agencies worldwide. SCI's lawyers regularly handle cases ranging from denial of shore leave and unpaid wages to preparing a petition to the International Court of Justice to free a ships' crew held hostage for over two years by an African warlord. Addressing an issue of great significance to today's mariner, SCI is helping authorities develop reliable seafarers' credential systems that strike a reasonable balance between security and seafarers rights.

The Seamen's Church Institute
of New York & New Jersey
241 Water Street
New York, NY 10038
Tel: 1 212 349-9090
Fax: 1 212 349-8342
EDoffice@seamenschurch.org



Rev. David M. Rider
President & Executive Director

 

Return to home page

EVENT RENTALS @241 WATER STREET          PRINTER FRIENDLY VERSION     E-MAIL TO A FRIEND     SEARCH

| ABOUT US | SERVICES & MINISTRY | LAW & ADVOCACY | MARITIME EDUCATION | HOW YOU CAN HELP | NEWS & EVENTS | CONTACT US/ GET HELP | DONATE TO |

## SEAFARERS' RIGHTS

The Seamen's Church Institute is a worldwide resource for legal research, education, advocacy and assistance on seafarers' rights issues.

From its offices in New York's South Street Seaport, the Seamen's Church Institute's Center for Seafarers' Rights upholds the Institute's historic mission of advocating for the rights of the world's seafarers. Since 1834, the Institute has sought to promote merchant mariners' dignity, well-being and professional training.

The Seamen's Church provides a center for research, legal assistance and training on issues relating to seafarers' abuse and exploitation. It provides free legal counseling, assistance and referrals to merchant seafarers and seafarers' welfare agencies worldwide. The Institute's lawyers regularly handle cases ranging from denial of shore leave and bad food to preparing a petition to the International Court of Justice to free a ships' crew held hostage for over two years.

The Institute also works to improve national and international law and practices protecting mariners and improving maritime safety and security. Institute attorneys regularly participate in International Maritime Organization, International Labor Organization, United States Congressional and other countries' legislative deliberations relating to seafarers' issues. The Institute was instrumental in changing national and international standards relating to stowaways, piracy, repatriation, medical care, shore leave and security.

The Institute collaborates with the maritime industry and organizations that share its concern for the problems caused by sub-standard ships. Contributions from individuals, corporations and organizations help it to continue efforts to publish seafarers' rights pamphlets, upgrade the level of ship operations, provide crucial pro-bono legal assistance to exploited seafarers

The Seamenâ€™s Church Institute
Center for Seafarersâ€™ Rights
241 Water Street
New York, NY 10038
Tel: 1.212.349.9090
Fax: 1.212.349.8342
csr@seamenschurch.org



Douglas B. Stevenson
Director, Policy, Advocacy, & Law

industry.

241 Water Street, New York, NY 10038    212.349.9090    sci@seamenschurch.org    Back to Top    Back





Return to home page

EVENT RENTALS @241 WATER STREET

PRINTER FRIENDLY VERSION     E-MAIL TO A FRIEND     SEARCH

**ABOUT US**  **SERVICES &**  **LAW &**  **MARITIME**  **HOW YOU**  **NEWS &**  **CONTACT US/**
**MINISTRY**  **ADVOCACY**  **EDUCATION**  **CAN HELP**  **EVENTS**  **GET HELP**

**DONATE TO**

TOP DECK

GALLERY

SEAFARER'S CLUB

CHAPEL

LIBRARY

DIRECTIONS

VENDORS

PHOTO GALLERY

## TOP DECK



For more information contact
Suzanne Morris
Rental Coordinator
212.349.9090 ext. 250
events@seamenschurch.org

Site visits are by appointment only.

With glass walls and a wrap around terrace the **Top Deck**
provides spectacular views of the Brooklyn Bridge and the Lower
Manhattan Skyline. Accommodating 85 people for a seated event
and 130 for a cocktail reception, this is the ideal place to host
your next event!

241 Water Street, New York, NY 10038    212.349.9090    sci@seamenschurch.org

Back to Top    Back

**JJ**

02/04/08 9:58 AM

*Riverside Church*

Form 54-39M-702919(D) ⬤ 115

# DEPARTMENT OF BUILDINGS

**BOROUGH OF** MANHATTAN , **THE CITY OF NEW YORK**

Page 1 of two sheets

No. **51887**

Date **February 17, 1960**

# CERTIFICATE OF OCCUPANCY

(Standard form adopted by the Board of Standards and Appeals and issued pursuant to Section 646 of the New York Charter, and Sections C.26-181.0 to C26-187.0 inclusive Administrative Code 2.1.3.1. to 2.1.3.7. Building Code.)

This certificate supersedes C. O. No. **51493**

To the owner or owners of the building or premises:

THIS CERTIFIES that the new—~~alter existing~~—building—premises located at
**480-487 Riverside Drive; 621-635 West 120th Street**
**91-93 Clermont Avenue**          Block  **1991** Lot **18,43,47, 49**
, conforms substantially to the approved plans and specifications, and to the requirements of the building code and all other laws and ordinances, and of the rules and regulations of the Board of Standards and Appeals, applicable to a building of its class and kind at the time the permit was issued; and
CERTIFIES FURTHER that, any provisions of Section 646F of the New York Charter have been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent.

N.B. ~~XXX~~ No.— **153-1955**          Construction classification— **Class 1 fireproof**

Occupancy classification— **Public Building** . Height Bsmt. & **7** stories, **117** feet.

Date of completion— **February 16, 1960** . Located in **Residence** Use District.

**B** Area **1½** . Height Zone at time of issuance of permit **1570-1958; 1595-1958**
**[418-1957;1816-1957;2007-1955;**
This certificate is issued subject to the limitations hereinafter specified and to the laws and resolutions of the Board of Standards and Appeals;    (Calendar numbers to be inserted here) **2543-1955;**
**1847-1955**

## PERMISSIBLE USE AND OCCUPANCY

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED | | | USE |
|---|---|---|---|---|---|
| | | MALE | FEMALE | TOTAL | |
| Sub-cellar | on ground | | | 5 | Garage for more than five (5) motor vehicles. |
| Cellar | 75 | | | 5 | Garage for more than five (5) motor vehicles. |
| Basement | 100 | | | 355 | Assembly rooms and studios. |
| 1st story | 100 | | | 1000 | Assembly hall and kitchen. |
| 1st story (Mezzanine) | 60 & 100 | | | 60 | Locker rooms and toilets. |
| 2nd story | 60 & 100 | | | 60 | Dining rooms. |
| 2nd story (Mezzanine) | 50 & 100 | | | 60 | Mechanical Equipment. |
| 3rd story | 100 | | | 260 | Library, Classroom and assembly rooms. |
| 4th story | 100 | | | 260 | Classrooms and assembly rooms. |
| 5th story | 100 | | | 260 | Church offices. |
| 6th story | 100 | | | 260 | Classrooms, assembly rooms and offices. |
| 7th story | 100 | | | 260 | Classrooms, assembly rooms and offices. |
| Roof | 100 | | | 200 | Play areas and mechanical equipment. |
| | | | | NOTE: | Premises to be occupied as an accessory to Riverside Church, a religious organization. |

continued on page 2

*Thomas V. Burke* (signature)

Borough Superintendent

CERTIFICATE WILL BE NULL AND VOID IF ALTERED IN ANY MANNER OR ADDITIONS ARE MADE THERETO.
(Page 1)

## NO CHANGES OF USE OR OCCUPANCY NOT CONSISTENT WITH THIS CERTIFICATE SHALL BE MADE UNLESS FIRST APPROVED BY THE BOROUGH SUPERINTENDENT

Unless an approval for the same has been obtained from the Borough Superintendent, no change or rearrangement in the structural parts of the building, or affecting the light and ventilation of any part thereof, or in the exit facilities, shall be made; no enlargement, whether by extending on any side or by increasing in height shall be made; nor shall the building be moved from one location or position to another; nor shall there be any reduction or diminution of the area of the lot or plot on which the building is located.

The building or any part thereof shall not be used for any purpose other than that for which it is certified.

The superimposed, uniformly distributed loads, or concentrated loads producing the same stresses in the construction in any story shall not exceed the live loads specified on reverse side; the number of persons of either sex in any story shall not exceed that specified when sex is indicated, nor shall the aggregate number of persons in any story exceed the specified total; and the use to which any story may be put shall be restricted to that fixed by this certificate except as specifically stated.

This certificate does not in any way relieve the owner or owners or any other person or persons in possession or control of the building, or any part thereof from obtaining such other permits, licenses or approvals as may be prescribed by law for the uses or purposes for which the building is designed or intended; nor from obtaining the special certificates required for the use and operation of elevators; nor from the installation of fire alarm systems where required by law; nor from complying with any lawful order for additional fire extinguishing appliances under the discretionary powers of the fire commissioner; nor from complying with any lawful order issued with the object of maintaining the building in a safe or lawful condition; nor from complying with any authorized direction to remove encroachments into a public highway or other public place, whether attached to or part of the building or not.

If this certificate is marked "Temporary", it is applicable only to those parts of the building indicated on its face, and certifies to the legal use and occupancy of only such parts of the building; it is subject to all the provisions and conditions applying to a final or permanent certificate; it is not applicable to any building under the jurisdiction of the Housing Division unless it is also approved and endorsed by them, and it must be replaced by a full certificate at the date of expiration.

If this certificate is for an existing building, erected prior to March 14, 1916, it has been duly inspected and it has been found to have been occupied or arranged to be occupied prior to March 14, 1916, as noted on the reverse side, and that on information and belief, since that date there has been an alteration or conversion to a use that changed its classification as defined in the Building Code, or that would necessitate compliance with some special requirement or with the State Labor Law or any other law or ordinance; that there are no notices of violations or orders pending in the Department of Buildings at this time; that Section 646F of the New York City Charter has been complied with as certified by a report of the Fire Commissioner to the Borough Superintendent, and that, so long as the building is not altered, except by permission of the Borough Superintendent, the existing use and occupancy may be continued.

"§ 646 F. No certificate of occupancy shall be issued for any building, structure, enclosure, place or premises wherein containers for combustibles, chemicals, explosives, inflammables and other dangerous substances, articles, compounds or mixtures are stored, or wherein automatic or other fire alarm systems or fire extinguishing equipment are required by law to be or are installed, until the fire commissioner has tested and inspected and has certified his approval in writing of the installation of such containers, systems or equipment to the Borough Superintendent of the borough in which the installation has been made. Such approval shall be recorded on the certificate of occupancy."

Additional copies of this certificate will be furnished to persons having an interest in the building or premises, upon payment of a fee of fifty cents per copy.

Form—241-1931 Certificate of Occupancy.                                    8A-2047-31-C.P.

## DEPARTMENT
# BUREAU OF BUILDINGS
### BOROUGH OF MANHATTAN, CITY OF NEW YORK

NYC **CERTIFICATE OF OCCUPANCY NO.** 19959    193

Supersedes Certificate of Occupancy No. 16578

To the owner or owners of the building:                          New York **Nov. 13,** 19 34

THIS CERTIFIES that the building located on Block **1991** Lot **32-41 pt of 22-42** on

known as **630 West 122nd Street-97 Clarement Ave.-465-97 Riverside Dr.**
**265' front**

under a permit, Application No. **1740 Alt of** 19 3 conforms to the approved plans and specifications accompanying said permit and any approved amendments thereto, and to the requirements of the building code and all other laws and ordinances and to the rules and regulations of the board of standards and appeals, applicable to a building of its class and kind, except that in the case of a building heretofore existing and for which no previous certificate of occupancy has been issued and which has not been altered or converted since March 14, 1916, to a use that changed its classification as defined in the building code; this certificate confirms and continues the existing uses to which the building has been put; and

CERTIFIES FURTHER that the building is of **fireproof** construction within the meaning of the building code and may be used and occupied as a **public** building as hereinafter qualified, in a **residence** district under the building zone resolution, subject to all the privileges, requirements, limitations and conditions prescribed by law or as hereinafter specified.

| STORY | LIVE LOADS Lbs. per Sq. Ft. | PERSONS ACCOMMODATED MALE | FEMALE | TOTAL | USE |
|---|---|---|---|---|---|
| Cellar | | | | 5 | Boiler, Machinery and Storage |
| Basement | 75-100 | | | 800 | Parish House |
| 1st Mezz. | 75 | | | 100 | Parish House |
| 1st Story | 100 | | | 1600 | Church and Chapel |
| 2nd " 1st gallery | 100 | | | 440 | Church |
| 3rd Story 2nd gallery | 75-100 | | | 440 | Church and Assembly |
| 4th to 7th Story | 75 on each | | | 52 on each | |
| 8th " | 75-100 | | | 175 | ASSEMBLY |
| 9th " | 75-100 | | | 75 | |
| 10th " | 75 | | | 66 | |
| 11th to 13th Story | 75 on each | | | 50 on each | |
| 14th & 15th Story | 75 on each | | | 75 on each | |
| 16th to 19th Story | 75-60 on each | | | 15 | Offices and Studios |
| 20th Story | 60 | | | 2 | Study |
| 21st " | | | | | Tanks and Machines |

This certificate is issued to **Joel D. Harder,**
**100 East 42nd St, City.**    , for the owner or owners.

(Page 1)

The superimposed, uniformly distributed loads, or their equivalent concentrated loads in any story shall not exceed the live loads specified above; the number of persons of either sex in any story shall not exceed that specified when sex is indicated, nor shall the aggregate number of persons in any story exceed the specified total; and the use to which any story may be put shall be restricted to that fixed by this certificate except as specifically stated.

The building or any part thereof shall not be used for any purpose other than that for which it is certified.

Unless specifically stated above, the building or any part thereof, if certified as a public building, shall not be used as a building in which persons are harbored to receive medical, charitable or other care or treatment, such as a hospital, asylum, etc., or in which persons are held or detained under legal restraint, such as a police station, jail, etc.; nor shall it be used as a motion picture theatre as defined in section 30, chapter 3, Code of Ordinances; nor as a theatre or opera house or other building intended to be used for theatrical or operatic purposes, or for public entertainment of any kind, for the accommodation of more than 300 persons.

Unless specifically stated above, the building or any part thereof, if certified as a residence building, shall not be used as a tenement house as defined in the tenement house law; nor shall it be used as any form of residence building having more than 15 sleeping rooms; nor shall it be used as a lodging house within the meaning of Sec. 1305 of the Greater New York Charter.

Unless specifically stated above, the building or any part thereof, if certified as a business building, shall not be used as a garage; motor vehicle repair shop or oil selling station as defined in section 1, chapter 10, Code of Ordinances; nor shall it be used for the generation or compression of acetylene; nor as a factory building as defined in the labor law; nor as a grain elevator; nor as a coal pocket.

Except as otherwise noted above, the building, or any part thereof, if located elsewhere than in an unrestricted district, shall not be used for any of the purposes enumerated in paragraph (a) of section 4 of the building zone resolution; nor for any trade, industry or use that is noxious or offensive by reason of the emission of odor, dust, smoke, gas, or noise; nor for any kind of manufacturing not already prohibited, except that, if located in a business district, not more than twenty-five per cent. of the total floor space may be so used, or space equal to the area of the lot to any case.

Except as otherwise noted above, the building, if certified as a garage, may not be used for more than five cars on any portion of a street between two intersecting streets, in which portion there exists an exit from or an entrance to a public school, or in which portion there exists any hospital maintained as a charitable institution; and in no case within a distance of 200 feet from the nearest exit from or entrance to a public school; nor within two hundred feet of any hospital maintained as a charitable institution.

If the building has, at any time previous to the issuance of this certificate, been the subject of an appeal to the board of appeals or of a petition to the board of standards and appeals resulting in modification or variation of law or any lawful requirement, the construction and arrangement of the building as specified in the resolution granting such modification or variation, must be maintained, and all conditions imposed by either board must be observed.

No change or re-arrangement in the structural parts of the building, or affecting the lighting or ventilation of any part thereof, or in the exit facilities, shall be made; no enlargement, whether by extending on any side or by increasing in height shall be made; nor shall the building be moved from one location or position to another; nor shall there be any reduction or diminution of the area of the lot or plot on which the building is located, until an approval of the same has been obtained from the superintendent of buildings.

This certificate supersedes each and every previously issued certificate of occupancy for this building or any part thereof, and each and every such previously issued certificate shall be null and void; and this certificate in turn becomes null and void upon the issuance of any new lawful certificate.

This certificate does not in any way relieve the owner or owners, or any other person or persons in possession or control of the building, or any part thereof, from obtaining such other permits or licenses as may be prescribed by law for the uses or purposes for which the building is designed or intended; nor from complying with any lawful order issued with the object of maintaining the building in a safe or lawful condition; nor from complying with any authorized direction to remove encroachments into a public highway or other public place, whether attached to or part of the building or not.

This certificate does not authorize the use or operation of any elevator in the building without the special certificate required by section 563 of the building code.

If the building is or is required to be equipped with standpipes or other fire extinguishing or gas shut off appliances, this certificate is not complete until such standpipes or other appliances have been inspected by the fire department (or by the Tenement House Department in the case of a gas shut off in a tenement house) and approved in writing, either in a separate certificate or by endorsement upon this certificate. (Space for such endorsement is provided on page 4 of this certificate.)

If this certificate is marked "Temporary," it is applicable only to those parts of the building indicated on its face, and certifies to the legal use and occupancy of only such parts of the building; it is subject to all the provisions and conditions applying to a final or permanent certificate; it is not applicable to a tenement house unless also approved by the tenement house commissioner; and it must be replaced by a full certificate as soon as the entire building is completed according to law and ready for occupancy.

The word "class" as used in this certificate refers to the classification of buildings in the building code (section 70)(8)

This certificate is issued in accordance with the provisions of section 411-a of the Greater New York Charter and of section 5 of chapter 5 (Building Code) of the Code of Ordinances of the City of New York.

Examined

*Samuel Finsel*

xxxxxxxxxent of Buildings, Borough of Manhattan.

**Commissioner**

Additional copies of this certificate will be issued, upon written request, to persons having a proprietary interest in the building.

(Page 2)

## Riverside Church

The Church seeks to be a community of faith. Its members are united in the worship of God known in Jesus, the Christ, through the inspiration of the Holy Spirit. The mission of the Church is to serve God through word and witness; to treat all human beings as sisters and brothers; and to foster responsible stewardship of all God's creation.



The Church commits itself to welcoming all persons, celebrating the diversity found in a congregation broadly inclusive of persons from different backgrounds of race, economic class, religion, culture, ethnicity, gender, age and sexual orientation. Members are called to an individual and collective quality of life that leads to personal, spiritual and social transformation, witnessing to God's saving purposes for all creation. Therefore, the Church pledges itself to education, reflection, and action for peace and justice and the realization of the vision of the heavenly banquet where all are loved and blessed.



Approved by the Religious Society of The Riverside Church on May 17, 1992



THE RIVERSIDE CHURCH
**FAITH-BASED PROCLAMATIONS**
**Download Here**



## Who We Are

**The Three "I"s...**
We are an interdenominational, interracial, & international congregation.

**Membership**
The Riverside Church has 2,400 members and affiliates. Its members come from more than 40 different denominational, national, ethnic, and cultural backgrounds.

**Affiliations**
The church is interdenominational. It is affiliated with both the United Church of Christ and the American Baptist Churches and cooperates with the Council of Churches in the



*The Rev. Dr. James A. Forbes, Jr.,*
*Senior Minister Emeritus*

City of New York as well as the New York State, National, and World Councils of Churches.

**Governance**
The Church Council, comprised of 18 elected members of the congregation, is responsible for the spiritual well-being, fiscal matters, and property of the church, and oversees the various commissions and committees of the church.

**Programs**
Check out our Programs page for a complete listing of our various ministries.

**Building**
The church is modeled after the 13th Century gothic cathedral in Chartres, France. Construction began in 1927 with the first service held on October 5, 1930. The Nave seats over 2,100 worshipers. The 20-floor tower contains meeting rooms and the 74-bell Laura Spelman Rockefeller Memorial Carillon. The Carillon's 20-ton Bourdon bell is the largest turned bell in the world. The smallest bell in our Carillon weighs 10 pounds.

**Senior Ministers**
The Rev. Dr. Harry Emerson Fosdick, 1930 - 1946
The Rev. Dr. Robert James McCracken, 1946 - 1967
The Rev. Dr. Ernest T. Campbell, 1968 - 1976
The Rev. Dr. William Sloane Coffin, Jr., 1977 - 1987
The Rev. Dr. James A. Forbes, Jr., 1989 - 2007

**Clergy**
The Rev. Bob Coleman
The Rev. Elice Higginbotham
The Rev. J. Lee Hill Jr.
The Rev. Dr. Joan Kavanaugh
The Rev. Patricia A. Lawson
The Rev. Dr. Thomas L. Stiers
The Rev. Linda Tarry-Chard
Rev. Dr. Arnold Isidore Thomas



*Clockwise from top left:*
*Fosdick, McCracken, Campbell,*
*Coffin Jr.*

| Worship | Music & Events | Membership | Get Involved | Spiritual Renewal |
|---|---|---|---|---|
| About Us | Riverside News | Stewardship | Gift Shop | Contact Us |

Search: | Entire Site ▼ | GO        Explore Programs & Ministries... ▼



**Interim Senior Minister**



**Your Perfect Wedding**



**Looking Ahead**

The Riverside Church
*e-newsletter*

**Subscribe Today**

The
RIVERSIDE CHURCH
**ONLINE GIFT SHOP**

**Gifts for the Spirit**



**Arts to Inspire**



**For a Better Life**

# Riverside at a Glance

## Christ Chapel Chamber Series

On Sunday January 6, we are delighted to have a former Riverside Choir member return for a very special recital. Sidney Outlaw made his Avery Fisher Hall debut in May 2007 under the baton of Maestro James DePriest as the soloist for Beethoven's Symphony No. 9.

⬚ **Sidney Outlaw and Warren Jones**

Related Topics: More Information

## Record Collection Sale

The Riverside Church is selling a huge collection of vinyl records consisting of Classical Music, Jazz, Opera, Popular Film Soundtracks, and Show Tunes. There are over 6000 records in superb condition to choose from. Some records are boxed sets and many are double disk recordings that are still in their original wrapping and have never been played.

⬚ **Over 6000 Titles**

Related Topics: Searchable Database

## Annual Wedding Open House

On Saturday, January 19th you can learn all you ever wanted to know about having your Wedding at The Riverside Church and enter a drawing to win a free wedding ceremony! Take a tour and walk the aisles of our lovely sanctuaries, see our reception rooms, and meet our premiere in-house caterer and wedding ceremony consultant.

⬚ **Win a Free Wedding**

Related Topics: More Information - Wedding Open House

## Recent Stories

⬚ **New Year's Eve Service of Worship**

# Upcoming Events

## Worship Schedule →

**Sunday: (live webcast)**
8:15 am - Morning Light Gathering
10:45 am - Service of Worship
**Wednesdays,**
7:00 pm - Creating a Space for Grace
Assembly Hall
**Monday**
6-7 p.m., Prayer & Meditation
Christ Chapel
**Thursdays**
6-7 p.m., Prayer & Meditation
Meditation Chapel

⬚ **Download Worship Bulletin**
⬚ **This Week - Next Week**
⬚ Discounted Parking Information

## Guest Preachers →

January 20, 2008:
The Rev. Dr. Dr. Roy A. Medley>

## Featured Events →

**Saturday, January 19th**
**12:00PM-2:30PM**
Annual Wedding Open House

**Sunday, January 27th**
**1:00PM-3:00PM**
Annual Choir Benefit

⬚ **All Theatre Events**
⬚ **All Music Events**

January

- Jesus Birthday Celebration
- Christmas Eve Lessons & Carols Service
- More News  `XML`

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
|   |   | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 |   |   |

**About Us | Jobs | Directions | Contact Us | Links**

© 2001-2005 The Riverside Church New York City, 490 Riverside Drive New York, New York 10027, All Rights Reserved

## Worship Schedule

**Sunday Worship Webcasts:**

**This Week (January 13th):** Coming Soon
**Last Week (January 6th):** Listen On-
Demand

 To listen you must have Windows Media
Player installed.

CDs of previous services available for
purchase

Worship services at Riverside reflect in their
diversity who we are and fortify us for our
mission of bringing the message of progressive
Christianity to the city, nation, and world.
Whether you join us for the **Sunday morning
service** in the beautiful nave or for the more
intimate **Space for Grace** on Wednesday
evenings, you will find your spirit renewed
"for the living of these days." Come for great
preaching, for inspiring music from many
traditions, for quiet prayer and for the
companionship of a multicultural congregation.
But do come. **You will be changed**.

**Please visit the event calendar for details on
any specific worship event.**

**Sunday**
8:15 a.m.
Morning Light Gathering features meditation
and spiritual reflection with Wellness Center
staff and participants.

10:45 a.m. The Service of Worship is held
weekly in the Nave. Communion is celebrated
on the first Sunday of the month followed by a
Healing Service.

**Mondays & Thursdays**
6:00 p.m.
Lay-led Prayer and Meditation Services are
held in Christ Chapel.

**Wednesday**
7:00 p.m.
A worship service, Creating a Space for Grace,
is held in the Assembly Hall. The service
features preaching, prayer, and music to revive
the spirit mid-week. A soup supper is offered
at 6:30 p.m. Holy Communion is observed
every 3rd Wednesday.

**Weeknight Prayer & Meditation**
Ever feel you need someone to pray with?
Come join us on Monday and Thursday
evenings for prayer, song, praise, and scripture
reading. We are a dedicated group of church
members that meets weekly to address
individual and communal prayer concerns. All
are welcome to join us in Christ Chapel (except
on holidays) from 6:00 p.m. to 7:00 p.m.



Worship       Music & Events       Membership       Get Involved       Spiritual Renewal
About Us       Riverside News       Stewardship      Gift Shop         Contact Us



| | January | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

Sort By Type

- All Event Types
- 75th Anniversary
- Church Council
- Education
- Family Arts Festival
- Fosdick Convocation
- Health & Wellness
- Membership
- Music
- Parish Life
- Riverside Hawks
- Social Justice
- Theatre
- Weddings
- Weekday School
- Worship
- Young Adult
- Youth

Advanced Sort

○ Current   ○ Range:

Jan   8   08

Jan   31   08

Update Range



Site Tools:

Printable Version

Send This Page

Search: [ Music & Events ▼ ] GO

 Explore Progams & Ministries... ▼

# Music & Events

« **January 2008** »

**WED 9**

**Space for Grace**
7:00PM - 9:00PM

**THU 10**

**Weeknight Prayer Service**
6:00PM - 7:00PM

**SUN 13**

**Revelation: Horror or Hope?**
9:00AM - 10:30AM

**Service of Worship**
**First Sunday after Epiphany**
10:45AM - 12:00PM
The Rev. Dr. Thomas L. Stiers, preaching. Sermon--"Grace Awakening" Hebrew Bible lesson--Isaiah 42: 1-9 Gospel Lesson--Matthew 3: 13-17

**The Way**
12:30PM - 2:00PM
A non-judgmental fellowship open to all college and young adults who are journeying along the Christian path. Lunch is served and new members and friends are always welcome. For more inform...

**MON 14**

**Weeknight Prayer Service**
6:00PM - 7:00PM

**WED 16**

**Space for Grace**
7:00PM - 9:00PM





**Worship**
Information and Schedule

**Theatre**
Mission, History and Rentals

**Music**
Mission and History



**Carillon**
History and Photos

**Organ**
History and Photos

THU **17**

**Weeknight Prayer Service**
6:00PM - 7:00PM

SAT **19**

**Annual Wedding Open House**
12:00PM - 2:30PM
Find out all you ever wanted to know about having your
Wedding at the historic Riverside Church. And, enter a drawing
to win a free wedding ceremony! T...

SUN **20**

**Service of Worship**
**Second Sunday after the Epiphany**
10:45AM - 12:00PM
The Rev. Dr. Roy A.. Medley, preaching.

MON **21**

**Weeknight Prayer Service**
6:00PM - 7:00PM

WED **23**

**Space for Grace**
7:00PM - 9:00PM

THU **24**

**Weeknight Prayer Service**
6:00PM - 7:00PM

SUN **27**

**Service of Worship**
**Third Sunday after the Eiphany**
10:45AM - 12:00PM
Kanyere Eaton, preaching.

**The Way**
12:30PM - 2:00PM
A non-judgmental fellowship open to all college and young
adults who are journeying along the Christian path. Lunch is
served and new members and friends are always welcome. For
more inform...

**Annual Choir Benefit**
1:00PM - 3:00PM
The Riverside Choir Gala Benefit Brunch Dale Zurbrick, master
of ceremonies What do Baseball, Batman, Brooklyn's
Verrazano-Narrows Bridge, Hattie McDaniel and Harley Davi...

MON **28**

**Weeknight Prayer Service**
6:00PM - 7:00PM

**WED 30**

**Space for Grace**
7:00PM - 9:00PM

**THU 31**

**Weeknight Prayer Service**
6:00PM - 7:00PM

**About Us | Jobs | Directions | Contact Us | Links**

© 2001-2005 The Riverside Church New York City, 490 Riverside Drive New York, New York 10027. All Rights Reserved

# The Riverside Theatre

The Riverside Theatre presents a diverse range of programming, that includes cutting edge choreography in our dance festival, heart wrenching documentaries like Congo: Red Rubber, White King, Black Death and the enchanting theatrical Orisha Tales. Bring your entire family for the NY Family Arts Festival, let your kids explore their creativity and talents in our Youth Theatre or visit one of our exhibits.

You will find as many as 120 annual performances of dance, music and drama to choose from. We want to engage, educate, and inspire you. Whether you want to attend original dance productions, film premieres, musicals, plays or volunteer as an usher, The Riverside Theatre welcomes you.



**Visit the official website**

▣ Rental Information

For online tickets:



**Upcoming Theater Events**

⊞ More Upcoming Theater Events

## Rentals & Services

### Let Riverside be the Site for Your Next Special Event!

Organizations and individuals looking to hold weddings, receptions, concerts, rehearsals, conferences, video productions and meetings in a unique public space will feel right at home at The Riverside Church.

We offer a wonderful blend of history and architectural design which translates beautifully to the many locations within the building. This historic landmark provides both grand and intimate spaces and some premium amenities from staging to working fireplaces, all lending warmth and ambience to your special event. We also provide in house catering, dressing rooms, event planners and floral options.

Riverside's 400-ft tower, which is home to the world's largest tuned bell, also contains 20-floors of meeting rooms and several rehearsal rooms with pianos.

The spaces listed below may also be used for orchestra and\or chorus rehearsals, recitals and concerts. Contact Rental Manager Angela Gregory for booking arrangements and rehearsal fees for the Assembly Hall, 9T Lounge and South Hall. We also rent bass stools, music stands, stand lights and selected rehearsal equipment.

**PLEASE NOTE:**
Reception spaces include roundtables, long tables, and chairs, but the rates do not include security deposits or cleanup fees.

**THE NAVE**
The splendor of our main worship space with its stained glass windows should serve as the perfect backdrop for any event that requires a room of this size.

Size: The Nave measures 96 feet in length and 64 feet in width.

Capacity: With its two balconies, seats about 1900.

Fee: The cost for concerts, rehearsals, lectures, etc., varies. Please contact us for the fee

---

For **information**, call Loleta Nicholson, Manager, Rentals & Programs Services, at 212.870.6766 or email LNicholson@theriversidechurchny.org

For **weddings**, please call Loleta Nicholson, at 212.870.6762 or email LNicholson@theriversidechurchny.org

For **memorials and funerals**, please call Angela Haddock at 212.870.6703 or email ahaddock@riversidechurch.net

For **Theater Rentals**, please call Jewel Kinch at 212.870.6877 or email jkinch@@riversidechurch.net



Graduation in the Nave

schedule.

**THE SOUTH HALL**
Size: Our largest reception hall, South Hall, measures 86 feet in length and 62 feet in width and comes with a full stage area and lobby.
Capacity: The space can accommodate a party of 350 for a formal sit-down dinner with cocktail reception area or 500 for an open floor reception.

Fee: Organizations using the South Hall for special events are required to pay a fee to support the work of the church. Please contact Angela Gregory for all fees.

**THE ASSEMBLY HALL**
This large gothic-style space with stone pillars and a stage, includes a full kitchen with an ice machine.

Size: The space can accommodate a party of 250 for a formal sit-down dinner and 500 for an open floor reception.

Fee: Organizations using the Assembly Hall for special events are required to pay a fee to support the work of the church. Please contact Angela Gregory for all fees and rates.

**THE NINTH FLOOR LOUNGE**
Of all Riverside's reception halls, the most spectacular is the Ninth Floor Lounge with its view of the Hudson River and New Jersey on one side and urban sprawl on the other. This beautiful gothic space with its own wood-burning fireplace comes with a full kitchen and a smaller side room perfect for coat-check or waiting room.

Size: The Lounge measures 37 feet in length and 65 feet in width.

Capacity: The space can accommodate a party of 100 for a formal sit-down dinner.

Fee: Organizations using the Ninth Floor Lounge for special events are required to pay a fee to support the work of the church. Please contact Angela Gregory for all fees and rates.

**THEATER RENTALS**

The Theatre of The Riverside Church is available for rentals to produce your theater, dance, and film programs.... To book a performance, call Jewell Kinch, Theatre Manager, at 212.870.6877.


South Hall


Assembly Hall


Room 9T


Room 9T

**General Description:**

Traditional **Proscenium** Theater with Apron extension and false proscenium legs (masking soft goods) creating full DS of curtain line with exits SR and SL. Total of 250 seats (180 raked and 70 free) located at front and rear levels. Lighting Booth located in back of house on C\L with full view of stage. Two (2) dressing rooms located off SL to accommodate 10-1 5 people each; both equipped with toilets, hot and cold sinks, and make-up mirrors with lights.

⬚ Download the full specifications (pdf)



Theater - Audience View



Theater - Rear View