

# Davis Wright Tremaine LLP

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

VICTOR A. KOVNER  
DIRECT (212) 489-8230  
victorkovner@dwt.com

1633 BROADWAY  
NEW YORK, NY 10019-6708

TEL (212) 489-8230  
FAX (212) 489-8340  
www.dwt.com

**MEMO ENDORSED**

February 19, 2008



**By Hand**

Hon. Deborah A. Batts  
United States District Judge  
United States District Court for the  
 Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:  *Third Church of Christ, Scientist v. City of New York, et al.;*  
 *07 CV 10962 (DAB)*

Dear Judge Batts:

This firm represents plaintiff Third Church of Christ, Scientist in this matter. I write to request permission to file a reply brief in excess of Your Honor's normal 10-page limit.  
*GRANTED 15 PGS /DAB/*

We received Defendants' opposition papers on February 8, 2007. Having sought and received permission from the Court, their memorandum of law was 30 pages long and was accompanied by a 50-page declaration that continues a fair amount of argument, together with over 500 pages of exhibits. Counsel is making every effort to be concise, but plaintiff respectfully requests leave to file a reply memorandum of law that is up to 15 pages long. We are authorized to report that defendants do not object to this request.

**MEMO ENDORSED**

Thank you for your consideration.

Respectfully submitted,

Victor A. Kovner

**SO ORDERED**  
*Deborah A. Batts*  
**DEBORAH A. BATTS**  
**UNITED STATES DISTRICT JUDGE**

cc:  Ave Maria Brennan, Esq. (by email)

2/21/08