```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: March 3, 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FIRST CHURCH OF CHRIST, SCIENTIST,
OF NEW YORK CITY,

                Plaintiff,

    -against-

CITY OF NEW YORK, and PATRICIA LANCASTER,
in her official capacity as Commissioner

               Defendants.
------------------------------------X

07 Civ. 10962 (DAB)
ORDER

DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of correspondence from the Parties dated February 22, 2008, February 25, 2008, and February 26, 2008.

    The Court is hereby GRANTING pre-hearing discovery including Plaintiff's requests for documents and depositions from several religious and non-religious institutions that may conduct similar catered events to those at issue in this matter, as well as document requests and depositions of City officials who may have knowledge relevant to the Church's claims. Further, should the City wish to conduct pre-hearing discovery, it can take advantage of this time for that purpose as well. Parties shall have ninety (90) days from the date of this Order. There shall be no extensions.

    SO ORDERED.

Dated:    New York, New York
           March 3, 2008

                                          Deborah A. Batts
                                          United States District Judge