UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------x

THIRD CHURCH of CHRIST, SCIENTIST, of
NEW YORK CITY,

                Plaintiff,

      - against -

THE CITY OF NEW YORK and PATRICIA J.
LANCASTER, in her official capacity as,
Commissioner of the New York City Department
of Buildings,

                Defendants.

------------------------------------------------------------x

07 Civ. 10962 (DAB)

**PLAINTIFF'S NOTICE
OF MOTION TO COMPEL**

PLEASE TAKE NOTICE that, upon the annexed declaration of Monica Pa, Esq., sworn to on April 11, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all other pleadings and proceedings, Plaintiff Third Church of Christ, Scientist, of New York City, will move before the Honorable Deborah A. Batts, United States District Judge, Southern District of New York, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, on April 21, 2008 at 9:30 a.m., or such other time and place as the Court may direct, for an order compelling non-parties The Riverside Church and St. Ignatius of Loyola Church to comply with the Subpoena, served on each of them on March 6, 2008, pursuant to

Rule 45 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 11, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
Victor A. Kovner (VAK 2248)
John Cuti (JC 3365)
Monica Pa (MP 3307)
1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiff Third Church of Christ, Scientist, of New York City*

TO:

Frank Patton, Jr., Esq.
Patton, Eakins, Lipsett, Holbrook & Savage
420 Lexington Avenue
New York, New York 10170
*Attorney for Non-Party The Riverside Church*

Deborah A. Bryant, Esq.
Cullen and Dykman, LLP
44 Wall Street
New York, New York 10005
*Attorney for Non-Party St. Ignatius of Loyola Church*

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
100 Church Street
37th Floor
New York, New York 10007
(212) 788-0782
*Attorneys for Defendants*