UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

THIRD CHURCH of CHRIST, SCIENTIST, of
NEW YORK CITY,

                Plaintiff,

   - against -

THE CITY OF NEW YORK and PATRICIA J.
LANCASTER, in her official capacity as,
Commissioner of the New York City Department
of Buildings,

                Defendants.

------------------------------------------------------------- x

07 Civ. 10962 (DAB)

**PLAINTIFF'S NOTICE
CROSS-MOTION**

PLEASE TAKE NOTICE that, upon the annexed declaration of Monica Pa, Esq., sworn to on April 17, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all other pleadings and proceedings, Plaintiff Third Church of Christ, Scientist, of New York City, will cross-move before the Honorable Deborah A. Batts, United States District Judge, Southern District of New York, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, on such time and place as the Court may direct, for an order compelling non-party The Metropolitan Club to comply with the Subpoena, served on March 6,

NYC 196008v1 0085520-000001

2008, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Dated: New York, New York
      April 11, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
Victor A. Kovner (VAK 2248)
John Cuti (JC 3365)
Monica Pa (MP 3307)
1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiff Third Church of Christ, Scientist, of New York City*

TO:

Neil G. Sparber, Esq.
Fulbright & Jaworski LLP
666 Fifth Ave., 31st Floor
New York, New York 10103
*Attorney for Non-Party The Metropolitan Club*

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
100 Church Street
37th Floor
New York, New York 10007
(212) 788-0782
*Attorneys for Defendants*

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

       I, Alberta Pellegrino, being sworn, say: I am not a party to the action, am over 18 years of age and reside in Staten Island, New York. On April 17, 2008, I caused to be served the within **Plaintiff's Notice Cross-Motion, Plaintiff's Memorandum of Law in Opposition to Non-Party the Metropoltian Club, Inc. Motion to Quash and in support of Plaintiff's Cross Motion to Compel and Declaration of Monica PA in support of Motion to Compel** by depositing a true copy thereof enclosed by Hand Delivery, addressed to the following at the last known address set forth after their name:

Neil G. Sparber, Esq.
Fulbright & Jarorski LLP
666 Fifth Avenue- 31st Floor
New York, New York 10103

*Attorney for non-party, Metropolitan Club*

_____
Alberta Pellegrino

Sworn to before me this
17th day of April, 2008.

_____
Notary Public

LORETTA E. PERRY
NOTARY PUBLIC, State of New York
No. 24-4931617
Qualified in Kings County
Commission Expires August 1, 2010

NYC 194058v1 0024663-002441