UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------ x

THIRD CHURCH of CHRIST, SCIENTIST, of
NEW YORK CITY,

                Plaintiff,

       - against -

THE CITY OF NEW YORK and PATRICIA J.
LANCASTER, in her official capacity as,
Commissioner of the New York City Department
of Buildings,

                Defendants.

------------------------------------------------------------ x

07 Civ. 10962 (DAB)

**PLAINTIFF'S NOTICE
OF MOTION TO COMPEL**

      PLEASE TAKE NOTICE that, upon the annexed declaration of Monica Pa, Esq., sworn to on April 21, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all other pleadings and proceedings, Plaintiff Third Church of Christ, Scientist, of New York City, will move before the Honorable Deborah A. Batts, United States District Judge, Southern District of New York, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, at such time and place as the Court may direct, for an order compelling non-parties 570 Park Avenue Apartments, Inc., 580 Park Avenue, Inc., Susan Relyea, as a Member of the Co-Op Board of 580 Park Avenue, Inc., and The Beekman Tenants Corporation, to comply with the subpoenas served upon them on March 6, 2008 and April 2, 2008, pursuant to

NYC 195432v1 0085520-000001

Rule 45 of the Federal Rules of Civil Procedure.

Dated: New York, New York
April 21, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
Victor A. Kovner (VAK 2248)
John Cuti (JC 3365)
Monica Pa (MP 3307)
1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiff Third Church of Christ, Scientist, of New York City*

TO:

Charles Palella
Kurzman Karelsen & Frank LLP
230 Park Avenue
New York, New York 10169
*Attorney for Non-Party 570 Park Avenue Apartments, Inc., 580 Park Avenue, Inc., Susan Relyea, as a Member of the Co-Op Board of 580 Park Avenue, Inc., and The Beekman Tenants Corporation*

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
100 Church Street
37th Floor
New York, New York 10007
(212) 788-0782
*Attorneys for Defendants*