Exhibit H




NYC Department of Buildings
280 Broadway, New York, NY 10007
Patricia J. Lancaster, FAIA, Commissioner

**Fatma Amer, PE**
Deputy Commissioner
212.566.3248
212.566. 3796 fax
fatmaa@buildings.nyc.gov

November 30, 2007

R. Fulton Macdonald
Third Church of Christ, Scientist
583 Park Avenue
New York, NY 10021

Louis Rose
Rose Group Park Avenue LLC
583 Park Avenue
New York, NY 10021

Michael L. Goldblum
The Building Studio LLP
307 West 38 Street – Room 1701
New York, NY 10018

Re: Revocation of Approval and Permit
583 Park Avenue, Manhattan (the "premises")
Application No. 104511495

Gentlemen:

On October 29, 2007, the Department of Buildings ("Department") issued a Notice of Intent to Revoke the referenced permit for failure of the catering establishment at the premises to comply with the Zoning Resolution's accessory use provisions. The Department has not received any information suggesting that the catering establishment complies with zoning. Accordingly, we find that the catering establishment is not "clearly incidental to" the Church's primary use of the premises. Rather it appears to be a principal commercial establishment there. Therefore, the referenced approval and permit is hereby revoked.

As noted in the October 29, 2007 letter, the Department will continue to issue Temporary Place of Assembly permits, but only to the extent of those 39 events booked at the catering facility for a period of six months from October 29, 2007 and appearing on the list of events provided to the Department November 5, 2007. A copy of that list is attached.

Sincerely,

Fatma Amer
Deputy Commissioner for Technical Affairs

C: Christopher Santulli
Phyllis Arnold
Michael Alacha
Barry Romm
Dileep Khedekar
Max Lee
Dennis Zambotti
Application folder
Revocation file
Premises file
Mona Sehgal
Felicia Miller
Angelina Martinez-Rubio
Victor Kovner
Jay A. Segal
Phyllis H. Weisberg