Exhibit I

LAW OFFICES
# KURZMAN KARELSEN & FRANK, LLP
230 PARK AVENUE
NEW YORK, NY 10169
(212) 867-9500

FACSIMILE
(212) 599-1759

www.kurzman.com

ERNEST L. BIAL
LEE D. UNTERMAN
PHYLLIS H. WEISBERG
M. DAVIS JOHNSON
ISAAC A. SAUFER
CHARLES PALELLA
JOSEPH P. TUCKER
JOANNE SEMINARA

SAMUEL B. SEIDEL (1903-2003)

NEW JERSEY DIAL
(973) 273-0455
FAX (973) 273-0458

MARISSA A. WINTER
PAUL J. McGEOUGH
SANDRA DEFEO
ANTHONY T. AGOLIA

COUNSEL
STANLEY E. MARGOLIES
RICHARD E. MILLER
JOSEPH F. SEMINARA
HON. LOUIS C. PALELLA
(JUSTICE, NYS SUPREME COURT, RET.)
DAVID YAVARKOVSKY
EUGENE HABER
ARTHUR R. BLOCK

March 19, 2008

**VIA EMAIL** (johncuti@dwt.com)
**& FIRST-CLASS MAIL**

John R. Cuti, Esq.
Davis Wright Tremaine LLP
1633 Broadway – 27th Floor
New York, NY 10019-6708

Re: Third Church of Christ, Scientist v. City of New York, et al.
Index No. 07 CV 10962 (DAB)

Dear Mr. Cuti:

We represent The Beekman Hotel, 580 Park Avenue and 570 Park Avenue, with respect to non-party subpoenas served by your firm the above action.

Confirming my voicemail to you, we are requesting additional time to comply with the subpoenas.

If acceptable, please countersign and return a copy of this letter to evidence your agreement that the time for these parties to provide documents and/or provide objections and a privilege log for any privileged documents is extended to April 10, 2008. We would also like to discuss with you a date for the deposition of Ms. Susan Relyea thereafter.

Thank you for your consideration.

Very truly yours,
KURZMAN KARELSEN & FRANK, LLP

Charles Palella

CP:pb

**ACCEPTED & AGREED TO**
Davis Wright Tremaine LLP

By: _____
John R. Cuti, Esq.

192965.1