Third Church of Christ, Scientist, of New York City v. The City of New York et al.
Index No. 07 Civ. 10960

# CATEGORICAL PRIVILEGED DOCUMENTS LOG[1]

| DESCRIPTION OF DOCUMENTS | NATURE OF PRIVILEGE |
|---|---|
| Documents[2] and/or Communications[3] by, between and/or among Kurzman Karelsen & Frank, LLP (Phyllis Weisberg, Esq. and/or Joanne Seminara, Esq.) and the Preservation Coalition and/or any of its members re: billing and payments | A/C |
| Documents and/or Communications by and between Patrick Rohan, Kim Voigt, Christine Taylor and Phyllis Weisberg, Esq. re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority as well as current litigation | WPD |
| Documents and/or Communications by, between and/or among Phyllis Weisberg, Esq., Joanne Seminara, Esq., Jim Grossman, the Preservation Coalition and/or any of its members re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority as well as current litigation | A/C and WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Rubenstein Associates, Inc. re: billing and payments | A/C and WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Rubenstein Associates, Inc. re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority | A/C and WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Joseph Trivisonno re: Department of Building filings re: 583 Park | A/C and WPD |

1 See *In re Rivastigmine Patent Litigation*, 237 F.R.D. 69 (S.D.N.Y. 2006) citing *Securities and Exchange Commission v. Thrasher*, 1996 WL 125661 at *1 (SDNY 1996).
2 "Documents" has the meaning provided for in the Federal Rules of Civil Procedure and the local rules of the United States District Court for the Southern District of New York and, without limiting the generality of the foregoing, includes draft affidavits and other litigation documents, and the original, copies and drafts of notes, memoranda, facsimiles, letters, records, e-mails (including attachments), invoices and bills.
3 "Communications" means the transmission or exchange of information, oral or written, formal or informal, and shall include without limitation, any documents embodying, containing, constituting, discussing, memorializing, referring to or relating to any such transmission or exchange.

WPD = Work Product Doctrine
A/C = Attorney-Client Privilege
193671.1

-1-

| DESCRIPTION OF DOCUMENTS | NATURE OF PRIVILEGE |
|---|---|
| Documents and/or Communications by and/or between attorneys and/or staff of Kurzman Karelsen & Frank LLP re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority as well as the current litigation | A/C and WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Stroock & Stroock & Lavan, LLP (e.g. Richard Siegler, Esq., Ross Moskowitz, Esq., Susan Shaw and others) re: billing, payments, 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority, as well as the pending litigation | A/C and WPD |
| Documents and/or Communications by and between Stroock & Stroock & Lavan, LLP and Beekman Tenants Corporation re: billing and payments | A/C |
| Documents and/or Communications by and between Stroock & Stroock & Lavan, LLP and Beekman Tenants Corporation re: restaurant space | A/C |
| Documents and/or Communications by and between Stroock & Stroock & Lavan, LLP and Beekman Tenants Corporation re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority | A/C |
| Documents and/or Communications by, between and/or among Stroock & Stroock & Lavan, LLP (Ross Moskowitz, Esq., Richard Siegler, Esq. and others), the Preservation Coalition and/or any of its members, Joanne Seminara, Esq. and Phyllis Weisberg, Esq. re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority | A/C and WPD |
| Documents and/or Communications by and/or between attorneys and/or staff of Stroock & Stroock & Lavan, LLP re: restaurant space | WPD |
| Documents and/or Communications by and/or between attorneys and/or staff of Stroock & Stroock & Lavan, LLP re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority | WPD |
| Documents and/or Communications by, between and/or among Phyllis Weisberg, Esq., the Preservation Coalition and/or members of the Preservation Coalition and Wolfgang Reinicke | A/C and/or WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Jim Cummins re: billing and payments | WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Jim Cummins re: 583 Park and the use | WPD |

WPD = Work Product Doctrine
A/C = Attorney-Client Privilege
193671.1

-2-

| DESCRIPTION OF DOCUMENTS | NATURE OF PRIVILEGE |
|---|---|
| thereof | |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and potential Preservation Coalition members re: support and/or joining of Preservation Coalition | A/C and/or WPD |
| Documents and/or Communications by and between Kurzman Karelsen & Frank, LLP (Joanne Seminara, Esq. and/or Phyllis Weisberg, Esq.) and Bruce Gamill re: Department of Buildings filings re: 583 Park | WPD |
| Documents and Communications by, between and/or among Phyllis Weisberg, Esq., Gorman Reilly and Joe Walsh of CIVITAS re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority | WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Eleuteria Slater in her capacity as President of Defenders of the Historic Upper East Side | WPD |
| Documents and/or Communications by, between and/or among Phyllis Weisberg, Esq., Martin Kera, Esq., Eleuteria Slater in her capacity as President of Defenders of the Historic Upper East Side and Gorman Reilly of CIVITAS re: current litigation | WPD |
| Documents and/or Communications by, between and/or among Phyllis Weisberg, Esq., Lora Lucero, Patricia Salkin and Ave Maria Brennan, Esq. re: RLUIPA, 583 Park and use thereof and the current litigation | WPD |
| Documents and/or Communications by and between Phyllis Weisberg, Esq. and Stuart Oran re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority as well as current litigation | WPD |
| Documents and/or Communications by, between and/or among Kurzman Karelsen & Frank, LLP and Ave Maria Brennan, Esq. re: current litigation | WPD |
| Documents and/or Communications by, between and/or among Kurzman Karelsen & Frank, LLP and Marci A. Hamilton re: 583 Park and the use thereof and/or the Department of Buildings and/or the Landmarks Preservation Commission and/or the State Liquor Authority as well as current litigation | WPD |
| Minutes of meeting of the boards of directors of any of the subpoenaed corporations where counsel (Kurzman Karelsen & Frank, LLP and/or Stroock & Stroock & Lavan, LLP) was present and/or counsel's advice was presented | A/C |

-3-

WPD = Work Product Doctrine
A/C = Attorney-Client Privilege
193671.1