UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

| | |
|---|---|
| THIRD CHURCH of CHRIST, SCIENTIST, of NEW YORK CITY, | 07 Civ. 10962 (DAB) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION TO COMPEL** |
| - against - | |
| THE CITY OF NEW YORK and PATRICIA J. LANCASTER, in her official capacity as, Commissioner of the New York City Department of Buildings, | |
| Defendants. | |

------------------------------------------------------------- x

PLEASE TAKE NOTICE that, upon the annexed declaration of Monica Pa, Esq., sworn to on May 5, 2008, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all other pleadings and proceedings, Plaintiff Third Church of Christ, Scientist, of New York City, will move before the Honorable Deborah A. Batts, United States District Judge, Southern District of New York, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, at such time and place as the Court may direct, for an order compelling non-parties Fourth Universalist Society in the City of New York, 160 Central Park West, New York, New York 1023-1502, to comply with the subpoenas served upon them on March 6, 2008,

pursuant to Rule 45 of the Federal Rules of Civil Procedure.

Dated: New York, New York
       May 5, 2008

DAVIS WRIGHT TREMAINE LLP

By: _____
    Victor A. Kovner (VAK 2248)
    John Cuti (JC 3365)
    Monica Pa (MP 3307)

1633 Broadway
New York, New York 10019
(212) 489-8230

*Attorneys for Plaintiff Third Church of Christ, Scientist, of New York City*

TO:

Elizabeth Putnam
Assistant to the Minister for Administration
Fourth Universalist Society in the City of New York
New York, New York 10023-1502
*Non-Party Fourth Universalist Society in the City of New York
Pro Se*

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
100 Church Street
37th Floor
New York, New York 10007
(212) 788-0782
*Attorneys for Defendants*