UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| THIRD CHURCH of CHRIST, SCIENTIST, of NEW YORK CITY,<br><br>                         Plaintiff(s),<br><br>  -against-<br><br>THE CITY OF NEW YORK and PATRICIA J. LANCASTER, in her official capacity as Commissioner of the New York City Department of Buildings,<br><br>                        Defendant(s). | Case No.  07 Civ. 10962<br><br>(DAB) (FM)<br><br>**NOTICE OF CROSS-<br>MOTION TO QUASH<br>AND/OR MODIFY<br>SUBPOENAS**<br><br>(Electronically Filed Document) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Phyllis H. Weisberg, Esq., sworn to on May 5, 2008, the exhibits annexed thereto, the accompanying Memorandum of Law, and all other pleadings and proceedings herein, non-parties 570 Park Avenue Apartments, Inc., 580 Park Avenue, Inc., The Beekman Tenants Corporation, and Susan Relyea, as Member of the Co-Op Board of 580 Park, will cross-move this Court, before the Honorable Deborah A. Batts, United States District Judge, United States District Judge, Southern District of New York, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, at such time and place as the Court may direct, for an order pursuant to Rule 45 of the Federal Rules of Civil Procedure quashing and/or modifying the subpoenas issued to

194243.1

them.

Dated: New York, New York
      May 5, 2008

KURZMAN KARELSEN & FRANK, LLP

By: s/   Charles Palella
    Charles Palella, CP 6642
    Attorneys for 570 Park Avenue Apartments,
    Inc., 580 Park Avenue, Inc., The Beekman
    Tenants Corporation, and Susan Relyea, as
    Member of the Co-Op Board of 580 Park
    230 Park Avenue
    New York, NY  10169
    Tel: (212) 867-9500
    Fax: (212) 599-1759