UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THIRD CHURCH OF CHRIST,
     SCIENTIST, ET. AL.

     V.

CITY OF NEW YORK, ET. AL.

-------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 10962 (PAB)(FM)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ Specific Non-Dispositive Motion/Dispute:*

Dispute over interrogatory requests per city's May 5, 2008 letter & Plaintiffs' May 6, 2008 response.

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ___

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED:  New York, New York
        May 9, 2008

*Deborah A. Batts*
United States District Judge