The Fourth Universalist Society
160 Central Park West
New York, New York 10023



May 20, 2008

**BY HAND**

Hon. Deborah A. Batts
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, New York 10007

MEMO ENDORSED

Re:   Third Church of Christ, Scientist of New York City v.
      The City of New York, et al, No. 07 Civ. 10962 (DAB)

Dear Judge Batts:

I am the Senior Minister of the Fourth Universalist Society ("Society") located at 160 Central Park West. The Society has been representing itself *pro se* with respect to a subpoena and motion to compel documents served on the Society by plaintiff, Third Church of Christ, Scientist, of New York City ("Plaintiff"). The Society is not a party in the subject lawsuit.

Although we had hoped to reach an informal agreement with Plaintiff with respect to the subpoena, we were unable to do so. The task (of reaching an agreement) was a difficult one due to the complex legal issues, as well as the fact that I only returned from my five month sabbatical yesterday. I was only available to discuss the subpoena on a limited basis before then.

At this point, we have no choice but to retain counsel to represent the Society with respect to Plaintiff's motion as we do not have the capacity to address the legal issues that Plaintiff has raised. Plaintiff's counsel denied our request for a nine day extension of time, until May 30, 2008, to respond to the motion, and agreed to only a two day extension. However, that is simply not enough time for us to retain counsel and for such counsel to draft opposition papers that will protect our rights. Consequently, we respectfully request the Court's permission to extend our time to serve opposition papers until May 30, 2008. Thank you for your time.

Extended to June 30, 2008

Sincerely,

Rev. Rosemary Bray McNatt

**SO ORDERED**

cc:   Monica Pa (via facsimile)

*Deborah A. Batts*
**DEBORAH A. BATTS**
**UNITED STATES DISTRICT JUDGE**

MEMO ENDORSED