```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
THIRD CHURCH OF CHRIST, SCIENTIST,
OF NEW YORK CITY,

                        Plaintiff,
                                              07 Civ. 10962 (DAB)
          -against-                                  ORDER

CITY OF NEW YORK, and PATRICIA LANCASTER,
in her official capacity as Commissioner

                        Defendants.
----------------------------------------X
```
DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of the most recent correspondence of the Parties dated June 3, 2008, June 5, 2008, and June 6, 2008. The Notice of Assessment from the City's Department of Finance is separate and distinct from the land use issues before the Court. Accordingly, Plaintiff's request to expand discovery to include the actions of the Department of Finance is DENIED.

    SO ORDERED.

Dated:    New York, New York

           June 10, 2008

                                              Deborah A. Batts
                                       United States District Judge