# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

## APPEARANCE

Case Number: 1:07-CV-10962

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Non-Party THE FOURTH UNIVERSALIST SOCIETY OF NEW YORK

I certify that I am admitted to practice in this court.

| 6/28/2008 | [signature] |
|---|---|
| Date | Signature |

| Alexander Ferrini | AF2072 |
|---|---|
| Print Name | Bar Number |

270 Madison Avenue
Address

| New York | NY | 10016 |
|---|---|---|
| City | State | Zip Code |

| (212) 766-4300 | (646) 390-8314 |
|---|---|
| Phone Number | Fax Number |