UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| THIRD CHURCH OF CHRIST, SCIENTIST, of NEW YORK CITY, | 07 Civ. 10962 (DAB) (ECF) |
| Plaintiff, | CROSS-MOTION TO QUASH |
| -against- | |
| THE CITY OF NEW YORK and PATRICIA J. LANCASTER, in her official capacity as Commissioner of the New York City Department of Buildings, | |
| Defendant. | |

------------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the Declaration of Rosemary Bray Mcnatt, dated June 26, 2008, and the Declaration of Alexander Ferrini, dated June 29, 2008, and the Memorandum of Law submitted by the Fourth Universalist Society of New York, dated June 29, and on all the other pleadings and proceedings herein, non-party The Fourth Universalist Society of New York will cross-move this Court, before the Honorable Deborah A. Batts, United States District Judge, Southern District of New York, in Courtroom 24B of the United States Courthouse, 500 Pearl Street, New York, New York, on such time and place as the Court may direct, for an order, pursuant to Rule 45 of the Federal Rules of Civil Procedure, quashing the subpoena dated march 6, 2008 and served by the Plaintiff, Third Church of Christ, Scientist, of New York City upon The Fourth Universalist Society of New York.

Dated: New York, New York
       June 29, 2008

                              _____/s_____
                              Alexander Ferrini, Esq. (AF2072)
                              *Attorney for Non-Party The Fourth Universalist Society*
                              270 Madison Avenue, Suite 1400
                              New York, New York 10016
                              212-766-4300

TO:

John Cuti, Esq.
David Wright Tremaine, LLP
*Attorneys for Plaintiff*
1633 Broadway
New York, New York 10019
(212) 489-8230

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
*Attorneys for Defendants*
100 Church Street
37th Floor
New York, New York 10007
(212) 788-0782