*#613226*

# AFFIDAVIT OF SERVICE
# BY OVERNIGHT FEDERAL EXPRESS DELIVERY

STATE OF NEW YORK         )
                          : ss.:
COUNTY OF NEW YORK        )

    FRANK PATTON, JR., being duly sworn, deposes and says:

    I am not a party to these proceedings. I am over the age of 18 years and reside at 201 East 87th Street, New York, New York 10128.

    On July 18, 2008, I served the within

        SUPPLEMENTARY AFFIDAVIT AND EXHIBITS
        OF RIVERSIDE CHURCH
        IN OPPOSITION TO MOTION TO COMPEL
        - RE: PRE-1961 CATERING -

by dispatching a copy by Federal Express for overnight delivery to each of the following person(s) at the last known address set forth after each name:

Davis Wright Tremaine LLP
Attention: John R. Cuti, Esq.
1633 Broadway
New York, New York 10019
*Attorneys for plaintiff Third Church of Christ, Scientist*

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
100 Church Street - 37th floor
New York, New York 10007
*Attorneys for defendants*

Cullen & Dykman, LLP
Attention: Deborah A. Bryant, Esq.
44 Wall Street
New York, New York 10005
*Attorneys for non-party St. Ignatius of Loyola Church*

Alexander Ferrini III, Esq.
270 Madison Avenue
New York, New York 10016
*Attorney for non-party The Fourth Universalist Society of New York City*

Signature: _____
Print name:   Frank Patton, Jr.

Sworn to before me this

__1ST__ day of __July__, 2008

_____

JOHN G. LIPSETT
Notary Public, State of New York
No. 31 02LI4651202
Qualified in New York County
Commission Expires Aug 31 2009