Neil G. Sparber
Brian W. Tilker
FULBRIGHT & JAWORSKI L.L.P.
666 Fifth Avenue
New York, New York  10103
(212) 318-3000
nsparber@fulbright.com
btilker@fulbright.com

Attorneys for Non-Party,
The Metropolitan Club Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THIRD CHURCH OF CHRIST,
SCIENTIST, OF NEW YORK CITY,

      Plaintiff,

   -against-

THE CITY OF NEW YORK and PATRICIA
J. LANCASTER, in her official capacity as
Commissioner of the New York City
Department of Buildings.

      Defendant.

CIVIL ACTION NO.  07-CV-10962
(DAB)

SUPPLEMENTAL
AFFIDAVIT

STATE OF NEW YORK )
        ) ss:
COUNTY OF NEW YORK )

  Anthony Nuttall, being duly sworn, deposes and says:

  1.  I am the General Manager of The Metropolitan Club (the "Club") located at 1

East 60th Street, New York, New York (the "Premises") and I am familiar with the facts herein.

I submit this supplemental affidavit (i) in connection with the Court's directive on July 10, 2008

to have the Club submit proof that the Club hosted catered events for non-members prior to the

enactment of the New York City Zoning Regulations in 1961, and (ii) in further support of the Club's motion, pursuant to Rule 45 of the Federal Rules of Civil Procedure, for an order quashing a subpoena which was served upon the Club on or about March 6, 2008 by the Third Church of Christ, Scientist, of New York City (the "Church"), the plaintiff in the above-captioned action, on the grounds that the documents and information sought in the subpoena are not relevant and unduly burdensome.

2.      The Club was built in the early 1890's specifically to be a social club by prominent New Yorkers.  The Club was opened in 1894 as a private, members only not-for-profit social club, which provided members and their guests with facilities and services including kitchen and dining facilities, lounges, a library and sleeping accommodations.  The Club provided a place for its members and guests to gather, socialize, play cards, read and to hold and participate in social events.  The primary use of the Club as a social club has not changed since its inception in 1894.

3.      In addition to providing amenities and services to its members and their guests, the Club has always been a venue for receptions, meetings and social events for a wide variety of social, cultural and political organizations.  I believe that the Club has engaged in such activity since its inception, but it has certainly held catered events for various organizations prior to 1961.  I have reviewed the minutes of a number of meetings of the Board of Governors of the Club which occurred in 1959 and 1960 for corroboration that such events took place.  For example, annexed hereto as Exhibit A is a copy of the minutes of the Board of Governors meeting held on February 17, 1959, which indicates that Mr. James Campbell Burton, the Chairman of the Executive Committee, advised the Board of Governors that "his committee had

approved the holding of a cocktail party in the West Lounge on Saturday, February 21st, under the auspices of the Guideposts For Children, Inc."

4.      Similarly, annexed hereto as Exhibit B, is a copy of the minutes of the Executive Committee which was held on March 17, 1959.  The Executive Committee "approved the renting of the West Lounge and the Great Hall for a debutante's cotillion to be held in November for approximately 250 guests, and sponsored by Mrs. Robert W. Cutler."

5.      The minutes of the Executive Committee meeting that was held on October 21, 1957 are annexed hereto as Exhibit C.  These minutes state that Ambassador Braden told the committee that he had recently attended a dinner of the Americas Foundation held at the Metropolitan Club, which was also attended by some very prominent guests, and he thought that a function of this type held at the Club should be publicized since it might influence members and their wives to make greater use of the Club."  Moreover, a copy of the minutes of the meeting of the Executive Committee which was held on March 9, 1960 are annexed hereto as Exhibit D.  The minutes state that "[t]he request of Haskins & Sells for the privilege of having a dinner for 140 persons in the Main Dining Room of the Club, reception in the West Lounge, and the use of the card room and billiard room after dinner on Thursday, May 26th, to be sponsored by our member Mr. Harry R. Ferris, was approved by the Committee."

6.      The use of the Club by outside organizations for specific events, through the sponsorship of members, has always been part of the operation of the Club.  In connection therewith, I have annexed hereto as Exhibit E a copy of a brochure from 1960 with respect to the Club's facilities.

7.     The brochure describes the Club as "The perfect setting for your business and social events," and describes the seating capacities of the private dining rooms as well as the other services offered by the Club.  It is likely that the brochure was provided only to members, with the intent that the members be aware that the facilities could be used for business events.

8.     Further evidence that the Club hosted events for outside organizations and non-members prior to 1961 is contained in articles that appeared concurrently in the New York Times.  Examples of various articles that appeared in the News York Times in 1959 and describe events held at the Club are annexed hereto as Exhibit F.  These articles reflect the following:

> (a)     On or about February 12, 1959 a gala Bal Masque was held at the Club which was sponsored by the Guideposts for Children, Inc, a nonsectarian group which provided psychotherapeutic treatment for retarded pre-school children;

> (b)     On or about March 11, 1959, a luncheon of the motion picture industry section of the 1959 Red Cross campaign was held at the Club for 125 film industry leaders;

> (c)     On or about October 3, 1959, a luncheon was given for Premier Antonio Segni of Italy by the America-Italy Society at the Club;

> (d)     On or about October 13, 1959, the eighteenth annual dinner of the Americas Foundation was held at the Club; and

> (e)     On or about November 27, 1959, the first annual Doric Debutante Cotillion of the Women's Chapter of the American Institute of Architects was held at the Club.

9.     Similarly, annexed hereto as Exhibit G is a copy of various articles that appeared in the New York Times throughout 1960 and which describe events that were held at the Club during 1960.  The articles demonstrate the following:

> (a)     On or about March 16, 1960, a dinner was held at the Club in honor of Vice Admiral Thomas L. Combs under the auspices of the New York Council, Navy League of the United States;

(b)    On or about May 27, 1960, a luncheon rally opening the motion picture industry's drive in the 1960 Red Cross fund campaign was held at the Club;

(c)    On or about September 18, 1960, a luncheon was held at the Club by the New York State Association of Plaintiffs Trial Lawyers to pay tribute to Judge Charles S. Desmond at which about 500 persons were in attendance;

(d)    On or about September 18, 1960 a reception was held at the Club to honor Justice Matthew J. Troy by the Oriel Society, a Catholic cultural organization;

(e)    On or about September 18, 1960, Rear Admiral Giles C. Stedman was honored at a dinner at the Club which was sponsored by the Blue and Gray Club, an organization of alumni and friends of the Merchant Marine Academy;

(f)    On or about September 28, 1960, the fiftieth anniversary reception of the American-Scandinavian Foundation was held at the Club;

(g)    On or about September 29, 1960 a reception was held at the Club for Prince Harald of Norway by the American-Scandinavian Foundation;

(h)    On or about October 15, 1960, a reception in honor of King Frederik and Queen Ingrid of Denmark was held at the Club under the auspices of the American-Scandinavian Foundation; and

10.    On or about November 16, 1960, a reception was held at the Club for Princesses Birgitta and Desiree of Sweden by the American-Scandinavian Foundation.

11.    The minutes of the meetings of the Board of Governors of the Club, and the New York Times articles, set forth examples of catered events of catered events for non-members over the two year period of 1959 and 1960. There are further examples of meetings and social events held at the Club during 1959 and 1960 for various organizations as well as for years prior to 1959. The Club has always been a favored venue for social events and receptions in New

York and hosting these events has always been a part of the operations of the Club.  As far as I am aware, the Club has hosted such events continuously from 1960 to the present.

_____
Anthony Nuttall


Sworn to and subscribed before me
on this _18_th day of July, 2008


_____
Notary Public

ALENA VYTERNA
Notary Public, State of New York
No. 01VY6131637
Qualified in New York County
Commission Expires August 15, 2009

A REGULAR MEETING OF THE BOARD OF GOVERNORS OF THE METROPOLITAN CLUB WAS HELD AT THE CLUB HOUSE ON TUESDAY, FEBRUARY 17th, 1959.
THE MEETING WAS CALLED TO ORDER AT 4:05 P. M., PRESIDENT CORNELIUS J. REID, PRESIDING.
THE ROLL CALL SHOWED THE FOLLOWING TEN (10) GOVERNORS TO BE PRESENT:-
MESSRS. BRADEN, BURTON, HARNED, HARPER, HUNT, McAULIFFE, REID, JOHN ELLIOTT STEWART, THIESING, WHITMAN AND WOLF.
THE MINUTES OF THE REGULAR MEETING OF THE BOARD HELD ON TUESDAY, JANUARY 20th, 1959 WERE NOT READ AS A MOTION WAS OFFERED AND UNANIMOUSLY CARRIED TO DISPENSE WITH THE READING OF THE MINUTES: AND THAT THEY BE APPROVED AS RECORDED.   THE BOARD WAS ADVISED THAT THE MINUTE BOOK WAS ALWAYS AVAILABLE FOR INSPECTION BY ANY MEMBER OF THE BOARD.
THE PRESIDENT, MR. REID, READ THE NAMES OF THE FOLLOWING FOUR MEMBERS WHO HAD DIED SINCE OUR LAST MEETING, AND THEIR NAMES ARE HEREWITH RECORDED WITH DEEP REGRET:-
WILLIAM JOSEPH PHELAN - NON-RESIDENT MEMBER
ELECTED:- NOVEMBER 21st, 1950.   DIED:- JANUARY 24th, 1959.
ELLIS L. PHILLIPS - RESIDENT MEMBER
ELECTED:- MARCH 26th, 1929.   DIED:- JANUARY 29th, 1959.
WORTHE FAULKNER - NON-RESIDENT MEMBER.
ELECTED:- NOVEMBER 23rd, 1948.   DIED:- FEBRUARY 2nd, 1959.
GENERAL WILLIAM JOSEPH DONOVAN
HONORARY LIFE GUEST
ELECTED:- APRIL 21st, 1951.     DIED:- FEBRUARY 8th, 1959.
MR. REID READ A LETTER, DATED FEBRUARY 9th, 1959, FROM DOCTOR LEO B. HALLERAN SUBMITTING THE RESIGNATION OF DR. HENRY CRAIG FLEMING, ASKING THAT THE RESIGNATION BE EFFECTIVE AS OF DECEMBER 31st, 1958, DUE TO THE PRESENT STATE OF DOCTOR FLEMING'S HEALTH. THE BOARD UNAIMOUSLY APPROVED ACCEPTING THE RESIGNATION AS SUBMITTED.
MR. JAMES CAMPBELL BURTON, CHAIRMAN OF THE EXECUTIVE COMMITTEE, ADVISED THAT HIS COMMITTEE HAD HELD A MEETING TODAY AT 2:45 P. M. HE ADVISED THAT HIS COMMITTEE HAD APPROVED OF THE HOLDING OF A COCKTAIL PARTY IN THE WEST LOUNGE ON SATURDAY, FEBRUARY 21st, UNDER THE AUSPICES OF THE GUIDEPOSTS FOR CHILDREN, INC.
MR. BURTON FURTHER ADVISED THE THE TROUBLE WE HAD HAD WITH THE SEWERAGE ON 60TH STREET HAS BEEN SETTLED: THE COST TO BE $1,300. WHICH WE ARE GOING TO CHARGE TO OPERATIONS OVER THE REST OF THIS YEAR.
MR. BURTON ADVISED THAT HIS COMMITTEE HAD DISCUSSED THE GENERAL INTEREST OF THE CLUB, AND PARTICULARLY THREE THINGS.
IT WAS MOVED, SECONDED AND CARRIED UNANIMOUSLY THAT THE DUES FOR FOREIGN MEMBERS BE INCREASED TO $50.00 EFFECTIVE JANUARY 1st, 1960; AND EFFECTIVE IMMEDIATELY FOR ALL NEWLY ELECTED FOREIGN MEMBERS.
IT WAS MOVED, SECONDED AND CARRIED UNANIMOUSLY THAT THE PRESENT TEN PERCENT EMERGENCY CHARGE BE ELIMINATED AS OF MARCH 1st, 1959, AND THAT ALL FOOD AND BEVERAGE PRICES BE INCREASED BY TEN PERCENT, AND THE GUEST CHARGE BE INCREASED TO $1.00 PER PERSON, FOR LUNCHEONS ONLY, WITH NO GUEST CHARGE FOR DINNER.
IT WAS MOVED, SECONDED AND CARRIED THAT THE REPORT OF THE EXECUTIVE COMMITTEE BE APPROVED AND ADOPTED.
IT WAS SUGGESTED THAT A STUDY BE MADE OF CARD ROOM CHARGES AND THAT WE OBTAIN INFORMATION ON THIS SUBJECT FROM OTHER CLUBS, AND THE MATTER BE FURTHER DISCUSSED AT THE NEXT MEETING OF THE EXECUTIVE COMMITTEE.
MR. JOHN McAULIFFE, TREASURER, READ EXCERPTS FROM THE CLUB'S FINANCIAL REPORT FOR THE MONTH OF JANUARY, 1959.   IT WAS MOVED SECONDED AND CARRIED THAT THE REPORT BE APPROVED, AND THAT THE USUAL PROCEEDURE IN THE MATTER OF THE MEMBERS DELINQUENT IN THE PAYMENT OF THEIR HOUSE AND DUES ACCOUNTS BE FOLLOWED: I. E. THAT THEY BE NOTIFIED THAT IF THEIR DELINQUENT ACCOUNTS ARE NOT PAID IN FULL BY THE NEXT MEETING OF THE BOARD ON MARCH 17th, 1959, THEIR NAMES SHALL BE ERASED FROM THE ROLLS OF MEMBERS.
THE HONORABLE SPRUILLE BRADEN, CHAIRMAN OF THE ADMISSIONS COMMITTEE SUBMITTED A LIST OF SIX (6) CANDIDATES FOR MEMBERSHIP WHICH HIS COMMITTEE RECOMMENDED FOR MEMBERSHIP; AND BY FORMAL BALLOTING THE FOLLOWING SIX GENTLEMEN WERE DULY ELECTED FOR THE CLASSIFICATION SHOWN OPPOSITE THEIR RESPECTIVE NAMES:-

19

MINUTES OF THE EXECUTIVE COMMITTEE. MEETING.

TUESDAY, MARCH 17TH, 1959.

MEETING CALLED TO ORDER AT 2:45 P. M.

PRESENT:- MESSRS. BERGEN, JAMES, McAULIFFE, REID AND WOLF.

THE COMMITTEE DISCUSSED THE ACTION TAKEN AT ITS PREVIOUS MEETING ON FEBRUARY 17TH, AND APPROVED BY THE BOARD EFFECTIVE MARCH 1ST, 1959, COVERING THE REMOVAL OF THE CLUB'S TEN PERCENT EMERGENCY CHARGE; THE INCREASE IN FOOD AND BEVERAGE PRICES BY TEN PERCENT, THE INCREASE IN THE GUEST CHARGE FROM FIFTY CENTS TO ONE DOLLAR FOR LUNCHEON ONLY, AND THE EFFECT THESE CHANGES MIGHT HAVE ON THE PATRONAGE OF THE CLUB.    MR. REID TOLD THE COMMITTEE THAT THE RECORDS SHOWED THERE WERE MORE LUNCHEONS AND DINNERS SERVED IN THE MAIN DINING ROOM IN THE FIRST SIXTEEN DAYS OF MARCH THIS YEAR THAN FOR THE SAME PERIOD IN MARCH OF LAST YEAR, WHICH INDICATED THAT THE CHANGES HAD HAD NO ADVERSE EFFECT.

THE COMMITTEE RECOMMENDED THAT A NOTICE BE MAILED TO ALL MEMBERS ADVISING THEM OF THESE CHANGES AND WAS TOLD THAT SUCH A NOTICE HAD BEEN GIVEN TO THE PRINTER AND WOULD BE MAILED ON MARCH 20TH; A COPY OF WHICH NOTICE WAS THEN SHOWN TO THE COMMITTEE: AND APPROVED.

MR. REID READ TO THE COMMITTEE A LETTER HE HAD RECEIVED FROM MR. NADAL RECOMMENDING THAT THE LARGE ROOM IN THE BASEMENT OF THE CLUB BE MADE AVAILABLE TO MR. CHARLES COLUMBUS, WHO RUNS THE MAYFAIR SUPPER DANCES, AND WHO WOULD SPEND BETWEEN THIRTY AND FORTY THOUSAND DOLLARS TO MAKE THIS ROOM SUITABLE FOR THESE DANCES. MR. REID ALSO READ HIS REPLY TO MR. NADAL, WHICH WAS NOT IN FAVOR OF THE IDEA; THE COMMITTEE CONCURRING.

THE COMMITTEE ACCEPTED A METROPOLITAN CLUB $100.00 REFUNDING MORTGAGE BOND FROM MR. DONALD G. STEVENS AS PAYMENT OF HIS DUES FOR THE FIRST SIX MONTHS OF THIS YEAR, AND DIRECTED THAT THIS BOND BE TURNED OVER TO THE CLUB'S TRUSTEES, THE MANUFACTURERS TRUST COMPANY FOR CANCELLATION.

THE COMMITTEE APPROVED THE RENTING OF THE WEST LOUNGE AND THE GREAT HALL FOR A DEBUTANTE'S COTILLION TO BE HELD IN NOVEMBER FOR APPROXIMATELY 250 GUESTS, AND SPONSORED BY MRS. ROBERT W. CUTLER.

THE COMMITTEE APPROVED AN APPROPRIATION OF $550.00 FOR THE PURCHASE OF A NEW CARPET FOR THE BANQUET SERVICE BAR ON THE THIRD FLOOR, AND AN APPROPRIATION OF $325.00 FOR A NEW FLOOR COVERING FOR THE BOOKKEEPERS' OFFICE..

THE MEETING WAS REGULARLY ADJOURNED AT FOUR P. M.

MINUTES TRANSCRIBED BY:-

*Arthur R. Scott*

ARTHUR R. SCOTT, MANAGER.

MINUTES OF THE EXECUTIVE COMMITTEE MEETING.
WEDNESDAY, OCTOBER 21ST, 1959.
PRESENT:- MESSRS. BRADEN, DUNBAR, HARNED, JAMES, McAULIFFE,
THOMAS, WEST AND WOLF.    MR. JOHN ELLIOTT STEWART, CHAIRMAN
OF THE HOUSE COMMITTEE,WAS PRESENT BY INVITATION.

THE MEETING WAS CALLED TO ORDER AT 4:00 P. M., CHAIRMAN GEORGE
W. WOLF, PRESIDING.

IT WAS RECOMMENDED TO, AND APPROVED BY THE COMMITTEE, THAT
THE SERVICE BAR ON THE THIRD FLOOR WHICH HAD BEEN CLOSED FOR THE
SUMMER BE RE-OPENED; ALSO, THAT AFTER MEMBERS HAVE BEEN SEATED
IN THE MAIN DINING ROOM FOR LUNCHEON OR DINNER A BEVERAGE CHECK
BE PLACED ON THE TABLE IN FRONT OF THE MEMBER.

MR. STEWART TOOK UP WITH THE COMMITTEE ESTIMATES RECEIVED
FROM MR. JAMES J. CASSIDY ON A PROPOSED METROPOLITAN CLUB
BROCHURE TO BE MAILED TO ALL MEMBERS ; SAMPLE OF WHICH WAS
SHOWN TO THE COMMITTEE, TO COST BETWEEN SIX HUNDRED AND ONE
THOUSAND DOLLARS, DEPENDING ON THE NUMBER ORDERED AND ACTUAL
COST OF PHOTEGRAPHS.   THE BROCHURE WAS NOT APPROVED BY THE
COMMITTEE, SINCE IKT WAS FELT THAT ITS BENEFITS WOULD NOT
JUSTIFY THE COST.

MR. STEWART READ TO THE COMMITTEE A LETTER RECEIVED FROM
MR. KERBY SAUNDERS GIVING TWO METHODS AND COST OF AIR-CONDITIONING
THE ENTIRE CLUB, INCLUDING ALL OF THE BEDROOMS IN THE ANNEX.     Y
THE FIRST METHOD BEING A CENTRAL SYSTEM PLANT TO COST APPROXIMATELY
$75,000.00, AND THE SECOND MEHHOD A UNITARY SYSTEM TO COST
APPROXIMATELY $100,000.00, MR. SAUNDERS RECOMMENDING THE
UNITARY SYSTEM.   AFTER DISCUSSION BY THE COMMITTEE AS TO HOW
THE COST WOULD BE FINANCED, IT WAS MOVED, SECONDED AND CARRIED
THAT IT BE RECOMMENDED TO THE BOARD OF GOVERNORS THAT $100,000.00
BE APPROVED FOR THE AIR CONDITIONING OF THE ENTIRE CLUB, SAME
TO BE FUNCTIONING BY THE END NOF APRIL, 1960, and it be LEFT TO THE
BDOF GOVERNORS ;TO RECOMMEND HOW THE COST SHOULD BE FINANCED;
ALSO TO GET COMPETITIVE BIDS.

AMBASSADOR BRADEN TOLD THE COMMITTEE THAT HE HAD RECENTLY
ATTENDED A DINNER OF THE AMERICAS FOUNDATION HELD AT THE
METROPOLITAN CLUBE, WHICH WAS BY SOME VERY PROMINENT GUESTS,
AND HE THOUGHT THAT A FUNCTION OF THIS TYPE HELD AT THE CLUB
SHOULD BE PUBLIZED  SINCE IT MIGHT INFLUENCE MEMBERS AND THEIR
WIVES TO MAKE GREATER USE OF THE CLUB.   AMBASSADOR BRADEN
ALSO RECOMMENDED THAT ADMIRAL BERGEN, CHAIRMAN OF THE
ENTERTAINMENT AND SPECIAL EVENTS COMMITTEE, MR. PAUL HODGES,
ALSO A MEMBER OF THIS COMMITTEE, AND MR. JOHN W. HILL, CHAIRMAN
OF THE MEMBERSHIP COMMITTEE, BE ASKED TO SERVE ON A PUBLICITY
COMMITTEE, TO BE ADVISED BYE THE MANAGER OF ALL FUNCTIONS
ATTENDED BY PROMINENT GUESTS, AND ASSIST IN THE PUBLIZIZING OF
THEM.   THE RECOMMENDATION OF AMBASSADOR BRADEN WAS APPROVED
BY THE COMMITTEE.

MR. STEWART TOLD THE COMMITTEE THAT AN ORDER FOR SIX DOZEN
CLUB NECKTIES HAD BEEN RECEIVED, AND FIFTEEN OF THEM  HAD
ALREADY BEEN SOLD.

MR. STEWART TOLD THE COMMITTEE THAT THE HOUSE COMMITTEE
HAD DECIDED TO REPLACE THE BARBER AND MANICURIST, SINCE THERE
HAD BEEN A NUMBER OF COMPLAINTS ABOUT THEM.   IT WAS THE OPINION
OF THE COMMITTEE THAT A CHANGE MIGHT BE IN THE BEST INTEREST OF
THE CLUB, ALSO, THAT IT WAS NOT ONLY THE SERVICE THAT NEEDED
IMPROVEMENT BUT ALSO THE APPEARANCE OF THE BARBER SHOP.

EXECUTIVE COMMITTEE.     WEDNESDAY, MARCH 9TH, 1960.

Present:- MESSRS. BERGEN, BRADEN, HARNED, HUNT, JAMES, REID,
WEST AND WOLF.   BY INVITATION:- MR. JOHN ELLIOTT STEWART,
CHAIRMAN OF THE HOUSE COMMITTEE.

1.     The meeting was called to order at four p. m. , George W. Wolf,
Chairman, Presiding.

2.     The Committee approved for payment a bill amounting to $706.87
for work done in one of the basement rooms being arranged as a gymnasium,
which had been authorized by Mr. carlos G. Nadal , but without a duly
authorized appropriation by the Executive Committee.

3.     The Committee agreed, however, that in the future there must be
a duly authorized appropriation for all such expenditures by the Executive
Committee.

4.     A recommendation by the House Committee that a charge of $1.00
per person, per hour, be made for the use of the gymnasium was turned
down by the Executive Committee.

5.     Also turned down by the Committee was a recommendation by the
House Committee that the members be asked to donate any unused equipment
which they might have  that could be used in the gymnasium.

6.     The Committee was asked to set a policy as to requirements for
the acceptance of private parties to be held in the Club.   It was agreed
that the House Committee should draft a policy and present it to the
members of the Executive Committee for study.

7.     It was recommended to the Committee that Mr. Charles J.
McCarty be made Chairman of the Club's Golf Tournament Committee
for 1960.   After some discussion, it was agreed that Mr. McCarty be
made Co-Chairman of the Committee and Mr. H. W. Trimble, Jr. be
the Chairman.

8.     The request of Haskins & Sells for the privilege of having a dinner
for 140 persons in the Main Dining Room of the Club, reception in the
West Lounge, and the use of the card room and billiard room after dinner
on Thursday, May 26th, to be sponsored by our member Mr. Harry R.
Ferris, was approved by the Committee.

9.     The request of Mr. Robert E. Dillon of Buffalo, New York, for
Club privileges for his son during the Summer for about three months
was not approved by the Committee.   The Committee agreed that it be
recommended to Mr. Dillon that his son be sponsored for Non-Resident
Junior membership.

10.     Mr. Stewart read to the Committee a letter from Mr. Vernon A.
Eagle, a member of the Club, and Executive Director of The New World
Foundation, stating that it would not be possible for him to continue his
membership if his understanding of the restrictive practices of the Club
was correct.   It was agreed that someone with legal knowledge should
reply to Mr. Eagle, and Mr. Lee Warren James was  asked and agreed
to acknowledge Mr. Eagle's letter

11.     The Committee was told that the cost of renovating the ladies' room,
making it more attractive, would cost betwen $4,500. and $8,000.   There
was no action taken in this matter

12.     Mr. Wolf, not having attended the Board meeting on February 16th,
told the Committee that he was not in favor of the action taken by the Board
at that meeting, which action limited the service in the Lee Warren James
Room to the items on the James Room menu.   After, discussion, the
matter was referred to the House Committee for further study.

     The meeting was regularly adjourned at five P. M.

Minutes transcribed by:

_____
                    Arthur R. Scott, Manager.

Copies to:- C. J. Reid, Esq., President, E. E. Thomas, Secretary.
George W. Wolf, Chairman, Executive Committee.
J. E. Stewart, Chairman, House Committee.



# THE METROPOLITAN CLUB

ONE EAST SIXTIETH STREET
NEW YORK 22, NEW YORK
TEmpleton 8-7400

## OFFICERS, COMMITTEES AND GOVERNORS

## 1960-1961



*Ideal
Entertaining
Facilities
Especially
Adaptable
For Your
Every Need.*

The Metropolitan Club is beautifully situated. Close to theatres, shopping districts and the new Coliseum Exposition Hall, the Club's facilities are paced to your activities and needs. Quick, attentive service assures your making the theatre comfortably, keeping your appointments handily. Also at your command— Main Dining Room, Private Dining Rooms, Men's Bar, Card Room, Billiard Room, Lee Warren James Tap Room, Library, Barber Shop, Steam Room and Gymnasium, Dow Jones Stock Ticker Service, Theatre Tickets, Limousine Service and forty resident rooms with valet service.

OUR ENTIRE BUILDING IS AIR-CONDITIONED.



**OUR MAIN DINING ROOM.** Here in the quiet and refined atmosphere of our Main Dining Room you will enjoy excellent cuisine and superb service in beautiful surroundings. Open daily from 8:00 A.M. to 9:00 P.M. Ideal for "before the theatre" dinner.

Special buffet on Sunday from 12:00 noon to 3:00 P.M. and from 6:00 P.M. to 9:00 P.M.

**THE MAIN DINING ROOM IS AVAILABLE FOR PRIVATE PARTIES OF 200 OR MORE.**

*The perfect setting for your business and social events*

**Our Private Dining Rooms** . . . are designed to give you the intimacy and privacy you desire and the proper setting for your business or social gatherings. Our Banquet Manager, John Felton, will be glad to help you with your plans and make helpful suggestions as to menu, decorations and seating arrangements.

## CAPACITIES OF THE PRIVATE DINING ROOMS

| THE MORGAN ROOM | | THE MORTON ROOM | |
|---|---|---|---|
| Meetings | 20 to 150 | Meetings | 15 to 25 |
| Cocktail Parties | 100 to 200 | Cocktail Parties | 10 to 25 |
| Luncheon or Dinner | 25 to 140 | Luncheon or Dinner | 5 to 20 |
| **THE BUTLER ROOM** | | **THE STURGIS ROOM** | |
| Meetings | 25 to 50 | Meetings | 25 to 50 |
| Cocktail Parties | 25 to 75 | Cocktail Parties | 25 to 75 |
| Luncheon or Dinner | 10 to 30 | Luncheon or Dinner | 10 to 20 |

ON THE MAIN FLOOR
THE WEST LOUNGE, AVAILABLE FOR PRIVATE COCKTAIL PARTIES
AND WEDDING RECEPTIONS OF FROM 200 TO 400 PERSONS.
ON THE THIRD FLOOR
THE MAIN DINING ROOM IS AVAILABLE FOR PRIVATE PARTIES
OF 200 OR MORE.



**Children's Group to Gain on Feb. 21**
*New York Times (1857-Current file);* Feb 12, 1959; ProQuest Historical Newspapers The New York Times (1851 - 2
pg. 30

# Children's Group to Gain on Feb. 21

## Guideposts, Inc., Is Sponsoring Bal Masque Event

Plans are being made for a gala Bal Masque to be held at the Metropolitan Club at 1 East Sixtieth Street on Feb. 21.

The junior committee of Guideposts for Children, Inc., is sponsoring the event, proceeds of which will aid the organization. Mr. and Mrs. Conrad N. Hilton Jr. are general chairmen.

Guideposts, a nonsectarian group at 545 Fifth Avenue, provides psychotherapeutic treatment for retarded pre-school children.

Miss Priscilla Alden heads the post-debutante committee for the benefit. Her vice chairmen include the Misses Cary Latimer, Ann Dana, Wendy Vanderbilt and Nicole Graham Johnston. Miss Marilla Van Beuren is among their aides.

Vice chairmen of the men's committee, whose chairman is Anthony Berns, include Paul Fagan 3d, Charles Hirshon, Arnold Jurdem, Rene Varley and Orator Woodward.

Among those serving on the senior committee are Mr. and Mrs. Howard B. Johnson Jr., Mr. and Mrs. Richard Cowell, Mr. and Mrs. Charles A. Dana, Mr. and Mrs. Eric Javits, Mr. and Mrs. Comer Jennings, Mrs. Reginald Vanderbilt, Mr. and Mrs. Horatio Luro, Mr. and Mrs. Ivan F. Obolensky and Thelma Lady Furness.

Others are Mr. and Mrs. Stephen Owen, Mr. and Mrs. Owen R. Cheatham, Mr. and



Al Levine

Miss Marilla Van Beuren, left, Paul Fagan 3d and Miss Wendy Vanderbilt at the Sherry-Netherland, where they discussed arrangements for Feb. 21 Bal Masque. It will be held at the Metropolitan Club.

Mrs. Charles A. Berns, Mrs. Isobel Fleming Worsley, Mrs. Eleanor Searle Whitney, Mr. and Mrs. Huntington Hartford and Mr. and Mrs. Robert A. Russell.

Unmasking will take place at midnight and prizes will be given for the most beautiful masque.

Other members of the post-debutante committe are the

Misses Diana Kress, Hope Whitney, Gail Guest, Karen Kriendler, Susan Andrews, Lily Lodge, Pamela Howard, Carol Barnes, Ingrid Russell, Merle Tuck, Joyce Allen, Erin Healy, Natalie Trundy, Hope Parkhurst, Regina Jouvin, Beatrice Ammidown, Victoria Kiser, Joan Pethx, Judith Strelitz, Barbara Zlet and Olga Georges-Picot.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

GRUENTHER SAYS WEST IS STRONG
New York Times (1857-Current file); Mar 11, 1959; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 4

# GRUENTHER SAYS WEST IS STRONG

## It Could More Than Hold Its Own in Test With Soviet, He Tells Red Cross Unit

Gen. Alfred M. Gruenther, president of the American Red Cross, said yesterday that the free world would more than hold its own in any test of strength with the Soviet Union.

However, the former commander of the North Atlantic Treaty Organization said he thought that a "hot war" with the Soviet Union could be avoided. Speaking at a luncheon of the motion picture industry section of the 1959 Red Cross campaign, General Gruenther said:

"If we are able to keep in mind our religious civilization and human dignity, then we will more than hold our own in any 'cold war' test or any hot war, but I think we will be able to avoid that."

Of the Berlin crisis, General Gruenther told 125 film industry leaders who attended the luncheon in the Metropolitan Club, 1 East Sixtieth Street:

"To say we will remain firm is not enough. We are going to have to find a practical solution."

He declared that last year the greatest number of refugees in ten years had left East Germany for West Germany and that a large proportion of these were doctors and members of other professions. He suggested that one of the objectives of Premier Nikita S. Khrushchev of the Soviet Union was to prevent th's exodus.

General Gruenther observed that the Soviet bloc was spending more than a billion dollars a year on culturl and information programs while the United States expenditures in this area came to only $100,000,000.

Gen. Nathan F. Twining, chairman of the Joint Chiefs of Staff, told the meeting that half of this country's armed forces were deployed abroad and that this situation was likely to continue. He said that "the Red Cross has been a terrific support to our services."

Spyros Skouras, president of the 20th Century-Fox Films Corporation and chairman of the Motion Picture Industry Group for the Red Cross Appeal, was host at the luncheon and presided.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Segni to Visit U.N. Chief
Special to The New York Times.
*New York Times  (1857-Current file);* Oct 3, 1959; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 3

## Segni to Visit U. N. Chief

Special to The New York Times.

UNITED NATIONS, N. Y., Oct. 2—Premier Antonio Segni of Italy is to confer with Secretary General Dag Hammarskjold here tomorrow. He will come from Washington with Foreign Minister Giuseppe Pella.

A luncheon will be given for the Premier tomorrow at the Metropolitan Club by the America-Italy Society and a dinner will be given for Signor Segni at the home of the Italian permanent delegate to the United Nations, Egidio Ortona. Secretary General Hammarskjold and Dr. Victor Andres Belaunde of Peru, president of the General Assembly, have been invited to the dinner.

Premier Segni and Signor Pella are to return to Italy Sunday night.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

# SEGNI VISITS U. N. ON ARRIVAL HERE

## Italian Premier Makes Bid for Foreign Investment in Talk at Luncheon

### By PHILIP BENJAMIN

Premier Antonio Segni of Italy arrived in New York yesterday with a bid for increased foreign investment in his country.

The 68-year-old Premier flew here from Washington, where he had conferred with President Eisenhower and Secretary of State Christian A. Herter.

Signor Segni went immediately to the United Nations after his arrival yesterday morning and talked with Dag Hammarskjold, Secretary General of the United Nations.

From the United Nations, the Italian Premier went to a luncheon in his honor at the Metropolitan Club, 1 East Sixtieth Street, given by the America-Italy Society.

There Signor Segni described some of the positive aspects of Italy's economic situation.

#### Industrial Gains Cited

"The country," he said, "has moved from a prevalently agricultural economy to a stage of growing industrialization. Whereas in 1938 agriculture accounted for 32 per cent of the national income and industry for 28 per cent, in 1958 these proportions were reversed: industry accounted for 34.3 per cent and agriculture for 23.5 per cent."

Signor Segni also noted that in the international money market the Italian lira was beginning to be considered a hard currency.

"Such it has proved to be after the adoption of convertibility," he said.

The Premier said that while exports to the United States had steadily increased, "our American imports still cost us twice our export gains."

Signor Segni emphasized that his country was "especially interested in foreign investment, particularly in those enterprises most apt to speed the process of industrialization."

Signor Segni noted that his Government had passed legislation designed to interest foreign investment capital, and noted further that such investments had increased 300 per cent in three years.

About 300 persons attended the luncheon. Richard C. Patterson Jr., Commissioner of the Department of Commerce and Public Events, presented to the Premier a newly designed model of the key to City Hall.

Last night the Premier was guest of honor at a private dinner given by Egidio Ortona, Italy's delegate at the United Nations.

Today he will see some of New York's sights and will be guest of honor at a luncheon given by Henry R. Luce, the magazine publisher, and Mrs. Luce, former United States Ambassador to Italy.

After a dinner tonight at the Waldorf-Astoria Hotel, given by the Italian-American community of New York, Premier Segni will depart for Italy.



NEW YORK VISITOR: Premier Antonio Segni of Italy, center, being taken on a tour of the United Nations yesterday by Secretary General Dag Hammarskjold. At left is Giuseppe Pella, the Italian Foreign Minister.

*The New York Times (by Carl T. Gossett Jr.)*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

PUBLISHER ATTACKS ENVOY SELECTIONS
New York Times  (1857-Current file); Oct 13, 1959; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 9

# PUBLISHER ATTACKS ENVOY SELECTIONS

An American newspaper publisher charged last night that United States relations with Latin America were hampered by poor diplomatic appointments.

John S. Knight, publisher of Knight Newspapers, Inc., said that "too many of our Ambassadors receive their posts as political plums, too few of them either speak the language of the country to which they are assigned or know much of anything about its culture and traditions."

Mr. Knight spoke at the eighteenth annual dinner of the Americas Foundation, which was held at the Metropolitan Club, 1 East Sixtieth Street.

The foundation presented the publisher with its Americas Award for his work in behalf of inter-American friendship. The presentation was made by Gen. Pedro E. Aramburu, former Provisional President of Argentina, who was last year's award winner.

Mr. Knight said there was much room for improvement in diplomacy between North and South America. He urged that the State Department have an Under Secretary for Latin-American affairs.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

First Doric Cotillion For Debutantes Held
*New York Times (1857-Current file)*; Nov 28, 1959; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 24

# First Doric Cotillion
## For Debutantes Held

The first annual Doric Debutante Cotillion of the Women's Auxiliary of the New York Chapter of the American Institute of Architects took place last evening in the Metropolitan Club.

Eight young women were honored at the fete, proceeds of which will be used for scholarships for architectural students.

Robert Ward Cutler Jr. gave a dinner party at the club for the debutantes and their escorts and several other young people before the cotillion. His father and stepmother also entertained at the club for friends before the dinner dance.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Events Today
*New York Times (1857-Current file);* Mar 16, 1960; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 75

# Events Today

Luncheon, the Tuition Plan, Sheraton-East Hotel, noon, Presentation of award. "Education for a Climate of Freedom," The Very Rev. Laurence J. McGinley.

Luncheon forum, National Democratic Club, 233 Madison Avenue, noon. Speaker: Paul M. Butler.

Lecture, Frick Collection, 1 East Seventieth Street, 3 P. M. "Neapolitan Painting: Vaccaro and Rosa," Alden Murray.

Meeting, Public Health Association of New York City, Donnell Library, 20 West Fifty-third Street, 3 P. M. "Alcoholism Today—Its Public Health Significance," Mrs. Marty Mann, Commissioner Leona Baumgartner.

Dinner meeting, lawyers committee, Workmen's Circle, Atran Center, 25 East Seventy-eighth Street, 6 P. M. "The Landrum-Griffin Law and Its Effect on Labor Relatios," David I. Ashe.

Dinner in honor of Vice Admiral Thomas L. Combs under the auspices of the New York Council, Navy League of the United States, Metropolitan Club, 1 East Sixtieth Street, 7 P. M. Speaker: Fred A. Bantz, Under Secretary of the Navy.

Meeting, Boys' Club of New York Alumni, Tompkins Square Building, 287 East Tenth Street, 8 P. M. Speaker: Deputy Commissioner Nathan Skolnik.

Forum on "The Impact of the Adult World on Youth" under the auspices of the Bronx section, National Council of Jewish Women, Wade Junior High School, Morris Avenue and East 176th Street, the Bronx, 8 P. M.

Meeting, Bronx County Medical Society, Veterans Administration Hospital, 130 West Kingsbridge Road, the Bronx, 8:30 P. M. Symposium on "Juvenile Delinquency," Prof. Alfred J. Kahn, Judge Justine Wise Polier, Dr. Harry Bakwin.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Gruenther Urges Offsetting Soviet
New York Times (1857-Current file); May 27, 1960; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 15

# Gruenther Urges Offsetting Soviet

Gen. Alfred M. Gruenther, president of the American National Red Cross, yesterday called for a better informed public to counter Soviet propaganda successes in underprivileged countries.

"The Communists are too frequently able to convince other people that they are interested in the masses and that we are the materialists," he said at the Metropolitan Club, 1 East Sixtieth Street.

He spoke at a luncheon rally opening the motion picture industry's drive in the 1960 Red Cross fund campaign.

General Gruenther said he saw "little cause for depression" because of the failure of the summit conference in Paris since resolutions to the conflicts arising from the ideological struggle between the Soviet Union and this country would take years.

Asserting rather that he was "optimistic about the future," the general observed no essential change in the balance of power affecting the military, economic or political fields of both nations.

General Gruenther addressed 150 motion picture leaders, headed by Spyrous Skouras,



The New York Times

Gen. Alfred M. Gruenther speaking yesterday at the Red Cross luncheon rally.

president of Twentieth Century Fox Film Corporation, who will seek to raise $62,500. The Red Cross campaign goal for Greater New York is $5,500,000.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

DESMOND HONORED BY LAWYERS HERE
*New York Times (1857-Current file);* Sep 18, 1960; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 63

# DESMOND HONORED
# BY LAWYERS HERE

The New York State Associa-
tion of Plaintiffs Trial Lawyers
paid tribute yesterday to Chief
Judge Charles S. Desmond of
the Court of Appeals at a lunch-
eon meeting in the Astor Hotel.

The testimonial to Judge Des-
mond came in the opening day
of a two-day seminar by the as-
sociation on medical aspects of
negligence cases. About 500
persons, including many judges,
attended the luncheon.

Among the topics discussed
by physicians at the seminar
was how to tell whether injuries
suffered were organic or emo-
tional.

Justice Matthew J. Troy of
the Court of Special Sessions
was honored by the Oriel Soci-
ety at a reception for complet-
ing twenty-five years on the
bench. The reception took place
at the Metropolitan Club, Fifth
Avenue and Sixtieth Street. The
Oriel Society is a Catholic cul-
tural organization.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Stedman to Be Honored
New York Times (1857-Current file); Sep 18, 1950; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. S16

## Stedman to Be Honored

Rear Admiral Giles C. Stedman, former Superintendent of the United States Merchant Marine Academy and presently vice president and a director of the United States Lines, will be honored at a dinner Thursday night at the Metropolitan Club. Admiral Stedman will be the guest of the Blue and Gray Club, an organization ofalumni and friends of the Merchant Marine Academy interested in the athletic program of Kings Point. Admiral Stedman introduced football at Kings Point in 1945.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

Events Today
*New York Times (1857-Current file);* Sep 28, 1960; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 36

# Events Today

Meeting, National Security Industrial Association, Waldorf-Astoria Hotel, 9:30 A. M. Luncheon, 12:30 P. M. Speakers: Lieut. Gen. Arthur G. Trudeau, U. S. A. Afternoon session, 2 o'clock. Dinner, 7:30 o'clock. Speaker, Gen. Nathan F. Twining, U. S. A. F.

Meeting, African-Affairs Society of America, St. Regis Hotel, noon. "A Report on Africa," W. Averell Harriman.

Luncheon, Citizens Housing and Planning Council of New York, Plaza Hotel, 12:30 P. M. Speaker: J. Clarence Davies.

Fiftieth anniversary reception, American - Scandinavian Foundation, Metropolitan Club, 1 East Sixtieth Street, 5:30 P. M.

Meeting, Municipal Engineers of the City of New York, Engineering Societies Building, 29 West Thirty-ninth Street, 7:45 P. M. "The New York City Transit Authority—The Last Five Years and the Next Five," Charles L. Patterson.

Meeting, Episcopal Society for Cultural and Racial Unity, Synod House, Cathedral Church of St. John the Divine, Amsterdam Avenue and 112th Street, 8 P. M. Speakers: The Rev. John B. Morris, Miss Bonnie Kilstein.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.



*United Press International*

**PRINCE HONORED HERE:** Prince Harald of Norway holds a history of his country given him by Lithgow Osborne, center, president of American-Scandinavian Foundation. Mrs. Franklin D. Roosevelt, another guest at reception, reminisced with the Prince.

## Prince Harald of Norway Meets An Old Friend, Mrs. Roosevelt

A strapping 23-year-old Norwegian royal visitor and Mrs. Franklin D. Roosevelt yesterday renewed a friendship that began in World War II.

Mrs. Roosevelt and the visitor, Crown Prince Harald of Norway, had not seen each other since early in 1945, before King Olav V and Princess Martha returned to Oslo with their two daughters and the 8-year-old Prince, after an exile of almost five years.

They shook hands warmly yesterday at a reception given for Prince Harald at the Metropolitan Club by the American-Scandinavian Foundation. They swapped memories, but in this, the widow of the wartime President had the advantage; for the Prince's recollections were mainly about school days near Washington.

Governor Rockefeller welcomed the Prince as leader of a nation "whose love of liberty shines like ours."

Prince Harald thanked Governor Rockefeller for his welcome and praised the foundation for its work. He reported that 5,000 persons had benefited from the foundation's scholarships and training programs.

Addressing 200 reception guests, Mrs. Roosevelt recalled the early days of World War II. She said she and President Roosevelt had known the Norwegian royal family very well and especially "a small boy, very small."

She said she had seen him once at the White House swimming pool and had remarked to his mother, the late Princess Martha, that Prince Harald looked blue. The Princess replied, "The waters of Norway are cold."

On another day at the stables at Hyde Park, Mrs. Roosevelt recalled, a state trooper was perturbed because " a small boy" was climbing a horse's leg.

The same small boy started to cry once when he was injured, she noted, until he was reminded by his mother, "Princes don't cry."

Among those at the reception were Miss Frances Willis, United States Ambassador to Norway and the Norwegian Ambassador, Paul Koht.

Prince Harald, who will remain here until Sunday, will visit the United Nations and meet Mayor and Mrs. Wagner at Gracie Mansion today.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

Events Today
*New York Times (1857-Current file);* Oct 15, 1960; ProQuest Historical Newspapers The New York Times (1851 - 2004)
pg. 21

# Events Today

Conference on "Science and Technology in Israel and the Middle East" under the auspices of the American Technion Society, Astor Hotel, 9:30 A. M. Afternoon session, 1:45 P. M. Continues to-morrow morning.

Conference, Gregg Shorthand Teachers' Association, McGraw-Hill Building, 330 West Forty-second Street, 9:30 A. M.

Luncheon, Women's auxiliary, New York State Pharmaceutical Society, Waldorf-Astoria Hotel, noon.

Founders Day luncheon, Eta chapter, Tau Gamma Delta Sorority, Waldorf-Astoria Hotel, noon. Speaker: Dr. Deborrah Partridge.

Lecture, Frick Collection, 1 East Seventieth Street, 3 P. M. "Rubens in Italy," Eric Van Schaack.

Reception in honor of King Frederik and Queen Ingrid of Denmark, under the auspices of the American - Scandinavian Foundation, Metropolitan Club, 1 East Sixtieth Street, 4 P. M.

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

250,000 Greet Danish Monarchs

# 250,000 Greet Danish Monarchs

## Red and White Tape Swirls at Parade Up Broadway

### By ANNA PETERSEN

King Frederik IX and Queen Ingrid of Denmark were welcomed to New York yesterday with a red-and-white ticker-tape parade up Broadway from Bowling Green to City Hall.

As the air above the procession filled with a whirl of confetti and streamers in colors matching Danish flags that flew from doorways, the King smiled broadly to the noontime crowds lining the sidewalks.

The monarch, who is Europe's tallest and also by reputation its friendliest, drew cheers and applause from onlookers when he halted the parade shortly after it had begun. The Queen, who had been riding in the car behind him, moved up and sat beside him.

The police estimated the turnout at 250,000, which would make it the largest welcoming crowd since Britain's Queen Elizabeth II visited New York.

#### Flew Up From Capital

The royal couple had flown from Washington to La Guardia Airport earlier in the day to receive the honors of a city whose population far exceeds that of their entire country. The four-day visit here will wind up a tour of the United States that began on Oct. 4 in Los Angeles.

The King was dressed yesterday in the uniform of an admiral of the Danish Navy. The Queen wore a wine-colored costume and matching hat, with black osprey feathers.

They were met at the foot of the steps of City Hall by Mayor and Mrs. Wagner. The official party halted only briefly to sign the guest book and to hear military bands play "The Star-Spangled Banner" and "King Christian," the Danish national anthem.

Queen Ingrid was the guest of Mrs. Wagner at a luncheon in Gracie Mansion, where she received a gold link bracelet bearing a key.

At a luncheon in the Waldorf-Astoria Hotel, the Mayor gave the King the medal of the City of New York and a scroll extolling him as a "friend of international peace with justice."

#### 700 at Luncheon

The luncheon was attended by more than 700 city officials, business men and ranking officials of both the Danish and American Governments.

During the introductions of those on the dais, an extraordinary tribute was paid to Frederick H. Boland of Ireland, Richard C. Patterson Jr., Commissioner of Commerce and Public Events, presented him as "the courageous President" of the United Nations General Assembly. The luncheon party rose to its feet, applauded and cheered.

In response to the Mayor's toast to the King, the King called for a toast to President Eisenhower, adding, "God bless him on this day." It was the President's seventieth birthday.

In his speech, delivered in English, the King called for mutual efforts by Denmark and the United States in promoting the principles of freedom and strengthening "the Western community."

He paid tribute to the help given through the Marshall Plan in the post-war reconstruction



The New York Times

A reception fit for a king and queen, is accorded Frederik and Ingrid of Denmark on Broadway. Between them is Richard C. Patterson Jr. of public events department.

in Europe and said that it had activated the development that Europe is now undergoing.

"Denmark is situated at a European crossroad," he said. "Both politically and geographically Denmark forms, so to speak, a bridge between the two European economic communities, the European Common Market and the European Free Trade Association, of which Denmark is a member."

He also noted that the Danish economy was in transition. He said his country, primarily agricultural, was now producing more industrially and offering investment opportunities for the West.

The Mayor described Denmark as "in many ways an ideal nation." He said it was exemplified in the quality of its exports and especially its crafts, which, he said, "show great pride and extreme care in design and execution."

A number of these products and contemporary crafts are included in an exhibition, "The Arts of Denmark," described as the largest display of Danish art ever to reach this country. The King and Queen formally opened the exhibition last night at the Metropolitan Museum of Art.

The Overseas Press Club gave a reception for the King and Queen in the Waldorf-Astoria in the afternoon.

Today at 10:30 A. M., the King and Queen will visit the Hans Christian Andersen statue in Central Park, near Fifth Avenue and Seventy - fourth Street, and hear Victor Borge read one of Andersen's fairy tales. The Queen will go from the Waldorf-Astoria, where at 9:45 A. M. she will receive an award of the Save the Children Federation.

The American - Scandinavian

Foundation will give the monarchs a reception at 4 P. M. in the Metropolitan Club. They will be dinner guests of the Danish-American Society in the evening at the Waldorf-Astoria.

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Supplemental Affidavit of Anthony Nuttall, sworn to July 21, 2008, and the Memorandum of Law in Further Support of Motion to Quash was served via Federal Express on the 21st day of July 2008 to:

> John Cuti, Esq.
> Davis Wright Tremaine LLP
> 1633 Broadway
> New York, New York 10019
> (212) 489-8230

_____
Brian W. Tilker

50088141.1