```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    07 Civ. 10962 (DAB)
THIRD CHURCH OF CHRIST, SCIENTIST, of    :
NEW YORK CITY                            :
                                         :
              Plaintiff,                 :
                                         :
      - against -                        :    DECLARATION OF
                                         :    SONA OLSON
THE CITY OF NEW YORK and PATRICIA J.     :
LANCASTER, in her official capacity as   :
Commissioner of the New York City Department :
of Buildings,                            :
                                         :
              Defendants.                :
------------------------------------------------------------X
```

I, **SONA OLSON**, pursuant to 28 U.S.C. §1746, declare as follows:

1. I am the Director of Facilities of the Roman Catholic Church of St. Ignatius Loyola ("St. Ignatius"), which is not a party to the above action. I respectfully make this declaration based on my personal knowledge, conversations with various persons intimately familiar with the history of St. Ignatius' use, and a review of Church books and records. I submit this declaration regarding St. Ignatius' past and present use of its premises in further opposition to plaintiff Third Church of Christ, Scientist, of New York's ("Plaintiff's) motion to compel compliance with a non-party subpoena demanding documents and a deposition.

2. St. Ignatius is a Jesuit Church located at 980 Park Avenue and 84th Street, and was built in the 1880's. It does not have, nor is it required to have, a Certificate of Occupancy.

3. Unlike Plaintiff, St. Ignatius has not applied for an accessory use permit or any use permits. St. Ignatius' use of its premises has not changed in any appreciable manner since before 1961. At all times, St. Ignatius has had a thriving membership and is actively engaged in its religious mission.

4. To the best of my knowledge, St. Ignatius has never entered into any catering contracts.

5. To the best of my knowledge, from its inception, St. Ignatius has always used its premises to hold special events for members and nonmembers including luncheons for senior citizens, weddings, and a variety of other social receptions involving food and drink. According to <u>Jesuits In Yorksville</u>, 1866-1966, as far back as 1915, St. Ignatius held concerts, celebrations and receptions to commemorate the 50th year anniversary of the Jesuit presence in New York. The Golden Jubilee which was held from November 26 to December 3, 1916 had all expenses for the celebration paid by Mr. Nicholas Brady. Mrs. Brady took personal charge of the banquet after the Solemn Mass on Nov. 26th and defrayed all the costs, amount unknown.

6. Presently, and historically, most events held at St. Ignatius have been related to the Church's religious function and its affiliated religious schools. I have been informed by counsel that St. Ignatius's accessory use is as of right and no use permit is required under the City's Zoning Resolution.

7. For these reasons, and those previously stated in my prior declaration, dated April 22, 2008, the Plaintiff's subpoena served on St. Ignatius should be quashed.

Dated: New York, New York
July 18, 2008

_____
Sona Olson