*#613430*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

THIRD CHURCH OF CHRIST, SCIENTIST, :
OF NEW YORK CITY,

                          :    **AFFIDAVIT OF RIVERSIDE CHURCH**
             Plaintiff,      :    **IN RESPONSE TO COURT ORDER**
                          :    **DATED JULY 31, 2008**
        - against -         **REGARDING DOCUMENT PRODUCTION**

                          :

THE CITY OF NEW YORK and PATRICIA
J. LANCASTER, in her official capacity as,    :    **File No. 07 Civ. 10962 (DAB)**
Commissioner of the New York City
Department of Building,           :

              Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK    )
                  : s.s.:
COUNTY OF NEW YORK  )

     DELBERT GLOVER, being duly sworn, deposes and says that:

     1. I am the Chief Administrative Officer of the Riverside Church and make this affidavit in response to the order of this Court dated July 31, 2008 (the "Order") directing non-party Riverside Church, and certain other non-parties, to produce the following:

     "all documents concerning any social event conducted on or in the premises during the month of December 2007 including   a) the advertising and booking   b) the attendance at   c) the revenue generated by, and   d) any communication about such events held."

     2. The Order also directed such non-parties to produce

     "all documents from the month of December 2007 relating to any independent person or entity that performed catering-related services with which the institution has a contractual relationship, including: a) the terms and scope of that contractual relationship (whether it is oral or reduced to writing);   b) rent or use payments made by, or other financial arrangements with the caterer."

3. Regarding documents encompassed by the Order as quoted in paragraph 1 above, I inform the Court as follows:

(a) During December 2007, the only social events conducted on the premises of The Riverside Church were four weddings, as follows:

| Date | Wedding details | Total charges received by Riverside Church |
|------|-----------------|--------------------------------------------|
| 12/1/07 2 PM | Wedding of Ahunna Eziakonwa and Okechukie Onochie. Held in Christ Chapel. Rev. Robert Coleman, officiating. 130 guests. (Reception held elsewhere) The following are attached as **Exhibit A**: Facilities application form, correspondence if any, and copies of payment checks. No catering services were utilized. | $2,000 |
| 12/15/07 4 PM | Wedding of Amy Leen and Andreas Ostermayr. Held in Christ Chapel. Rev. Elice Higginbotham, officiating. 8 guests. (Reception held elsewhere) The following are attached as **Exhibit B**: Facilities application form, correspondence if any, and copies of payment checks. No catering services were utilized. | $2,000 |
| 12/23/07 4 PM | Wedding and reception of Kristie Lee Johnson and Alex Latorre - held in Christ Chapel. (wedding) and Tower room 9T, A Hall (reception). Rev. John Vaughn, officiating. 100 guests. The following are attached as **Exhibit C**: Facilities application form, correspondence if any, and copies of payment checks. Catering services of Madeline's were utilized for reception. | $4,540 |
| 12/29/07 6 PM | Wedding reception of Denise Valme and Romero Lundy - held in Tower room 9T - 85 guests The following are attached as **Exhibit D**: Facilities application form, correspondence if any, and copies of payment checks. Catering services of Madeline's were utilized for reception | $2,800 |

(b) As stated above, only the last two of the above wedding events involved catering services. These services were provided by the independent caterer, Madeline's, which has provided food service at the Riverside Church for a number of years. See paragraph 4 below

regarding Riverside Church's contractual arrangements with Madeline's. When catering is required, the wedding party, or any other entity conducting a social event at the Riverside Church, makes its own financial arrangements directly with the caterer, and the Riverside Church receives no payment for those catering services. The charges received by Riverside, shown above, are solely for the use of the Riverside Church's physical facilities

        (c) The Riverside Church publicizes the availability of its facilities for weddings on the Riverside Church website, in a brochure provided by Riverside, and by advertisements in bridal and similar magazines. Copies of such publicity items, which were available during December 2007, are attached as **Exhibit E** hereto. Weddings are associated with the religious life of Riverside Church and are a major means of outreach for the Church. Participants are, or may become, members of the Church or attend the Church, although the facilities are open to all. The above advertisements are useful in making known the availability and nature of the wedding facilities.

    4. Regarding any documents encompassed by the Order as referred to in paragraph 2 above, I inform the Court that the only caterer with which the Riverside Church has a contractual relationship is Sopin Corporation d/b/a "Madeline's. " Madeline's operates under a Food Service Agreement with Riverside Church dated January 25, 2007. A copy of that Food Service Agreement is attached as **Exhibit F**. Because Riverside Church has a congregation membership of about 2,500 and a staff of 175 employees, including eight ordained ministers, Riverside Church must have food service facilities for its employees, staff, worshipers, and visitors. Rather than hire a cooking and food preparation staff of its own, Riverside contracts with its caterer to provide that food service. Riverside Church's caterer is not intended as an income source to Riverside but is a

necessary expense for church operations.  As noted above regarding the two catered wedding

receptions during December 2007, the party utilizing the Riverside's reception facilities makes its

own financial arrangements with the caterer and no payment is made to Riverside for such catering

services.

5.  The incidental catering arrangements available at The Riverside Church are not remotely

comparable to the major commercial catering enterprise contemplated by the plaintiff Third Church.

I respectfully submit that The Riverside Church should not be required to produce any further

documents or information in response to the Third Church subpoena.

_____
DELBERT GLOVER

Sworn to before me this

26th day of August , 2008.

_____
NOTARY PUBLIC

MARIA T. BIDO
Notary Public, State of New York
No. 01BI5044042
Qualified in New York County
Commission Expires May 22, 2011

Page 4

# EXHIBIT A

# THE RIVERSIDE CHURCH - WEDDING APPLICATION

### (Please Print)

WEDDING DATE: _SAT, December 1st 2007_    TIME (Please circle one):    10am    12noon    (2pm)    4pm    5pm

Sunday Weddings Only:    3pm    5pm

We are requesting:    Wedding Ceremony Only [✓]    Wedding Ceremony & Reception [ ]

PLACE:  Nave [ ]    Christ Chapel [✓]    Meditation Chapel [ ]    Gethsemane Chapel [ ]

Number of Guests Expected: _140_

Minister Requested: _REV COLEMAN_

Wedding Rehearsal date and time requested: _FRIDAY, NOVEMBER 30TH_  (2pm)
    (We will always try to honor your request---but may need to make adjustments according to availability)

| Bride: AHUNNA EZIAKONWA | Groom: OKECHUKWU ONOCHIE |
|---|---|
| Mailing Address | Mailing Address |
| 327 Centre Avenue ← | SAME |
| City    State    Zip | City    State    Zip |
| New Rochelle NY  10805 | ← Same |
| Email: EZIAKONWA @ UN. ORG | Email: ONOCH1STG @ YAHOO. COM |

Home Phone# 914-8138914 Work# 2129636571 Home Phone#    Work#
Cell#: 917 7038775    Cell # 646 7256391

How did you hear about The Riverside Church?

Bride / Previous Marriages: Yes [ ] No [✓]    Groom / Previous Marriages: Yes [✓] No [ ]

Members of The Riverside Church:  Bride: Yes [✓] No [ ]    Groom: Yes [ ] No [ ]

(visiting member)
since 1995

_Christian (Protestant)_    _Christian (Catholic)_
**Bride's Religious Affiliation**    **Groom's Religious Affiliation**

## Angela Gregory

| | |
|---|---|
| **From:** | eziakonwa@un.org |
| **Sent:** | Tuesday, October 02, 2007 4:18 PM |
| **To:** | Angela Gregory |
| **Subject:** | Weddings |

name : Ahunna Eziakonwa
email : eziakonwa@un.org
phone :
subject : Weddings
message : Dear Angela, We met and discussed ceremony on December 1st at 2pm. I was to get back to you on Minister of our choice. We would like to choose The Rev. Dr. Robert Coleman. Pls confirm that this is ok. Many thanks, Ahunna Eziakonwa

**Angela Gregory**

**From:**    Angela Gregory
**Sent:**    Tuesday, October 23, 2007 8:17 PM
**To:**    'eziakonwa@un.org'
**Subject:** Minister confirmed

Ahunna,

Rev. Bob Coleman will officiate---please contact his office for an appointment.
(212) 870-6739.

Reminder:    Your Balance of $1,500 is due November 1.

Angela

Angela Gregory, Manager
Rentals & Program Services
The Riverside Church
490 Riverside Drive - Suite 605T
New York, NY 10027
(212) 870-6762



AHUNNA EZIAKONWA
327 CENTRE AVENUE
NEW ROCHELLE, NY 10805

DATE 11/2/07

1-7860/2260

PAY TO THE ORDER OF  The Riverside Church    $ 1,500.00

One thousand five hundred — DOLLARS

UNFCU
United Nations Federal Credit Union
820 Second Avenue, 12th Floor
New York, NY 10017-4504

FOR balance payment

⑆226078609⑆: 000046060 2⑈0524



AHUNNA EZIAKONWA
327 CENTRE AVENUE
NEW ROCHELLE, NY 10805

526

DATE 9/18/07

1-7860/2260

PAY TO THE ORDER OF  The Riverside Church    $ 500.00

Five hundred — DOLLARS

UNFCU
United Nations Federal Credit Union
820 Second Avenue, 12th Floor
New York, NY 10017-4504

FOR deposit for Ceremony

⑆226078609⑆: 000046060 2⑈0526

 **PAID**

✳ No Lic. - Already Legally Marries

# EXHIBIT B

# THE RIVERSIDE CHURCH - WEDDING APPLICATION

## (Please Print)

WEDDING DATE: _12/15/07_    TIME (Please circle one):    10am    12noon    2pm    (4pm)    6pm

Sunday Weddings Only:    3pm    5pm

We are requesting:    Wedding Ceremony Only [X]    Wedding Ceremony & Reception [ ]

PLACE:    Nave [ ]    Christ Chapel [X]    Meditation Chapel [ ]    Gethsemane Chapel [ ]

Number of Guests Expected: _8_

Minister Requested: _Rev Elice Higginbotham_

Wedding Rehearsal date and time requested: _7 pm    Dec. 14_
    (We will always try to honor your request---but may need to make adjustments according to availability)

| Bride: Amy Leen | Groom: Andreas Ostermayr |
|---|---|
| Mailing Address 8 St. Marks Pl. Apt. 11 | Mailing Address |

| City NYC | State NY | Zip 10003 | City | State | Zip |
|---|---|---|---|---|---|

Email: _amyamyrae@yahoo.com_    Email:

Home Phone#    Work#    Home Phone#    Work#
Cell#: _917-991-2631_    Cell # _914-525-6761_

How did you hear about The Riverside Church? _Online_

Bride / Previous Marriages:  Yes [ ]  No [X]    Groom / Previous Marriages:  Yes [ ]  No [X]

Members of The Riverside Church:    Bride:  Yes [ ]  No [X]    Groom:  Yes [ ]  No [X]

_Protestant_    _Protestant_
**Bride's Religious Affiliation**    **Groom's Religious Affiliation**

The Marriage Ceremony of

AMY LEEN

*and*

ANDREAS OSTERMYR

Saturday, September 16, 2007, 4:00 p.m.

*Christ Chapel*
*The Riverside Church in the City of New York*

15 Dec 07

**AMY R. LEEN**
1200 MERCER ST., APT. 511
SEATTLE, WA 98109-5581

19-7076/3250
0940371404

1271

DATE 10/29/07

PAY TO THE ORDER OF The Riverside Church     $ 500 00

five hundred     DOLLARS

**Washington Mutual**

Washington Mutual Bank, FA
Northgate Financial Center 27
520 NE. Northgate Way     1-800-788-7000
Seattle, WA 98125     24 hour Customer Service

NOTES wedding deposit     Amy Leen

⑆325070760⑆ 0940371404⑆ 1271

---

15 Dec 07

**AMY R. LEEN**
1200 MERCER ST., APT. 511
SEATTLE, WA 98109-5581

19-7076/3250
0940371404

1279

DATE 11/16/07

PAY TO THE ORDER OF The Riverside Church     $ 1500.00

one thousand five hundred     DOLLARS

**Washington Mutual**

Washington Mutual Bank, FA
Northgate Financial Center 27
520 NE. Northgate Way     1-800-788-7000
Seattle, WA 98125     24 hour Customer Service

NOTES Sturmayr/Leen wedding     Amy Lee

⑆325070760⑆ 0940371404⑆ 1279



### THE CITY CLERK
#### The City of New York -- The State of New York

| ISSUED |
|---|
| No.: M-2007-24112 |
| Date: 14-Nov-07 |
| Time: 9:28:07 AM |

**ALL PARTIES PLEASE NOTE:**
This license permits the Groom and Bride to be married anywhere in New York State only. The ceremony may be performed only after 9:28 AM on 11/15/2007 and no later than 1/13/2008. Please return this license whether used or unused.

**FROM THE GROOM**

Age: 37

Name: ANDREAS  OSTERMAYR
New Surname:
A.K.A.:
Address: 400 EAST 90th STREET  PHB
City: NYC          State: **NY**          ZIP: 10128          Country: **USA**
BIRTH INFO:  Date:  6/7/1970          City: AUGSBURG     State:          Country: **Germany**
Usual Occupation:   VP OF MARKETING
FATHER Name: ALOIS OSTERMAYR          Birth Place:  , Germany
MOTHER Name: HEDWIG RAU          Birth Place:  , Germany
Number of Previous Marriages:  0

**FROM THE BRIDE**

Age: 26

Name: AMY RAE LEEN
New Surname: OSTERMAYR
A.K.A.:
Address:  8 ST. MARKS PLACE  11
City:  NYC          State: **NY**          ZIP: 10003          Country: USA
BIRTH INFO:  Date:  8/4/1981          City: SPOKANE     State: **WA**          Country: USA
Usual Occupation:  UNEMPLOYED
FATHER Name: ARTHUR LEEN          Birth Place:  , USA
MOTHER Name: TRUDY DAVAZ          Birth Place:  , USA
Number of Previous Marriages:  0

**CERTIFICATE OF MARRIAGE OFFICIANT PERFORMING CEREMONY. PRINT OR TYPE ALL INFORMATION CLEARLY IN BLACK INK . FILL IN COMPLETELY.**

**TO BE COMPLETED UNDER SUPERVISION OF THE MARRIAGE OFFICIANT**

The Rev. Elice Higgenbotham        Clergy        (212) 870-6762
PRINT FULL NAME OF MARRIAGE OFFICIANT ABOVE     PRINT TITLE OF MARRIAGE OFFICIANT ABOVE     PRINT TELEPHONE NUMBER ABOVE

490 Riverside Drive   New York      N.Y.        10027
PRINT RESIDENCE ADDRESS ABOVE     PRINT TOWN OR CITY ABOVE     PRINT STATE ABOVE     PRINT ZIP CODE ABOVE

DO HEREBY CERTIFY THAT I DID ON  12  15  07  4pm AT Riverside Church 490 Riverside Dr. 10027  STATE OF NY
                                MONTH  DAY  YEAR  TIME     LOCATION OF CEREMONY & STREET ADDRESS

**SOLEMNIZE THE RITES OF MATRIMONY BETWEEN THE GROOM AND THE BRIDE IN THE PRESENCE OF**

Terrell M Madsen     1700 BELLEVUE AVE. #503  SEATTLE, WA  98102
PRINT NAME ABOVE          PRINT STREET ADDRESS ABOVE     PRINT CITY ABOVE     STATE     ZIP CODE

Achim Jetter     Wertheimstr. 1       München        Germany    81293
PRINT NAME ABOVE          PRINT STREET ADDRESS ABOVE     PRINT CITY ABOVE     STATE     ZIP CODE

(SIGNATURE OF GROOM ABOVE)          (SIGNATURE OF WITNESS ABOVE)

(SIGNATURE OF BRIDE ABOVE)          (SIGNATURE OF WITNESS ABOVE)

**WITNESS MY HAND AT THE LOCATION LISTED ABOVE  IN THE COUNTY OF** New York  **ON THE DATE LISTED ABOVE.**

Elice Higgenbotham
(SIGNATURE OF MARRIAGE OFFICIANT ABOVE)

# EXHIBIT C

*Sunday*

# THE RIVERSIDE CHURCH - WEDDING APPLICATION

## (Please Print)

**WEDDING DATE:** 12/23/07

**TIME (Please circle one):**        10am    12noon    2pm    4pm    6pm

Sunday Weddings Only:        3pm    5pm    ＊ (4pm)

**We are requesting:**        Wedding Ceremony Only [ ]        Wedding Ceremony & Reception [✓]

**PLACE:**        Nave [ ]        Christ Chapel [✓]        Meditation Chapel [ ]        Gethsemane Chapel [ ]

**Number of Guests Expected:** 100

**Minister Requested:** Rev John Vaughn

**Wedding Rehearsal date and time requested:** 12/22/07 5pm

**(We will try to honor your request---but may need to make adjustments according to availability)**

| **Bride:** Kristie Lee Johnson | **Groom:** Alejandro (Alex) Latorre |
|---|---|
| **Mailing Address** 21-63 42nd St. Apt. 2L | **Mailing Address** Same |
| **City** Astoria  **State** NY  **Zip** 11105 | **City**    **State**    **Zip** |
| **Email:** Kristie.lee-johnson@hotmail.com | **Email:** osslander@hotmail.com |
| **Home Phone#** **Cell#:** 646-335-2327  **Work#** 718-937-0320 | **Home Phone#** **Cell #** 718-687-0925  **Work#** Same |

**How did you hear about The Riverside Church?** Bridal Magazine

**Bride / Previous Marriages:** Yes [ ]  No [✓]        **Groom / Previous Marriages:** Yes [ ]  No [✓]

**Members of The Riverside Church:**    **Bride:** Yes [ ]  No [✓]        **Groom:** Yes [ ]  No [✓]

Episcopalian
**Bride's Religious Affiliation**

Catholic
**Groom's Religious Affiliation**

# THE RIVERSIDE CHURCH
# RECEPTION REQUEST

Date and Time of Wedding ___December 23, 2007___

| Number of Guests Expected | # 100 |
|---|---|

| Space Requested:    (Please ✓ selection) | |
|---|---|
| 10T – Sit-Down Dinner Capacity 85 | |
| 9T – Sit-Down Dinner Capacity for 100 | ⊠ We haven't decided yet |
| Assembly Hall – Sit-Down Dinner Capacity for 200 | |
| South Hall – Sit-Down Dinner Capacity for 325 | |
| | |
| Cocktail Space Only: | |
| 9T | ⊠ again, not sure |
| 10T | |
| South Hall Lobby | |
| | |
| Tour of Riverside Church for Guests | |

- Please be advised that our in-house caterer, Madeline's, must service all receptions.  To view sample menus and pricing, please visit their website at madelinecatering.com.

- Please try to be as accurate as possible with your guest count.  Fire Department regulations prohibit occupancy of any space to exceed the guidelines above.

- Wine, Beer, and Champagne may be served.   The serving of hard alcohol is strictly at the discretion of Madeline's Catering.



# The Riverside Church

490 Riverside Drive, New York, NY 10027

## EVENT RENTAL AGREEMENT

This agreement, made this **February 20, 2007** by and between The Riverside Church (the "Church") and (the "Sponsor"), memorializes the terms of the Sponsor's rental of **Assembly Hall & 9T Lounge** (the "Premises") at the Church, 490 Riverside Drive, New York, New York 10027.

1. Sponsor desires to rent the Premises for the purpose of **(Reception)** (the "Event"). Attached hereto as Exhibit 1 is a detailed description of the Event, including the nature of any music that will be played and any media that will be employed (incense, flames or candles, lighting, use of substances such as mist, smoke, or other environmental effects), etc.

2. The Event will occur on **December 23, 2007** between the hours of **4:30pm** and **11:30pm**. **Your event must end on time.**

3. **The Sponsor agrees to execute this rental agreement and return it to Angela Gregory, Wedding Coordinator at the Church, along with a deposit of $500.** Additionally, $500.00 shall constitute as a security deposit which will be returned to the Sponsor within two weeks after the Event if, in the judgment of the Church, the Premises have not been damaged in the course of the Event, and have been cleaned by the Sponsor to the Church's satisfaction immediately after the Event. The Church's remedy in the event of damage to the Premises shall not be limited to the retention of the security deposit.

4. If the rental fee is not paid in full 30 days prior to the Event, the Church may rent the Premises to another party. If the Sponsor cancels the Event after full payment of rental fee, the rental fee, less a 25% cancellation fee, shall be returned to the Sponsor. Cancellations made by the Sponsor with less than thirty days notice will be refunded by the Church at 50% of the total contract. Cancellations made by the Sponsor with less than ten days notice will not be refunded. If the Church declines to accept the Event because of the description set forth on Exhibit 1 hereto, or for any other reason, the Church will return the Initial Payment to the Sponsor.

5. The Sponsor agrees to indemnify, defend, and hold harmless, the Church and its employees and agents against all costs, liabilities, losses, damages, suits, fines, penalties and claims of every kind, including reasonable attorneys fees, arising out of the Event or otherwise attributable to the conduct or omissions of the Sponsor and/or its employees, agents, and guest.

6. If, in the opinion of the Church, the Event requires the church to employ additional security personnel, the Sponsor agrees to pay the church for the cost of said additional security personnel.

7. **Madeline's Catering and Special Events exclusively handles all catering, food service and beverage service conducted on The Riverside Church property and premises. Please direct orders to 212-870-6820.**

8. The Sponsor agrees to abide by the following rules:

    a. No smoking allowed anywhere in the Church.
    b. No Church Property may be removed, moved or damaged by the Sponsor or its employees, agents or guests.
    c. No food or beverages are allowed in the Nave and Narthex area.
    d. All equipment loaded into the facility must be pre-arranged with the Church's event account-representative and must use the 91 Claremont Avenue entrance.
    e. The Sponsor does not have use of any kitchen facilities on the Church premises.
    f. All decorations for reception spaces will be approved by the Wedding Coordinator.
    g. **If event does not end on time, late fees in the amount of $100. every thirty minutes will be deducted from the Security Deposit.**

9. The Church reserves the right to inspect the Premises and to close down the event at any time during the Event if the number of guests exceeds the maximum legal occupancy of the Premises, if the Event is otherwise giving rise to safety or security risk, or if this Agreement is violated in any other manner. If the Event is closed down for any of the reasons in the previous sentence, the Church shall refund no part of the rental fee. The maximum number of guests attending the Event will be **125** people.

This is the entirety of the agreement between the Church and the Sponsor concerning the Event.

**THE SPONSOR**

_____
Kristie Lee Johnson

**THE RIVERSIDE CHURCH**

_____
Angela Gregory
_Wedding Coordinator_

Sign and return one copy of this agreement along with payment due to Angela Gregory at: The Riverside Church, 490 Riverside Drive, Suite 605T, New York, NY 10027.

# Exhibit I

Day\Date of Event:  Sunday, December 23, 2007
Time of Event:    4:30pm to 11:30pm
Location:      Assembly Hall & 9T
Style \Occupancy:  Cocktails & Reception
Ceremony:     Christ Chapel– 4:00pm

## SPACE-USE AGREEMENT BETWEEN:

The Riverside Church\ Office of the Wedding Coordinator
490 Riverside Drive  - Room 605T
New York, NY 10027
212\870-6762 or 870-6794(fax)
**agregory@theriversidechurchny.org**

### AND:

Name of Client:    Kristie Lee Johnson & Alejandro Latorre
Address:
Phone(s):       646-335-2327

| | |
|---|---|
| Space use Fee: | $ 3,000  - Assembly Hall |
| Space use Fee | $    500 – 9T   & Library |
| Security: | $ |
| Dressing Room Fee: | $    00 |
| Technical Services: | $    00 |
| Piano Moving/Tuning: | $ |
| Sanctuary Fee: | $ 1,800 --- |
| **Multi Space Discount** | (    1,060) |
| **Total** | $ 4,240. |

| | |
|---|---|
| Damage Deposit: | $    500.  Cannot be waived--Refunded 10 days after event |
| Cleaning Fee: | $    300.  Cannot be waived (All Receptions) |

Deposit Paid  (#197)    ($   500.)

**Total Due:**    $ 4,540.

**Reception Deposit of $500 due:   Upon receipt of contract**
**Remaining Balance due:  On or before 23 November 2007**

Room Set-up:   Per Caterer – Amy Kang

Kristie Lee Johnson

Angela Gregory
*Wedding Coordinator*
The Riverside Church



# Vendor List

Please list below the vendors that will be servicing your wedding at The Riverside Church. You may send this list back with your payment, or fax it to the Office of the Wedding Coordinator at (212) 870-6794. Please note that even if your vendor has serviced other events here at the church, they must be listed below.

| Vendor | Name, Address and Phone Number |
|---|---|
| **Photographer:** | Bella Pictures www.bellapictures.com 866.501.5760 |
| **Videographer:** |  |
| **Florist:** | Katrina Parris 1844 7th Avenue 212.222.7030 |
| **Make-up Artist:** | Michele Falco 908.309.5523 |
| **Limo Company:** | M&V Limousines 1117 Jericho Turnpike Commack NY 800-498-5788 |
| **DJ** | A. Starry Night 69 67 Caldwell Avenue Maspeth, NY 914-423-4890 |

photos by Hamson Gould



**THE CITY CLERK**
The City of New York -- The State of New York

**ISSUED**
No.: M-2007-26015
Date: 14-Dec-07
Time: 11:42:00 AM

**ALL PARTIES PLEASE NOTE:**
This license permits the Groom and Bride to be married anywhere in New York State only. The ceremony may be performed only after 11:42 AM on 12/15/2007 and no later than 2/12/2008. Please return this license whether used or unused.

**F R O M   T H E   G R O O M**

Name: ALEJANDRO ALVARO LATORRE
A.K.A.:
Address: 21-63 42ND STREET 2L                    New Surname:                    Age: 35
City: ASTORIA
BIRTH INFO: Date: 8/9/1972        State: NY              ZIP: 11105              Country: USA
                                  City: WOODSIDE         State: NY               Country: USA
Usual Occupation: TEACHER
FATHER Name: ALVARO LATORRE
MOTHER Name: OLGA NAVA                            Birth Place: , Uruguay
Number of Previous Marriages: 0                   Birth Place: , Argentina

**F R O M   T H E   B R I D E**

Name: KRISTIE L JOHNSON
A.K.A.:
Address: 21-63 42ND STREET 2L                    New Surname: LATORRE           Age: 32
City: ASTORIA
BIRTH INFO: Date: 1/17/1975       State: NY              ZIP: 11105              Country: USA
                                  City: NEWBURY PORT     State: MA               Country: USA
Usual Occupation: TEACHER
FATHER Name: CHARLES JOHNSON
MOTHER Name: ROBIN GREANEY                        Birth Place: , USA
Number of Previous Marriages: 0                   Birth Place: , USA

CERTIFICATE OF MARRIAGE OFFICIANT PERFORMING CEREMONY. PRINT OR TYPE ALL INFORMATION CLEARLY IN BLACK INK. FILL IN COMPLETELY.

*Rev John Vaughn*          *Clergy*              *212 870 6762*
PRINT FULL NAME OF MARRIAGE OFFICIANT ABOVE    PRINT TITLE OF MARRIAGE OFFICIANT ABOVE    PRINT TELEPHONE NUMBER ABOVE

*490 Riverside Drive*      *New York*     *Ny*        *10027*
PRINT RESIDENCE ADDRESS ABOVE    PRINT TOWN OR CITY ABOVE    PRINT STATE ABOVE    PRINT ZIP CODE ABOVE

DO HEREBY CERTIFY THAT I DID ON *12  23  07  4pm* AT *Riverside Church 490 R.S.D*  STATE OF NY 10027
                              MONTH DAY YEAR TIME    LOCATION OF CEREMONY & STREET ADDRESS

SOLEMNIZE THE RITES OF MATRIMONY BETWEEN THE GROOM AND THE BRIDE IN THE PRESENCE OF

*Tobey J. Martinez  25 School St.  Milltown  NJ  08850*
PRINT NAME ABOVE    PRINT STREET ADDRESS ABOVE    PRINT CITY ABOVE    STATE    ZIP CODE

*Timothy Goodwin  25 School St  Milltown  NJ  08850*
PRINT NAME ABOVE    PRINT STREET ADDRESS ABOVE    PRINT CITY ABOVE    STATE    ZIP CODE

(SIGNATURE OF GROOM ABOVE)                      (SIGNATURE OF WITNESS ABOVE)

(SIGNATURE OF BRIDE ABOVE)                      (SIGNATURE OF WITNESS ABOVE)

WITNESS MY HAND AT THE LOCATION LISTED ABOVE   IN THE COUNTY OF *New York*   ON THE DATE LISTED ABOVE.

(SIGNATURE OF MARRIAGE OFFICIANT ABOVE)

TO BE COMPLETED UNDER SUPERVISION OF THE MARRIAGE OFFICIANT



23 DEC 07

**KRISTIE L JOHNSON**
421 STANFORD AVE
SANTA CRUZ, CA 95062

197

90-7162/3222

Jan. 24, 2007  DATE

PAY TO THE
ORDER OF   The Riverside Church          $ 500.00

Five hundred dollars &        ⁰⁰/100   DOLLARS

**Washington Mutual**
Washington Mutual Bank, FA.
Santa Cruz Financial Center 1521
730 Ocean Street
Santa Cruz, CA 95060     1-800-788-7000
                          24 Hour Customer Service

FOR  Kristie & Alex Dec. 23rd

⑆322716271⑆ 39443142981⑈ 0197

© HARLAND 2000

---

23 DEC 07

55-7272/212

100

March 16, 2007  DATE

$ 500.00

PAY TO
the order of  Riverside Church

Five hundred &        ⁰⁰/100   DOLLARS

**Washington Mutual**
Washington Mutual Bank
Olima's Financial Center 9644
2230 31st Street
Astoria, NY 11105     1-600-788 7000
                      24 hour Customer Service

MEMO  Alex & Kristie Wedding
(damage dep)   Reception dep 3/23/07

⑆ 0100



Check Returned
insufficient Funds



Replacement for check 162
(Banued)

# EXHIBIT D

*RECEPTION ONLY—*

# THE RIVERSIDE CHURCH  - WEDDING APPLICATION
### (Please Print)

WEDDING DATE: _12/29/07_     TIME (Please circle one):     10am     ~~Noon~~     2pm     4pm     6pm

Sunday Weddings Only:     3pm     5pm

We are requesting:     Wedding Ceremony Only  [ ]          Wedding Ceremony & Reception [ ]

PLACE:  Nave [ ]     Christ Chapel [ ]     Meditation Chapel [ ]     Gethsemane Chapel [ ]

Number of Guests Expected: _85_          _6PM_

Minister Requested: _____

Wedding Rehearsal date and time requested: _____
    (We will always try to honor your request---but may need to make adjustments according to availability)

| Bride: _DENISE M. Valmé_ | Groom: _Romero Lundy_ |
|---|---|
| Mailing Address _12 Bloomer Drive_ | Mailing Address _173 West 107th   14A_ |
| City _Burlington_   State _NJ_   Zip _08016_ | City _NY_   State _NY_   Zip _10025_ |
| Email: _ddNicolage@aol.com_ | Email: |

Home Phone#          Work#                    Home Phone#          Work#
Cell#: _516 312-9976_                          Cell # _646-573-5386_

How did you hear about The Riverside Church? _On Line & Friend_

Bride / Previous Marriages:  Yes [ ]  No [ ]     Groom / Previous Marriages:  Yes [ ]  No [ ]

Members of The Riverside Church:   Bride:  Yes [ ] No [ ]          Groom:  Yes [ ] No [ ]

_Baptist_                              _Islam_
Bride's Religious Affiliation          Groom's Religious Affiliation

# THE RIVERSIDE CHURCH
## RECEPTION REQUEST

Date and Time of Wedding *December 29, 2007*

| Number of Guests Expected | # |
|---|---|
| **Space Requested:**     (Please ✓ selection) | |
| 10T – Sit-Down Dinner Capacity 85 | |
| 9T – Sit-Down Dinner Capacity for 100 | *85* |
| Assembly Hall – Sit-Down Dinner Capacity for 200 | |
| South Hall – Sit-Down Dinner Capacity for 325 | |
| | |
| **Cocktail Space Only:** | |
| 9T | *85* |
| 10T | |
| South Hall Lobby | |
| | |
| **Tour of Riverside Church for Guests** | |

- Please be advised that our in-house caterer, Madeline's, must service all receptions.  To view sample menus and pricing, please visit their website at madelinecatering.com.

- Please try to be as accurate as possible with your guest count.  Fire Department regulations prohibit occupancy of any space to exceed the guidelines above.

- Wine, Beer, and Champagne may be served.   The serving of hard alcohol is strictly at the discretion of Madeline's Catering.



# The Riverside Church

490 Riverside Drive, New York, NY 10027

## EVENT RENTAL AGREEMENT

This agreement, made this **August 23, 2007** by and between The Riverside Church (the "Church") and (the "Sponsor"), memorializes the terms of the Sponsor's rental of **9T & Library** (the "Premises") at the Church, 490 Riverside Drive, New York, New York 10027.

1. Sponsor desires to rent the Premises for the purpose of **(Reception)** (the "Event"). Attached hereto as Exhibit 1 is a detailed description of the Event, including the nature of any music that will be played and any media that will be employed (incense, flames or candles, lighting, use of substances such as mist, smoke, or other environmental effects), etc.

2. The Event will occur on **December 29, 2007** between the hours of **5:30pm** and **11:30pm. Your event must end on time.**

3. **The Sponsor agrees to execute this rental agreement and return it to Angela Gregory, Wedding Coordinator at the Church, along with a security deposit of $500.** Additionally, the $500.00 security deposit which will be returned to the Sponsor within three weeks after the Event if, in the judgment of the Church, the Premises have not been damaged in the course of the Event, and the Event ends on time. The Church's remedy in the event of damage to the Premises shall not be limited to the retention of the security deposit.

4. If the rental fee is not paid in full thirty days prior to the Event, the Church will consider all deposits forfeited, and may rent the Premises to another party. Cancellations made by the Sponsor with less than sixty days notice will be refunded by the Church at 50% of the total contract. Cancellations made more than 120 days prior to the event will be refunded minus a 25% Cancellation Fee. Cancellations made by the Sponsor with less than thirty days notice will not be refunded. If the Church declines to accept the Event because of the description set forth on Exhibit 1 hereto, or for any other reason, the Church will return the Initial Payment to the Sponsor.

5. The Sponsor agrees to indemnify, defend, and hold harmless, the Church and its employees and agents against all costs, liabilities, losses, damages, suits, fines, penalties and claims of every kind, including reasonable attorneys fees, arising out of the Event or otherwise attributable to the conduct or omissions of the Sponsor and/or its employees, agents, and guest.

6. If, in the opinion of the Church, the Event requires the church to employ additional security personnel, the Sponsor agrees to pay the church for the cost of said additional security personnel.

7. **Madeline's Catering and Special Events exclusively handles all catering, food service and beverage service conducted on The Riverside Church property and premises. Please direct orders to 212-870-6820.**

8. The Sponsor agrees to abide by the following rules:

a. No smoking allowed anywhere in the Church.
b. No Church Property may be removed, moved or damaged by the Sponsor or its employees, agents or guests.
c. No food or beverages are allowed in the Nave and Narthex area.
d. All equipment loaded into the facility must be pre-arranged with the Church's event account-representative and must use the 91 Claremont Avenue entrance.
e. The Sponsor does not have use of any kitchen facilities on the Church premises.
f. All decorations for reception spaces will be approved by the Wedding Coordinator.
g. **If event does not end on time, late fees in the amount of $100. every thirty minutes will be deducted from the Security Deposit.**

9. The Church reserves the right to inspect the Premises and to close down the event at any time during the Event if the number of guests exceeds the maximum legal occupancy of the Premises, if the Event is otherwise giving rise to safety or security risk, or if this Agreement is violated in any other manner. If the Event is closed down for any of the reasons in the previous sentence, the Church shall refund no part of the rental fee. The maximum number of guests attending the Event will be 104 people.

This is the entirety of the agreement between the Church and the Sponsor concerning the Event.

THE SPONSOR

Denise Vanné

THE RIVERSIDE CHURCH

Angela Gregory
*Wedding Coordinator*

Sign and return one copy of this agreement along with any payments due. Checks should be made payable to the Riverside Church. Contract and payments should be sent to Angela Gregory at:   The Riverside Church, 490 Riverside Drive, Suite 605T,   New York, NY 10027.

## Exhibit I

Day\Date of Event:   Saturday, December 29, 2007
Time of Event:       5:30pm to 11:30pm
Location:            9T Lounge & Library
Style \Occupancy:    Cocktails & Reception
Ceremony:            Off-Site

### SPACE-USE AGREEMENT BETWEEN:

The Riverside Church\ Office of the Wedding Coordinator
490 Riverside Drive  - Room 605T
New York, NY 10027
212\870-6762 or 870-6794 (fax)
**agregory@theriversidechurchny.org**

### AND:

Name of Client:     Denise Valmé
Address:
Phone(s):           516-312-9976

Space use Fee:         $   2,500 – 9T Lounge
Space use Fee          $
Security:              $
Dressing Room Fee:     $    No Charge
Technical Services:    $
Piano Moving/Tuning:   $
Sanctuary Fee:         $
Discount               $)
**Total**              $    2,500
Damage Deposit:        $    500.  (Refunded 15 days after event)
Cleaning Fee:          $    300.
**Total Due:**         $    3,300.

**Deposit Paid**            ( 500)

**Balance Due:**       $    2,800

## Security Deposit of $500 due upon receipt of Contract

Room Set-up:    Per Caterer – Amy Kang

_____
Denise Valmé

_____
Angela Gregory
*Wedding Coordinator*
The Riverside Church



**To:** MS. ANGELA GREGORY
MS. LEWIS

Fax number: 212.870.6794

**Date:** November 29, 2007

# A facsimile from

## ROMERO LUNDY
646.573.5386
718.590.6131

## DENISE VALME
516.312.9976

**Regarding:** VENDORS FOR RECEPTION SCHEDULED FOR DEC. 29, 2007

**Comments:** MS. VALME AND I CAN BE REACHED AT THE ABOVE
NUMBERS.

Romero Lundy & Denise Valme
12 Bloomer Drive
Burlington, New Jersey 08016

Wednesday, November 28, 2007

Ms. Angela Gregory, Wedding Coordinator
The Riverside Church
490 Riverside Drive
New York, New York 10027

Re:    Vendors for the wedding reception for Romero Lundy and Denise Valme
       Scheduled for Saturday, December 29, 2007.

| Vendor Name | Vendor Address | Telephone Contact | |
|---|---|---|---|
| Quality DJ Services, Inc. (Disc Jockey) | | (917) 721-3193 | Ron Henry |
| Settipani (Baker) | 602 Loriner Street Brooklyn, N.Y. 11211 | (718) 349-6524 | Antonio "Nino" Settipani |
| Academy Florist (Florist) | 2078 Broadway N.Y., N.Y. 10025 | (212) 222-0771 | Brenda Melendez |
| Captured Moments (Photographer) | Brooklyn Navy Yard 63 Flushing Ave., Unit 241 Brooklyn, N.Y. 11205 | (718) 852-6220 | Chris & Rebeca De Dier |

**Angela Gregory**

| | |
|---|---|
| **From:** | Madeline's |
| **Sent:** | Thursday, December 20, 2007 2:41 PM |
| **To:** | Angela Gregory |
| **Cc:** | 'madelinescatering@gmail.com'; 'amykang22@hotmail.com' |
| **Subject:** | re: floor plan for Denise Valume 12/29 |

Dear Angela,

It was good to see you!

Here is the floor plan for 12/29 wedding.
I will not be here for next week, but Nikki will take care of everything.

I need:
9T
14 round tables (total) : 13 round tables with 8 chairs each (1 will be used for cocktail hr only)
8 long tables (for head table, bride & groom wants regular chairs, not the k & Q chairs)
1 cake table

Library:
1 long table
1 cocktail table
2 comfortable chairs (For bride & groom to sit down)
3 coat racks

Thanks a lot!
I have the copy of floor plan.  I will have tricia send it to you.

Amy



# EXHIBIT E



FROM
Brides New York, Fall/Winter 2007 - p. 138





**FROM**
Wedding Sites and
Services, vol 15
no. 1 - p. 24

The Riverside Church

*The Riverside Church*
*490 Riverside Drive*
*New York, NY 10027*
*for wedding ceremony 212-870-6762*
*for catering details 212-870-6820*
*www.theriversidechurchny.org*

*Beautiful architecture, a stunning*
*location and traditional elegance*
*mixed with modern values make*
*The Riverside Church a unique*
*wedding destination.*

Y ou've been dreaming of your wedding day for 25 years and The
Riverside Church has been waiting 70+ years for you! Imagine your
wedding in a beautiful gothic cathedral on the heights of the historic
Upper Westside of Manhattan overlooking the Hudson River.

With several chapels to choose from, The Riverside Church can ensure
that your wedding, no matter what size, will be unforgettable for you, your
guests, and your family. The elegant reception areas are just steps away
from the Nave and the other chapels. You may choose from several spaces,
including an intimate, gothic reception room complete with a working fire-
place and a terrace that overlooks the Hudson.

The onsite caterer, Madeline's Catering and Special Events, one of
Manhattan's premier caterers, perfectly blends the art of gourmet cooking
with a sense of professionalism and attention to detail, to produce the
reception of your dreams. Their event professionals can assist you with
décor, floral arrangements, and creating the perfect menu.

At The Riverside Church, they strive to make your wedding memorable,
beautiful, and as enjoyable to plan as possible. They have the perfect facil-
ity, solid experience, knowledge, and training to host your wedding and
make it exceptional.

---

### Sample Menu

*Passed Hors D'oeuvres*
Mini Maryland Crab Cakes with Red Pepper Remoulade
Sliced Filet Mignon on Herbed Crouton with
Horseradish Crème
Skewered Hoisen Barbecued Shrimps
Pepper Crusted Ahi Tuna over Wonton Crostini & Wasabi Aioli
Red Bliss Potatoes with Caviar Crème Fraiche
Wild Mushroom & Goat Cheese Tart

**Choice of a buffet dinner or a sit-down dinner.**
*First Course*
Seafood Ceviche served in Martini Glass
Poached Asparagus with Pastrami Smoked Salmon with
Champagne Chive Vinaigrette
Wild Mushroom in Puff Pastry with Brandy Cream Sauce

*Salad Course*
Mesclun Salad with Goat Cheese, Sliced Apples,
Walnuts with Honey Balsamic Glaze
Portobello Mushroom Tower with Mozzarella,
Tomato & Basil over Mesclun
Clasic Caesar Salad with Croutons & Parmesan

*Main Course*
Sliced Filet Mignon served with Classic Bernaise Sauce
Prime Rib of Beef with Natural Au Jus
Sauteed Medallion of Chicken with
Wild Mushroom Cabernet Sauce
Chicken Picatta with Artichoke Hearts & Capers
Pecan Crusted Mahi-Mahi with Vidalia Onion & Pineapple Relish
Baked Silver Cod with Zinfandel Butter Sauce
Norwegian Salmon with Basil Crusts & Lemon Beurre Blanc

*Beautifully Tiered Wedding Cake*
Petit Fours & Chocolate Dipped Strawberries
(or elaborate Viennese Table)
Coffee, Decaf & Tea Service

*Madeline's Catering and Special Events is the exclusive caterer*
*at The Riverside Church. Preparing distinctive, sumptuous meals*
*is their business. Combining superb taste, professional service*
*and exquisite presentation is their hallmark.*

---

| | | | |
|---|---|---|---|
| PRICE RANGE ........$49 - 119 + SITE FEE | CUISINE....AMERICAN GLOBAL CUISINE | BRIDAL SUITE AVAILABLE................YES | OFF PREMISES AVAILABLE...........YES |
| # OF AFFAIRS AT A TIME ................1 - 2 | CEREMONY CAPABILTY ..................YES | VALET PARKING .............................NO | KOSHER.........................................YES |
| CAPACITY..................................10 - 300 | OUTDOOR CAPABILITY.......................NO | IN-HOUSE PARTY PLANNER ..........YES | GUEST ACCOMMODATIONS.........NO |



FROM
Locations Magazine

Lina Jang Photography

| | | | |
|---|---|---|---|
| (02) Address | 490 Riverside Drive | | |
| (03) City/State/Zip | New York, NY 10027 | | |
| (04) Telephone for catering | 212-870-6820 | | |
| Telephone for wedding ceremony | 212-870-6762 | | |
| (06) Website | www.theriversidechurchny.org | | |
| | www.madelinecatering.com | | |
| (07) Email | agregory@theriversidechurchny.org | | |
| | info@madelinecatering.com | | |
| (08) Contact person | Events Director | (20) Separate reception room | Yes |
| (11) Room cap. - cocktail reception | 350 / 600 / 150 | (22) Bridal changing room | Yes |
| (12) Room cap. - dinner w/dancing | 200 / 350 / 104 | (27) Live music / DJ allowed | Yes |
| (13) Cuisine | American Global | (35) Price range per person | $59 - $119 |
| (16) Must use in-house caterer | Yes | (36) Room fee | Varies |

You've been dreaming of your wedding day for 25 years and *The Riverside Church* has been waiting 75 years for you! Imagine your wedding in a beautiful gothic cathedral on the heights of the historic Upper Westside of Manhattan overlooking the Hudson River.

With several chapels to choose from, *The Riverside Church* can ensure that your wedding will be unforgettable for you, your guests, and your family. The elegant reception areas are just steps away from the Nave and the other chapels. You may choose from several spaces, including an intimate, gothic reception room complete with a working fireplace and a terrace that overlooks the Hudson.

The onsite caterer, *Madeline's Catering and Special Events*, one of Manhattan's premier caterers, perfectly blends the art of gourmet cooking with a sense of professionalism and attention to detail, to produce the reception of your dreams. Their event professionals can assist you with decor, floral arrangements, and creating the perfect menu.

At *The Riverside Church*, they strive to make your wedding memorable, beautiful, and as enjoyable to plan as possible. They have the perfect facility, solid experience, knowledge and training to host your wedding and make it exceptional.

**FROM**
**Riverside Church website**
**2 pages**



| Worship | Music & Events | Membership | Get Involved | Spiritual Renewal |
| About Us | Riverside News | Stewardship | Gift Shop | Contact Us |

 Search: [About Us ▾] [GO]    [Explore Progams & Ministries... ▾] 

Our Mission
Senior Minister
Sr. Min. Emeritus
Sr. Min. Search
Clergy & Senior Staff
Leaders
History of Riverside
Library
**Weddings**
Rentals
Jobs
Riverside Links

Visiting Riverside:

Directions & Hours
Tours
Art & Architecture
Riverside Cafe
Gift Shop

Printable Version
Send This Page

## Weddings & Commitment Ceremonies

 The Riverside Church is an open and affirming Christian church with extensive experience uniting interfaith, heterosexual and same-sex couples.

Enjoy the traditional elegance of our beautiful architecture, and stunning views. Exchange vows standing where Presidents and some of the most historic figures of our time have stood. Then, finish your perfect day in one of our exquisite event halls. The Riverside Church sits on the heights of the historic Upper West Side of Manhattan overlooking the Hudson River.

Our onsite caterer, Madeline's Catering & Special Events, perfectly blends the art of gourmet cooking with attention to detail to help you create the event of your dreams. Speak to our on-site Ceremony Coordinator to plan the intricate details of your ceremony

Come to The Riverside Church for the Wedding or Commitment Ceremony of a lifetime. We've been waiting 75 years for you.

### Wedding Spaces

**THE NAVE**
The splendor of our main worship space with its stained glass windows should serve as the perfect backdrop for any event that requires a room of this size. In the tradition of Chartres Cathedral, but made in the United States and France, the windows are the crowning glory to the magnificent architecture of the church.

Size: The Nave measures 96 feet in length and 64 feet in width. Capacity. With its two balconies, seats about 1900.

**CHRIST CHAPEL**
For a more intimate setting many couples choose Christ Chapel for their ceremony. The chapel is patterned after the eleventh century Romanesque nave of the fortress church of St. Nazaire at Carcassonne.

**MEDITATION CHAPEL**
If you are looking for less public and even more intimate setting, then the Meditation Chapel may be ideal for your

**Contact our Wedding Coordinator**
Angela Gregory, Wedding Coordinator
(212) 870-6762


Nave Seats 1900


Christ Chapel Seats 145



occasion.

Meditation Chapel Seats 12

## Reception Spaces

### THE SOUTH HALL

Size: Our largest reception hall, South Hall, measures 86 feet
in length and 62 feet in width and comes with a full stage
area and lobby. Capacity: The space can accommodate a
party of 350 for a formal sit-down dinner with cocktail
reception area or 500 for an open floor reception.

### THE ASSEMBLY HALL

This large gothic-style space with stone pillars and a stage,
includes a full kitchen with an ice machine.

Size: The Assembly Hall measures 62 feet in length and 82
feet in width. Capacity: The space can accommodate a party
of 250 for a formal sit-down dinner and 500 for an open floor
reception.

### THE NINTH FLOOR LOUNGE

Of all Riverside's reception halls, the most spectacular is the
Ninth Floor Lounge with its view of the Hudson River and
New Jersey on one side and urban sprawl on the other. This
beautiful gothic space with its own wood-burning fireplace
comes with a full kitchen and a smaller side room perfect for
coat-check or waiting room.

Size: The Lounge measures 37 feet in length and 85 feet in
width. Capacity: The space can accommodate a party of 100
for a formal sit-down dinner.

### PLEASE NOTE:

Reception spaces include roundtables, long tables, and
chairs, but the rates do not include security deposits or
cleanup fees.



South Hall Seats 350



Assembly Hall Seats 200



Ninth Floor Lounge Seats 104

About Us | Jobs | Directions | Contact Us | Links

© 2005-2008 The Riverside Church New York City. 490 Riverside Drive New York, New York 10027. 212-870-6700 All Rights Reserved



We offer a beautiful Murray Hill terrace for the ceremony with the Empire State Building in background or you can hold the ceremony on the grand lobby staircase.
www.kitano.com

**FROM**
**Website for My Wedding.com**

Contact



### The Riverhouse at Goodspeed Station

A reception luncheon or dinner at The Riverhouse assures your particular tastes in ambiance and superb service. The Riverhouse, like the day you've waited for, is one of a kind.
www.theriverhouse.com

55 Bridge Road
Haddam, CT                          **(860) 345-4100**

Contact this vendor    Add to my list



### The Riverside Church

The Riverside Church sits on the historic upper west side of Manhattan overlooking the Hudson River. Enjoy the traditional elegance of our gothic architecture and stunning views.
www.theriversidechurchny.org

490 Riverside Drive Suite- 605T
New York, NY                        **(212) 870-6762**

Contact this vendor    Add to my list



### Trattoria Dopo Teatro

Appearing deceptively small from the outside, this theater district favorite is home to one of the most beautiful interior gardens in New York City.
www.dopoteatro.com

125 West 44th Street
New York, NY                        **(212) 869-2849**

Contact this vendor    Add to my list



### Tyrone Farm

A peaceful setting with breathtaking scenic views, acres of meticulously manicured lawns and lovely intricate gardens. In order to create special and intimate occasions, we host just one wedding a day.
www.tyronefarm.com

89 Tyrone Road
Pomfret, CT                         **(860) 928-3647**

Contact this vendor    Add to my list

### Graphic Tiles



### Castle on the Hudson

Our Great Hall with its impressive 40-foot vaulted ceiling, beautiful Tiffany-style stained-glass windows with heraldic motifs, & the musician's balcony is an exquisite setting for a wedding ceremony.
www.castleonthehudson.com
400 Benedict Avenue
Tarrytown, NY                       **(800) 616-4487**

Add to my list



RIVERSIDE CHURCH -
Wedding Brochure - 20 pages



Photo courtesy of J&J Photography

*T*hank you for considering the historic Riverside Church for your event.   This marvel of gothic architecture has all the ingredients you need to create an amazing event – stunning sanctuaries and banquet rooms, a team of in-house event professionals, and a list of outstanding preferred vendors.

Have a beautiful, sacred ceremony in the world famous Nave – or for ceremonies of up to 130 guests, enjoy the Christ Chapel, a lovely, intimate, Romanesque chapel. After your ceremony, enjoy a reception in one of 4 banquet rooms. Our on-site caterer, Madeline's Catering & Special Events, will provide a fully staffed, impeccably catered affair for 80 to 350 guests.

Let our Ceremony Consultant, Caterer, Pastoral Staff, and team of Preferred Vendors help you create a lifetime of memories.

Welcome to The Riverside Church----we've been waiting 75 years for you.

Office of the Ceremony Consultant
The Riverside Church

Cover photo courtesy of Lina Jang



Photo courtesy of Wade Tanev

## *Did You Know?*

• The Riverside Church was built by John D. Rockefeller, and is modeled after the 13th Century Gothic Cathedral in Chartes, France.

• Construction began in 1927 with the first service held on October 5, 1930.

• The Nave seats over 2,100 guests, and has two pipe organs that contain 11,000 pipes.

• The 20-floor tower rises to a height of 392 feet. It contains meeting rooms and the 74-bell Laura Spelman Rockefeller Memorial Carillon. The Carillon's 20-ton Bourdon bell is the largest tuned bell in the world. The smallest bell is 10 pounds.

• The church is interdenominational. It is affiliated with both the United Church of Christ and the American Baptist Churches and cooperates with the Council of Churches in the City of New York as well as the State, National and World Councils of Churches.

• The Riverside Church has 3,000 members and affiliates. Its members come from more than 40 different denominational, national, ethnic, and cultural backgrounds.

• The church has a long-standing history of prophetic witness and social action, and has graciously received many historic figures including the Rev. Dr. Martin Luther King, Jr., President Nelson Mandela, and His Holiness the Dalai Lama.



Photo courtesy of Lina Jang







Photo courtesy of Ron Terner



Photo courtesy of Wade Taney

# Wedding Selection
*(Sit-down menu)*

*Cocktail Reception*

### Open Bar
*Beer, wine, juice, soda & water*
*Throughout the affair*

## Passed Hors D'oeuvres

## Cocktail Reception Displays
*Artistically decorated by our garde manger*

### Champagne Toast

### Sit-down Dinner service
*First course*
*Salad course*
*Main course*

### Petite fours & Chocolate dipped strawberries

### Coffee & tea service

### Complete linens, chinaware, silverware, glassware & staff

Price: $ 95/person + tax + 15% service charge (85-120 guests)
$ 89/person + tax + 15% service charge (121 guests & up)

# Hors D'oeuvres
*(Please choose 4 hot items & 3 cold items)*

### Hot
* Mini Maryland crab cakes with red pepper remouladé
* Sliced filet mignon on herbed crouton with horseradish crème
Mini Quiches
Coconut chicken
* Skewered Hoisen Barbecued Shrimps
Grilled vegetables on focaccia toast with smoked mozzarella
Goat cheese & vegetable quesadilla with mango chutney
Pigs in the blanket
Skewered chicken satay with Thai peanut sauce
Mini chicken cordon bleu with pommery mustard
Spanakopita
Sesame chicken with Teriyaki dip
Shrimp shumai with ponzu dipping sauce
Mushroom caps stuffed with crab meat
Vegetable dumplings with tamari sesame seeds
Honey pecan crusted chicken with maple-chiplote glaze


Photo courtesy of J&J Photography




Photo courtesy of Pop Studio



## Cold or Room Temperature

Smoked salmon canapes on black bread with dill cream cheese
\* Red bliss potatoes with caviar crème fraiche
Honey curried chicken in puff pastry
Pâté on french bread with cornichon garnish
Apple turkey pinwheel with arugula & sundried tomatoes
\* Poached shrimp wrapped in pea pods
Smoked salmon, avocado & cucumber roll
\* Pepper crusted Ahi tuna over wonton crostini & wasabi aioli
Melon & prosciutto
Belgium endive with smoked chicken & goat cheese
Grilled asparagus spears wrapped in smoked salmon

## Cocktail Reception Display

- Imported & domestic cheese with exotic fruits, served with crackers & breads
- Classic crudité with herb dip
- Whole baked salmon with cucumbers & dill

## First Course
### (Please choose 1)



- Seasonal fruits with berry garnish in a pineapple ring

- Asparagus with cherry tomato in champagne mustard vinaigrette

- Penne pasta in pomodoro sauce with fresh chopped basil

- Bouchée Champignon
Puff pastry with wild mushroom

- Teriyaki glazed rare tuna (white or Ahi tuna) served with
buckwheat soba noodles & seaweed salad

- Seared jumbo sea diver scallop garnished with micro greens, served over pepper coulis

## Salad Course
### (Please choose 1)

- Classic Caesar salad with herbed croutons & grated parmesan

- Mesclun salad with sliced apples, goat cheese & walnuts with honey balsamic vinaigrette



- Mixed field green salad with tomatoes, cucumber & endive

- Tri-color salad with romaine, arugula, endive & radicchio with balsamic vinaigrette

## Main Course
*(Please choose 1 beef, 1 fish & 1 poultry or vegetable dish)*

\* Prime rib of beef with natural au jus
\* Filet mignon served with portabello mushroom & merlot demi glace
\* NY strip steak with roasted shallots in brandy peppercorn sauce

\*Stuffed roasted turkey with spinach, swiss & vegetables in natural au jus
\* Sauteed medallion of chicken with wild mushroom carbernet sauce
\* Chicken picatta with artichoke hearts & capers
\* Grilled rosemary chicken breast with fresh herbs
\* Chicken saltimbocca layered with spinach, black forest ham & mozzarella in portabella mushroom sauce

\* Norwegian salmon with (or without) basil crusts & lemon buerre blanc
\* Pecan crusted mahi-mahi with viladia onion & pineapple relish
\* Pan seared red snapper served with mango chutney or vera cruz style
\* Miso glazed black grouper
\* Grilled Portabello mushroom tower with mozzarella & grilled vegetables
Entrées are served with seasonal fresh vegetables, asparagus and herb roasted potatoes
Fresh rolls with butter on each table

## Options
• Custom made wedding cake
Any design, any filling & icing you would like to have for your wedding
starts from $ 5/person

• Caviar selection: Choice of sevruga or beluga caviar served with belini and crostini
(recommended to go along with your champagne toast) Market price

• Outrageous seafood display
Scallops in its own shells, poached salmon, jumbo shrimps, sesame seed crusted rare Ahi tuna, New Zealand mussels, bluepoint raw oysters, raw Littleneck clams, lobsters (limited amount) with seaweed garnish, served with cocktail sauce & wasabi soy
$ 13.95/pp (minimum 50 guests)

• Sushi & Japanese roll combination
A grand assortment of Japanese rolls & fresh sushi, accompanied with pickled ginger, wasabi
$ 7 / person
\* On-site sushi chef service available starts from $ 11/person

• Viennese Table
Consisting of mini pastries, assorted cakes, mousse cakes, pies and homemade cookies
$ 8/ person
With chocolate fountain (medium size) w/ fruits, cookies, marshmallow $ 10/person

• Ivory or silver chair covers with ivory sash
$ 3.50/chair
Other sash colors can be provided at $1.50/chair extra

• Reception chair rental
Gold, white, silver, ivory, black or any other color with your choice of cushion
starts from $ 8/chair + set-up fee

Photo courtesy of Wade Tanev





Photo courtesy of Wade Taney

Photo courtesy of Jimmy Ryan Photography



Photo courtesy of Ron Terner

# Directions

The Riverside Church is located on Manhattan's Upper West Side near Columbia University. The church covers a two-block area extending from Riverside Drive to Claremont Avenue and between 120th Street and 122nd Street. (120th Street is also named Reinhold Niebuhr Place.) The Claremont Avenue entrance (91 Claremont Avenue) is open daily from 7:00 a.m. to 10:00 p.m.

## Directions by Subway
Take the #1 IRT Broadway Local to 116th Street. Walk north along Broadway (passing Barnard College on the left) to 120th Street (Reinhold Niebuhr Place). Turn left and walk one block to (Claremont Avenue). 91 Claremont is one half block north of 120th Street on the left hand side of the street. If the IRT Broadway Express (#2 or #3 IRT) is taken uptown from midtown Manhattan, be sure to change at 96th Street for the local train.

## Directions by Bus
Take the M-104, M-4 or M-5 to 120th or 122nd Street.
For further information about bus and subway routes, click here for more information or call 718.330.1234.

## Directions by Car
HENRY HUDSON PARKWAY NORTHBOUND—take the 96th Street Exit to Broadway, turn left onto Broadway. Continue North to 120th Street. At 120th, turn left. For the 91 Claremont Ave. entrance, continue one block, and turn right onto Claremont. For the 490 Riverside Drive entrance, continue two blocks, and turn right onto Riverside Drive.

HENRY HUDSON PARKWAY SOUTHBOUND—take the 125th Street Exit. Drive straight to 125th Street. Turn left onto 125th Street. Take 125th Street to Broadway. (You'll see the elevated train tracks at Broadway.) Turn right onto Broadway and go to 120th Street (Reinhold Niebuhr) and turn right. The church is one block west of Broadway.

TRIBOROUGH BRIDGE TO MANHATTAN—Take 125th Street Exit. Take 125th Street to Broadway. Turn left on Broadway, drive to 120th Street (Reinhold Niebuhr). Turn right. The church is one block West of Broadway.

## Parking
The Claremont Avenue Garage is operated by Rapid Park Inc., 212.866.1000, and is open to the public during the following hours:

Monday through Sunday 7:00 a.m.—12:00 midnight
The garage is located beneath the church's South Wing. The entrance is on 120th Street between Riverside Drive and Claremont Avenue. There is a fee for parking.

*The Riverside Church*
*490 Riverside Drive • New York, New York 10027*
*212-870-6762*



# Perrone Bros. ENTERTAINMENT

We are proud to be a preferred vendor for The Riverside Church

**(914) 237-5214 / PerroneBros.com**

**A Full Service Entertainment Company**
Featuring... Naked Soul
*New York's Premier 10-Piece Dance Band!*

Representing the most talented entertainers in the New York Metro area, we take great pride in offering superior entertainment at reasonable prices. We specialize in providing live music of all styles as well as disc jockeys and lighting options for every type of event.

Call us to schedule a video presentation or to receive our free demo CD.

DANCE BANDS • DISC JOCKEYS • CLASSICAL ENSEMBLES • SOLOISTS • JAZZ COMBOS

*"Providing Music for the Soundtrack of Life..."*



## Academy Floral Co.

### Your Full Service Professional Florist
*"Third Generation Family Owned Business"*





Distinctive Floral Designs Since 1910
Fresh, Silk & Dried Flowers
Green & Blooming Plant Selection
Sympathy Arrangements • Weddings & Party Specialist
Customized Fruit & Gourmet Baskets
Corporate Accounts Welcome • Worldwide Delivery
Major Credit Cards Accepted

**2780 Broadway at 107 Street NYC, NY 10025**
Ph: 212.222.0771 • Fax: 212.864.3772
www.academyfloral.com

# Save The Date

## 2008

### JANUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### FEBRUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | |

### MARCH
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### APRIL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### MAY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### JUNE
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

### JULY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

### AUGUST
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### SEPTEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### OCTOBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### NOVEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

### DECEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

## 2009

### JANUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### FEBRUARY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |

### MARCH
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### APRIL
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### MAY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### JUNE
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### JULY
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### AUGUST
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### SEPTEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### OCTOBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

### NOVEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

### DECEMBER
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |



**www.mybesttravelplans.com**
*My Best Travel Plans*
Book online and save money

Airlines • Hotels • Resorts • Car Rentals • Limos
Cruises • Vacation Spa Packages
Sporting Events • Theater & Show Tickets • Concerts
Las Vegas Shows • Attractions • Golf Tee Times
Golf Packages • Condo Rentals • Flowers • Fundraisers

besttravelplans@bellsouth.net
www.mybesttravelplans.com

Online travel franchise available. Low Start-up.



**Lina Jang Photography**

www.linajang.com
212-868-0218

## Special Dates & Holidays

| | 2008 | 2009 |
|---|---|---|
| New Year's Day | Jan 1 | Jan 1 |
| Martin L. King, Jr. Day | Jan 21 | Jan 19 |
| Valentine's Day | Feb 14 | Feb 14 |
| President's Day | Feb 18 | Feb 16 |
| St. Patrick's Day | Mar 17 | Mar 17 |
| Daylight Savings Time begins | Mar 9 | Mar 8 |
| Palm Sunday | Mar 16 | April 15 |
| Passover* | April 20 | April 9 |
| Good Friday | Mar 21 | April 10 |
| Easter Sunday | Mar 23 | April 12 |
| Mother's Day | May 11 | May 10 |
| Memorial Day, observed | May 26 | May 25 |
| Father's Day | June 15 | June 21 |
| Independence Day | July 4 | July 4 |
| Labor Day | Sept 1 | Sept 7 |
| Rosh Hoshanah* | Sept 30 | Sept 19 |
| Yom Kippur* | Oct 9 | Sept 28 |
| Columbus Day, observed | Oct 13 | Oct 12 |
| Daylight Savings Time ends | Nov 2 | Nov 1 |
| Halloween | Oct 31 | Oct 31 |
| Veteran's Day | Nov 11 | Nov 11 |
| Thanksgiving Day | Nov 27 | Nov 26 |
| Hanukkah* | Dec 22 | Dec 12 |
| Christmas Day | Dec 25 | Dec 25 |

*All Jewish holidays begin at sundown the day before they are listed.



# G & F Global Entertainment
## "The new wave of entertainment"



**Specializing in:**
English, Italian, Spanish, and Albanian
Weddings, Sweet 16's, Bar/ Bat Mitzvahs,
Anniversaries, Corporate, etc.

Professional Disk Jockey's
Masters of Ceremonies
Photo Montages
Same Day Digital Pictures
Computerized Light Shows
Plasma TV's
Dancers
Percussionists
CD Favors

**718-792-1260**
web: www.globalentnyc.com • email: info@globalentnyc.com

---

# 𝒱enus Ensembles



## Elegant music for any occasion

*Soloists, duos, trios, quartets, and all
other Classical and Jazz combinations*

"*After 250 weddings you begin to lower your expectations
toward 'professional' musicians. Sadly, there is a good deal
of simply going through the motions out there. Then along
comes Jessica and her extraordinarily talented cadre of young
artists. 'Ode to Joy' is rendered joyfully. 'Pachelbel's Canon
in D Major' is magnificently reverential. Even when they are
applying themselves mightily to be heard, un-miked, above the
din of a two hundred person cocktail reception, their music is
both ethereal and polished. This isn't your average string
quartet.*"

-*Duncan Burns, General Manager of The Union League Club,
New York City*

*To find out more about us and hear some of our
ensembles, visit:*

www.venusensembles.com
*or call:* Jessica Meyer  (877) 888-3687

---

**RON TERNER**
"Bringing Your Personal Experience
Into A Full Expression Of Art"



www.photographybyronterner.com
(718) 885-1403
*Ron Terner offers a customized product,
tailoring his expertise to your needs for;
Weddings, Portraits, Baptisms, Confirmations,
Modeling Portfolios, Corporate Functions*

---



## Vocalist Ron Sunshine and his band specialize in Jazz, Swing, Blues, and Rhythm & Blues

The best in classic American Music from Sinatra to Ray Charles.



The ultimate in elegant, understated music for your celebration. Serving the most discriminating wedding clients for 17 years. Your guests will be able to have a conversation while we are playing— guaranteed!

No Cheese, No light shows.

RON SUNSHINE & FULL SWING (5-8 PIECES) or HIS ORCHESTRA (10 PIECES)

www.ronsunshine.com
Call 212-714-4510 to book us for your wedding
View video clips at www.YouTube.com/RonSunshine



### Federation of Christian Ministries
Anthony Gambuzza
Reverand

718-543-9779  Cell: 917-501-4592

Weddings Baptisms Funerals
All Faiths, Personalized                Any Location



JOHN MILLER VIDEOGRAPHY
917.568.4266
WWW.JOHNMILLERVIDEOGRAPHY.COM

SIMPLE. ELEGANT. UNOBTRUSIVE.

FOR MORE INFORMATION, PLEASE CONTACT
INFO@JOHNMILLERVIDEOGRAPHY.COM



As Featured in The New York Times

JR
Jimmy Ryan Photography
646-418-8802
www.jimmyryanphotography.com



Photo courtesy of Laos Fas



Photo courtesy of Laos Fas





Photo courtesy of Laos Fas



Photo courtesy of Laos Fas

Photo courtesy of Laos Fas

# Riverside Church
## Proudly Recommends the Following Preferred Vendors

### Cakes
Make My Cake                        212-234-2344            www.makemycake.com

### Ceremony & Cocktail Music
Venus Ensembles                     877-888-3687            www.venusensembles.com

### Co-Officiants
Rabbi Richard Davis D. D.           212-717-9168            www.rabbidavis.org
Rev. Anthony Gambuzza-Interfaith    917-501-4592            tgambuzza@optonline.net

### DJs & Entertainment
G & F Global Entertainment          718-792-1260            www.globalentnyc.com
Perrone Bros. Entertainment         914-237-5214            www.perronebros.com

### Floral & Event Decor
Academy Floral Co.                  212-222-0771            www.academyfloral.com
Columbia Florist                    718-543-3753            www.columbiaflowershop.com

### Honeymoon Registry
                                                            www.mybesttravelplans.com

### Music & Entertainment
Ron Sunshine & His Orchestra        212-714-4510            www.ronsunshine.com

### Online Travel Service
                                                            www.mybesttravelplans.com

### Photography & Video
J & J Photography                   212-591-0642            www.jandjphotography.net
Jimmy Ryan Photography              646-418-8802            www.jimmyryanphotography.com
Lina Jang Photography               212-868-0218            www.linajang.com
Photography by Ron Terner           718-885-1403            www.photographybyronterner.com

### Videography
John Miller Videography             917-568-4266            www.johnmillervideography.com


black-tie publishing, inc. publishers of customized Event Planner Magazines for hotels, country clubs, caterers, banquet facilities, restaurants, museums & historic locations.
10131 NW 14th St., Plantation, FL 33322 • (954) 472-6003 • fax (954) 533-3337 • info@blacktiepublishing.com, www.blacktiepublishing.com
No part of this publication may be reproduced without express written consent of Black-Tie Publishing, Inc. copyright 2008.

Although the information in this Event Planner Magazine is believed to be accurate at the time of printing, neither the property nor the publishers guarantee its accuracy and
reserve the right to make changes without notice. Since the advertisers in this book are completely independent and autonomous and in no way employed by or are contractors
of the property or the publishers, with respect to performance or quality of goods and services, neither the property nor the publishers will be held liable for the torts, intentional
or unintentional, or for the quality of performance of goods and services provided by the advertisers who appear in this publication.



# *Columbia Florist*



**Finest in Flowers & Event Decor**

**Specializing in Weddings,
Bar/Bat Mitzvahs,
Anniversaries and
Special Occasions**

## 718.543.3753

## 800.USFLWR2

*210 W. 231st Street
Bronx, New York 10463*

*Free Consultation Available*

 

# *Make My Cake*

One of the first tasks performed together after saying "I do" is cutting the wedding cake. So choosing a cake that makes a statement about who you are as a couple is important.

JoAnn Baylor has become a legendary artist in creating wedding and groom's cakes. Specializing in the traditional three tier butter cake with buttercream frosting; or creating over the top confections, for the most imaginative bride. Make My Cake will design that special cake to make your wedding day a memorable event.

Choose from butter, chocolate, carrot or the ultimate chocolate cake 'red velvet' Basic designed cakes start at $4.00 per serving, additional cost for more intricate designs.

Consultations by appointment only - Tuesday, Wednesday & Thursday (one hour), no fee. Call 212.234.2344



121A Saint Nicholas Ave. & 116 St. NY    mmycake@makemycake.com    2380 Adam C. Powell Blvd. & 139th St. NY
## 212.932.0833    www.makemycake.com    212.234.2344



*490 Riverside Drive*
*New York, N.Y. 10027*
*Phone: 212-870-6762*

Photo courtesy of Jimmy Ryan Photography.

# EXHIBIT F

#610397

# THE RIVERSIDE CHURCH IN THE CITY OF NEW YORK

## FOOD SERVICE AGREEMENT

THIS AGREEMENT made as of this 25 th day of January , 200 7 between THE RIVERSIDE CHURCH IN THE CITY OF NEW YORK, 490 Riverside Drive, New York, NY (hereinafter referred to the "Church") and SOPIN CORPORATION, a New York corporation. 60 West 39th Street, New York, New York 10018, doing business as "MADELINE'S") (hereinafter referred to as "Madeline's").

WHEREAS, Madeline's has heretofore provided food service for the Church, and the Church and Madeline's wish to enter into a revised agreement providing for such food service, as provided below.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, the parties agree as follows:

1. Any and all prior agreements between the parties, written and oral, are hereby terminated as of the date hereof and are superseded by this Agreement.

2. Madeline's agrees to provide food service at the cafeteria of the Church (herein the "Food Service") for the Church's worshipers, visitors and employees. The Food Service shall consist of wholesome, high quality breakfast, lunch, dessert, beverages, coffee and tea on each Sunday, Tuesday, Wednesday, Thursday and Friday during the hours of 8:30 AM until 2 PM each such day. At the request of the Church, Madeline's shall also provide Food Service at other hours or days for special worship services or other Church events or functions. All food items provided and/or prepared by Madeline's are herein referred to as "Food".

3. The term of this Agreement shall commence January 1, 2007 and continue until December 31, 2008, unless earlier terminated under the terms of this Agreement. This Agreement may be terminated by either party at any time upon three months written notice to the other party.

4. In providing the Food Service, Madeline's shall have use of the cafeteria kitchen equipment belonging to Church. Madeline's may use such space and equipment solely for food service preparation and for no other purpose. Madeline's shall repair and maintain all such kitchen equipment in good order. In the event Madeline's damages necessary kitchen equipment which cannot be repaired, Madeline's shall replace such kitchen equipment. All contracts/agreements with contractors for the repair and maintenance of the kitchen equipment shall be submitted in advance to the Church for approval. The Church will replace necessary kitchen equipment which becomes inoperable through no fault of Madeline's. The Church shall

also be responsible for cleaning the cafeteria dining area after use by Madeline's. The Church will also provide Madeline's with space for an administrative/operations office.

    5.  Madeline's shall be solely responsible for the following:

        (i)  Cleaning and maintaining the kitchen equipment and the food service area of the cafeteria in a clean, neat, healthful condition. Madeline's shall also properly clean and dispose of grease from grease traps, at such intervals as required by law, regulations, and proper procedures. Madeline's shall also pay the cost (as billed by the Church) of regular extermination service for the kitchen and food service area of the cafeteria, utilizing the exterminator selected by the Church.

        (ii)  Properly dispose of all trash, wet and dry. If the Church requests that Madeline's place its trash in container(s), Madeline's shall purchase and provide proper container(s).

        (iii)  Fire extinguishers, fire suppression system, and grease exhaust system, in the kitchen and food service area of the cafeteria, shall be regularly serviced by vendors selected by the Church, with the cost thereof to be paid for by Madeline's, as billed by the Church.

        (iv)  The clean, safe and healthful preparation, service, refrigeration and storage of all Food;

        (v)  The selection, purchase and preparation of all Food and Food related products and materials required for the preparation of the Food Service.

        (vi)  The cleanup of all Food preparation equipment, plates, glasses and utensils.

        (vii)  The appropriate recycling of empty containers (glass, metal, plastics, etc.) and disposal of leftover Food and waste products.

        (viii)  Paying all vendors and all employees and/or independent contractors retained or employed by Madeline's in connection with the delivery of the Food Service. Except as expressly provided in this Agreement, the Church shall not be required to pay for, or incur any expense relating to the Food Service, or the preparation and serving of the Food.

    6.  The cafeteria dining area furniture shall be provided and maintained by the Church.

    7.  The Church agrees to distribute a Madeline's menu with price to all staff, lay leaders, and tenant organizations of the Church. Prior to January 1, 2007, Madeline's will provide the Church with Madeline's 2007 menu showing all food prices for 2007. Madeline's agrees not to change any such prices without the prior written notification to the Church.

8. Madeline's is currently, and during the term of this Agreement will continue to be, listed as the Church's exclusive food caterer on Church's leases or facilities license agreements with tenants and other organizations. Madeline's may decline to act as caterer for any particular event in which case another caterer may be used. The Church retains the right, for its own functions and events, to select and utilize a caterer other than Madeline's.

9. Madeline's agrees that all personnel who prepare and provide the Food Service shall be employees of Madeline's and will not be, and will not be deemed to be, employees of the Church. Madeline's will comply with all legal and regulatory requirements concerning its personnel and their employment by Madeline's. Madeline's will also comply with all laws, ordinances, rules and regulations applicable to Madeline's delivering the Food Service, and will obtain and keep in full force and effect during the term of this Agreement all permits and authorizations required by it in providing the Food Service. Madeline's shall upon request provide the Church with written proof of its compliance with all such laws, ordinances, rules and regulations, and shall exhibit to the Church on request all permits and other authorizations as may be required in providing the Food Service.

10. Madeline's shall ensure that its employees are properly attired in clean uniforms, and behave with decorum and professionalism in providing the Food Service.

11. The Church shall make no payment to Madeline's for providing the Food Service, except that the Church will pay the charges of Madeline's when the Church itself engages Madeline's to provide Food Service for a particular function. Madeline's shall charge the customers for the Food Service and shall retain all proceeds from such charges. Madeline's shall be solely responsible for payment of all applicable sales taxes in connection with the Food Service.

12. Madeline's shall be solely responsible for and pay when due all applicable federal, state and local taxes, payments and/or withholding relating to its operation of the Food Service, including without limitation all such taxes, payments and withholdings relating to its employees and/or independent contractors. Madeline's shall be solely responsible for the payment of all contributions, assessments, deductions and contributions for labor unions or associations, welfare funds, salaries, taxes and other payments of unemployment funds, unemployment benefits, workers' compensation benefits, disability benefits, social security benefits, and pensions which are required under any present or future federal, state or local laws, rules and regulations relating to salaries, wages and other compensation. Madeline's is not, and shall not represent itself to be, an agent or entity of the Church.

13. (i) Madeline's shall obtain and maintain in effect all permits and licenses required by Federal, state and local laws, rules, and regulations in connection with providing the Food Service, including without limitation food vendor licenses and the appropriate license to permit the sale of alcoholic beverages.

(ii)  All such permits and licenses shall be exhibited to the Church on request by the Church. In the event that any such license or permit or other regulatory authorization is terminated, suspended or modified, Madeline's shall so inform the Church both verbally and in writing within 24 hours after learning of the termination, suspension or modification.

(iii)  In the event Madeline's learns of any governmental violation issued with respect any matter or activity for which Madeline's is responsible or which is under its control, Madeline's shall so inform the Church both verbally and in writing within 24 hours after learning of the violation. All such violations shall be cured, at Madeline's sole cost, within the period prescribed by law or regulation but in any event not longer than 30 days. Any violation not so cured by Madeline's may be cured by the Church, with the cost thereof plus a 20% administrative fee to be billed by the Church to Madeline's.

(iv) In the event any inspector from a municipal or governmental agency arrives at the Church to conduct any inspection of the space or facilities utilized by Madeline's, Madeline's shall immediately notify the office of the Church's building manager and the office of the Church's Chief Administrative Officer personally or by telephone.

14.  Madeline's shall comply strictly with the rules of the Church concerning the serving of alcohol at functions on Church property. Those rules are currently the following:

(i) Do not offer or serve alcoholic drinks to persons under 21 years of age. In case of any doubt, require photo proof of age.

(ii)  Do not sell alcoholic drinks without a license.

(iii)  Monitor the event for any behavior which indicates an individual is intoxicated or is becoming intoxicated.

(iv) Limit the opportunities for multiple alcoholic drinks, in order to minimize the risk of intoxication..

(v)  At Church-sponsored functions, no hard liquor may be served.

The Church reserves the right to revise the foregoing rules, and, if any such revisions are made, the Church will promptly give Madeline's a copy of the revised rules.

15.    (a)  Madeline's shall pay the Church the sum of $6,190.00 each month during 2007 and the sum of $6,345.00 each month during 2008, to defray the cost of space, cleaning service, and other operational expenses of the Church. Said monthly payments shall be due and paid the first day of each month.

(b) Madeline's will also reimburse the Church each month for the Church's cost in providing Madeline's with gas, electricity, water and pest infestation control; the Church will

Page 4

invoice Madeline's monthly for such items, and Madeline's will pay such invoices. In the event additional or special pest infestation treatments are required because of unusual or extensive infestation, Madeline's will also pay the cost thereof, upon being billed by the Church. In the event Madeline's utilizes the food preparation and/or food service space after the Church's normal hours (_____ AM to _____ PM), Madeline's shall reimburse the Church for any additional costs thereby incurred by the Church including, without limitation, costs of security and maintenance personnel and costs of heat and air conditioning if applicable.

(c) On execution of this Agreement, Madeline's will deposit with the Church $12,380.00, which amount will be held by the Church as security for Madeline's performance of its obligations under this Agreement. Said amount will be returned to Madeline's, without interest, on the termination of this Agreement, subject to reduction by any amounts then owed by Madeline's to the Church.

(d) All amounts which, pursuant to this Agreement, are billed or invoiced to Madeline's and are to be paid by Madeline's to the Church, shall be paid within five business days of Madeline's receipt of the bill or invoice.

16. During the term of this agreement, Madeline's shall carry the following insurance coverage:

(i) General liability $1,000,000/$1,000,000 per occurrence including contractual and products liability.
(ii) Liquor liability of $1,000,000/$1,000,000 per occurrence
(iii) Umbrella liability coverage of $5,000,000 per occurrence.

The Church and its subsidiary corporations shall be named as additional insureds. Grubb & Ellis Management Services, Inc., as building manager, shall also be named as an additional insured. All such insurance shall specify that it is primary, and any insurance purchased by the Church is non-contributory. Madeline's shall provide the Church with certificates of insurance evidencing such insurance coverage. Madeline's shall also maintain proper workers' compensation insurance, and will provide the Church with evidence of such coverage.

17. Madeline's shall, to the maximum extent permitted by law, indemnify, protect, defend and hold harmless the Church, its trustees, officers, directors, employees, representatives and agents, and its subsidiary corporations, as well as successors and assigns of any of the foregoing, against all costs, expenses, liabilities, losses, damages, injunctions, suits, actions, fines, penalties, claims and demands of every kind and nature, including reasonable counsel fees, by or on behalf of any person, party, governmental authority whatsoever arising out of: (i) any failure by Madeline's and any of its trustees, officers, directors, employees, invitees, licenses, representatives and agents, as well as successors and assigns, to perform any of the agreements, terms, covenants or conditions of this agreement; (ii) any accident, injury or damage, relating to provision of Food Service by Madeline's, including without limitation, injuries to persons and/or damage to property, which shall occur in or about the premises or appurtenances of the Church, however occurring, and maintenance, use or operation of the premises; (iii) failure to comply

with any laws, rules, regulations, requirements, orders or directions of any federal, state or local governmental authority; (iv) any mechanic's lien, conditional bill of sale or chattel mortgage filed against the Church's premises or any equipment therein or any materials used in connection with the Food Service; and (v) claims of any employees, agents or other persons performing services for Madeline's, whether performed at the Church or elsewhere. Notwithstanding Madeline's obligations under this paragraph, the Church shall have the right to cause to be conducted inspections and reviews by its personnel and independent parties as to the operation of the Food Service, with or with prior notice, and Madeline's shall cooperate fully in any such inspections and reviews.

18. Before January _____, 2007, Sopin Corporation will provide the Church with current financial information, acceptable to the Church, confirming Sopin Corporation's financial stability such as a net worth statement for the preceding twelve months, for Sopin Corporation, certified by James Kang as president as being accurate. Sopin will also promptly furnish the Church with such additional information pertaining to the financial stability or financial operations of Sopin Corporation as may be requested by the Church. In the event the Church determines for any reason that such financial information is unsatisfactory, the Church may, in its sole discretion, elect to terminate this Agreement on 30 days written notice to Madeline's.

19. (i) In the event Madeline's proposes any alterations to the food preparation space or food service space, Madeline's shall submit written request to the Church, including relevant plans and specifications, and shall pay any costs incurred by the Church in the Church's review of such requests, plans and specifications. Any such alterations require the Church's consent, which may be granted or withheld in the sole discretion of the Church, and Madeline's shall reimburse the Church for all costs of any such alterations.

20. Notwithstanding any other provision of this Agreement, the Church may terminate this Agreement at any time in case of the failure of Madeline's to comply with the terms of this Agreement.

21. All notices and other communications hereunder shall be in writing and shall be deemed to have been duly delivered to a party only if delivered in person, or if sent by certified or registered first class mail, return receipt requested, postage pre-paid, or is sent by overnight courier addressed to a party at the addresses set forth below, or as such party may have stipulated by notice delivered in accordance with the provisions of this paragraph and such notice shall be deemed given on the day of delivery:

*If to the Church:*
The Riverside Church
Attention: Delbert Glover, Chief Administrative Officer
490 Riverside Drive
New York, New York 10027

-with a copy to -

Grubb & Ellis Management Services, Inc.
Attention: Jose Toro, building management office
490 Riverside Drive
New York, New York 10027


*If to Madeline's:*
Madeline's
Attention: James Kang
490 Riverside Drive;
New York, New York 10027

-with a copy to -

Sopin Corporation
Attention: James Kang
60 West 39th Street
New York, New York 10018

22.   The failure of either party to insist upon the strict performance of any of the terms, conditions and provisions of this agreement shall not be construed as a waiver or relinquishment of compliance therewith, and said terms, conditions and provisions shall remain in full force and effect. No waiver of any term or condition of the agreement on the part of either party shall be effective for any purpose whatsoever unless such waiver is in writing and signed by such party.

23.   This agreement constitutes the entire agreement between the parties and supersedes all prior agreements and understandings, oral and written, between the parties with respect to the subject matter hereof, and the parties are not bound by any agreements, understandings or conditions other than as expressly set forth herein.

24.   This agreement may not be changed, amended or modified except by a writing signed by both parties.

25.   This agreement shall be governed by and construed in accordance with the laws of the State of New York applicable to agreements to be made and performed solely within such state.

26.   Any and all disputes or controversies between the parties arising out of or relating to this agreement of a breach by either party shall be settled by arbitration in New York, New York, under the Commercial Arbitration Rules of the American Arbitration Association, and judgment upon the arbitration award may be entered in any court having jurisdiction. In the event of any

such arbitration, each party will bear its own attorney's fees and costs in connection with such arbitration.

*SIGNATURES ON NEXT PAGE*

IN WITNESS WHEREOF, the parties have caused this Agreement to be duly executed as of the day and year first above written.

THE RIVERSIDE CHURCH IN THE CITY OF NEW YORK

by _____ 1/25/2007

Delbert Glover
Chief Administrative Officer.

SOPIN CORPORATION

by _____ 1/25/07

James Kang
President

*Angela M. Haddock*

ANGELA M. HADDOCK
Notary Public, State of New York
No. 244777379
Qualified in Kings County
Commission Expires
Nov. 23, 2010

*#613453*

# AFFIDAVIT OF SERVICE
## BY OVERNIGHT FEDERAL EXPRESS DELIVERY

STATE OF NEW YORK            )
                             : ss.:
COUNTY OF NEW YORK           )

MATTHEW J. MARTIN, being duly sworn, deposes and says:

I am not a party to these proceedings. I am over the age of 18 years and reside at 171 Clarence Road, Scarsdale, New York 10583.

On August 28, 2008, I served the within

AFFIDAVIT OF RIVERSIDE CHURCH, AND EXHIBITS,
IN RESPONSE TO COURT ORDER DATED JULY 31, 2008
REGARDING DOCUMENT PRODUCTION

by dispatching a copy by Federal Express for overnight delivery to each of the following person(s) at the last known address set forth after each name:

Davis Wright Tremaine LLP
Attention: John R. Cuti, Esq.
1633 Broadway
New York, New York 10019
*Attorneys for plaintiff Third Church of Christ, Scientist*

Ava Maria Brennan, Esq.
Corporation Counsel of the City of New York
100 Church Street - 37th floor
New York, New York 10007
*Attorneys for defendants*

Cullen & Dykman, LLP
Attention: Deborah A. Bryant, Esq.
44 Wall Street
New York, New York 10005
*Attorneys for non-party St. Ignatius of Loyola Church*

Page 1

Alexander Ferrini III, Esq.
270 Madison Avenue
New York, New York 10016
*Attorney for non-party The Fourth Universalist Society of New York City*

Signature: _____

Print name:     Matthew J. Martin

Sworn to before me this

28th day of August , 2008

FRANK PATTON, JR.
Notary Public, State of New York
No. 02PA3036210
Qualified in New York County
Commission Expires February 3, 2010

Page 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
THIRD CHURCH OF CHRIST, SCIENTIST,  :
OF NEW YORK CITY,

                                                              :

                            Plaintiff,

                                                              :

        - against -

                                                              :        **File No. 07 Civ. 10962 (DAB)**

THE CITY OF NEW YORK and PATRICIA
J. LANCASTER, in her official capacity as,    :
Commissioner of the New York City
Department of Building,                               :

                            Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**AFFIDAVIT OF RIVERSIDE CHURCH
IN RESPONSE TO COURT ORDER  DATED JULY 31, 2008
REGARDING DOCUMENT PRODUCTION**


PATTON, EAKINS, LIPSETT, HOLBROOK & SAVAGE
Attorneys for Riverside Church
420 Lexington Avenue, Suite 2805
New York, New York 10170
Tel.: (212) 867-8280